ORIGINAL

AO 91 (Rev. 11/82)                                     **CRIMINAL COMPLAINT**

| UNITED STATES DISTRICT COURT | CENTRAL DISTRICT OF CALIFORNIA |
|---|---|

| UNITED STATES OF AMERICA<br>v.<br><br>STEPHEN WILLIAM BEAL | DOCKET NO.<br>SA -19 -131 M<br><br>MAGISTRATE'S CASE NO. |
|---|---|

| Complaint for violation of Title 18, United States Code, Section 844(i). ||
|---|---|

| NAME OF MAGISTRATE JUDGE<br>HONORABLE JOHN D. EARLY | UNITED STATES<br>MAGISTRATE JUDGE | LOCATION<br>Santa Ana, California |
|---|---|---|

| DATE OF OFFENSE<br>May 15, 2018 | PLACE OF OFFENSE<br>Orange County | ADDRESS OF ACCUSED (IF KNOWN) ||
|---|---|---|---|

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

[18 U.S.C. § 844(i)]

See attached affidavit.

FILED
CLERK, U.S. DISTRICT COURT
MAR = 1 2019
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

(See attached affidavit which is incorporated as part of this Complaint)

MATERIAL WITNESSES IN RELATION TO THIS CHARGE: N/A

| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br>**Jesse Kroupa**       *Jesse Z Kroupa* |
|---|---|
| | OFFICIAL TITLE<br>SPECIAL AGENT – Federal Bureau of Investigation |

Sworn to before me and subscribed in my presence,

| SIGNATURE OF MAGISTRATE JUDGE(1) | | DATE<br>March 1, 2019 |
|---|---|---|

(1) See Federal Rules of Criminal Procedure 3 and 54

AUSA M. Takla  REC: Warrant                    JOHN D. EARLY

## **AFFIDAVIT**

I, Jesse Kroupa, being duly sworn, declare and state as follows:

### I.   **INTRODUCTION**

1.      I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI"), and have been so employed for approximately three years.  I am currently assigned to the Orange County Resident Agency, where I specialize in investigating crimes involving the International and Domestic Terrorism, including explosive violations.  I am also assigned as an Evidence Response Team ("ERT") member, where I have received formal and informal training regarding post-blast investigations and crime scene photography.  Prior to joining the FBI, I was employed by the Sacramento Police Department as a police officer for approximately nine years and by the Air Force Office of Special Investigations as a Special Agent for approximately two years.  I have a master's degree in forensic sciences and a bachelor's degree in criminal justice.

2.      This affidavit is made in support of a criminal complaint against and arrest warrant for Stephen William BEAL ("BEAL") for a violation of 18 U.S.C. § 844(i) (Malicious Destruction of a Building Resulting in Death).

3.      The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses.  This affidavit is intended to show

1

merely that there is sufficient probable cause for the requested warrant and does

not purport to set forth all of my knowledge of, or investigation into, this matter.

Unless specifically indicated otherwise, all conversations and statements described

in this affidavit are related in substance and in part only.  All sums are approximate

and all dates are "on or about" the date stated, unless otherwise stated.

## II.    **LEGAL BACKGROUND**

4.      Based on my training and consultations with the United States Code, I

know that 18 U.S.C. § 844(i) states:

> Whoever maliciously damages or destroys, or attempts to damage or
> destroy, by means of fire or an explosive, any building, vehicle, or
> other real or personal property used in interstate or foreign commerce
> or in any activity affecting interstate or foreign commerce shall be
> imprisoned for not less than 5 years and not more than 20 years, fined
> under this title, or both; and if personal injury results to any person,
> including any public safety officer performing duties as a direct or
> proximate result of conduct prohibited by this subsection, shall be
> imprisoned for not less than 7 years and not more than 40 years, fined
> under this title, or both; and if death results to any person, including
> any public safety officer performing duties as a direct or proximate
> result of conduct prohibited by this subsection, shall also be subject to
> imprisonment for any term of years, or to the death penalty or to life
> imprisonment.

### III.   STATEMENT OF PROBABLE CAUSE

**A.**   **A May 15, 2018 Improvised Explosive Device in Aliso Viejo, California Killed Ildiko Krajnyak and Injured at Least Two Others**

5.      Based on my communications with and reports written by Orange County Sheriff's Department ("OCSD") deputies, and FBI and Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") SAs, I learned the following:

a.      On May 15, 2018, at approximately 1:08 p.m., OCSD deputies responded to an explosion at the business complex located at 11 Mareblu, Aliso Viejo, in Orange County, California (the "Mareblu Building"). OCSD deputies observed smoke and fire coming from the first floor of the Mareblu Building and broken window glass and debris in the parking lot. OCSD deputies evacuated the immediate area.

b.      Orange County Fire Authority ("OCFA") and OCSD Bomb Squad personnel entered the building and discovered human remains outside of a broken window and in the parking lot of an adjacent building. The human remains were later identified as belonging to Ildiko Krajnyak ("Krajnyak"), who died in the explosion. OCFA located two women who were injured, but alive, outside a day spa called Magyar Kozmetica (the "Spa") in Suite 110A of the Mareblu Building. The Spa appeared to be the location of the explosion. The injured women, Victim

#1 and Victim #2, were patrons of the Spa, which Krajnyak owned with BEAL and which Krajnyak operated.

        c.     OCSD, FBI ERT, and bomb technicians responded to the scene and entered the Mareblu Building.  After clearing the building for possible secondary explosive devices, law enforcement personnel located the blast seat, or origin, of the explosion inside Suite 110A.  Law enforcement personnel observed significant damage to the building's interior and exterior, consistent with an explosive incident.  Suite 110A's ceiling was blown open and the floor of the unit above Suite 110A was buckled.  The glass from the unit's windows was blown into the parking lot.

      6.     FBI SAs, OCSD deputies, and fire investigators spoke with Victim #1 on several occasions.  I have reviewed the reports and transcripts of these interviews and learned the following:

        a.     On May 15, 2018, Victim #1 and Victim #2 went to the Spa and received spa treatments from Krajnyak.  They were the only patrons of the Spa when the explosion occurred.

        b.     After their spa treatments, Victim #1 saw Krajnyak at a desk attempting to open a cardboard box.  Victim #1 described the box as brown and of a size X by X by X.[1]  As soon as Krajnyak appeared to open the box, Victim #1

---

[1] The actual size of the box described by Victim #1 can be provided to the Court if requested.

saw it explode and recalled being blown backwards by the explosion onto the floor. She also saw flames and smoke. Following the explosion, Victim #1 and Victim #2 left the building and waited for help to arrive. Victim #1 did not see what happened to Krajnyak.

### B.      Identification and Search of BEAL's Residence

7.       I have reviewed an Operational Area Hotline record maintained by the OCSD. The record stated that on May 15, 2018, BEAL called the OCSD and stated that he had heard of the explosion in Aliso Viejo and that he was an owner and co-tenant of the esthetician office in unit 110. He also stated Krajnyak was his friend and "ex-wife," and provided his telephone number.

8.       Based on my review of OCSD reports and a consent-to-search form signed by BEAL, I learned the following:

a.       On May 15, 2018, OCSD personnel and FBI personnel including Special Agent Bomb Technicians ("SABT") arrived at BEAL's residence in Long Beach. BEAL was there and consented to a search of the residence. In the garage, OCSD bomb technicians found precursors to make explosives. The labels on the containers included potassium perchlorate (a common oxidizer used in pyrotechnics), red gum (an organic fuel and binder commonly used in pyrotechnics), and several unmarked metal tins resembling black powder containers.

9.     On May 16, 2018 at approximately 1:16 a.m., the Honorable Glenn Salter, Judge of the Superior Court of California, County of Orange, signed a search warrant for BEAL's residence and BEAL's vehicle.

10.     Based on my review of FBI and OCSD reports, as well as pictures taken during the search of BEAL's residence, I learned that law enforcement found, among others, the following items in BEAL's residence:

        a.     Approximately 130 pounds of explosive precursors, including potassium perchlorate, potassium chlorate, ammonium perchlorate, aluminum powder and flake, and sulfur powder;

        b.     Containers of black powder and numerous other unknown energetic powders (which were determined to be energetic based on field testing);

        c.     A homemade device with references to rocketry and containing wires of multiple colors ("Homemade Device");

        d.     Electric matches and wires;

        e.     A battery connector; and

        f.     Tubes and materials consistent with the making of model rockets.

C.     **BEAL's Statements to Law Enforcement**

11.     FBI SAs and OCSD deputies interviewed BEAL three times from May 15-16, 2018.  The first two interviews were conducted at BEAL's residence.

6

The third interview was conducted when BEAL, without prompting, voluntarily drove to the OCSD office in Aliso Viejo, California. I have reviewed the reports and transcripts of these interviews and learned the following:

      a.     BEAL stated his romantic relationship with Krajnyak "cooled" in early 2018. BEAL stated he took a trip with Krajnyak to Portugal during which Krajnyak admitted to Beal that she was in an intimate relationship with another man from Northern California.[2] BEAL stated he was hurt and betrayed when Krajnyak told him this.

      b.     BEAL stated the only individuals with keys to the Spa were Krajnyak, BEAL, the building owner, the cleaning crew, and the handyman.

      c.     BEAL stated he was last at the Mareblu Building on May 3, 4, or 5, 2018 to pick up the rent check. He stated he was also there on May 7, 8, or 9, 2018, to check whether the Spa had a 220-volt outlet. BEAL stated he had access to Krajnyak's schedule and knew she boarded a plane from Hungary to the United States on May 13, 2018.

      d.     BEAL stated that he met his new girlfriend on April 21, 2018 and that things were going well.

      e.     BEAL stated that Krajnyak told him she had been assaulted three to four years earlier.

---

[2] Travel records for BEAL and Krajnyak show that this trip occurred March 8-16, 2018.

f.      BEAL denied involvement in the May 15, 2018 bombing. BEAL stated that as co-signer on the lease, he is "screwed financially" and will likely have to declare bankruptcy.

g.      BEAL said he had chemicals in his garage for making fireworks and model rockets.  He stated he is a model rocket hobbyist.  BEAL stated that it had been years since he made model rockets or fireworks.

**D.      Discovery of a Battery and Bits of Wire at the Spa**

12.    I have reviewed FBI laboratory reports and photographs taken by ERT of items recovered from the Spa after the explosion and learned the following:

a.      Law enforcement recovered a partially destroyed Company A brand battery at the Spa.  FBI laboratory personnel stated the extent of damage and location of the battery meant that it was in intimate contact with the explosive device when the device went off.

b.      Law enforcement recovered bits of wire ("bits of wire") at the Spa.  FBI laboratory personnel stated the extent of damage and location of the battery meant that they were in close contact with the explosive device when the device went off.   The reports further stated that wire from Homemade Device found at BEAL's residence was compared with the bits of wire found at the Mareblu Building.  Both items contained 24-25 American Gauge wire, with the same color plastic insulation, and were initially part of a parallel, multi-conductor

cord.  Based on the metallurgic and paint/polymer chemistry, FBI laboratory personnel stated that no meaningful differences were observed.  The report also stated that this type of wire is commonly used in pyrotechnic charge connections and for the manufacture of electric matches and detonators.

**E.     The Chemical Makeup of the Charge**

13.     I have reviewed reports from the FBI laboratory in Quantico, Virginia, including the comprehensive report dated January 17, 2019, and learned the following:

a.     The reports stated that residues of certain chemicals were detected on samples obtained from Krajnyak and the Spa.  The chemicals included chlorates, perchlorates, potassium, and ammonium residues.

b.     The reports stated that swabs from the interior of BEAL's model year 2017 vehicle were tested and identified residues of chlorate, sulfate, and potassium ions.

c.     The reports stated the explosion at the Mareblu Building on May 15, 2018 was caused by an improvised explosive device ("IED").  The chemical analysis of swabs taken from the Mareblu Building could indicate the use of a chlorate or perchlorate based oxidizer within an explosive composition. There could have been a variety of fuels, such as aluminum or sulfur.[3]  The

_____

[3] Based on my training and experience, I know that an IED would require an oxidizer and a fuel to explode.

partially destroyed Company A brand battery located at the Spa was found in a condition consistent with being in intimate contact with the explosives at the moment of initiation.

14.     According to records obtained from Toyota, BEAL purchased a new 2017 Toyota Prius on February 15, 2018.

15.     According to SABTs, potassium chlorate and potassium perchlorate are strong and common oxidizers used in the manufacture of pyrotechnic powders (among those mixtures are compositions known as flash powders).  Also, the results reflected in the laboratory report regarding the samples from the victim and the Spa are chemically consistent with residue that would be found if the materials recovered from BEAL's residence were used to make the IED.  Further, the results in the laboratory reports regarding the samples taken from BEAL's vehicle are chemically consistent with residue that would be found if BEAL's vehicle was used to transport an IED.

**F.     BEAL Drove the Prius to the Spa Four Days Before the Blast**

16.     According to records provided by BEAL's cellular telephone carrier, on May 11, 2018 at approximately 4:16 p.m., BEAL's cellular telephone connected to the cellular tower at 15 Mareblu, Aliso Viejo, California.  This tower is adjacent to the Spa.

17.    I have reviewed closed-circuit television ("CCTV") footage from a preschool across the street from the Mareblu Building.  I learned that on May 11, 2018, at approximately 4:24 p.m., a silver 2017 Toyota Prius, matching the description of BEAL's Toyota Prius, drove northbound on Mareblu toward the Spa.  At approximately 4:34 p.m., the footage showed the Toyota Prius departing southbound on Mareblu away from the Spa.

18.    I have reviewed May 11, 2018 CCTV footage from a retail store located on La Paz Road in Aliso Viejo, California, approximately one block away from the Mareblu Building.  In the footage, I observed that at approximately 4:35 p.m., a 2017 Toyota Prius entered the retail store parking lot.  At approximately 4:49 p.m., a white male adult wearing blue jeans and a long-sleeve dark blue patterned button-up shirt exited the retail store.  As explained in paragraph 29, below, an FBI SA reviewed the video recording and recognized BEAL to be the white male adult.

## G.    BEAL's Purchase of Items Connected to the Bombing

19.    Evidence gathered in this investigation shows that BEAL purchased a Company A brand battery and a cardboard box of a size X by X by X of the same types used in the bombing approximately one week before the bombing.

11

       1.     Purchase of the Company A Brand Battery

20.    I have reviewed a report written by FBI TFO Jeffrey Williams and learned the following:

       a.     On June 7, 2018, TFO Williams went to a Company A store in Long Beach, California.

       b.     Company A personnel provided TFO Williams a receipt of a Company A brand battery purchased with cash on May 8, 2018 at approximately 2:30 p.m.  Company A also provided surveillance footage of the purchaser.

21.    I reviewed the May 8, 2018 surveillance footage for the battery purchase and learned that the purchaser was a white male adult, wearing a white t-shirt and jeans with sunglasses on his head.  As explained in paragraph 29, below, an FBI SA reviewed video recordings of the purchase and recognized BEAL as the purchaser.

       2.     Purchase of a Company Y Cardboard Box

22.    I have reviewed a report written by FBI SA Christopher Rowe and learned the following:

       a.     On June 7, 2018, SA Rowe went to a Company Y store located in Aliso Viejo, California.

b.      Company Y personnel provided SA Rowe a receipt for the purchase of three identical cardboard boxes (X by X by X) on May 7, 2018 at 12:43 p.m. and the surveillance footage of the purchaser.

23.    I reviewed the May 7, 2018 surveillance footage for the cardboard boxes purchase and learned that the purchaser was a white male adult, wearing a white t-shirt and jeans with sunglasses on his head.  As explained in paragraph 29, below, an FBI SA reviewed video recordings of the purchase and recognized BEAL as the purchaser.

24.    I reviewed a report written by FBI SA Rafik Mattar and learned that on June 7, 2018, he interviewed Victim #1.  During that interview, SA Mattar showed Victim 1 one of the cardboard boxes that BEAL purchased from Company Y on May 7, 2018.  When asked if it looked like the same box Krajnyak opened prior to the explosion, Victim 1 responded "yes, it was just like that box, if not the exact same one."

**H.      Additional Witness Statements**

25.    On May 21, 2018, the FBI interviewed Witness #1.  I have reviewed the report of the interview and learned that Witness #1 lived in Arizona.  Witness #1 had known Krajnyak for sixteen years.  Witness #1 traveled from Arizona to California once a month to receive spa services from Krajnyak.  Witness #1 last saw  Krajnyak on May 4, 2018 when Witness #1 had an appointment at the Spa.

13

26.     On May 25, 2018, the FBI interviewed Witness #2.  I have read a report of the interview and learned that Witness #2 received spa treatments from Krajnyak approximately every two to three months.  Witness #2 stated that Krajnyak told her that her boyfriend was jealous, controlling, and possessive of her.  Krajnyak stated she was scared because he would threaten her and randomly come to the Spa.  While Witness #2 did not know his name, Witness #2 stated that he lived in Long Beach, California and provided a picture of him sent to her by Krajnyak As explained in paragraph 29, below, an FBI SA reviewed the picture and recognized BEAL as the individual.

27.     On May 27, 2018, the FBI interviewed Witness #3.  I have read a report of the interview and learned that Witness #3 was a close friend and relative of Krajnyak's family and went to Krajnyak for spa treatments.  In April 2018, Krajnyak told Witness #3 that Krajnyak was afraid that her ex-boyfriend, BEAL, would follow her and harm her.

28.     On May 21, 2018, the FBI interviewed Witness #4.  I have read a report of the interview and learned that Witness #4 was a client of Krajnyak.  She moved to Arizona, and despite living in Arizona, would travel to the Mareblu Building to obtain spa services from Krajnyak once a month.

14

## I.      Identification of BEAL

29.     SA Mattar was physically present for and participated in the interview of BEAL on May 16, 2018 that lasted over ten hours.  SA Mattar told me that he reviewed the (1) CCTV footage of the white male adult who purchased the Company Y cardboard boxes on May 7, 2018; (2) CCTV footage of the white male adult who purchased the Company A brand battery on May 8, 2018; (3) CCTV footage of the white male adult who exited the retail store at 4:49 p.m. on May 11, 2018; and (4) photograph provided by Witness #3 of Krajnyak's boyfriend.  SA Mattar told me that the individual in the CCTV footage listed above and photograph is BEAL.

/ / /

## IV.   <u>CONCLUSION</u>

30.    For the reasons described above, I respectfully submit there is

probable cause to believe that BEAL committed a violation of 18 U.S.C. § 844(i)

(Malicious Destruction of a Building Resulting in Death).


_____
JESSE KROUPA, Special Agent
Federal Bureau of Investigation


Subscribed to and sworn before me this
_1st_ day of March 2019.

_____
UNITED STATES MAGISTRATE JUDGE

16