# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br>V.<br>BEAL, STEPHEN WILLIAM<br>USMS# _____ PLAINTIFF<br>DEFENDANT | CASE NUMBER: SA19-131M<br>REPORT COMMENCING CRIMINAL ACTION |
|---|---|

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

FILED 2019 MAR -4 AM 10:33 CLERK U.S. DISTRICT COURT CENTRAL DISTRICT OF CALIF. SANTA ANA BY: ___

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 3/3/19 (10:40 AM) ☒ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No

4. Charges under which defendant has been booked:
   18 USC 844(i)  DAMAGE BUILDING WITH EXPLOSIVE DEVICE

5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor

6. Interpreter Required: ☒ No ☐ Yes Language: _____

7. Year of Birth: 1959

8. Defendant has retained counsel: ☒ No
   ☐ Yes  Name: _____  Phone Number: _____

9. Name of Pretrial Services Officer notified: DUTY

10. Remarks (if any): _____

11. Name: Thuan Ngo (please print)
12. Office Phone Number: (714) 939-3328
13. Agency: FBI
14. Signature: _____
15. Date: 3/4/2019

CR-64 (05/18)  REPORT COMMENCING CRIMINAL ACTION