**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>Stephen William Beal<br><br>Defendant. | Southern Division<br><br>Case #: 8:19-MJ-00131-DUTY  Complaint & Warrant<br>Initial App. Date: 03/04/2019    Custody<br>Time: 02:00 PM<br><br><br>Date Filed: 03/01/2019<br>Violation: 18 USC § 844(i)<br>CourtSmart/Reporter: 03/04/19 |

| | |
|---|---|
| **PROCEEDINGS HELD BEFORE UNITED STATES**<br>**MAGISTRATE JUDGE: John D. Early** | **CALENDAR/PROCEEDINGS SHEET**<br>**LOCAL/OUT-OF-DISTRICT CASE** |

**PRESENT:**

| Maria G. Barr | Mark Takla / Annamartine Salick | / None |
|---|---|---|
| *Deputy Clerk* | *Assistant U.S. Attorney* | *Interpreter/Language* |

☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and ☑ preliminary hearing

☑ Defendant states true name is as charged.

☑ Defendant advised of consequences of false statement in financial affidavit.

☑ Attorney: Amy Karlin ☑ DFPD, ☑ Appointed

☑ Government's request for detention is: GRANTED.

☑ Defendant is ordered: Permanently Detained

☑ Preliminary Hearing set for March 18, 2019 at 3:00 PM in Santa Ana before Magistrate Judge Early

☑ PIA set for March 25, 2019 at 10:00 AM in Santa Ana before Magistrate Judge Spaeth.

☑ Defendant committed to the custody of the U.S. Marshal

Deputy Clerk Initials: mba
00 : 05