# United States District Court


UNDER SEAL COPY

___CENTRAL___ DISTRICT OF ___CALIFORNIA___

UNITED STATES OF AMERICA
v.

**STEPHEN WILLIAM BEAL**

**WARRANT FOR ARREST ON COMPLAINT**

NUMBER: **SA 19 - 1 3 1 M**

To: The United States Marshal or any
Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___STEPHEN WILLIAM BEAL___
Name

and bring him/her forthwith to the new arest Judge/Magistrate Judge to answer a complaint charging him/her with Title 18, United States Code, Section 844(i): Malicious Destruction of a Building Resulting in Death.

with Bail fixed at $ _____
REC: Detention

Date: 3-1-19

JOHN D. EARLY
HONORABLE JOHN D. EARLY
UNITED STATES MAGISTRATE JUDGE

FILED 2019 MAR -4 AM 10: 37
CLERK US DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY: ___

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at ___Long Beach, CA___ |

| DATE RECEIVED | NAME & TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 3/1/19 | Special Agent Thuan Ngo | /s/ Thuan Ngo |
| DATE OF ARREST 3/3/2019 | | |

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____ WEIGHT: _____

SEX: _____ RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____