UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

September 2018 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>STEPHEN WILLIAM BEAL,<br><br>　　　　Defendant. | SA CR 19-00-47-JLS<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 2332a(a)(2): Use of a Weapon of Mass Destruction Resulting in Death; 18 U.S.C. § 844(i): Malicious Destruction of a Building Resulting in Death; 18 U.S.C. § 924(c): Use of a Destructive Device During and in Relation to a Crime of Violence; 26 U.S.C. § 5861(d): Possession of an Unregistered Destructive Device] |

　　The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 2332a(a)(2)]

　　On or about May 15, 2018, in Orange County, within the Central District of California, defendant STEPHEN WILLIAM BEAL, acting without lawful authority, did knowingly use a weapon of mass destruction, specifically, a destructive device as defined in Title 18, United States Code, Section 921, against a person and property

within the United States, such property being used in interstate and foreign commerce, and the offense and the results of the offense affected interstate or foreign commerce, and the offense resulted in the death of one person, specifically I.K.

## COUNT TWO

[18 U.S.C. § 844(i)]

On or about May 15, 2018, in Orange County, within the Central District of California, defendant STEPHEN WILLIAM BEAL maliciously damaged and destroyed, by means of fire and an explosive, a building and real property that was used in interstate and foreign commerce and in activities affecting interstate and foreign commerce, to wit: the commercial building located at 11 Mareblu, Aliso Viejo, California, resulting in death.

## COUNT THREE

[18 U.S.C. § 924(c)(1)(B)]

On or about May 15, 2018, in Orange County, within the Central District of California, defendant STEPHEN WILLIAM BEAL did knowingly discharge, carry and use a firearm, that is, a destructive device as defined in Title 18, United States Code, Section 921, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is: (1) the use of a weapon of mass destruction causing death in violation of Title 18, United States Code, Section 2332a(a)(2) as charged in Count One of this Indictment; and (2) the malicious damage and destruction of property by means of explosive materials, in violation of Title 18, United States Code, Section 844(i) as charged in Count Two of this Indictment.

COUNT FOUR

[26 U.S.C. § 5861(d)]

On or about May 15, 2018, in Orange County, within the Central District of California, defendant STEPHEN WILLIAM BEAL knowingly possessed a destructive device that defendant knew to be a destructive device, as defined in Title 26, United States Code, Sections 5845(a)(8) and (f), and which had not been registered to defendant in the National Firearms Registration and Transfer Record as required by Chapter 53, Title 26, United States Code.

A TRUE BILL

_____
Foreperson

NICOLA T. HANNA
United States Attorney

*[signature]*

PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division

CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, Terrorism and Export Crimes Section

MARK TAKLA
ANNAMARTINE SALICK
Assistant United States Attorneys
Terrorism and Export Crimes Section