[Reset Form]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**ORIGINAL**

## CASE SUMMARY

Case Number: **SACR19-00-47 JLS**  
Defendant Number: **1**

U.S.A. v. **STEPHEN WILLIAM BEAL**  
Year of Birth: **1959**

[✓] Indictment   [ ] Information   Investigative agency (FBI, DEA, etc.): **FBI**

NOTE: All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."

## OFFENSE/VENUE

a. Offense charged as a:

[ ] Class A Misdemeanor   [ ] Minor Offense   [ ] Petty Offense  
[ ] Class B Misdemeanor   [ ] Class C Misdemeanor   [✓] Felony

b. Date of Offense: **15 May 2018**

c. County in which first offense occurred: **ORANGE**

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):

[ ] Los Angeles   [ ] Ventura  
[✓] Orange   [ ] Santa Barbara  
[ ] Riverside   [ ] San Luis Obispo  
[ ] San Bernardino   [ ] Other

Citation of Offense: **18 U.S.C. §§ 2332a, 844(i), 924(c), and 26 U.S.C. § 5861(d)**

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:

[ ] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)  
[ ] Eastern (Riverside and San Bernardino)   [✓] Southern (Orange)

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?

[✓] No   [ ] Yes

If "Yes," Case Number: **N/A**

Pursuant to General Order 16-05, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**): **N/A**

## PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on: **1 Mar 2019**

Case Number: **SA 19-131M**

Assigned Judge: **JOHN D. EARLY**

Charging: **18 U.S.C. § 844(i)**

The complaint/CVB citation:  
[✓] is still pending  
[ ] was dismissed on:

## PREVIOUS COUNSEL

Was defendant previously represented?   [ ] No   [✓] Yes

IF YES, provide Name: **DFPD Amy Karlin**  
Phone Number: **(714) 338-4504**

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?  
[✓] Yes*   [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?  
[✓] Yes*   [ ] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

## SUPERSEDING INDICTMENT/INFORMATION

IS THIS A NEW DEFENDANT?   [ ] Yes   [✓] No

This is the _____ superseding charge (i.e., 1st, 2nd).

The superseding case was previously filed on: _____

Case Number: _____

The superseded case:  
[ ] is still pending before Judge/Magistrate Judge _____

[ ] was previously dismissed on _____

Are there 8 or more defendants in the superseding case?  
[ ] Yes*   [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?  
[ ] Yes*   [ ] No

Was a Notice of Complex Case filed on the Indictment or Information?  
[ ] Yes   [ ] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

*[FILED 2019 MAR 13, CLERK U.S. DISTRICT COURT, SANTA ANA, CENTRAL DIST. OF CALIF.]*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CASE SUMMARY

**INTERPRETER**

Is an interpreter required? ☐ YES ☑ NO
IF YES, list language and/or dialect:

**OTHER**

☑ Male ☐ Female
☑ U.S. Citizen ☐ Alien
Alias Name(s)

This defendant is charged in:
☑ All counts
☐ Only counts:

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.
☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile? ☐ Yes ☑ No
IF YES, should matter be sealed? ☐ Yes ☐ No

The area(s) of substantive law that will be involved in this case include(s):
☐ financial institution fraud
☐ government fraud
☐ environmental issues
☐ narcotics offenses
☑ violent crimes/firearms
☐ Other
☐ public corruption
☐ tax offenses
☐ mail/wire fraud
☐ immigration offenses
☐ corporate fraud

**CUSTODY STATUS**

Defendant is **not in custody**:
a. Date and time of arrest on complaint:
b. Posted bond at complaint level on:
   in the amount of $
c. PSA supervision? ☐ Yes ☐ No
d. Is on bail or release from another district:

Defendant is **in custody**:
a. Place of incarceration: ☐ State ☑ Federal
b. Name of Institution: Santa Ana Jail
c. If Federal, U.S. Marshals Service Registration Number: NA
d. ☑ Solely on this charge. Date and time of arrest:
   3 March 2019 at 11:00 a.m.
e. On another conviction: ☐ Yes ☑ No
   IF YES: ☐ State ☐ Federal ☐ Writ of Issue
f. Awaiting trial on other charges: ☐ Yes ☑ No
   IF YES: ☐ State ☐ Federal AND
   Name of Court:
   Date transferred to federal custody:

This person/proceeding is transferred from another district pursuant to F.R.Cr.P. _____ 20 _____ 21 _____ 40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN:

Date   03/13/2019

Signature of Assistant U.S. Attorney
MARK TAKLA
Print Name