**ORIGINAL**

FILED

2019 MAR 13

CLERK...T COURT
NTRAL DIST. OF CALIF.
SANTA ANA

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Initial Indictment: DV ✓ |
| | **SACR19-00-47 JLS** |
| | Case number to be assigned by Criminal Intake Clerk |
| PLAINTIFF | Superseding Indictment |
| v. | |
| STEPHEN WILLIAM BEAL | Case number |
| | **NOTICE TO COURT OF COMPLEX CRIMINAL CASE** |
| DEFENDANT(S). | (To be filed at the time the Indictment is filed or upon the filing of a Superseding Indictment in a case not previously identified as complex.) |

☒ **Initial Indictment**

Upon a careful review of the initial indictment, it is the opinion of the United States Attorney's Office that this case qualifies as complex because:

☐ There are eight (8) or more defendants.  The number of defendants is _____ .

and/or

☒ The presentation of the evidence in the Government's case-in-chief (including cross-examination) will will exceed twelve (12) trial days.  The current estimate is _____24_____ trial days.

☐ **Superseding Indictment**

Upon careful review of the _____ superseding indictment, it is the opinion of the United States Attorney's Office that this case now qualifies as complex because:

☐ There are eight (8) or more defendants.  The number of defendants is _____ . The previous number of defendants was _____ .

and/or

☐ The presentation of the evidence in the Government's case-in-chief (including cross-examination) will will exceed twelve (12) trial days.  The current estimate is _____ trial days.  The previous estimate was _____ trial days.

| | |
|---|---|
| March 13, 2019 | _Mare Al_ |
| Date | Assistant United States Attorney |

CR-63 (09/14)                    NOTICE TO COURT OF COMLEX CRIMINAL CASE