NICOLA T. HANNA
United States Attorney
PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division
MARK TAKLA (Cal. Bar No. 218111)
ANNAMARTINE SALICK (Cal. Bar No. 309254)
Assistant United States Attorney
Terrorism and Export Crimes Section
     United States Attorney's Office
     411 West Fourth Street, Suite 8000
     Santa Ana, California 92701
     Telephone: (714) 338-3500
     Facsimile: (714) 338-3561
     Email:    mark.takla@usdoj.gov
               annamartine.salick2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. SA CR 19-00047-JLS |
| Plaintiff, | STIPULATION FOR PROTECTIVE ORDER |
| v. | |
| STEPHEN WILLIAM BEAL, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney Mark Takla, and defendant STEPHEN WILLIAM BEAL, by and through their counsel of record, Deputy Federal Public Defender Amy Karlin, hereby stipulate as follows:

1. Defendant STEPHEN WILLIAM BEAL is currently charged in an indictment with violations of the following offenses: 18 U.S.C. § 2332a(a)(2) (Use of a Weapon of Mass Destruction Resulting in Death); 18 U.S.C. § 844(i) (Malicious Destruction of a Building Resulting in Death); 18 U.S.C. § 924(c) (Use of a Destructive Device

During and in Relation to a Crime of Violence); and 26 U.S.C. § 5861(d) (Possession of an Unregistered Destructive Device).

2. Pursuant to its discovery obligations in this case, the government wants to disclose to defendant's counsel in discovery certain materials that the government represents implicate third-party privacy, law enforcement sensitive or national security concerns. In addition, some of these materials are electronic in origin, making mitigation of these concerns through redaction problematic. These materials are collectively as "Protective Order Material(s)" in the attached proposed protective order.

3. The parties have conferred and agree to the terms of the attached proposed protective order.

IT IS SO STIPULATED.

Dated: March 26, 2019     Respectfully submitted,

NICOLA T. HANNA
United States Attorney

PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division

*/s/ Mark Takla*

_____
MARK TAKLA
ANNAMARTINE SALICK
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

  /s/ by email authorization            March 26, 2019
_____       _____
AMY KARLIN                           Date
Attorney for Defendant
Stephen William Beal