UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – GENERAL

Case No.  8:19-cr-00047-JLS-1                                                            Date: April 29, 2019

Present: The Honorable: **JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

Interpreter   None

| Rolls Royce Paschal | Deborah Parker | Mark Takla & Annamartine Salick |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| Stephen William Beal | X | X | | Amy Karlin, DFPD | X | X | |
| | | | | Richard Novak, CJA | X | X | |

**Proceedings:** STATUS CONFERENCE (Held and Continued)

    Defendant present in court unshackled.  Hearing held.  Court and counsel confer.  Upon stipulation of counsel and approval by the Court, the Trial in the above matter is continued to **Tuesday, July 14, 2020** at **9:00 a.m.**  A further Status Conference is set for **Friday, November 1, 2019** at **9:30 a.m.**  Counsel shall submit a status report two (2) weeks prior to the Status Conference hearing.  Defendant is ordered to appear at all dates and times.

:20

**Initials of Deputy Clerk**   rrp