NICOLA T. HANNA
United States Attorney
PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division
MARK TAKLA (Cal. Bar No. 218111)
ANNAMARTINE SALICK (Cal. Bar No. 309254)
Assistant United States Attorneys
Terrorism and Export Crimes Section
     United States Attorney's Office
     411 West Fourth Street, Suite 8000
     Santa Ana, California 92701
     Telephone: (714) 338-3500
     Facsimile: (714) 338-3561
     Email:    mark.takla@usdoj.gov
               annamartine.salick2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | No. SA CR 19-00047-JLS |
|---|---|
| Plaintiff, | JOINT STATUS REPORT |
| v. | DATE: |
| STEPHEN WILLIAM BEAL, | STAT. CONF.: 1/31/20 at 11:30 a.m. |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Mark Takla and Annamartine Salick, and defendant STEPHEN WILLIAM BEAL through his counsel of record, Federal Public Defender Amy Karlin, Deputy Federal Public Defender Joseph Trigilio, and Richard Novak, hereby file this Joint Status Report:

1.   On March 13, 2019, the United States filed an indictment against defendant STEPHEN WILLIAM BEAL which included three offenses

punishable by death: 18 U.S.C. § 2332a(a)(2) (Use of a Weapon of Mass Destruction Resulting in Death); 18 U.S.C. § 844(i) (Malicious Destruction of a Building Resulting in Death); and 18 U.S.C. § 924(c) (Use of a Destructive Device During and in Relation to a Crime of Violence.  The Attorney General of the United States has not yet determined if he will or will not direct the government to seek the death penalty.  Defendant is also charged with violation of 26 U.S.C. § 5861(d) (Possession of an Unregistered Destructive Device).

2.   On April 29, 2019, the Court held a status conference whereby it continued the trial until July 14, 2020 and set a further status conference for November 1, 2019.  On October 21, 2019, the Court granted the parties request to continue the status conference to January 31, 2020.

3.   On July 29, 2019, the government notified defendant that the Attorney General's Capital Case Review Committee requested a meeting with defendant's counsel.  That meeting occurred on November 18, 2019 in Washington, DC.  Counsel for defendant met with the Attorney General's Capital Case Review Committee and presented facts and argument as to why the Attorney General should not authorize the government to seek the death penalty.

4.   The government believes that it will take several months beyond the November 18, 2019 meeting before the Attorney General will make a decision on this matter.  On January 23, 2020, government counsel inquired as to the status of the decision.  Counsel was told there is no update.

5.   The parties believe it is difficult to set motion and other deadlines without a decision from the Attorney General.

6. Discovery production is ongoing. To this date, the government has disclosed approximately 43,000 pages and seven hard drives of discovery. The government is disclosing discovery as it becomes available. The government is disclosing discovery and the parties are diligently addressing numerous complex evidentiary issues.

7. At this time, the parties do not have any issues that they need to address with the Court.

Dated: January 30, 2020              Respectfully submitted,

                                     NICOLA T. HANNA
                                     United States Attorney

                                     PATRICK R. FITZGERALD
                                     Assistant United States Attorney
                                     Chief, National National Security Division

                                     *Mark Takla*
                                     _____
                                     MARK TAKLA
                                     ANNAMARTINE SALICK
                                     Assistant United States Attorneys

                                     Attorneys for Plaintiff
                                     UNITED STATES OF AMERICA

Dated: January 30, 2020

                                     /s/ via email authorization
                                     _____
                                     AMY KARLIN
                                     JOSEPH TRIGILIO
                                     RICHARD NOVAK
                                     Attorney for Defendant
                                     Stephen William Beal