NICOLA T. HANNA, United States Attorney
PATRICK R. FITZGERALD, Chief, National Security Div.
MARK TAKLA, Assistant United States Attorney
411 West Fourth Street, Suite 8000, Santa Ana, CA 92701
Telephone: (714) 338-3591; Facsimile: (714) 338-3561

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF(S) v. STEPHEN WILLIAM BEAL, DEFENDANT(S). | CASE NUMBER: SA CR 19-47-JLS NOTICE OF MANUAL FILING OR LODGING |
|---|---|

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  [✓] Filed  [ ] Lodged: **(List Documents)**

In Camera Document; [Proposed] Order Allowing Disclosure of Grand Jury Subpoena [Under Seal]; Government's Ex Parte Application for Order Sealing Ex Parte Filing [Under Seal]; and [Proposed] Order Sealing Ex Parte Filing [Under Seal]

**Reason:**
[✓] Under Seal
[✓] In Camera
[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Per Court order dated: _____
[ ] Other:

January 30, 2020
Date

/s/ MARK TAKLA
Attorney Name

UNITED STATES OF AMERICA
Party Represented

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*