NICOLA T. HANNA
United States Attorney
CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division
MARK TAKLA (Cal. Bar No. 218111)
ANNAMARTINE SALICK (Cal. Bar No. 309254)
Assistant United States Attorneys
Terrorism and Export Crimes Section
    United States Attorney's Office
    411 West Fourth Street, Suite 8000
    Santa Ana, California 92701
    Telephone: (714) 338-3500
    Facsimile: (714) 338-3561
    Email:   mark.takla@usdoj.gov
           annamartine.salick2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>STEPHEN WILLIAM BEAL,<br><br>        Defendant. | No. SA CR 19-00047-JLS<br><br>**GOVERNMENT'S NOTICE OF INTENT NOT TO SEEK DEATH AS TO DEFENDANT STEPHEN WILLIAM BEAL** |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, hereby provides notice of its intent not to seek the death penalty against defendant STEPHEN WILLIAM BEAL.  The Attorney

///

General has authorized and directed the government not to seek the death penalty against defendant STEPHEN WILLIAM BEAL.

Dated: June 22, 2020

Respectfully submitted,

NICOLA T. HANNA
United States Attorney

CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division

*/s/ Mark Takla*

_____
MARK TAKLA
ANNAMARTINE SALICK
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA