CUAUHTEMOC ORTEGA (Bar No. 257443)
Interim Federal Public Defender
AMY KARLIN (Bar No. 155016)
(Email: Amy_Karlin@fd.org)
JASON HANNAN (Bar No. 290841)
(Email: Jason_Hannan@fd.org)
JOSEPH TRIGILIO (Bar No. 245373)
(Email: Joseph_Trigilio@fd.org)
Deputy Federal Public Defenders
411 West Fourth Street, Suite 7110
Santa Ana, California  92701-4598
Tel: 714-338-4500
Fax: 714-338-4520

Attorneys for Defendant
STEPHEN WILLIAM BEAL

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>STEPHEN WILLIAM BEAL,<br><br>              Defendant. | Case No.  CR-19-00047-JLS<br>Case No.  CR-20-00060-JLS<br><br>**Notice of Appeal**<br><br>**[FRAP 9(a) APPEAL]** |

**Notice of Appeal**

Notice is hereby given that defendant Stephen William Beal hereby appeals to the United States Court of Appeals for the Ninth Circuit from the district court's rulings on September 25, 2020, as reflected in the attached minute orders (docket no. 88 in Case No. CR-19-00047-JLS and docket no. 49 in Case No. CR-20-00060-JLS), and all ancillary rulings.

October 7, 2020

Respectfully submitted,

CUAUHTEMOC ORTEGA
Interim Federal Public Defender

  */s/ Joseph Trigilio*
JOSEPH TRIGILIO
Deputy Federal Public Defender

Attorneys for Defendant

Case 8:19-cr-00047-JLS   Document 88   Filed 09/25/20   Page 1 of 2   Page ID #:1160

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | SACR 19-00047-JLS<br>CR 20-00060-JLS | | Date | September 25, 2020 |
|---|---|---|---|---|

| Present: The Honorable | JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | None |

| Melissa Kunig | Deborah Parker | Mark Takla |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Stephen William Beal | X | X | | Joseph Trigilio (DFPD)<br>Amy Karlin (DFPD)<br>Jason Hannan (DFPD) | X<br>X<br>X | X<br>X<br>X | |

**PROCEEDINGS:** DEFENDANT STEPHEN WILLIAM BEAL'S APPLICATION FOR REVIEW OF ORDER OF DETENTION SACR 19-00047-JLS [74])

DEFENDANT STEPHEN WILLIAM BEAL'S APPLICATION FOR REVIEW OF ORDER OF DETENTION (CR 20-00060-JLS [36])

---

Upon agreement of Defendant and counsel, and with the Court's permission, the hearing is held by videoconference and/or telephone. Defendant, counsel, Pretrial Services Officer, the Court, and court staff all appear by videoconference.

Application hearings held. The Court confers with counsel and Pretrial Services Agent Joey Johnson Aguayo regarding matters as stated on the record.

The Court, having engaged in a *de novo* review of the documents and evidence that were before Magistrate Judge Early, having heard additional oral argument, having carefully evaluated all of the factors under 18 U.S.C § 3142(g), and having reviewed Judge Early's Order Denying Application for Reconsideration of Order of Detention (Doc. 71), adopts in its entirety the factual findings and reasoning of that order. Moreover, the Court has considered the additional evidence identified by the Defendant (Doc. 39 in Case No. 20-60; Doc. 76 in Case No. 19-47) and finds that the additional evidence does not cause the Court to reevaluate its conclusions. Accordingly, Defendant's Applications for Review/Reconsideration of Order Setting Conditions of Detention are **DENIED.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

**SACR 19-00047 0:13**
**CR 20-00060 0:13**

| 0 | : | 26 |

Initials of Deputy Clerk  mku

**cc:USPPO**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | SACR 19-00047-JLS<br>CR 20-00060-JLS | | Date | September 25, 2020 |
|---|---|---|---|---|

| Present: The Honorable | JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | None |

| Melissa Kunig | Deborah Parker | Mark Takla |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Stephen William Beal | X | X | | Joseph Trigilio (DFPD)<br>Amy Karlin (DFPD)<br>Jason Hannan (DFPD) | X<br>X<br>X | X<br>X<br>X | |

**PROCEEDINGS:** DEFENDANT STEPHEN WILLIAM BEAL'S APPLICATION FOR REVIEW OF ORDER OF DETENTION SACR 19-00047-JLS [74])

DEFENDANT STEPHEN WILLIAM BEAL'S APPLICATION FOR REVIEW OF ORDER OF DETENTION (CR 20-00060-JLS [36])

Upon agreement of Defendant and counsel, and with the Court's permission, the hearing is held by videoconference and/or telephone. Defendant, counsel, Pretrial Services Officer, the Court, and court staff all appear by videoconference.

Application hearings held. The Court confers with counsel and Pretrial Services Agent Joey Johnson Aguayo regarding matters as stated on the record.

The Court, having engaged in a *de novo* review of the documents and evidence that were before Magistrate Judge Early, having heard additional oral argument, having carefully evaluated all of the factors under 18 U.S.C § 3142(g), and having reviewed Judge Early's Order Denying Application for Reconsideration of Order of Detention (Doc. 71), adopts in its entirety the factual findings and reasoning of that order. Moreover, the Court has considered the additional evidence identified by the Defendant (Doc. 39 in Case No. 20-60; Doc. 76 in Case No. 19-47) and finds that the additional evidence does not cause the Court to reevaluate its conclusions. Accordingly, Defendant's Applications for Review/Reconsideration of Order Setting Conditions of Detention are **DENIED.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

SACR 19-00047 0:13
CR 20-00060 0:13

0 : 26

Initials of Deputy Clerk   mku

**cc:USPPO**