UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | No. SA CR 19-00047-JLS |
|---|---|
| Plaintiff, | MODIFICATION OF JUNE 16, 2019 <u>PROTECTIVE ORDER REGARDING DIGITAL MEDIA</u> |
| v. | |
| STEPHEN WILLIAM BEAL, | |
| Defendant. | |

The Court has read and considered the Modification of the June 16, 2019 Protective Order Regarding Digital Media, filed by the government and defendant Stephen William Beal ("defendant") in this matter, which this Court incorporates by reference into this order, and FOR GOOD CAUSE SHOWN the Court hereby FINDS AND ORDERS as follows:

1. The government is in possession of 84 digital devices and e-mail and social media accounts belonging to persons other than defendant ("3rd Party Media") for which the parties hereby seek a protective order, (the "PROTECTED INFORMATION").

2. Paragraph 4(d) of the June 16, 2019 protective order states that the 3rd Party Media will be made available at the Federal Bureau of Investigations ("FBI") or the U.S. Attorney's Office ("USAO").  Due to the COVID-19 and social distancing precautions, the government will provide the defense team protected copies of some 3rd Party Media that prevent modification, addition, erasure, or copying of the 3rd Party Media.  The defense team will tag or identify files needed and provide the tags to the FBI for creation of a results media file.  The defense team shall conduct these searches of 3rd Party Media at the Federal Public Defender Offices in Santa Ana and Los Angeles.  Once the defense team has identified or tagged items in the 3rd Party Media, the 3rd Party Media will be returned to the FBI.  The FBI will then create a results media file of the items the defense team has tagged and identified, and provide the results media file to the defense.

3. The government will also provide the defense team with a copy of the victim's iCloud account in the 3rd Party Media.  The defense team is authorized to make a copy and otherwise manipulate the iCloud account for the sole purpose of processing the information with forensic software.  Once the defense team has processed the information, and tagged and identified items, the defense team will provide the original iCloud account, any copies of the information, and the tagged and identified items to the government, whereby the government will then produce the tagged and identified items to the defense team in discovery.

4. Other than transportation of the 3rd Party Media to and from the FBI office, the 3rd Party Media shall remain in a secured location (locked room or file cabinet) at the Federal Public

Defender Offices in Santa Ana or Los Angeles.  The defense team is not authorized to place the 3rd Party Media on a shared computer or server where it is accessible to those who are not assigned to this case.

5.   3rd Party Media not provided to the defense team is available for review at the FBI office in Orange, California through the case agents.

6.   The remaining portions of the June 16, 2019 protective order shall remain in place.

IT IS SO ORDERED.

January 13, 2021
DATE

HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

3