UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No. | SACR 19-00047-JLS |
| Date | June 24, 2021 |

Present: The Honorable   JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE

Interpreter   None

| Melissa Kunig | Debbie Gale | Mark Takla |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Stephen William Beal | X | X | | Michael Schachter (DFPD) | X | X | |
| | | | | Joseph Trigilio (DFPD) | X | X | |
| | | | | Amy Karlin (DFPD) | X | X | |
| | | | | Jason Hannan (DFPD) | X | X | |

**PROCEEDINGS:**   **DEFENDANT'S SEALED MOTION TO COMPEL DISCOVERY AND DISCLOSURE [163]**

Motion hearing held.   The Court heard oral argument from the parties.   For the reasons stated on the record, the courtroom is sealed for the proceedings and the transcript shall remain sealed until further order of the Court.

As stated on the record, a hearing re: discovery deadline compliance is scheduled for **September 8, 2021 at 4:30 PM.**   The Government shall keep Defendant apprised of its progress in producing *Brady* and Rule 16 materials and provide that discovery on a rolling basis.

Moreover, in his Response to the Government's Invocation of the Classified Information Procedures Act ("CIPA"), Defendant requested "a forum for addressing the Court, *in camera*, about how certain evidence or materials potentially implicating CIPA relate to the defense's case, including potential pretrial motions (such as discovery and suppression motions) and potential defenses at trial." (Doc. 203 at 2.)   As also stated on the record, any briefing Defendant wishes to submit on that topic must be filed **within 21 days** of this Order's issuance.   This Order shall constitute approval to file any such briefing under seal and *in camera*.

|   |   |
|---|---|
| | 0 : 45 |
| Initials of Deputy Clerk | mku |