MICHAEL A. SCHACHTER (Bar No. 298610)
(E-mail: Michael Schachter@fd.org)
411 W. Fourth Street, Ste. 7110
Santa Ana, CA 92701
Telephone: 714-338-4500

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | SA CR 19-0047-JLS |
| v. | |
| STEPHEN BEAL | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: (**List Documents**)

1. Under Seal and In Camera document

**Reason:**

☑ Under Seal
☑ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

June 15, 2021                                       /s/ Michael Schachter
Date                                                Attorney Name
                                                    Defendant Stephan Beal
                                                    Party Represented

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)            **NOTICE OF MANUAL FILING OR LODGING**