UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | SACR 19-00047-JLS |
| Date | August 19, 2021 |

| | |
|---|---|
| Present: The Honorable | JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE |
| Interpreter | None |

| Melissa Kunig | Not Reported | Mark Takla - Not Present<br>William Rollins - Not Present<br>Annamartine Salick – Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Stephen William Beal | Not | X | | Amy Karlin (DFPD) | Not | X | |
| | | | | Jason Hannan (DFPD) | Not | X | |
| | | | | Joseph Trigilio (DFPD) | Not | X | |
| | | | | Michael Schachter (DFPD) | Not | X | |

**PROCEEDINGS:**   (IN CHAMBERS) NOTICE THAT COURT RECEIVED SUBPOENED ITEMS

On August 12, 2021 the Court received subpoenaed items from Santa Ana Police Department.

Unless a protective order is in place, interested parties may inspect and/or copy the subpoenaed items before commencement of the trial or other contested proceeding.  A request to inspect and/or copy the subpoenaed items should be made to the courtroom deputy clerk, Melissa Kunig (JLS_Chambers@cacd.uscourts.gov).

To protect sensitive information, subpoenas seeking items that are expected to contain such sensitive information should be requested in an under seal subpoena.  Alternatively a protective order should be sought to protect the items after they are produced.

Unless otherwise ordered, subpoenaed items shall be returned to the attorney or party who requested issuance of the subpoena at the conclusion of the trial, contested proceeding, or upon any pretrial disposition of the case.

                                                                 _____  :  \_\_\_\_\_

Initials of Deputy Clerk   mku

cc: