**DECLARATION OF ANNAMARTINE SALICK**

1. I am an Assistant U.S. Attorney ("AUSA") in the Central District of California. I am one of the prosecutors assigned to this case. I make this declaration in support of the government's motion <u>in limine</u> to introduce foreign records.

2. On July 1, 2021, the government transmitted to counsel for defendant Stephen Beal ("defendant") via email a notice of its intent to introduce foreign business records. **Exhibit A**, filed under seal in connection with this motion, is a true and correct copy of the notice the government provided to counsel for defendant on July 1, 2021.

3. On October 28, 2021, the government contacted counsel for defendant and requested a meet and confer session regarding the government's intent to introduce foreign business records. On November 2, 2021, the parties conferred and counsel for defendant stated their objections to the introduction of foreign records.

4. On November 18, 2021, the government provided counsel for defendant with a Federal Bureau of Investigation ("FBI") report, dated November 17, 2021, and communications between the FBI and Company A beginning on July 19, 2018. On December 2, 2021, the government provided an additional communication between the FBI and Company A. **Exhibit B**, filed under seal in connection with this motion, is a true and correct copy of the November 17, 2021 FBI report and the email exchanges between FBI and Company A.

5. On November 22, 2021, defendant communicated that the admission of the records, the accompanying declaration, and the communications contained in Exhibit B would violate defendant's Confrontation Clause rights. The government advised that it did not

intend to introduce the communications at trial and requested further clarification on defendant's Confrontation Clause objection as it was aware of no authority supporting defendant's proposition.  No further information was provided.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at Los Angeles County, California, on December 3, 2021.

ANNAMARTINE SALICK
Assistant United States Attorney