ANNAMARTINE SALICK
United States Attorney's Office
411 West Fourth Street, Suite 8000
Santa Ana, California 92

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | SA 19-CR-047-JLS |
| v. | |
| STEPHEN WILLIAM BEAL, | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually [✓] Filed [ ] Lodged: **(List Documents)**

GOVERNMENT'S REPLY IN SUPPORT OF ITS MOTION IN LIMINE TO INTRODUCE FOREIGN RECORDS; DECLARATION OF ANNAMARTINE SALICK ; EXHIBITS

**Reason:**

[✓] Under Seal
[ ] In Camera
[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Per Court order dated: _____
[ ] Other:

December 31, 2021
Date

Annamartine Salick
Attorney Name

U.S.A.
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)        **NOTICE OF MANUAL FILING OR LODGING**