```
1  LEON J. PAGE, COUNTY COUNSEL
   and VANESSA D. ATKINS, Deputy (SBN 265113)
2  vanessa.atkins@coco.ocgov.com
   333 West Santa Ana Boulevard, Suite 407
3  Santa Ana, California 92701
   Telephone: (714) 834-2663
4  Facsimile: (714) 834-2359
5  Attorneys for Real Party in Interest, DON BARNES,
   ORANGE COUNTY SHERIFF-CORONER
```



FILED
CLERK, U.S. DISTRICT COURT
FEB - 9 2022
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN WILLIAM BEAL,<br><br>Defendant. | Case No. SA CR 19-00047-JLS<br><br>Assigned for all purposes to the Honorable Josephine L. Staton<br><br>**REAL PARTY IN INTEREST, DON BARNES ORANGE COUNTY SHERIFF APPLICATION FOR LEAVE TO FILE EX PARTE APPLICATION AND SUPPORTING DOCUMENTS UNDER SEAL**<br><br>[Filed concurrently with: Declaration of Vanessa Atkins in Support of Ex Parte App; Ex Parte Request for In Camera review; Dec in support of ex parte request for in Camera Review; and (proposed) Order re: Application |

Real party in interest DON BARNES, ORANGE COUNTY SHERIFF-CORONER ("OCSD"), through his attorneys of record, Leon J. Page, County Counsel, by Vanessa D. Atkins, Deputy County Counsel, Pursuant to Local Rule 79-5, ("OCSD") hereby applies for leave of Court to file the following documents under seal: 1) Ex Parte Request for In Camera Review, 2) Declaration of Vanessa D. Atkins in Support of Ex Parte Request for In Camera Review, 3) Exhibits A, B, and C (how many exhibits) to the Declaration of Vanessa D. Atkins in Support of Ex Parte Request for In Camera Review, 4) Proposed Order

Granting Ex Parte Request for In Camera Review, 5) Proposed Stipulation and Protective Order.?? The aforementioned documents reference and contain an OCSD deputy's personnel file. Please see the declaration of Vanessa D. Atkins in support of this application outlining the good cause for not disclosing this information publicly.

Respectfully submitted,

                                                LEON J. PAGE, COUNTY COUNSEL
                                                VANESSA D. ATKINS, DEPUTY

DATED: January 20, 2022         By:   /S/
                                                Vanessa Atkins, Deputy

                                                Attorneys for Real Party in Interest DON BARNES
                                                ORANGE COUNTY SHERIFF-CORONER

REAL PARTY IN INTEREST, DON BARNES OCSD'S APP FOR LEAVE TO FILE EX PARTE APP AND SUPPORTING DOCS UNDER SEAL