LEON J. PAGE, COUNTY COUNSEL
VANESSA D. ATKINS, Deputy (SBN 265113)
vanessa.atkins@coco.ocgov.com
333 West Santa Ana Boulevard, Suite 407
Santa Ana, California 92701
Telephone: (714) 834-6020
Facsimile: (714) 834-2359

Attorneys for Real Party in Interest, DON BARNES,
ORANGE COUNTY SHERIFF-CORONER

FILED
CLERK, U.S. DISTRICT COURT
FEB - 9 2022
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. SA CR 19-00047 – JLS |
| Plaintiff, | Assigned for all purposes to the Honorable Josephine L. Staton |
| v. | **EX PARTE APPLICATION REQUEST FOR IN CAMERA REVIEW** |
| STEPHEN WILLIAM BEAL, | |
| Defendant. | Date: January 21, 2022<br>Time: 9:00 a.m.<br>Dept. 10A |
| | UNDER SEAL AND IN CAMERA |

Real party in interest DON BARNES, ORANGE COUNTY SHERIFF-CORONER, through his attorneys of record, Leon J. Page, County Counsel, by Vanessa D. Atkins, Deputy County Counsel, hereby applies to the Court ex parte and respectfully requests that this Court review *in camera* documents contained in two potential witnesses' personnel files documents related to the incident that brough about this case and other to determine whether the documents contain any relevant or responsive material that should be disclosed to the parties in this matter.

///

///

///

- 1 -
EX PARTE REQUEST FOR IN CAMERA REVIEW

This application is based on the Declaration of Vanessa D. Atkins and exhibits thereto filed concurrently herewith and all files and records of this case.

DATED: January 20, 2022

Respectfully submitted,

LEON J. PAGE, COUNTY COUNSEL
VANESSA D. ATKINS, DEPUTY

/S/
_____
Vanessa Atkins, Deputy
Attorneys for Real Party in Interest
DON BARNES, ORANGE COUNTY SHERIFF-CORONER

EX PARTE REQUEST FOR IN CAMERA REVIEW