LEON J. PAGE, COUNTY COUNSEL
and VANESSA D. ATKINS, Deputy (SBN 265113)
vanessa.atkins@coco.ocgov.com
333 West Santa Ana Boulevard, Suite 407
Santa Ana, California 92701
Telephone: (714) 834-6020
Facsimile: (714) 834-2359

Attorneys for Real Party in Interest, DON BARNES
ORANGE COUNTY SHERIFF-CORONER

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. SA CR 19-00047-JLS |
| Plaintiff, | Assigned for all purposes to the Honorable Josephine L. Staton |
| v. | **DECLARATION OF VANESSA D. ATKINS IN SUPPORT OF EX PARTE REQUEST FOR IN CAMERA REVIEW** |
| STEPHEN WILLIAM BEAL, | |
| Defendant. | Date: January 21, 2022<br>Time: 1:30 p.m.<br>Dept. 10A |
| | UNDER SEAL AND IN CAMERA |

## DECLARATION OF VANESSA D. ATKINS

I, Vanessa D. Atkins, hereby declare as follows:

1. I am a Deputy County Counsel with Orange County Counsel. I am assigned to represent real party in interest Don Barnes, Orange County Sheriff-Coroner ("OCSD") in the matter of *United States v. Stephen William Beal*, SA CR 19-00047-JLS.

2. I am informed and believe that on or about December 29, 2021, defense counsel in this matter submitted two subpoenas to OCSD requesting a variety of documents related to the underlying investigation in this case as well as personnel records for a variety of OCSD deputies. (Exhibits A, B.)

3. On January 19, 2022, defense counsel and the undersigned agreed that the only records to be produced were those that related to ▮▮▮▮ and ▮▮▮▮ ▮▮▮▮.

4. The OCSD custodians of records have gathered responsive records contained in ▮▮▮▮ and ▮▮▮▮ personnel files and elsewhere that are responsive to the subpoena.

5. OCSD asserts that the existence of responsive records is confidential personnel information as set forth in California Evidence Code section 1043 *et seq.* and Article 1, section 1 of the California Constitution. Federal courts have given weight to privacy rights protected by state constitutions or statutes. (See *Soto v. City of Concord* 162 F.R.D. 603, 616 (N.D. Cal. 1995).)

6. I am informed and believe that ▮▮▮▮ and ▮▮▮▮ are potential witnesses in a pending suppression motion in this matter that is scheduled to be heard on January 24, 2022.

7. In light of the subpoenas, the Sheriff respectfully requests that the Court review in camera the documents the Orange County Sheriff-Coroner's Custodian of Records has gathered that are responsive to the subpoenas and determine whether any of it is responsive and subject to disclosure. Those documents have been marked as Exhibit C and are included for the Court's review. OCSD videos were also included as responsive to the subpoenas, and those videos will be emailed to defense counsel if and when the Court orders production.

8. If the Court determines that the records should be released, the undersigned respectfully requests that the Court order release of the documents pursuant to the protective order that has been filed concurrently with these papers.

Executed this January 20, 2022, in Long Beach, California

/S/
VANESSA D. ATKINS

2
DECLARATION OF VANESSA D. ATKINS IN SUPPORT OF EX PARTE REQUEST
FOR IN CAMERA REVIEW

# EXHIBIT A

CRAIG HARBAUGH (Bar. No. 194309)
(E-Mail: Craig_Harbaugh@fd.org)
Deputy Federal Public Defenders
411 West Fourth Street, Suite 7110
Santa Ana, California 92701-4598
Telephone: (714) 338-4500

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF | SA CR 19-0047-JLS |
| v. | |
| STEPHEN BEAL | **SUBPOENA IN A CRIMINAL CASE** |
| DEFENDANT(S) | |

TO: CUSTODIAN OF RECORDS FOR THE Orange County Sheriff's Department

☑ **YOU ARE HEREBY COMMANDED** to appear in the United States District Court at the place, date and time specified below to testify in the above case.

Place: 411 W. Fourth Street, Santa Ana, CA, Courtroom: 10A

Date: 1/14/2022, Time: 1:30 p.m.

☑ **YOU ARE ALSO COMMANDED** to bring with you the following document(s) or object(s):

Any and all records relating to the actions of the Orange County Sheriff's Department at the scene of Stephen Beal's residence, 7103 E. El Paseo, Long Beach, California on May 15, 2018. This request includes extends to all activities (even for officers did not physically enter the premises). This request extends to all officers, including the following: (a) ███ (b) ███ (c) ███ (d) ███ (e) ███ (f) ███ (g) ███ (h) ███ (i) ███ (j) ███

(1) personal and department-issued body worn and/or hand held audio and/or video recording devices in their native file format with original file names and metadata, from all officers present

(2) All electronically stored information from dash board cameras from the vehicles of officers

(3) All chain of custody records and reports for all (a) dash board cameras and (b) all personal and department-issued body worn audio and/or video recording device recordings, in their native file format with original file names and metadata.

NOTE: ATTACHED TO THIS SUBPOENA IS AN ADDENDUM CONTAINING ADDITIONAL RECORD COMMANDS

*Kiry K. Gray*
Kiry K. Gray, Clerk of Court

December 29, 2021
Date

CR-21 (10/15)      SUBPOENA IN A CRIMINAL CASE      Page 1 of 2

| | | | |
|---|---|---|---|
| | **PROOF OF SERVICE** | | |
| **Received by Server** | DATE | PLACE | |
| **Served** | DATE | PLACE | |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS ☐ Yes ☐ No  Amount $ _____ | |
| SERVED BY (PRINT NAME) | | TITLE | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____     _____
             *Date*                                     *Signature of Server*

Address of Server: _____

ADDITIONAL INFORMATION

*United States v. Stephen Beal*, **SA CR 19-0047-JLS**

## Subpoena Addendum

(4) All unit history, Data Warehouse Records, and/or Computer Aided Dispatch (CAD) records, via radio or Mobile Data Computer (MDC), between field officers and dispatch;

(5) All dispatch and car to car radio traffic evidence, with date and time stamps. With respect to radio traffic, provide not only the primary frequency (dispatch) but also the car to car or tactical frequency in real time, including silence;

(6) All written and/or recorded communication among the OCSD officers including voice mail messages, reports, notes, emails, and text messages, or any other written communications between the parties, whether on personal or departmental devices;

(7) All written and/or recorded communication between the OCSD officers and any other state or federal law enforcement agencies, including the FBI, including voice mail messages, reports, notes, emails, and text messages, or any other written communications between the parties, whether on personal or departmental devices;

# EXHIBIT B

CRAIG HARBAUGH (Bar. No. 194309)
(E-Mail: Craig_Harbaugh@fd.org)
Deputy Federal Public Defenders
411 West Fourth Street, Suite 7110
Santa Ana, California 92701-4598
Telephone: (714) 338-4500

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF | SA CR 19-0047-JLS |
| v. | |
| STEPHEN BEAL | **SUBPOENA IN A CRIMINAL CASE** |
| DEFENDANT(S) | |

TO: CUSTODIAN OF RECORDS FOR THE Orange County Sheriff's Department

☑ **YOU ARE HEREBY COMMANDED** to appear in the United States District Court at the place, date and time specified below to testify in the above case.

Place: 411 W. Fourth Street, Santa Ana, CA , Courtroom: 10A

Date: 1/14/2022 , Time: 1:30 p.m.

☑ **YOU ARE ALSO COMMANDED** to bring with you the following document(s) or object(s):

Any and all records relating to complaints, internal investigations, relating to the following Orange County Sheriff's Department officers: (a) ■■■ (f) ■■■ ((h) ■■■ (i) ■■■

NOTE: ATTACHED TO THIS SUBPOENA IS AN ADDENDUM CONTAINING DETAILED DESCRIPTION OF RECORD COMMANDS

*Kiry K. Gray*
Kiry K. Gray, Clerk of Court



December 29, 2021
Date

| PROOF OF SERVICE | | | |
|---|---|---|---|
| **Received by Server** | DATE | PLACE | |
| **Served** | DATE | PLACE | |
| SERVED ON (PRINT NAME) | | | FEES AND MILEAGE TENDERED TO WITNESS <br> ☐ Yes ☐ No Amount $ _____ |
| SERVED BY (PRINT NAME) | | | TITLE |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____   _____
            *Date*                       *Signature of Server*

Address of Server: _____

ADDITIONAL INFORMATION

*United States v. Stephen Beal*, **SA CR 19-0047-JLS**

## Subpoena Addendum

This request includes, but is not limited to, the following "potentially relevant" files:

1. Complaint(s) and/or the resulting investigation report(s) in the OCSD Internal Affairs file(s), regardless of merit and/or disposition;
2. Complaint(s) and/or the resulting investigation report(s) in the Santa Ana Police Department's general business file(s), regardless of merit and/or disposition;
3. Internal investigation(s) and/or the resulting report(s) regarding the above officer(s) in the OCSD Internal Affairs file(s), regardless of merit and/or disposition;
4. Internal investigation(s) and/or the resulting report(s) regarding the above officer(s) in the OCSD general business file(s), regardless of merit and/or disposition;
5. Substantiated or unsubstantiated complaint(s), investigation(s), evaluation(s), selected indicator(s), and/or other performance evaluation(s) in the personnel file(s) of the above officer(s);
6. Psychiatric\psychological record(s) in the above officer(s)' personnel file(s) that are probative of the officer(s)' propensity for violence, false police writing, and/or dishonesty;
7. Formal or informal records kept by OCSD and/or their supervising officer(s) regarding the above officer(s), including comments by citizen(s), other officer(s), and/or supervisor(s), in files that include, but are not limited to, the "Risk Management" file, "Division" file, and the "Human Resource" file;
8. Any and all information contained in general, personnel, or internal investigation records, documents, and/or files which indicates or identifies

*United States v. Stephen Beal*, **SA CR 19-0047-JLS**

## Subpoena Addendum

previous employment by a law enforcement agency other than the Santa Ana Police Department.[1]

The materials sought are those which are described in the body of the motion in more detail, but which relate to the following:

A. The names, addresses, telephone numbers, and dates of birth of any and all persons who have made such complaint(s) against the above officer(s) to the OCSD as described in items 1-8, *supra*;[2]

B. Any and all written, recorded, or oral statements by person(s) who have brought complaint(s) against the above officer(s) as described in items 1-8, *supra*;[3]

C. The names, addresses, and telephone numbers of any and all person(s) interviewed by the Santa Ana Police Department, their investigator(s), and/or other personnel for investigation(s) involving the above officer(s) as described in items 1-8, *supra*;[4]

D. Any and all tape recordings and/or transcriptions thereof, notes – handwritten or otherwise, and memoranda by investigating personnel of the OCSD made pursuant to investigations covering items 1-8, *supra*;[5]

---

[1] *Fletcher v. Superior Court* (2002) 100 Cal.App.4th 386.

[2] Evidence Code § 1045 (a); *Brady v. Maryland* (1963) 373 U.S. 83, 87; *Pitchess v. Superior Court* (1974) 11 Cal.3d 531; *Cadena v. Superior Court* (1978) 79 Cal.App.3d 212; *Arcelona v. Municipal Court* (1980) 113 Cal.App.3d 523; *Gonzales v. Municipal Court* (1977) 67 Cal.App.3d 111.

[3] *Brady v. Maryland, supra*; *Caldwell v. Municipal Court* (1976) 58 Cal. App.3d 377; *Hinojosa v. Superior Court* (1976) 55 Cal.App.3d 692; *Gonzales v. Municipal Court, supra*.

[4] *Brady v. Maryland, supra*; Evidence Code § 1045 (a); *Pitchess v. Superior Court, supra*; *Arcelona v. Municipal Court, supra*; *Kelvin L. v. Superior Court* (1976) 62 Cal.App.3d 823; *Lemelle v. Superior Court* (1978) 77 Cal.App.3d 148; *Gonzales v. Municipal Court, supra*.

[5] *Brady v. Maryland, supra*; *Caldwell v. Municipal Court*, supra; *Hinojosa v. Superior Court*, supra; *Arcelona v. Municipal Court, supra*, at p. 530-531.

*United States v. Stephen Beal*, **SA CR 19-0047-JLS**

## Subpoena Addendum

E.    The name(s), telephone number(s), and assignment(s) of investigator(s) and/or other personnel employed by the OCSD and/or the City thereof, investigating the matters described in items 1-8, *supra*;[6]

F.    Any and all record(s) of discipline imposed or not by the OCSD upon the above officer(s) for conduct specified or related to the matters in items 1-8, *supra*;[7]

G.    The written procedures established by the OCSD to investigate citizen complaints against the department and/or its personnel.[8]

H.    Any and all records, reports, documents, memorandums, dispositions, resolutions, notes - handwritten or otherwise, and/or discipline indirectly or directly imposed, regarding matters directly or indirectly related to the pending charges in this criminal proceeding that are contained in the OCSD files – personnel or general business – regardless of merit and/or disposition.[9]

The scope of the materials sought includes, but is not limited, to:

1.)    Excessive force, violence, attempted violence, hostility, aggression, assaultive behavior, and/or proclivity for violence;[10]

2.)    Self defense claims;[11]

---

[6]  *Brady v. Maryland, supra*; *Caldwell v. Municipal Court, supra*.

[7]  *Brady v. Maryland, supra*; Evidence Code § 1045 (a); *Arcelona v. Municipal Court, supra*; *Cadena v. Superior Court, supra*.

[8]  *Brady v. Maryland, supra*; Penal Code § 832.5 (a).

[9]  *Vela v. Superior Court* (1989) 208 Cal.App.3d 141, 151-152; *Gonzales v. Municipal Court, supra*, at pp. 120-121.

[10]  *Arcelona v. Municipal Court, supra*; *Cadena v. Superior Court, supra*; *People v. Castain* (1981) 122 Cal.App.3d 138; *People v. Superior Court (Hayden)* (1980) 102 Cal.App.3d 181; *Hinojosa v. Superior Court, supra*; *Kelvin L. v. Superior Court, supra*; *Pitchess v. Superior Court, supra*.

[11]  *Caldwell v. Municipal Court, supra*; *Kelvin L. v. Superior Court, supra*; *People v. Superior Court (Hayden), supra*.

*United States v. Stephen Beal*, SA CR 19-0047-JLS

## Subpoena Addendum

3.) Fabrication of probable cause and/or planting of evidence to cover up the use of excessive force;[12]

4.) Dishonesty, untruthfulness, lack of veracity, neglect of duty, conduct unbecoming of an officer, and/or lack of credibility;[13]

5.) Prior wrongful acts (uncharged, charged, and/or convicted) involving moral turpitude;[14]

6.) False arrest, fabrication of reports – investigation, internal investigation, overtime, and/or medical – fabrication of evidence, fabrication of charges, and/or false testimony/perjury;[15]

7.) Character and custom of the officer(s) to coerce confessions;[16]

8.) Character and custom of the officer(s) to conduct illegal searches and seizures;[17]

9.) Character and custom of the officer(s) to violate constitutional rights;[18]

10.) Personal bias of the officer(s) against the minor;[19]

11.) Bias of the co-arresting officer which would affect his credibility as a witness;[20]

---

[12]  *People v. Gill* (1997) 60 Cal.App.4th 743; *People v. Hustead* (1999) 74 Cal.App.4th 410.

[13]  *Pierre C. v. Superior Court*, (1984) 159 Cal.App.3d 1120; *People v. Gill, supra*; *People v. Hustead, supra*.

[14]  *People v. Wheeler* (1992) 4 Cal.4th 284.

[15]  *People v. Superior Court (Hayden), supra*; *Pierre C. v. Superior Court, supra*; *People v. Gill, supra*; *People v. Hustead, supra*.

[16]  *People v. Memro* (1985) 38 Cal.3d 658.

[17]  *Pierre C. v. Superior Court, supra*; *Saulter v. Municipal Court* (1977) 75 Cal.App.3d 231; *Brant v. Superior Court* (2003) 108 Cal.App.4th 100.

[18]  *People v. Memro, supra*; *Pierre C. v. Superior Court, supra*; *Saulter v. Municipal Court, supra*; *Brant v. Superior Court, supra*.

[19]  *Alt v. Superior Court* (1999) 74 Cal.App.4th 950.

*United States v. Stephen Beal*, **SA CR 19-0047-JLS**

## Subpoena Addendum

12.) Any other information that is exculpatory and/or impeaching for cross-examination of an adverse witness (*Brady*);[21]

---

[20] *Larry E. v. Superior Court* (1987) 194 Cal.App.3d 25.

[21] *Brady v. Maryland, supra*; *City of Los Angeles v. Superior Court (Brandon)* (2001) 29 Cal.4th 1; *Abatti v. Superior Court* (2003) 112 Cal.App.4th 39.