TRACY L. WILKISON
United States Attorney
CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division
MARK TAKLA (Cal. Bar No. 218111)
ANNAMARTINE SALICK (Cal. Bar No. 309254)
WILSON PARK (Cal. Bar No. 239527)
MARIA JHAI (Cal. Bar No. 283059)
Assistant United States Attorneys
Terrorism and Export Crimes Section
    United States Attorney's Office
    411 West Fourth Street, Suite 8000
    Santa Ana, California 92701
    Telephone: (714) 338-3500
    Facsimile: (714) 338-3561
    Email:    mark.takla@usdoj.gov
              annamartine.salick2@usdoj.gov
              wilson.park@usdoj.gov
              maria.jhai@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. SA CR 19-00047-JLS |
|     Plaintiff, | JOINT STATUS REPORT |
|     v. | |
| STEPHEN WILLIAM BEAL, | |
|     Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Mark Takla, Annamartine Salick, Wilson Park, and Maria Jhai, and defendant STEPHEN WILLIAM BEAL through his counsel of record, Deputy Federal Public Defenders Amy Karlin, Craig Harbaugh, Joseph Trigilio, and Michael Schachter, have met and conferred about evidentiary hearing

dates. The parties have agreed to the following dates in addition to the dates identified in the previously filed stipulation to continue the trial date:

    Defense Motion to Exclude Testimony of Jailhouse Informant (Dkt. 352) Evidentiary Hearing (if needed)     3/15/2022

    Defense Motions to Exclude Testimony of Government Explosives Experts (Dkt. 349) and Other Laboratory Experts (Dkt. 350) Evidentiary Hearing (if needed)     3/28/2022 & 5/09/2022

    Government Motion to Exclude Testimony of Defense Experts (not filed) Evidentiary Hearing (if needed)     5/16/2022

Dated: February 11, 2022     Respectfully submitted,

TRACY L. WILKISON
United States Attorney

CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division

*Mark Takla*

MARK TAKLA
ANNAMARTINE SALICK
WILSON PARK
MARIA JHAI
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: February 11, 2022

/s/ via email authorization
AMY KARLIN
JOSEPH TRIGILIO
CRAIG HARBAUGH
MICHAEL SCHACHTER
Attorney for Defendant
Stephen William Beal