UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | SACR 19-00047-JLS | | Date | February 23, 2022 |
|---|---|---|---|---|

| Present: The Honorable | JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | None |

| Melissa Kunig | Deborah Parker | Mark Takla; Annamartine Salick; Wilson Park; Maria Jhai |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Stephen William Beal | X | X | | Craig Harbaugh (DFPD) | X | X | |
| | | | | Michael Schachter (DFPD) | X | X | |
| | | | | Joseph Trigilio (DFPD) | X | X | |
| | | | | Amy Karlin (DFPD) | X | X | |

**PROCEEDINGS:**   **EVIDENTIARY HEARING RE DEFENDANT'S SEALED MOTION TO SUPPRESS EVIDENCE [301]**

    Motion hearing held.   For the reasons stated on the record, the courtroom is sealed for the proceedings and the transcript shall remain sealed until further order of the Court.

    Witness sworn and testified.   Exhibits identified and admitted as stated on the record.   The Court hears oral argument.   The Court takes the matter under submission.   Order to issue.

    See attached List of Witnesses.

| | 3 | : | 47 |
|---|---|---|---|
| Initials of Deputy Clerk | mku | | |

## LIST OF EXHIBITS AND WITNESSES

| Case Number | SACR 19-00047-JLS | | Title | U.S.A. v. Stephen William Beal |
|---|---|---|---|---|
| **Judge** | JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE | | | |
| **Dates of Trial or Hearing** | 2/23/2022 | | | |
| **Court Reporters or Tape No.** | Deborah Parker | | | |
| **Deputy Clerks** | Melissa Kunig | | | |

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Mark Takla | Amy Karlin |
| Annamartine Salick | Craig Harbaugh |
| Wilson Park | Michael Schachter |
| Maria Jhai | Joseph Trigilio |
| | |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| | | | | | | Matthew Laflore | |
| | | | | | | Miguel Sotelo | |
| | | | | | | Stephen Beal | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |