UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | SACR 19-00047-JLS |
| Date | February 25, 2022 |

Present: The Honorable **JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

Interpreter  None

| Melissa Kunig | Deborah Parker | Mark Takla; Annamartine Salick; Wilson Park; Maria Jhai |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Stephen William Beal | X | X | | Craig Harbaugh (DFPD) | X | X | |
| | | | | Michael Schachter (DFPD) | X | X | |
| | | | | Joseph Trigilio (DFPD) | X | X | |
| | | | | Amy Karlin (DFPD) | X | X | |

**PROCEEDINGS:**   Defendant's **SEALED** Motion to Exclude Improper Prior Act Evidence [348]

Defendant's **SEALED** Motion to Exclude Testimony of Government's Explosives Experts and Request for Daubert Hearing [349]

Defendant's **SEALED** Motion to Exclude Testimony of Other Laboratory Experts [350]

Defendant's **SEALED** Motion for Final and Good-Faith Witness List, Witness Order for Government Witnesses, and Exclusion of Witnesses Knowingly Left Off the Government's November 4th Witness List [351]

Defendant's **SEALED** Motion to Exclude Testimony of Jailhouse Informant [352]

Government's **SEALED** Motion in Limine to Admit Witness Testimony Regarding Defendant's Stalking and Harassment [364]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

    Motion hearings held.   For the reasons stated on the record, the courtroom is sealed for a select portions of the proceedings and the transcript of those portions shall remain sealed until further order of the Court.

    The Court hears oral argument.   The Court takes the motions under submission.   Order to issue.

                                                                                                    2   :   45

Initials of Deputy Clerk   mku