TRACY L. WILKISON
United States Attorney
CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division
MARK TAKLA (Cal. Bar No. 218111)
ANNAMARTINE SALICK (Cal. Bar No. 309254)
WILSON PARK (Cal. Bar No. 239527)
MARIA JHAI (Cal. Bar No. 283059)
Assistant United States Attorneys
Terrorism and Export Crimes Section
    United States Attorney's Office
    411 West Fourth Street, Suite 8000
    Santa Ana, California 92701
    Telephone: (714) 338-3500
    Facsimile: (714) 338-3561
    Email:    mark.takla@usdoj.gov
              annamartine.salick2@usdoj.gov
              wilson.park@usdoj.gov
              maria.jhai@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | NO. SA CR 19-047-JLS |
|---|---|
| Plaintiff, | GOVERNMENT'S *EX PARTE* APPLICATION FOR AN ORDER MODIFYING THE BRIEFING SCHEDULE AND ALLOWING THE FILING OF OVERSIZED REPLY BRIEF ON THE GOVERNMENT'S MOTIONS TO (1) EXCLUDE TESTIMONY OF DEFENSE EXPERTS, AND (2) COMPEL DISCOVERY; DECLARATION OF MARK TAKLA |
| v. | |
| STEPHEN WILLIAM BEAL, | |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, hereby submits its ex parte application for an order modifying the briefing schedule and allowing the filing of oversized brief with respect to the consolidated Reply in support of the government's motions to (1) exclude testimony of defense experts (Dkt. 473) and (2) compel discovery (Dkt. 461).  Defense counsel has

informed the government that they do not oppose this ex parte application. The government's ex parte application is based upon the attached Declaration of Mark Takla.

Dated: March 14, 2022

Respectfully submitted,

TRACY L. WILKISON
United States Attorney

CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division

    /s/ Mark Takla
MARK TAKLA
ANNAMARTINE SALICK
WILSON PARK
MARIA JHAI

Assistant United States Attorneys

Attorneys for Plaintiff
United States of America

DECLARATION OF MARK TAKLA

I, Mark Takla, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I am one of the prosecutors representing the government in United States v. Stephen William Beal, SA CR 19-047-JLS.

2. On February 25, 2022, this Court issued a pretrial briefing schedule (Dkt. 463), which set forth, among other things, the following briefing schedule for the government's Daubert motion and motion to compel discovery: replies due on March 18, 2022 and hearing on April 1, 2022.

3. The government filed its motions to exclude expert testimony and compel discovery on February 25, 2022 (Dkt. 461 and 473). On March 14, 2022, defendant filed his Omnibus Opposition to the government's two motions. The opposition consists of 34 pages of briefing and 78 pages of exhibits. On March 14, 2022, defendant disclosed 7 additional pages of expert notice and 40 additional pages of curricula vitae, expert qualifications, and expert reports. The supplemental disclosures were attached as exhibits to his Omnibus Opposition. The government believes that the supplemental disclosures address some of the government's original objections. Since there is substantial new material that the government must review with its experts, the government needs more than one week to reply. The extra week will allow the government to review its motion to determine what remains in dispute.

4. In light of the above, the government respectfully requests a seven-day extension to March 25, 2022 to file its consolidated reply.

5. I have met and conferred with defendant's attorneys regarding this ex parte application. Defendant does not object to the extension of time or filing of an oversized brief.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at Santa Ana, California, on March 14, 2022.

*/s/ Mark Takla*
_____
MARK TAKLA