UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CRIMINAL MINUTES – GENERAL**

Case No.  SACR 19-00047 JLS                              Date:  March 15, 2022

Present:  **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

Interpreter    NONE

| Melissa Kunig | NONE | NOT PRESENT |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendant: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Stephen William Beal | NOT | | | Craig Harbaugh<br>Amy Karlin<br>Jason Hannan<br>Joseph Trigilio<br>Michael A. Schachter | NOT | X | |

**PROCEEDINGS:    (IN CHAMBERS) ORDER RE UNDER SEAL FILING OF ORDER DENYING MOTION TO SUPPRESS (Doc. 481)**

   Because so many of the filings related to the Motion to Suppress were filed under seal pursuant to the Protective Order in this case, the Court sealed the hearing, and the Court issued its Order Denying Motion to Suppress under seal.
   However, it appears to the Court that most (if not all) of the Court's Order should be available on the public docket.  Therefore, the Court directs the parties to confer regarding this issue, and the Court directs the Government to file a public redacted version of the Court's Order no later than ten days from the entry of this Order.

   **IT IS SO ORDERED.**

                                                          Initials of Deputy Clerk:  mku