# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>STEPHEN BEAL,<br><br>    Defendant. | Case No. SA CR 19-00047-JLS<br><br>**ORDER RE DEADLINES RELATING TO GOVERNMENT'S WITNESS LIST** |

For GOOD CAUSE shown, the Court hereby ORDERS that the following deadlines relating to the government's witness list be met:

    a.    The government will serve an updated good faith witness list by April 1, 2022.  The government's witness list will remove those witnesses it no longer intends to call, such as witnesses relating to disability fraud, and separate out those witnesses for whom it only intends to elicit chain of custody information.  Also, to the extent the government identifies alternative witnesses for the same issue, with the intent of calling only one such witness, the government will group those witnesses and list them according to the likelihood that it will call them.

    b.    The government will serve its final witness list by May 10, 2022.  The parties agree that the government may not add witnesses to its final witness except upon a showing of good cause.  In such

instances, the government will first meet and confer with the defense about the addition of any such witness. If the defense does not agree to the amendment, the government may apply to the Court to seek the amendment based on a showing of good cause.

  c. The government will serve its general witness order by May 17, 2022.

DATED: March 22, 2022

HONORABLE JOSEPHINE L. STATON
United States District Court Judge