MICHAEL SCHACHTER (Bar No. 298810)
(E-Mail: Michael_Schachter@fd.org)
Deputy Federal Public Defenders
411 West Fourth Street, Suite 7110
Santa Ana, California 92701-4598
Telephone: (714) 338-4500

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | SA CR 19-47-JLS |
| v. | |
| STEPHEN BEAL | **APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION (18 U.S.C. §3142) AND REQUEST FOR HEARING** |
| DEFENDANT. | |

Application is made by ☐ plaintiff ☑ defendant  Stephen Beal
that a hearing be held to review /reconsider the decision of

☐ United States District Judge _____ by order dated: _____

☑ Magistrate Judge  John D. Early _____ by order dated:  September 2, 2020

    ☑ denying release and imposing detention under subsection ☐ (d) or ☑ (e) of Title 18 U.S.C. §3142; or
    ☐ ordering release upon certain conditions, or
    ☐ denying detention.

This application is made ☑ pre-sentence ☐ post-sentence based on the following facts not previously considered by said judicial officer or changed circumstances as follows:
The defense seeks temporary release pursuant to 18 U.S.C. § 3142(i). In this complex case, temporary release is "necessary for preparation of the person's defense." See id. The length and complexity of the upcoming trial is evidenced by, inter alia, the government's witness list of 170 potential witnesses, the ten-week trial estimate, the government's identification of extensive areas of 404(b) evidence, see Dkt. No. 348, and the possibility of the defendant testifying in the defense case.

    Relief sought *(be specific)*:

Trial is scheduled for June 14, 2022. The defense seeks temporary release through the end of trial subject to conditions as the court deems appropriate, including those conditions previously proposed at Dkt. No. 57 (application for review) and Dkt. No. 63 at 18-19 (memorandum). The defendant is also amenable to home detention subject to carve-outs for court appearances, legal appointments, and medical appointments.

    Counsel for the defendant and plaintiff United States Government consulted on  May 6, 2022
and opposing counsel declines to stipulate to an order providing the relief sought.

☐   Telephonic notice given to ☑ AUSA ☐ Defendant's Counsel ☐ PSA ☐ Interpreter ☐ USM ☐ Probation
on  May 6, 2022 (via email) .

An interpreter is ☐ required ☑ not required. Language _____
Defendant is ☑ in custody ☐ not in custody.

| 5/6/2022 | Defendant |
|---|---|
| Date | Moving Party |

APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF
RELEASE/DETENTION, (18 U.S.C. §3142) AND REQUEST FOR HEARING

CR-88 (06/07)