Name & Address:

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| v.  PLAINTIFF(S) | |
| DEFENDANT(S). | **NOTICE OF MANUAL FILING OR LODGING** |

PLEASE TAKE NOTICE:

      Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☐ Lodged: (**List Documents**)

**Reason:**

☐   Under Seal
☐   In Camera
☐   Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐   Per Court order dated: _____
☐   Other:

_____
Date

_____
Attorney Name

_____
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*