TRACY L. WILKISON
United States Attorney
CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division
MARK TAKLA (Cal. Bar No. 218111)
ANNAMARTINE SALICK (Cal. Bar No. 309254)
WILSON PARK (Cal. Bar. No. 239527)
Assistant United States Attorneys
Terrorism and Export Crimes Section
    United States Attorney's Office
    411 West Fourth Street, Suite 8000
    Santa Ana, California 92701
    Telephone: (714) 338-3500
    Facsimile: (714) 338-3561
    E-mail:    mark.takla@usdoj.gov
              annamartine.salick2@usdoj.gov
              wilson.park@usdoj.gov
              maria.jhai@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>          v.<br><br>STEPHEN WILLIAM BEAL,<br><br>      Defendant. | No. SA CR 19-047-JLS<br><br>[PROPOSED] JOINT STATEMENT OF THE CASE<br><br>Trial Date: June 15, 2022 |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Mark Takla, Annamartine Salick, Wilson Park, and Maria Jhai, and defendant Stephen William Beal, by and through his counsel of record, Deputy

///

///

///

Federal Public Defenders Craig Harbaugh, Joseph Trigilio, and Michael Schachter, hereby submit a joint statement of the case.

Dated: June 8, 2022                     Respectfully submitted,

                                        TRACY L. WILKISON
                                        United States Attorney

                                        CHRISTOPHER D. GRIGG
                                        Assistant United States Attorney
                                        Chief, National Security Division


                                        ____/s/_____
                                        MARK TAKLA
                                        ANNAMARTINE SALICK
                                        WILSON PARK
                                        Assistant United States Attorneys

                                        Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA


Dated: June 9, 2022                     */s/ – via e-mail authorization*
                                        CRAIG HARBAUGH
                                        JOSEPH TRIGILIO
                                        MICHAEL SCHACHTER
                                        Deputy Federal Public Defenders

                                        Attorneys for Defendant
                                        STEPHEN WILLIAM BEAL

**JOINT STATEMENT OF THE CASE**

The indictment alleges that on May 15, 2018, defendant Stephen William Beal: (1) knowingly used a weapon of mass destruction against a person and property and that his use of the destructive device resulted in the death of a person; (2) maliciously damaged and destroyed a commercial building located in Aliso Viejo, California, by means of fire and an explosive, which resulted in the death of a person; (3) knowingly carried and used a destructive device during and in relation to a crime of violence; and (4) knowingly possessed a destructive device that was not registered in the National Firearms Registration and Transfer Record, as required by law.

Defendant denies the allegations, has entered a plea of not guilty to all of the charges contained in the indictment, and is presumed innocent.