TRACY L. WILKISON
United States Attorney
CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division
MARK TAKLA (Cal. Bar No. 218111)
ANNAMARTINE SALICK (Cal. Bar No. 309254)
WILSON PARK (Cal. Bar No. 239527)
MARIA JHAI (Cal. Bar No. 283059)
Assistant United States Attorneys
Terrorism and Export Crimes Section
    United States Attorney's Office
    411 West Fourth Street, Suite 8000
    Santa Ana, California 92701
    Telephone: (714) 338-3500
    Facsimile: (714) 338-3561
    E-mail:   mark.takla@usdoj.gov
               annamartine.salick2@usdoj.gov
               wilson.park@usdoj.gov
               maria.jhai@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. SACR 19-047-JLS |
|---|---|
| Plaintiff, | FINDINGS OF FACT REGARDING UNVACCINATED PROSPECTIVE JURORS |
| v. | |
| STEPHEN WILLIAM BEAL, | |
| Defendant. | |

    The Court, having read and considered the government's ex parte application for findings of fact regarding unvaccinated prospective jurors, hereby makes the following findings:

    (1)   Defendant Stephen William Beal ("defendant") is charged with use of a weapon of mass destruction resulting in death (18 U.S.C. § 2332a(a)(2)), malicious destruction of a building resulting in death (18 U.S.C. § 844(i)), use of a destructive device during and in relation to a crime of

1

|   |   |   |
|---|---|---|
| 1 |  | violence (18 U.S.C. § 924(c)), and possession of an |
| 2 |  | unregistered destructive device (26 U.S.C. § 5861(d)). |
| 3 |  | Defendant's trial is scheduled to begin on June 15, 2022. |
| 4 | (2) | The Court intends to excuse all unvaccinated individuals |
| 5 |  | from the pool of prospective jurors in this case. |
| 6 | (3) | On June 7, 2022, at a pre-trial conference, the Court |
| 7 |  | proposed to the parties that unvaccinated individuals be |
| 8 |  | excused from the pool of prospective jurors in this case. |
| 9 |  | On June 10, the Defendant agreed to the Court's |
| 10 |  | proposal and consented on the record to a vaccinated jury. |
| 11 | (4) | Unvaccinated individuals are not a distinctive group for |
| 12 |  | purposes of jury service. |
| 13 | a. | The population of unvaccinated individuals does not |
| 14 |  | have a fixed or definite composition.  Because |
| 15 |  | vaccination status is not an immutable |
| 16 |  | characteristic, membership in this group changes on a |
| 17 |  | daily basis.  Indeed, every individual who is now |
| 18 |  | vaccinated was previously unvaccinated. |
| 19 | b. | Second, unvaccinated individuals do not share common |
| 20 |  | attitudes, viewpoints, or experiences.  There are |
| 21 |  | many reasons why an individual may not be vaccinated. |
| 22 | (5) | Current data reflects that more than 70% of eligible |
| 23 |  | residents in Los Angeles County are fully vaccinated.  This |
| 24 |  | high vaccination rate demonstrates that individuals in this |
| 25 |  | District have broadly chosen to be vaccinated -- whatever |
| 26 |  | their race, gender, religion, or other protected or |
| 27 |  | immutable characteristics. |
| 28 |  |  |

1	(6)	Unvaccinated jurors are being excused for good cause.
2		Excusing unvaccinated jurors will protect health and safety
3		and prevent disruption to the proceedings in this matter.
4		As public health authorities have found, unvaccinated
5		individuals are much more likely to contract COVID-19 and
6		spread it to other people.  This heightened risk will
7		threaten the safety of other jurors, the parties,
8		witnesses, members of the public, and Court staff.  In
9		addition, the Court may be forced to delay or continue the
10		trial if a trial participant contracts COVID-19, and the
11		presence of unvaccinated jurors risks impeding or
12		interfering with jury deliberations.

    Based on the foregoing findings of fact, the Court finds that the excusal of all unvaccinated prospective jurors in this case is supported by good cause.

    IT IS SO ORDERED.

    June 14, 2022

_____         _____
DATE                                HONORABLE JOSEPHINE L. STATON
                                    UNITED STATES DISTRICT JUDGE