UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION



FILED
CLERK, U.S. DISTRICT COURT
June 15, 2022
CENTRAL DISTRICT OF CALIFORNIA
BY: kr  DEPUTY

| UNITED STATES OF AMERICA, | No. SA CR 19-00047-JLS |
|---|---|
| Plaintiff, | PEREMPTORY CHALLENGES |
| v. | (Write Seat # and Name of Challenged Juror) |
| STEPHEN WILLIAM BEAL | |
| Defendant. | |

| GOVERNMENT | DEFENDANT |
|---|---|
| 1. JACQUELYN BARIC (#20) | 1. |
| 2. CALVIN GREENE (#21) | 2. |
| 3. ARTHUR OR (#27) | 3. |
| 4. ALEX GEPFNER-MIHLSTER (#29) | 4. |
| 5. ELIJAH CARTIER (#35) | 5. |
| 6. JOHN KNOWLES (#34) | 6. |
|  | 7. |
|  | 8. |
|  | 9. |
|  | 10. |
|  |  |
|  |  |
|  |  |

| ALTERNATES | ALTERNATES |
|---|---|
| 1. SUZANNE MCGUIRE (#51) | 1. |
| 2. ERIC PAVLOTSKIY (#52) | 2. |
| 3. | 3. |
| 4. | 4. |