# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - TRIAL

| | |
|---|---|
| Case No. | SACR 19-00047-JLS |
| Date | June 22, 2022 |
| Present: The Honorable | JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE |
| Interpreter | N/A |

| Deputy Clerk | Court Reporter/Recorder | Assistant U.S. Attorney |
|---|---|---|
| D. Rojas and K. Reddick | Pat Cuneo / Deborah Parker | Mark Takla / Annamartine Salick / Wilson Park / Maria Jhai |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Stephen William Beal | X | X | | Craig Harbaugh, DFPD | X | X | |
| | | | | Amy Karlin, DFPD | X | X | |
| | | | | Joseph Trigilio, DFPD | X | X | |
| | | | | Michael Schacter, DFPD | X | X | |

____ Day COURT TRIAL      4th Day JURY TRIAL      ____ Death Penalty Phase

____ One day trial;   ____ Begun (1st day);   ____ Held & continued;   ____ Completed by jury verdict/submitted to court.

____ The Jury is impaneled and sworn.

____ Opening statements made

x  Witnesses called, sworn and testified.

x  Exhibits identified      x  Exhibits admitted

____ Government rests.   ____ Defendant(s) _____ rest.

____ Motion for mistrial by _____ is ____ granted ____ denied ____ submitted

____ Motion for judgment of acquittal (FRCrP 29) is ____ granted ____ denied ____ submitted

____ Closing arguments made   ____ Court instructs jury   ____ Bailiff sworn

____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

____ Alternates excused   ____ Jury retires to deliberate   ____ Jury resumes deliberations

____ Finding by Court as follows:   ____ Jury Verdict as follows:

Dft # ____ ____ Guilty on count(s)   ____ Not Guilty on count(s)

____ Jury polled   ____ Polling waived

____ Filed Witness & Exhibit lists   ____ Filed Jury notes   ____ Filed Jury Instructions   ____ Filed Jury Verdict

Dft # ____ ____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

\_\_\_\_ Dft # \_\_\_\_ remanded to custody.   Remand/Release# \_\_\_\_ issd.   Dft # \_\_\_\_ released from custody.

\_\_\_\_ Bond exonerated as to Dft # \_\_\_\_

x   Case continued to   June 23, 2022, at 9:00 a m.   for further trial/further jury deliberation.

x   Other:

05 : 28

Initials of Deputy Clerk   droj