# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | SACR 19-00047-JLS |
| Date | June 29, 2022 |
| Present: The Honorable | JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE |
| Interpreter | N/A |

| Kevin Reddick | Pat Cuneo / Deborah Parker | Mark Takla / Annamartine Salick / Wilson Park / Maria Jhai |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Stephen William Beal | X | X | | Craig Harbaugh, DFPD | X | X | |
| | | | | Joseph Trigilio, DFPD | X | X | |
| | | | | Michael Schacter, DFPD | X | X | |

___ Day COURT TRIAL    8th Day JURY TRIAL    ___ Death Penalty Phase

___ One day trial;  ___ Begun (1st day);  X Held & continued;  ___ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.

___ Opening statements made

x Witnesses called, sworn and testified.

x Exhibits identified    x Exhibits admitted

___ Government rests.    ___ Defendant(s) _____ rest.

___ Motion for mistrial by _____ is ___ granted ___ denied ___ submitted

___ Motion for judgment of acquittal (FRCrP 29) is ___ granted ___ denied ___ submitted

___ Closing arguments made    ___ Court instructs jury    ___ Bailiff sworn

___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

___ Alternates excused    ___ Jury retires to deliberate    ___ Jury resumes deliberations

___ Finding by Court as follows:    ___ Jury Verdict as follows:

Dft # ___ Guilty on count(s) ___    Not Guilty on count(s) ___

___ Jury polled    ___ Polling waived

___ Filed Witness & Exhibit lists    ___ Filed Jury notes    ___ Filed Jury Instructions    ___ Filed Jury Verdict

Dft # ___ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | Dft # ___ remanded to custody. | Remand/Release# ___ issd. | Dft # ___ released from custody. |
|---|---|---|---|
| ___ | Bond exonerated as to Dft # ___ | | |
| x | Case continued to June 30, 2022, at 9:00 a.m. for further trial/further jury deliberation. | | |
| ___ | Other: | | |

5 : 31

Initials of Deputy Clerk  kr