TRACY L. WILKISON
United States Attorney
CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division
MARK TAKLA (Cal. Bar No. 218111)
ANNAMARTINE SALICK (Cal. Bar No. 309254)
WILSON PARK (Cal. Bar No. 239527)
MARIA JHAI (Cal. Bar No. 283059)
Assistant United States Attorneys
Terrorism and Export Crimes Section
    United States Attorney's Office
    411 West Fourth Street, Suite 8000
    Santa Ana, California 92701
    Telephone: (714) 338-3500
    Facsimile: (714) 338-3561
    Email:    mark.takla@usdoj.gov
               annamartine.salick2@usdoj.gov
               wilson.park@usdoj.gov
               maria.jhai@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | NO. SA CR 19-047-JLS |
|---|---|
| Plaintiff, | TRIAL STIPULATION PART 2 |
| v. | |
| STEPHEN WILLIAM BEAL, | |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, and defendant Stephen William Beal ("defendant"), individually and by and through his counsel of record, Deputy Federal Public Defenders Craig Harbaugh, Joseph Trigilio, and Michael Schachter, hereby agree and stipulate as follows:

**I.   INTRODUCTION**

1. The parties stipulate and agree to the following foundational facts as to the items of evidence identified herein. Unless otherwise stated, the stipulation applies to evidence produced in discovery as of the date of execution of this stipulation. The other categories are likewise so limited. The parties reserve all objections to admissibility and foundation not expressly covered by this stipulation. The stipulations are not intended to limit the parties from calling witnesses to testify about any item of evidence.

2. "Specified dates" and "specified locations" refers to dates and locations identified in an Evidence Response Team case book or, where not applicable, other law enforcement reports.

**II.  ITEMS OF EVIDENCE**

   **A.   Digital Evidence**

3. Authenticity of Digital Device Evidence:

   a. The parties stipulate as follows regarding information stored on digital devices and electronic communication and remote computing services. This stipulation is not intended to limit the parties from calling witnesses to testify about the digital information described below.

   b. The parties agree that the digital media and internet service provider information listed in Attachment A is, accurate, and obtained from the individuals and places identified. The information was properly imaged by computer forensic experts. The purpose of this stipulation is to allow the parties to admit information from the digital devices without calling a computer forensic expert.

4. The stipulation includes but is not limited to the following government exhibits.

2

      i.  **Exhibit 693** is a true and correct copy of information from defendant's dash camera installed on defendant's car, obtained on May 18, 2018.

      ii.  **Exhibit 1174** is a summary chart of the telephone calls made to Ildiko Krajnyak's phone, (714) 271-8802, on May 15, 2018.

      iii.  **Exhibits 1175-1181 and 1203-1204** are true and correct copies of information found on defendant's Apple desktop computer bearing serial number DCPQQ02MFQMW with attached Western Digital hard drive bearing serial number WX210Y2N1809 and Western Digital hard drive bearing serial number WCC4N6APERHE obtained on May 18, 2018.

      iv.  **Exhibit 1185** is a true and correct copy of information found on defendant's Apple iPhone 10 obtained on March 3, 2019.

      v.  **Exhibits 1182-1184, 1186, 1189-1191, 1198-1200, ~~and 1202~~** are true and correct copies of information found on defendant's Apple iPhone 10 obtained on May 18, 2018.

      vi.  **Exhibit 1187** is a true and correct copy of information from Ildiko Krajnyak's iCloud account, hermes6969@icloud.com, obtained on January 15, 2021.

      vii.  **Exhibit 1188** is a true and correct copy of information from defendant's iCloud account, Stephen@bealfamily.net, obtained on January 15, 2021.

      viii.  **Exhibit 1207** is a true and correct copy of information from Ildiko Krajnyak's Facebook account.

3

ix. **Summary Exhibit 1192** is a true and accurate summary of information from defendant's digital devices.

x. **Exhibit 1524** is a true and correct copy of information found on defendant's Apple iPhone 10 obtained on March 3, 2019.

Respectfully submitted,

DATED: June 27, 2022

TRACY L. WILKISON
United States Attorney

CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division

/s/ Mark Takla

MARK TAKLA
ANNAMARTINE SALICK
WILSON PARK
MARIA JHAI
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

DATED: June 27, 2022

/s/

CRAIG HARBAUGH
JOSEPH TRIGILIO
MICHAEL A. SCHACHTER
Counsel for Defendant STEPHEN WILLIAM BEAL

/s/

STEPHEN WILLIAM BEAL
Defendant