CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
AMY KARLIN (Bar No. 155016)
(E-Mail: Amy_Karlin@fd.org)
CRAIG HARBAUGH (Bar. No. 194309)
(E-Mail: Craig_Harbaugh@fd.org)
JOSEPH TRIGILIO (Bar No. 245373)
(E-Mail: Joseph_Trigilio@fd.org)
MICHAEL SCHACHTER (Bar No. 298610)
(E-mail: Michael_Schachter@fd.org)
Deputy Federal Public Defenders
411 West Fourth Street, Suite 7110
Santa Ana, California 92701-4598
Telephone: (714) 338-4500
Facsimile: (714) 338-4520

Attorneys for Defendant
STEPHEN BEAL

**FILED**
CLERK, U.S. DISTRICT COURT
JULY 19, 2022
CENTRAL DISTRICT OF CALIFORNIA
BY: DR DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> STEPHEN BEAL, <br><br> Defendant. | Case No. SA CR 19-0047-JLS <br><br> **DEFENDANT'S UNOPPOSED EX PARTE APPLICATION TO SEAL DOCUMENTS; DECLARATION OF MICHAEL SCHACHTER** |

Defendant Stephen Beal, by and through his attorney of record, Deputy Federal Public Defender Michael Schachter, hereby submits its unopposed *ex parte* application for an order allowing the defense to file its "Objections to Certain Excerpts From May 16, 2018" under seal. The *ex parte* application is based on upon the attached Declaration of Michael Schachter.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: July 18, 2022    By */s/ Michael Schachter*
MICHAEL SCHACHTER
Deputy Federal Public Defender
Attorney for Defendant Stephen Beal

# DECLARATION OF MICHAEL SCHACHTER

I, Michael Schachter, hereby state and declare as follows:

1. I am an attorney with the Office of the Federal Public Defender for the Central District of California. I am licensed to practice law in the State of California and I am admitted to practice in this Court. I represent Mr. Beal in this case.

2. The defense's "Objections to Certain Excerpts From May 16, 2018 Interview" includes and references materials subject to the parties' protective order that have yet to be deemed admissible at trial.

3. Counsel for the government does not object to the filing of the defense's opposition under seal as the parties have an agreement not to oppose each other's requests to file under seal where the protective order is implicated.

4. I further declare that I will serve a copy of this sealing application and proposed order, and the defense's filing, on government counsel.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on July 18, 2022 at Santa Ana, California.

                                                  */s/ Michael Schachter*
                                                MICHAEL SCHACHTER

# PROOF OF SERVICE

I, Maurine Von Winckelmann, declare that I am a resident or employed in Orange County, California; that my business address is the Office of the Federal Public Defender, 411 West Fourth Street, Suite 7110, Santa Ana, California 92701-4598, Telephone No. (714) 338-4500; that I am over the age of eighteen years; that I am not a party to the action entitled above; that I am employed by the Federal Public Defender for the Central District of California, who is a member of the Bar of the State of California, and at whose direction I served a copy of the attached **DEFENDANT EX PARTE APPLICATION TO FILE UNDER SEAL - FILED UNDER SEAL**, on the following individual(s) by:

[ ] Placing same in a sealed envelope for collection and interoffice delivery addressed as follows:

[ ] Placing same in an envelope for hand delivery addressed as follows:

[ ] Placing same in a sealed envelope for collection and mailing via the United States Post Office addressed as follows:

[x] By E-mail addressed as follows:

Annamartine Salick
Assistant United States Attorney
Los Angeles, CA
Annamartine.Salick2@usdoj.gov

Mark Takla
Assistant United States Attorney
Santa Ana, CA
Mark.Takla@usdoj.gov

Wilson Park
Assistant United States Attorney
Los Angeles, CA
Wilson.Park@usdoj.gov

MARIA JHAI
Assistant United States Attorney
Maria.Jhai@usdoj.gov

This proof of service is executed at Santa Ana, California, on July 18, 2022. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

　　　　　/s/ Maurine Von Winckelmann