CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
AMY KARLIN (Bar No. 155016)
(E-Mail: Amy_Karlin@fd.org)
CRAIG HARBAUGH (Bar No. 194309)
(E-Mail: Craig_Harbaugh@fd.org)
JOSEPH TRIGILIO (Bar No. 245373)
(E-Mail: Joseph_Trigilio@fd.org)
MICHAEL A. SCHACHTER (Bar No. 298610)
(E-Mail: Michael_Schachter@fd.org)
Deputy Federal Public Defenders
411 West Fourth Street, Suite 7110
Santa Ana, California 92701-4598
Telephone: (714) 338-4500
Facsimile: (714) 338-4520

Attorneys for Defendant
STEPHEN BEAL

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> STEPHEN BEAL, <br><br> Defendant. | Case No. SA CR 19-00047-JLS <br><br> **DEFENDANT'S SUPPLEMENTAL RESPONSE TO GOVERNMENT'S POCKET BRIEF REGARDING PRIOR CONSISTENT STATEMENTS; EXHIBIT** |

**SUPPLEMENTAL RESPONSE**

The government has requested to introduce out-of-court statements by surviving victim Monica Chiotti about her descriptions of the box that she saw Ms. Krajnyak begin to open before the explosion. The defense filed a Response on July 28, 2022. The Response points out that the government has already had its chance to elicit Ms. Chiotti's prior descriptions of the box, *i.e.* her prior consistent statements. After obtaining the transcript of Ms. Chiotti's testimony, the defense has confirmed that the government has already done so. There is no basis for offering it in rebuttal.

At 8:30 p.m. on July 30, 2022, the defense obtained a transcript of Ms. Chiotti's testimony on June 22, 2022. The transcript confirms that Ms. Chiotti has already testified to her prior descriptions of the box before her identification of the 12" x 6" x 6" box on June 8, 2022. This supplemental response provides the Court with the relevant transcript. When asked during her direct examination about her interview a "few days" after the bombing, the following question and answers take place:

```
 3   Q   And during that interview, did you provide more
 4       accurate information about the box, based on your memory?
 5   A   Yes.  My memory was always the same.  I just kept doing
 6       this gesture (indicating), and I kept -- the best I could do
 7       is compare it to a shoebox, because it's rectangular.  And
 8       that's what came to my mind.  And I said, It's probably not
 9       as long as a shoebox and maybe a little bit taller.
10   Q   Comparing those two scenes of those first and second
11       interviews, which interview is more chaotic?
12   A   Everything was chaotic, but it was more chaotic when I
13       first arrived at the hospital.  Like I said, I didn't know
14       what happened to my mom.  I had -- I don't know where my
15       husband is.  I had 10-plus people around me that I didn't
16       know, and they were all trying to do their job.
```

(Ex. A, Chiotti Transcript Excerpt, at 33.)

As the transcript above demonstrates, Ms. Chiotti has already been asked about her prior consistent description of the 12" x 6" x 6" box. That the government declined to use the actual audio of her prior description at the time it was questioning Ms. Chiotti is not a justification for letting the government play them now, after its case-in-chief has closed. The evidence would be cumulative and improper rebuttal. *See Cates v. Sears, Roebuck & Co.*, 928 F.2d 679, 685 (5th Cir. 1991) (affirming exclusion of "rebuttal" testimony that "was merely revisiting evidence earlier presented," but in "more detailed and comprehensive" fashion).Moreover, reinforcing evidence already elicited is not an appropriate basis under Fed. R. Evid. 801(d)(1) to admit prior statements

Accordingly, the government's request to play Ms. Chiotti's audio interview of her prior descriptions—after its case-in-chief has concluded—must be denied.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: July 31, 2022        By */s/ Joseph Trigilio*
                            JOSEPH TRIGILIO
                            Deputy Federal Public Defender
                            Attorney for Defendant
                            Stephen Beal