# EXHIBIT A

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION AT LOS ANGELES**

**HONORABLE JOSEPHINE L. STATON, JUDGE PRESIDING**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| vs. | ) SACR NO. 19-00047-JLS |
| | ) Day 4, Volume II |
| STEPHEN WILLIAM BEAL, | ) |
| | ) |
| DEFENDANT. | ) |
| _____ | ) |

REPORTER'S TRANSCRIPT OF PROCEEDINGS

LOS ANGELES, CALIFORNIA

WEDNESDAY, JUNE 22, 2022

1:21 P.M.

**DEBORAH D. PARKER, CSR 10342**
**OFFICIAL COURT REPORTER**
**UNITED STATES DISTRICT COURT**
**350 WEST 1st STREET**
**SUITE 4455**
**LOS ANGELES, CALIFORNIA 90012**
**(657) 229-4305**
**transcripts@ddparker.com**

*Deborah D. Parker, U.S. Court Reporter*

**APPEARANCES OF COUNSEL:**

FOR THE PLAINTIFF, UNITED STATES OF AMERICA:

TRACY L. WILKISON
UNITED STATES ATTORNEY

CHRISTOPHER D. GRIGG
ASSISTANT UNITED STATES ATTORNEY
CHIEF, CRIMINAL DIVISION

MARK TAKLA
ASSISTANT UNITED STATES ATTORNEY
UNITED STATES DISTRICT COURT
8000 RONALD REAGAN FEDERAL BUILDING
SANTA ANA, CALIFORNIA 92701
(714) 338-3500
mark.takla@usdoj.gov

ANNAMARTINE SALICK
ASSISTANT UNITED STATES ATTORNEY
UNITED STATES DISTRICT COURT
312 NORTH SPRING STREET
SUITE 1200
LOS ANGELES, CALIFORNIA 90012
(213) 894-3424
annamartine.salick2@usdoj.gov

WILSON PARK
ASSISTANT UNITED STATES ATTORNEY
UNITED STATES DISTRICT COURT
312 NORTH SPRING STREET
15th FLOOR
LOS ANGELES, CALIFORNIA 90012
(213) 894-5796
wilson.park@usdoj.gov

MARIA JHAI
ASSISTANT UNITED STATES ATTORNEY
UNITED STATES DISTRICT COURT
312 NORTH SPRING STREET
12th FLOOR
LOS ANGELES, CALIFORNIA 90012
(213) 894-4138
maria.jhai@usdoj.gov

**APPEARANCES OF COUNSEL:**

FOR THE DEFENDANT, STEPHEN WILLIAM BEAL:

                     CUAUHTEMOC ORTEGA
                     FEDERAL PUBLIC DEFENDER

                     CRAIG A. HARBAUGH
                     DEPUTY FEDERAL PUBLIC DEFENDER
                     321 EAST SECOND STREET
                     LOS ANGELES, CALIFORNIA 90012
                     (213) 894-2854
                     Craig.Harbaugh@fd.org

                     MICHAEL A. SCHACHTER
                     DEPUTY FEDERAL PUBLIC DEFENDER
                     411 WEST FOURTH STREET
                     SUITE 7110
                     SANTA ANA, CALIFORNIA 92701
                     (714) 338-3400
                     Michael.Schachter@fd.org

                     JOSEPH A. TRIGILIO
                     DEPUTY FEDERAL PUBLIC DEFENDER
                     321 EAST SECOND STREET
                     LOS ANGELES, CALIFORNIA 90012
                     (213) 894-1221
                     Joseph_Trigilio@fd.org

                     AMY M. KARLIN
                     DEPUTY FEDERAL PUBLIC DEFENDER
                     411 WEST FOURTH STREET
                     SUITE 7110
                     SANTA ANA, CALIFORNIA 92701
                     Amy_Karlin@fd.org

Also Present:

        Nick Vicencia, FBI Special Agent

        Haji Shah, Litigation Support Technician

*Deborah D. Parker, U.S. Court Reporter*

```
 1                           I N D E X

 2

 3   PLAINTIFF'S WITNESSES:    DIRECT  CROSS  REDIRECT  RECROSS

 4    MONICA CHIOTTI            5      37      62        63

 5

 6

 7

 8                          E X H I B I T S

 9   PLAINTIFF'S EXHIBITS:              IDENTIFICATION  EVIDENCE

10    55    Photograph                                    35

11    695B  CCTV Footage                                  36

12    1698  Cardboard Box                                 20

13

14

15

16

17

18

19

20

21

22

23

24

25
```

*Deborah D. Parker, U.S. Court Reporter*

**LOS ANGELES, CALIFORNIA; WEDNESDAY, JUNE 22, 2022; 1:35 P.M.**

* * * * * *

*(The following proceedings were had in open court*

*in the presence of the jury:)*

MONICA CHIOTTI, PLAINTIFF'S WITNESS, PREVIOUSLY SWORN

THE COURT:  All right.  Welcome back, ladies and gentlemen.

And, Mr. Takla, you may continue your direct examination of the witness.

MONICA CHIOTTI, PLAINTIFF'S WITNESS, PREVIOUSLY SWORN

MR. TAKLA:  Thank you, Your Honor.

DIRECT EXAMINATION

BY MR. TAKLA:  *(Continuing)*

Q    Ms. Chiotti, we were talking about when you first went to the spa, on May 11th, 2018.

A    May 15th?

Q    Excuse me.  May 15th.  Your memory is better than mine.

Right before we took our break, we admitted some pictures you had reviewed; is that correct?

A    Yes.

Q    Let's go through those pictures now.

MR. TAKLA:  Publish Exhibit No. 48.

*(The exhibit was displayed on the screen.)*

BY MR. TAKLA:

Q    What is Exhibit No. 48?

*Deborah D. Parker, U.S. Court Reporter*

01:35:43  1   A    This is a picture of her new suite.  Ildiko's new

2   suite.

3   Q    And is that approximately how it looked on

4   May 15, 2018?

01:35:55  5   A    Yes.

6   Q    Is that approximately where the bed was located?

7   A    Yes.

8   Q    And did she have that rug located at that spot also?

9   A    Yes.

01:36:04  10          THE COURT:  I'm sorry.  You indicated

11   "Publish 48"?

12          MR. TAKLA:  Yes, Your Honor.

13          THE COURT:  Okay.

14          MR. TAKLA:  Sorry.  It wasn't on the screen.

01:36:13  15          Thank you, Your Honor.

16   BY MR. TAKLA:

17   Q    All right.  So that's a picture of the bed and the rug,

18   correct?

19   A    Yes.

01:37:06  20          MR. TAKLA:  I'm going to publish Exhibit No. 49.

21          *(The document was published in open court.)*

22   BY MR. TAKLA:

23   Q    Is that another view of the bed with the hallway more

24   visible?

01:37:27  25   A    Yes.

01:37:28   1   Q    Now is the picture that you said in which there was a

2   frame that might not have been there that you recall?

3   A    Yes.  I had said the painting or picture on the floor,

4   I don't remember that being there.  Perhaps some of the

01:37:44   5   plants were in different locations, but in general it looked

6   like that.

7              MR. TAKLA:  I'm going to publish Exhibit No. 34,

8   which was the floor plan we discussed a little while ago.

9   BY MR. TAKLA:

01:38:09  10   Q    And where was the bed of the two pictures that we just

11   saw located on this floor plan?

12   A    The bed is where it indicates "bed."

13   Q    In the center of the room on the box that's labeled

14   "bed"?

01:38:24  15   A    Yes.

16              MR. TAKLA:  Publish Exhibit No. 50.

17         (The exhibit was displayed on the screen.)

18   BY MR. TAKLA:

19   Q    And what is a picture of that?

01:38:51  20   A    This is another picture of the bed with a hutch behind

21   it.

22   Q    This is a close-up picture of that bed?

23   A    Yes.

24              MR. TAKLA:  Publishing Exhibit No. 51.

01:39:10  25         (The exhibit was displayed on the screen.)

8

BY MR. TAKLA:

Q    What is that a picture of?

A    This is a picture of a desk that she had in the suite also.

Q    Is that the way you remember the desk looking when you were in the suite?

A    The desk was very cluttered on that day.  Ildiko had pamphlets and product samples, lotions and things.  It was -- the whole desk was covered.

Q    Did she also have a sign on the desk?

A    She had a different -- like, brochure holders.  And she had a little sign.  And, actually, I think it's in that picture, but that sign read, you know, "It's Better to Arrive Late Than Arrive Ugly."  That was on the corner of her desk.  I think I picked it up and commented that that's, you know, a really cute sign.

Q    Did that sign somewhat fit her personality?

A    Yes.

        MR. TAKLA:  I'm moving back to Exhibit No. 44, which is the floor plan.

    *(The exhibit was displayed on the screen.)*

BY MR. TAKLA:

Q    Where was the desk located in the room?

A    So the desk is -- was sort of in the corner of the room at an angle where it says "desk."

01:40:49  1    Q    So it's the bottom left-hand corner of the room that's

2    labeled "desk"?

3    A    Yes.

4          MR. TAKLA:  Publishing Exhibit No. 52.

01:41:07  5    *(The exhibit was displayed on the screen.)*

6    BY MR. TAKLA:

7    Q    What is that a picture of?

8    A    This is a picture of the desk also.  She had some

9    chairs there -- two other little chairs maybe standing

01:41:24 10    towards the foot of the bed in front of two smaller chairs.

11    And she also had this hutch with the mirror on the wall --

12    along the wall.

13    Q    And where is the desk located in this picture?

14    A    It's in the corner there.

01:41:39 15    Q    And on the right --

16    *(Overtalking:  Unable to report.)*

17    BY MR. TAKLA:

18    Q    I'm sorry.  On the right-hand side, is that what you're

19    referring to?

01:41:45 20    A    Yes.

21    Q    And then the hutch, where is that located?

22    A    The hutch is on the left-hand side, along the wall.

23          MR. TAKLA:  And moving back, Exhibit No. 34, which

24    is the floor plan, I'm publishing that to the jury.

01:41:58 25    *(The exhibit was displayed on the screen.)*

10

```
01:41:59   1   BY MR. TAKLA:
           2   Q    That picture that we saw before, what vantage point, if
           3   you can tell, is that taken from in this diagram?
           4   A    Can you repeat that?
01:42:13   5        What vantage point is the other -- the previous
           6   picture?
           7   Q    Sure.  And maybe I want to take one step back and ask
           8   another question, first:  Where is the hutch with the mirror
           9   located on this diagram?
01:42:23  10   A    It's along the wall -- the longer wall.  And it says
          11   "Hutch With Mirror."
          12   Q    Which is against the bottom of the diagram, bottom
          13   left-hand side?
          14   A    Yes.
01:42:36  15   Q    So Exhibit No. 52 that we just saw, what vantage point
          16   is that picture being taken from, if you can tell?
          17   A    That is taken from, maybe, standing in front of the
          18   chair, indicating "Chair A."
          19   Q    And you're referring to "Chair A" on Exhibit No. 34,
01:42:57  20   the diagram?
          21   A    Yes.
          22   Q    All right.  I know this is difficult to discuss, but I
          23   want to bring you back to May 15th, 2018.  And you had
          24   stated before that you and your mother were receiving spa
01:43:39  25   treatments that day; is that correct?
```

*Deborah D. Parker, U.S. Court Reporter*

01:43:40  1    A    Yes.

          2    Q    It's going to be important for you to pull that

          3    microphone a little bit closer so that the court reporter

          4    and the jury can hear you.

01:43:50  5             What spa treatment did you receive that day?

          6    A    Facial.

          7    Q    And what spa treatment was your mother receiving that

          8    day?

          9    A    Also a facial.

01:44:06 10    Q    Now, who was going first for their facial?

         11    A    I went first.

         12    Q    And at the time that you had your facial, where was

         13    your mom?

         14    A    My mom was sitting in the two chairs on the left,

01:44:23 15    probably in Chair B.

         16             MR. TAKLA:  And can I publish Exhibit No. 34.

         17             *(The exhibit was displayed on the screen.)*

         18    BY MR. TAKLA:

         19    Q    So during your facial, where is your mom on this

01:44:45 20    diagram?

         21    A    So I'm laying on the bed and my mom is sitting in

         22    Chair B.

         23    Q    How long are you taking for your facial?

         24    A    It was maybe 30 to 40 minutes.

01:45:13 25    Q    And is your mom sitting or standing during it?

01:45:18    1    A    I believe most of the time she was sitting; but there

            2    were also times during my facial where I had my eyes

            3    covered, so I don't know at that point.  She might have been

            4    standing for a little bit.

01:45:29    5    Q    What is she doing while you're getting your facial,

            6    from what you saw?

            7    A    What is my mom doing?  She was talking with Ildiko.

            8    Q    What language was she speaking in?

            9    A    They were speaking in Hungarian.

01:45:48   10    Q    Is your mother of Hungarian descent?

           11    A    Yes.

           12    Q    Did you understand everything that they were saying?

           13    A    Yes.

           14    Q    So after you received your facial, what did you do?

01:46:10   15    A    I got up from the bed and put my shirt back on.  For

           16    facials, they usually put, like, a drape or a towel over

           17    you.  So I put my regular clothes back on, and then I sat in

           18    the chair.  And I don't remember if I sat in Chair A or

           19    Chair B, but I sat down while my mom was getting her

01:46:35   20    treatment.

           21    Q    And you're referring to Exhibit No. 34?

           22    A    Yes.

           23    Q    What are you doing while your mom is receiving a

           24    facial?

01:46:48   25    A    My mom and Ildiko continued to chat most of the time,

01:46:52  1    and I would participate occasionally, too.

2    Q    How long is your mom's facial taking?

3    A    Hers was also around 30 to 40 minutes.

4    Q    During this time, where is your purse?

01:47:18  5    A    I was sitting -- in Exhibit 34, I'm sitting in Chair A.

6    And it was either in my lap or on the floor.

7    Q    Do you know what time your mom's facial ended?

8    A    I don't know exactly.  It might have been around

9    12:30 or 12:45.

01:47:46 10    Q    What is Ildiko doing after she completes your mom's

11    facial?

12    A    She was -- I could tell my mom was almost finished.

13    And so I had asked Ildiko, you know, could I pay for the

14    facial.  I knew my mom was going to try to pay for both of

01:48:08 15    us, so I wanted to preempt that and just get it paid for.

16    Q    What did Ildiko say?

17    A    She said, "Sure."  So she did some finishing touches on

18    my mom.  And then we walked over, or -- she walked over to

19    her desk.  And I got up from my chair.

01:48:35 20    Q    Did she do anything before she walked over to their

21    [sic] desk, after she finished the facial for your mom?

22    A    I just remember her finishing up my mom, whether it was

23    taking off, you know, towels or whatever treatment she was

24    giving my mom.  And then she walked over to the desk.

01:48:56 25    Q    I want to discuss now how you were paying for the

01:48:59  1   facial.

2           How are you paying for the facial?

3   A    So I -- she had an iPad on her desk on the corner and

4   she had Apple -- kind of, like, Apple Pay credit card

01:49:17  5   system.  So I handed her my credit card.

6   Q    Where was your credit card before you handed it to her?

7   A    It was in my purse.  So I got up on Exhibit 34 from

8   Chair A.  And I remember my purse was really big.  And I

9   didn't have a spot to put it on the desk, because I remember

01:49:38  10   it was cluttered.  And I put it on Chair A in Exhibit 34.

11   And so I went to my purse to get my credit card.

12   Q    And did -- was Ildiko running your credit card in the

13   Apple pay?

14   A    I believe I inserted by credit card into the Apple Pay.

01:50:13  15   Q    At any point, did you see how the facial looked?

16   A    Yes.  After I paid, my mom had gotten off the bed at

17   that point and she was starting to put her shirt back on.

18   And her clothes were on Chair B, in Exhibit 34.  And I think

19   I had my credit card in my hand, and I grabbed my mom on the

01:50:42  20   side of me.  And there was that mirror above the hutch along

21   that wall, and I kind of grabbed her and said, you know, "We

22   look so cute."

23   Q    How far away from the mirror are you when you pulled

24   your mom in close and said, "We look so cute"?

01:51:02  25   A    Maybe 2 to 3 feet.

01:51:05  1    Q    And how far away from the desk were you?

2    A    The desk was at an angle, so her -- the one corner, I

3    was very close, also, maybe 2 to 3 feet away.

4    Q    After you looked in the mirror, do you put your credit

01:51:27  5    card away?

6    A    I grabbed my mom and we kind of looked.  And I know she

7    was still trying to get dressed.  And then I bent down, and

8    I was getting ready to put my -- either my credit card in my

9    wallet or my wallet back into my purse.

01:51:44 10    Q    And at this point, are you still about 2 feet away from

11   the desk?

12   A    From that one corner, yes.

13   Q    About how far away was your mom at this time?

14   A    My mom was to the left of me, again, near Chair B in

01:52:02 15   Exhibit 34 or maybe a little bit behind me, but she was also

16   around 3 feet away.

17   Q    As you were putting your credit card or wallet away,

18   did you look up?

19   A    Yes.  I -- I was facing the hutch with the mirror, so

01:52:26 20   my body was facing the mirror.  And I bent down to put my

21   wallet away or credit card.  And then I turned, and I looked

22   at Ildiko, who was behind the desk.  Either she was talking

23   or I was talking, I don't remember.  But I turned my head,

24   and I looked at her.

01:52:48 25   Q    And what was Ildiko doing?

16

01:52:53  1  A    She was standing at -- at the corner.  And she was

2  getting ready to open a box.

3  Q    And just so the record is clear, the desk you're

4  referring to, is that the one you described earlier located

01:53:10  5  in the south-- excuse me, the bottom left-hand corner of the

6  room in the diagram?

7  A    Yes.

8  Q    At this time, are you seeing any other boxes on the

9  desk other than the one that Ildiko was -- had in her hand?

01:53:31  10  A    No.

11  Q    How clear is your memory of that box?

12  A    It's very clear.

13  Q    How so?

14  A    When I looked up, that's really the last image I have

01:53:58  15  in my head of when things were normal.  After that,

16  everything changed.

17  Q    Have you seen that box in your head since then?

18  A    Yes.

19  Q    When?

01:54:17  20  A    I -- I -- I can't get that vision out of my head, but I

21  do -- it's the last thing I see when I go to bed, and it's

22  really the first vision I have when I wake up every day.

23  Q    Let me ask you:  Is it the box, itself, that you see

24  before and after you wake up in the morning?  Or is it the

01:54:42  25  scene?

01:54:43   1   A     It's the scene.  Including the box.

           2   Q     So it's Ildiko with the box that you see?

           3   A     Yes.

           4   Q     At the time you see this box, when you're looking at

01:54:56   5   it, are you able to see it flat on?  Or are you seeing it at

           6   an angle?

           7   A     I saw it at an angle at the time, and I -- that's the

           8   scene I see in my head.

           9   Q     So are you able to judge all three dimensions of the

01:55:16  10   box?

          11   A     In general, yes.

          12   Q     What was the shape of the box?

          13   A     It was rectangular.

          14   Q     I'm going to ask you some questions about the size of

01:55:35  15   the box.

          16         And, first, can you show me the size of the box

          17    with your hands?

          18   A     Yes.  It was approximately like this *(indicating)*.

          19         MR. TAKLA:  Your Honor, I would like to give the

01:55:46  20   witness a ruler.  I think that might be helpful for her to

          21   estimate the size of it.

          22         THE COURT:  Do you have one?

          23         MR. TAKLA:  I do.

          24         THE COURT:  You may do so.

01:56:02  25       *(Pause)*

*Deborah D. Parker, U.S. Court Reporter*

01:56:08  1   BY MR. TAKLA:

2   Q    So I would like you to gesture one more time.  And

3   let's go with each of the lengths of the box.  Let's go

4   with, first, the length of the box.  And if you can just

01:56:19  5   hold it up for the jury a little bit, so they can see how

6   long you're holding?

7   A    Or --

8   Q    And according to the ruler, how long is that?

9   A    It's about a foot.

01:56:29 10   Q    So 12 inches?

11   A    A foot to 13 inches.

12   Q    Now, let's go with the height of the box.

13   A    (Witness indicates.)

14   Q    And I know you're doing it that way.  Is there a way to

01:56:40 15   look on the ruler to see how tall that is?

16   A    Seven and a half.

17   Q    And then let's go with the width of the box.  Can you

18   judge that?

19   A    (Witness so complies.)

01:56:58 20   Q    And with the ruler, how long is that?

21   A    (Witness so complies.)  6.  6 inches.

22   Q    Can you equate the size and shape of that box with a

23   common box?

24   A    The first thing that -- I thought it was that it looked

01:57:26 25   similar to a shoebox because of the rectangular shape.

*Deborah D. Parker, U.S. Court Reporter*

19

01:57:33  1   Q    And exactly the size of a shoebox or were there some

2   alterations, you think it is?

3   A    No, it was -- well, I kept remembering that it didn't

4   look as long as a shoebox.  Maybe a little bit shorter in

01:57:49  5   length but higher.

6   Q    And when you say "higher," a little higher or a lot

7   higher?

8   A    A little bit.

9   Q    What color was the box?

01:58:07  10   A    It was brown.  Cardboard.

11   Q    Was there any labeling on the box?

12   A    There was writing of some sort.  I can't remember if I

13   was writing and labels.  There was definitely writing on it.

14   Q    Were you able to make out what the writing said?

01:58:31  15   A    No.

16   Q    Was there anything else on the box that you remember?

17   A    I do.  I do remember tape on the top of the box.  It

18   was shiny.  And it was very reflective of the glass wall

19   behind the desk.

01:59:11  20        MR. TAKLA:  Your Honor, I would like to show

21   Exhibit No. 1698, which is particular cardboard box.

22        THE COURT:  You want to show that to the witness?

23        MR. TAKLA:  Yes.  May I approach?

24        THE COURT:  You may.

01:59:26  25        MR. TAKLA:  Approaching with 1698.

01:59:33  1        *(Pause)*

2    BY MR. TAKLA:

3    Q    How similar is that box to the box that you saw in

4    Ildiko's hand?

01:59:50  5    A    It looks very much like the box that I saw in Ildiko's

6    hand.

7    Q    How sure are you?

8    A    I'm -- I'm very confident.

9    Q    Can you give a percentage?

02:00:05 10    A    98 to 99 percent sure.

11              MR. TAKLA:  The Government's Exhibit 1698 into

12    evidence.

13              THE COURT:  Any objection?

14              MR. TRIGILIO:  No objection.

02:00:24 15              THE COURT:  Exhibit 1698 is admitted.

16         *(Plaintiff's Exhibit 1698 received in evidence.)*

17              MR. TAKLA:  Let me publish Exhibit 34 again.

18         *(The exhibit was displayed on the screen.)*

19    BY MR. TAKLA:

02:00:39 20    Q    So where is Ildiko in this picture -- excuse me, in

21    this diagram when she has the box?

22    A    She's standing at the desk in Exhibit 34 really at the

23    corner -- the corner closest to the glass door.

24    Q    Is there a marking on there that shows where she's

02:01:04 25    standing?

02:01:05  1   A    Yes.  She's standing about there *(indicating)*.

2   Q    And, again, at this moment, where are you?

3   A    I'm standing in front of Chair A in Exhibit 34, facing

4   the mirror.

02:01:31  5   Q    What did Ildiko -- what is Ildiko doing with the box?

6   A    When I went to put away my wallet and credit card and I

7   looked over at her, she was getting ready to open the box.

8   So I saw her hand on the top, either getting ready to peel

9   back the tape, or I can't remember if she had scissors to

02:01:58 10   open the box, but it was that motion of her starting to open

11   the box.

12   Q    And at this time, you were standing in front of

13   Chair A?  Are you standing up, or bending down, or something

14   else?

02:02:16 15   A    I'm standing up, but I am bending down to put my wallet

16   and card away in my purse.

17   Q    And at this moment, where was your mother?

18   A    She was near Chair B in Exhibit 34.

19   Q    Now, I want to talk about the moments before Ildiko

02:02:42 20   started to open the box.

21        At that moment, are you smelling anything strange?

22   A    No.

23   Q    Did you smell any gas?

24   A    I'm sorry.  Could you repeat that?

02:02:53 25   Q    Did you smell any natural gas?

22

| | | |
|---|---|---|
| 02:02:55 | 1 | A    No. |
| | 2 | Q    Is anyone lighting a match? |
| | 3 | A    No. |
| | 4 | Q    Anyone lighting a candle? |
| 02:03:02 | 5 | A    No. |
| | 6 | Q    Did you see a spark? |
| | 7 | A    No. |
| | 8 | Q    So what happened next? |
| | 9 | A    So I did see that she had her hand on top of the box |
| 02:03:23 | 10 | and was getting ready to open it, or it looked like she was |
| | 11 | starting to open it.  And then there was an explosion. |
| | 12 | Q    What did you see at the moment the explosion happened? |
| | 13 | A    What I saw was -- it was just extremely bright light, |
| | 14 | white, and then it sort of turned yellow and orange.  Very |
| 02:03:58 | 15 | distinct. |
| | 16 | Q    And at the moment of the explosion, where was Ildiko -- |
| | 17 |         Let me take a step back.  At the moment right |
| | 18 |  before the explosion, where was Ildiko with respect to |
| | 19 |  where you were facing? |
| 02:04:15 | 20 | A    She was standing at the corner of the desk in |
| | 21 | Exhibit 34.  So I was maybe about 5 feet away from her. |
| | 22 | Q    And were you facing her, or -- |
| | 23 | A    I was facing the hutch with the mirror in Exhibit 34. |
| | 24 | Q    So what side of your body was facing her? |
| 02:04:37 | 25 | A    I had the right side of my body towards Ildiko. |

*Deborah D. Parker, U.S. Court Reporter*

02:04:42    1    Q    When you turned to look at her, in the moment before

            2    she started opening the box, did you look at her from your

            3    periphery, or did you see her face on?

            4    A    My body was still facing the hutch with the mirror, but

02:04:57    5    I turned my head completely to look at her.

            6    Q    So you mentioned the extremely bright flash.  Did you

            7    hear anything?

            8    A    Yes.  I heard also very distinct, extremely loud --

            9    just boom.  It was -- it sounded very similar to, sort of,

02:05:28   10    like a lightbulb when it goes out.  It's like that "ting"

           11    sound but magnified many, many times.

           12    Q    What happened to you?

           13    A    I felt myself just being thrown to the ground or blown

           14    back to the ground.  I was -- I was blown to the ground.

02:06:11   15    Q    Now, I want to ask you a few questions about what

           16    happened when you were on the ground.

           17               Did you lose consciousness at any time?

           18    A    No.

           19    Q    Do you know how long you were on the ground for?

02:06:30   20    A    I can only estimate.  A few minutes.  There was a lot

           21    of black smoke after sort of that white bright light.  And I

           22    waited for that black smoke to kind of clear.

           23    Q    Could you see through that black smoke initially?

           24    A    Initially, no.  It was -- it went from seeing a very

02:07:02   25    bright light with orange and yellow to just complete

02:07:06  1    darkness.  Then, eventually, it started clearing.

2    Q    When you were on the ground, did you smell anything?

3    A    Yes.  I immediately smelled -- just smelled like

4    gunpowder or fireworks.  Also very distinct smell.

02:07:35  5    Q    Had you smelled fireworks before?

6    A    Yes.

7    Q    That moment on the ground, are you smelling any natural

8    gas?

9    A    No.

02:07:48 10    Q    Are you smelling anything that would resemble sulphur?

11    A    No.

12         MR. TRIGILIO:  Objection, Your Honor.  Leading,

13    Your Honor.

14         THE COURT:  Overruled.

02:07:58 15    BY MR. TAKLA:

16    Q    Are you familiar with what sulphur smells like?

17    A    I am.

18    Q    And how so?

19    A    I majored in science in college, and I have been to

02:08:09 20    other beauty spas that have sulphur baths.

21    Q    When the black smoke cleared, what are you seeing?

22    A    When the black smoke started clearing, just the whole

23    suite was pretty unrecognizable.  And I started calling out

24    to see if anyone would answer me.

02:08:47 25    Q    Is this also when you were still on the ground?

*Deborah D. Parker, U.S. Court Reporter*

02:08:50  1   A    Yes.  I was also trying to get up at that point, but I
       2   was still on the ground.
       3   Q    When you were calling out for someone, what were you
       4   calling out for?
02:09:04  5   A    I called for my mom.  I think I was just grunting and
       6   just trying to pick myself up.  I think I called out for
       7   Ildiko to see if anyone would answer.
       8   Q    Are you able to get yourself up?
       9   A    Yes.  Eventually, I was able to stand up.
02:09:33 10   Q    Did you have difficulty standing up initially?
      11   A    Yes.
      12   Q    What was causing you the difficulty?
      13   A    I was trying to figure out the orientation of the room.
      14   And I don't know if I fell on the bed or the bed was
02:09:50 15   partially on top of me.  I don't remember that.  I just know
      16   it was very hard to find an area to stand up in.
      17   Q    Do you know how long you were on the ground for?
      18   A    I don't.  I can estimate.  A few minutes.
      19   Q    When you finally stood up, what did you see?
02:10:17 20   A    I just saw -- everything looked like black, like it had
      21   been on fire.  I did see along the glass wall.  There was a
      22   walkway there.  So in Exhibit 34, it's this sidewalk.  I saw
      23   through the glass wall.  There was hedges that were on fire.
      24   And I felt little flames throughout the room.
02:10:50 25   Q    When you initially stood up, could you see your mom?

```
02:10:55   1   A     No.

           2   Q     Are you able to hear your mom?

           3   A     No.  I was calling out for a while, and I didn't hear

           4   anybody.

02:11:06   5   Q     And when you initially stood up, did you know where

           6   your mom was?

           7   A     Around that time, either I was calling for her, or --

           8   and I did hear her call my name.  And I looked in the

           9   direction of where I had heard sound coming from.  And then

02:11:26  10   I saw movement.  And then I saw her hand from under a pile

          11   of debris.

          12   Q     Are you injured at this moment?

          13   A     I'm sorry.  Can you repeat that?

          14   Q     Are you injured at this moment?

02:11:49  15           MR. TRIGILIO:  Objection.

          16        (Court Reporter requests clarification for the

          17        record.)

          18           THE COURT:  He said, "Objection.  Irrelevant."

          19           Sustained.

02:11:59  20   BY MR. TAKLA:

          21   Q     So you're able to hear your mom.

          22           What did you do next?

          23   A     When I started to see movement, I saw her hand from

          24   under the rubble.  So just, I think, instinctively, I went

02:12:22  25   over there and tried to pull on her hand.
```

*Deborah D. Parker, U.S. Court Reporter*

02:12:26  1    Q    Was she standing up or was she on the ground at this

2    point?

3    A    She was on the ground.  All I saw was her hand.  And

4    she was covered in debris.

02:12:38  5    Q    Could you tell what kind of debris it was?

6    A    No.  Other than maybe -- you know, I think I

7    remember -- I do remember taking like a ceiling tile that

8    was still square.  I moved that off of the debris.  The rest

9    of the debris, I don't really remember.

02:13:08 10    Q    Were you able to get your mom standing again?

11    A    Yes.

12    Q    Was that difficult?

13    A    Yes.

14    Q    Why was that difficult?

02:13:21 15         MR. TRIGILIO:  Objection.  Relevancy, Your Honor.

16         THE COURT:  Overruled.  I'll allow it.

17         THE WITNESS:  It was difficult, because we had

18    just had this explosion and everything was covered.  There

19    was no space to move or let alone walk.  And my mom is

02:13:41 20    older, so it was very hard for her.

21    BY MR. TAKLA:

22    Q    At this point, were you able to see the bed?

23    A    No.

24    Q    Were you able to see the desk?

02:13:55 25    A    No.  There was no desk.

```
02:13:59   1   Q     You mean, there was no desk in the spot where you saw
           2   the desk before?
           3   A     It was all debris and it was pretty unrecognizable.
           4   Q     What about the mirror?  Were you able to see the
02:14:10   5   mirror?
           6   A     No.
           7   Q     What is the condition of the door that you came in?
           8   A     When I helped my mom up, I was sort of -- she was near
           9   Chair B in Exhibit 34.  And I looked down that hallway where
02:14:41  10   there was the doorway where we entered, and I thought we
          11   have to get out of here.  But when I saw the hallway, it
          12   was -- it was just blocked.  I mean, it looked like
          13   everything was just piled up against the door.  And I did
          14   see a chair up against -- you know, upside down up against
02:15:03  15   that door, so I knew we couldn't get out.
          16   Q     You didn't think you would be able to get out that
          17   door?
          18   A     No, I saw that door and I immediately thought there's
          19   going to be no way out.
02:15:16  20   Q     At this point, is there still smoke in the room?
          21   A     Yes.
          22   Q     Is there still debris there?
          23   A     Yes.
          24   Q     What were your thoughts at that moment of how to get
02:15:31  25   out of the room?
```

*Deborah D. Parker, U.S. Court Reporter*

02:15:34   1   A     I -- again, I saw flames throughout the room and
           2   outside.  And I kept thinking there might be another
           3   explosion and I need to get out of here quickly.
           4   Q     So did you find a place or a way to get out or a way
02:15:53   5   that you might be able to get out?
           6   A     Yes.  So when I knew I couldn't go out the door we came
           7   in, I noticed that the glass wall had a glass door.  And we
           8   went out that way.  The glass door was open or it was just
           9   the glass had been blown out, but I do remember that glass
02:16:20  10   door.  I remember -- I remember the glass door.
          11   Q     Were there any obstacles in order to get out?
          12   A     Yes.  We just -- there was no walkway.  I mean, debris
          13   was piled up high.  And I just kept dragging my mom and
          14   trying to make her go quickly, because I wanted to get out
02:16:50  15   of there fast.
          16         I couldn't pull my mom too hard.  She's pretty
          17   slow, but -- and then she said, *Let's grab our purses.*  So
          18   we grabbed our purses, and they were intact.  Grabbed our
          19   purses, and I made our way over towards the glass door.
02:17:20  20   Q     Was there glass on the door at this point?
          21   A     No.
          22   Q     Were you able -- was -- was there anything you needed
          23   to climb over in order to get through the glass door?
          24   A     Yes.  Debris had piled up against the door, and it was
02:17:39  25   really high.  We couldn't open the door.  It was high.  It

02:17:44  1   was probably -- I mean, my mom is 5 feet, so it was close to

2   my mom's height, so I didn't know how I was going to get her

3   out.  I don't remember if I got out first or if I hoisted

4   her out.  I just -- I think I got out first and then I

02:18:02  5   picked her up and got her out.

6   Q    Did you ever see Ildiko again?

7   A    No.

8   Q    So you've had to describe this box on occasions before,

9   correct?

02:18:24  10  A    Yes.

11  Q    When was the first time you had to describe the size of

12  the box?

13  A    The size of the box -- I mean, I was in the ambulance,

14  and I remember mentioning what had happened and that she was

02:18:44  15  opening a box.

16         And then I got to the hospital and, initially, was

17  put into, like, sort of a -- like an intake area.  And I

18  remember just many people around me -- people that I didn't

19  know.

02:19:06  20  Q    And at that time, were you asked questions about the

21  box?

22  A    Yes.

23  Q    How soon after the explosion were you asked these

24  questions?

02:19:18  25  A    I don't really know the timing of when we actually got

02:19:22  1  to the hospital, but it was almost immediate from that

2  intake area.  I had people all around my bed.

3  Q    Did that include law enforcement?

4  A    Yes.

02:19:38  5  Q    Medical personnel?

6  A    Yes.

7  Q    And at this time, were medical personnel still

8  assessing your injuries?

9  A    Yes, they were trying to get to me.  There were just so

02:19:52 10  many people around me.  They had to fight their way to take

11  a look at me.

12  Q    At this moment, did you know the condition of your mom?

13  A    No.  This is the first time we were separated.  We were

14  together in the ambulance and then I didn't know where they

02:20:14 15  took her.

16  Q    Now, when you were talking to law enforcement on that

17  day, how were you attempting to describe the box -- the size

18  of the box to them?

19  A    They were asking me a lot of questions.  And I just

02:20:34 20  tried to answer and give them the information they needed so

21  I could just be treated.  And I just gestured, and I said it

22  was rectangular *(indicating)*.

23  Q    At some point did one of the investigators use an aid,

24  like a notepad, to help you approximate the size of the box?

02:20:57 25  A    Yes.

| | | |
|---|---|---|
| 02:21:00 | 1 | Q    At any point did they give you a ruler to help you |
| | 2 | identify the size of the box? |
| | 3 | A    I don't remember a ruler. |
| | 4 | Q    Was the investigator gesturing, too? |
| 02:21:24 | 5 | A    Yes. |
| | 6 | Q    And at some point, the investigator said 9X9 or 10X10 |
| | 7 | as the size of the box? |
| | 8 | A    Yes. |
| | 9 | Q    And was that box nine by 9X9 or 10X10, from what you |
| 02:21:43 | 10 | saw? |
| | 11 | A    No.  A 9X9 or a 10X10 is a square box.  It was a |
| | 12 | rectangular box. |
| | 13 | Q    You also were asked about the size of the box a couple |
| | 14 | of days later, correct? |
| 02:21:59 | 15 | A    Yes. |
| | 16 | Q    And during that interview, where were you? |
| | 17 | A    When I was asked a few days later, where was I? |
| | 18 | Q    Yes. |
| | 19 | A    I was moved to my hospital room, and that's where I had |
| 02:22:27 | 20 | continued questioning. |
| | 21 | Q    Was that a more private room than the room you were in |
| | 22 | the first day? |
| | 23 | A    Yes.  It was a private individual room. |
| | 24 | Q    And at that point, had you talked to medical |
| 02:22:39 | 25 | professionals and had your injuries at least begun |

*Deborah D. Parker, U.S. Court Reporter*

02:22:42   1    treatment?

2    A     Yes.

3    Q     And during that interview, did you provide more

4    accurate information about the box, based on your memory?

02:22:59   5    A     Yes.  My memory was always the same.  I just kept doing

6    this gesture (indicating), and I kept -- the best I could do

7    is compare it to a shoebox, because it's rectangular.  And

8    that's what came to my mind.  And I said, It's probably not

9    as long as a shoebox and maybe a little bit taller.

02:23:30  10    Q     Comparing those two scenes of those first and second

11    interviews, which interview is more chaotic?

12    A     Everything was chaotic, but it was more chaotic when I

13    first arrived at the hospital.  Like I said, I didn't know

14    what happened to my mom.  I had -- I don't know where my

02:23:53  15    husband is.  I had 10-plus people around me that I didn't

16    know, and they were all trying to do their job.

17    Q     Now, June 8th, you were interviewed another time about

18    the size of the box?

19    A     Yes.

02:24:15  20    Q     And at that time, the investigators actually provided

21    you a box and asked you questions about it?

22    A     Yes.

23    Q     And what box did they ask you questions about?

24    A     They had come to my house and had a -- they said they

02:24:33  25    had a box similar to what I had been describing weeks

*Deborah D. Parker, U.S. Court Reporter*

02:24:37  1   previous, and it was flat.  And they said, *Is it okay if we*

2   *put -- form this box and put it together?*

3          And I said, *Yes.*

4   Q    Why do you think they asked you that question?

02:24:52  5   A    I think they were very cautious of me being triggered,

6   perhaps.

7   Q    And what box -- what kind of box did they put in front

8   of you at that time?

9   A    They -- it was this box *(indicating).*  Similar to this

02:25:09 10   box *(indicating).*

11   Q    And you're referring to Exhibit 1698?

12   A    Yes.

13   Q    And at that time did you indicate that that was the

14   right box?

02:25:25 15   A    Yes.  As he was putting it together and getting it

16   formed, I said -- I remember thinking, finally, that's sort

17   of what I've been trying to explain, and I said, *That looks*

18   *like the box, if not, is the box.*

19   Q    I would like you to turn to Exhibit No. 55.

02:26:08 20   A    *(Witness so complies.)*

21   Q    I want you to take a look at that exhibit.

22          What is that a picture of?

23   A    Like I said earlier, I did notice piles of boxes in the

24   suite.  I don't remember if that box or that large of a size

02:26:53 25   of box was in the room.

02:27:05  1          MR. TAKLA:  Your Honor, I'm going to request that

        2    this exhibit be conditionally entered into evidence and

        3    published to the jury.  We do have somebody to authenticate

        4    this later on; but for this witness, I'd like to ask some

02:27:17  5    questions of her about it.

        6          MR. TRIGILIO:  We don't have a foundation yet, so

        7    we can't agree with that.

        8          MR. TAKLA:  And I'm requesting conditional

        9    admission until we lay the foundation with a different

02:27:38 10    witness later on.

       11          THE COURT:  All right.  I'll conditionally admit

       12    this; but if there's no foundation established, then the

       13    jury will be asked to disregard anything relating to this

       14    exhibit, all right, including any testimony.

02:27:52 15          (Plaintiff's Exhibit 55 received in evidence.)

       16          MR. TAKLA:  Thank you, Your Honor.

       17          May I publish to the jury?

       18          THE COURT:  Yes, you may.

       19          (The exhibit was displayed on the screen.)

02:28:07 20          MR. TAKLA:  This is Exhibit No. 55.

       21    BY MR. TAKLA:

       22    Q    Now, the only question I have for you is:  Was that the

       23    box that Ildiko was opening at the time the explosion

       24    occurred?

02:28:19 25    A    No, definitely not.

02:28:58  1        MR. TAKLA:  I would like to read a portion of the

2    stipulation into evidence.  This is Paragraph 29A6:

3    Authentication of Closed Circuit Television Footage and

4    Stills.  The parties stipulate the following regarding CCTV

02:29:15  5    Footage and Stills from CCTV Footage -- and CCTV is Closed

6    Circuit Television:

7              "All CCTV footage and stills identified

8              as collected from Los Angeles

9              International Airport and as reflected

02:29:31 10              reflecting CCTV footage on a specified

11              date is true and accurate copy of CCTV

12              footage from that location on the date

13              and time specified.  This stipulation

14              includes but is not limited to Exhibits

02:29:44 15              695 through 697."

16        MR. TAKLA:  At this time, I would like to move

17    into evidence Exhibit 695B, which is CCTV footage from LAX,

18    on 14 May 2018.

19        THE COURT:  And based on the stipulation, no

02:30:12 20    objection?

21        MR. TRIGILIO:  No objection, Your Honor.

22        THE COURT:  All right.  It may be admitted.

23        *(Plaintiff's Exhibit 695B received in evidence.)*

24        MR. TAKLA:  I would like to publish that for the

02:30:21 25    jury.

02:30:22   1            THE COURT:  You may do so.

        2       (*The videotape was played.*)

        3  BY MR. TAKLA:

        4  Q    There was a box on a cart in that video.

02:31:35   5        Did you see that?

        6  A    Did I see it in the video?

        7  Q    Correct.

        8  A    Yes.

        9  Q    And that gives you somewhat of a perspective as to how

02:31:43  10  big the box in Exhibit 55 is.

      11        Is that the box that you saw Ildiko put on the

      12   desk at the moment the explosion occurred?

      13  A    No.

      14        MR. TAKLA:  Okay.  Thank you.

02:31:55  15        I don't have any further questions.

      16        THE COURT:  Cross-examination?

      17        MR. TRIGILIO:  Thank you, Your Honor.

      18             CROSS-EXAMINATION

      19  BY MR. TRIGILIO:

02:32:21  20  Q    Good afternoon, Ms. Chiotti.

      21        If you need a moment during my questions, I will

      22   try to speak slowly.  Just let me know, okay?

      23  A    Thank you.

      24  Q    Okay.  Before we have to talk, again, about everything

02:32:38  25  that happened, I do just want to start with walking you

02:32:41  1  through some of the interviews you had with law enforcement,

2  okay?

3  A     Okay.

4  Q     You said you were interviewed for the first time at

02:32:50  5  OC Global Hospital, correct?

6  A     Yes.  I said when I got to the intake area, yes.

7  Q     And that would have been in the waiting room area?

8  A     I'm not sure where it was located.

9  Q     Okay.  Do you recall speaking with Officer Jim Cass, as

02:33:09  10  being one of the people who were talking with you?

11  A     I don't know the names very well, but yes.

12  Q     And were you aware that this was being recorded?

13  A     At the time, I don't think I was aware.  I mean, I know

14  he was taking notes -- handwritten notes.

02:33:34  15  Q     Understood.  At a later time, though, you became aware

16  that this was a recorded conversation?

17  A     Yes.

18  Q     And that's because you actually reviewed the

19  transcripts?

02:33:42  20  A     That's because during the time they told me they were

21  recording it.

22  Q     Okay.  And this interview lasted for about 40 minutes?

23  A     I don't know exactly, but that sounds about right.

24  Q     Okay.  And after that initial 40-minute interview, you

02:34:03  25  were interviewed a second time that day, correct?

39

| | | |
|---|---|---|
| 02:34:06 | 1 | A    Which day are we -- |
| | 2 | Q    May 15th, ma'am. |
| | 3 | A    Okay. |
| | 4 | Q    And that was actually in your hospital room, right? |
| 02:34:14 | 5 | A    Yes. |
| | 6 | Q    Okay.  Were you aware that that interview was recorded? |
| | 7 | A    No.  At that point, I still was -- I knew they were |
| | 8 | taking notes.  I don't believe I -- I don't remember them |
| | 9 | saying they were recording it. |
| 02:34:31 | 10 | Q    But, eventually, you had reviewed the transcript of |
| | 11 | that interview? |
| | 12 | A    Yes. |
| | 13 | Q    Okay.  And then my colleague discussed with you an |
| | 14 | interview you had a couple of days later on May 17th. |
| 02:34:44 | 15 | Do you remember that? |
| | 16 | A    Yes. |
| | 17 | Q    And that was actually with some FBI agents? |
| | 18 | A    Yes. |
| | 19 | Q    Okay.  Agent Mericle was one of them? |
| 02:34:55 | 20 | A    Yes. |
| | 21 | Q    And Agent Chris Rowe, I believe? |
| | 22 | A    Yes. |
| | 23 | Q    And that was also in your hospital room I think you |
| | 24 | said; is that right? |
| 02:35:04 | 25 | A    Yes. |

*Deborah D. Parker, U.S. Court Reporter*

```
02:35:05    1   Q    And that interview was about an hour?

            2   A    Again, I don't know.  Probably.

            3   Q    Okay.  And, again, you reviewed the transcript of that

            4   interview as well before today, correct?

02:35:18    5   A    Yes.

            6   Q    Okay.  And then, finally, you met with FBI agents,

            7   again, on June 8th, correct?

            8   A    Yes.

            9   Q    Okay.  And that was actually at your house?

02:35:31   10   A    Yes.

           11   Q    Okay.  We'll talk more about that, but let's back up to

           12   that Tuesday morning, May 15th.

           13        And, again, I will be slow and give you time,

           14   okay?

02:35:45   15   A    (No audible response.)

           16   Q    You had mentioned when you walked in, it looked like

           17   she was in the process of moving -- Ms. Krajnyak was in the

           18   process of moving?

           19   A    Yes.

02:35:57   20   Q    And you could tell that because there was clutter

           21   around?

           22   A    And she told me she was in the process of moving.

           23   Q    Understood.

           24   A    And I could see that, yes.

02:36:06   25   Q    And there were just piles of things, for lack of a
```

*Deborah D. Parker, U.S. Court Reporter*

02:36:08  1    better term?

2    A     It looked like she was not settled yet.

3    Q     Okay.  Things were just unorganized, in other words?

4    A     Yes.

02:36:19  5          MR. TRIGILIO:  Now, I would like to publish what's

6    already been admitted as Government Exhibit 51, please.

7          *(The exhibit was displayed on the screen.)*

8          MR. TRIGILIO:  That's going to be the picture of

9    the desk.

02:36:33  10   BY MR. TRIGILIO:

11   Q     Now, you said this is the same desk that you saw that

12   morning?

13   A     Yes.

14   Q     And it had that same glass covering on top of it as

02:36:48  15   well, correct?

16   A     Yes.

17   Q     And she put some pictures and things underneath that

18   glass covering, correct?

19   A     Yes.

02:36:56  20   Q     Okay.  The difference is, this picture, it's much

21   cleaner than when you actually saw it?

22   A     Correct.

23   Q     I think you mentioned you weren't even able to put your

24   purse on it, because it had so much stuff, right?

02:37:10  25   A     Yes.  It had papers and lotion samples and pamphlets.

42

| | | |
|---|---|---|
| 02:37:16 | 1 | Q    Understood. |
| | 2 | MR. TRIGILIO:  Now, if I can, please, publish |
| | 3 | what's been admitted as Government Exhibit 52. |
| | 4 | *(The exhibit was displayed on the screen.)* |
| 02:37:25 | 5 | BY MR. HARBAUGH: |
| | 6 | Q    Again, this is the hutch that was in the spa on that |
| | 7 | Tuesday morning, right? |
| | 8 | A    Yes. |
| | 9 | Q    And that was the mirror that you were able to have your |
| 02:37:37 | 10 | mom look into when you guys were finished? |
| | 11 | A    Yes. |
| | 12 | Q    Okay.  And, again, the difference between this photo |
| | 13 | and when you were there was that the hutch was also a little |
| | 14 | more cluttered, correct? |
| 02:37:48 | 15 | A    Yes. |
| | 16 | Q    Okay.  Now, let's talk about the boxes that you saw |
| | 17 | before you had your facial treatment. |
| | 18 | You mentioned you saw a few boxes piled up by her |
| | 19 | desk? |
| 02:38:03 | 20 | A    Yes. |
| | 21 | Q    And there were anywhere from three to six? |
| | 22 | A    Three to five, I think.  Approximate. |
| | 23 | Q    Okay.  And they all looked like typical cardboard |
| | 24 | boxes? |
| 02:38:17 | 25 | A    Yes. |

*Deborah D. Parker, U.S. Court Reporter*

| | | |
|---|---|---|
| 02:38:17 | 1 | Q    Maybe with some shipping labels? |
| | 2 | A    Maybe, yes. |
| | 3 | Q    And at that time, you didn't see whether there was a |
| | 4 | box sitting on the desk, correct? |
| 02:38:29 | 5 | A    I didn't see that. |
| | 6 | Q    Okay.  You were preparing to get your facial treatment |
| | 7 | at that time? |
| | 8 | A    Yes. |
| | 9 | Q    Now, I have not had a facial treatment before, so I do |
| 02:38:40 | 10 | want to ask you what goes into that process when you get one |
| | 11 | of these things done.  I think you mentioned there, you |
| | 12 | disrobe.  Take off your shirt? |
| | 13 | A    Yes.  You take your shirt off and then Ildiko would |
| | 14 | give me, like, a towel or a wrap, because they're doing your |
| 02:38:57 | 15 | neck, too, so they're putting, like -- |
| | 16 |       They're dealing with your face and your neck, so |
| | 17 | they don't want to get your shirt dirty. |
| | 18 | Q    Where do you put your shirt when you -- after you take |
| | 19 | it off? |
| 02:39:08 | 20 | A    It put it on the chair. |
| | 21 | Q    The same chair where your purse was? |
| | 22 | A    Chair A in exhibit -- yes. |
| | 23 | Q    Okay.  Do you have to wrap your hair up or anything |
| | 24 | when you're doing this? |
| 02:39:20 | 25 | A    No. |

02:39:21    1    Q    Okay.

            2    A    I mean, I had it in a ponytail, I think, during the

            3    treatment.

            4    Q    But you said you have a towel when you get yourself

02:39:29    5    sort of ready?

            6    A    Yes.

            7    Q    And then you lay on the bed?

            8    A    Yes.

            9    Q    I imagine facing up?

02:39:36   10    A    Yes.

           11    Q    And when do the eye coverings come on?

           12    A    At various points.  Definitely in the beginning.

           13    Q    Okay.  While this is happening, Ms. Krajnyak is --

           14    she's preparing, sort of, a relaxing ambiance.

02:39:54   15          Is that fair to say?

           16    A    It's fair.

           17    Q    And there was -- maybe some chitchat going on with your

           18    mom and Ms. Krajnyak?

           19    A    Yes.

02:40:01   20    Q    And the lights were dim.  She had some special lights

           21    that were a little softer?

           22    A    I don't remember the lights being dim.

           23    Q    Okay.  It was meant to be a relaxing experience, right?

           24    A    Yes, I guess so.

02:40:18   25    Q    And when your treatment was done -- so about 40 minutes

02:40:22  1   later -- it was your mom's turn?

2   A    About 30 to 40 minutes later, it was my mom's turn,

3   yes.

4   Q    And she had to go through the same preparation, the

02:40:33  5   same sort of putting on the robe, and --

6   A    Yes.

7   Q    -- the whole thing.

8        And while your mom was getting a facial treatment,

9   you actually tried to get some work done; is that right?

02:40:47 10   A    I don't remember that.

11   Q    Do you remember being interviewed on that

12   May 17th interview that I discussed earlier with you with

13   the FBI agents?

14   A    Yes.

02:40:59 15   Q    And you were giving them as many details as you could

16   remember, right?

17   A    *(No audible response.)*

18   Q    And in that interview --

19        Well, let me ask you this:  Would it help you

02:41:07 20   remember by looking at a transcript of that interview when

21   you were talking about what was happening while your mom

22   was getting the facial treatment?

23   A    Yes.

24        MR. TRIGILIO:  Okay.  May I approach, once I grab

02:41:18 25   the interview transcript?

02:41:20  1          THE COURT:  Yes.  And I think I've decided it's

2     better if I have that as well.  So provide one for the Court

3     as well.

4          *(Pause)*

02:41:35  5          MR. TRIGILIO:  I'll be approaching with what's

6     marked for identification as 2199A.

7          *(Pause)*

8     BY MR. TRIGILIO:

9     Q    And, Ms. Chiotti, if you can, please, turn to page 29

02:42:10  10    of this transcript.

11          And I'm going to direct you to lines 26 through

12    30, and you can just look up at me when you've had a chance

13    to read them.

14    A    *(Witness so complies.)*

02:42:30  15    Q    And go ahead and put the transcript to the side here.

16          Ma'am, does this help you refresh your memory as

17    to whether you were getting some work done when your mom

18    was looking --

19          *(Overtalking:  Unable to report.)*

02:42:43  20    A    I -- I did have my work phone with me, so I was

21    probably looking at it intermittently.

22    Q    And you said you worked for a pharmaceutical company at

23    that time?

24    A    Yes.

02:42:53  25    Q    Were you in the R&D department then, too?  So you were,

02:42:54   1    maybe, just checking some e-mails?  Scheduling things?

2    A    Yes.

3    Q    So you're sitting down, looking at your phone.  And

4    then before your mom finished, you wanted to go ahead and

02:43:10   5    pay for the treatments, correct?

6    A    Yes.

7    Q    And that was -- you wanted to do that quickly so your

8    mom didn't try to pay for you?  Which I can relate to.

9    A    Yes.

02:43:19   10    Q    Okay.  And you said to do this, you use a little iPad

11    device on her desk, correct?

12    A    Correct.

13    Q    Where you add gratuity?

14    A    Yes.

02:43:29   15    Q    And when you were up there paying, again, you didn't

16    notice any box on her desk, right?

17    A    I don't remember a box on her desk.

18    Q    Okay.  And then once you paid, Ms. Krajnyak went back

19    to finish up with your mom?

02:43:49   20    A    Yes.  She went and removed all the final stuff and said

21    she was done.

22    Q    And maybe changed the bedsheets?

23    A    She did not change the bedsheets.

24    Q    She didn't take the bedsheets off the bed at that time?

02:44:03   25    A    I don't remember that.

02:44:06  1   Q    Would it help you to look at your May 17th transcript,

2   the same one you looked at?

3   A    Sure.

4   Q    I could just direct you to page 33 this time.

02:44:16  5   A    *(Witness so complies.)*

6   Q    And if you can look at lines -- line 14.

7        And you can go ahead and put it away when you're

8   done reading it.

9   A    Okay.

02:44:43  10  Q    Does that refresh your recollection as to whether

11  Ms. Krajnyak took off the bedsheet?

12  A    I don't remember that.

13  Q    Okay.  Fair enough.

14       As your mom was finishing -- as Ms. Krajnyak was

02:44:55  15  finishing up your mom, you eventually went over to help

16  your mom out, right?

17       Put on her T shirt?

18  A    I probably assisted her and showed her where she had

19  left her shirt.

02:45:09  20  Q    And handed her her shirt?

21  A    I don't remember if I handed her the shirt.

22  Q    Okay.  But you showed your mom -- you said how cute she

23  looked, right?

24  A    I did do that, yes.

02:45:20  25  Q    And you took her over to the hutch by the mirror?

02:45:24 1    A    She was sort of near the hutch already, and I just kind

2    of grabbed her and pulled her close.

3    Q    And I think it's still published, actually.

4         Exhibit 52, that's the mirror that you showed your

02:45:37 5    mom how she looked; is that right?

6         Government Exhibit 52.

7         THE COURT:  I believe it's up on the screen, if

8    you want to just look at that.

9         THE WITNESS:  Yes.

02:45:46 10        MR. TRIGILIO:  Thank you, Your Honor.

11        THE WITNESS:  Thank you.

12   BY MR. TRIGILIO:

13   Q    And that the point, it's time for you guys to go?  You

14   guys are getting ready to go?

02:45:54 15   A    We're finished, yes.

16   Q    And you saw your mom start to gather her sweater and

17   her purse, right?

18   A    She was getting ready to leave, yes.

19   Q    And she had her purse on the chair -- on one of the

02:46:06 20   chairs?

21   A    Yes.

22   Q    And that's when you turned to get your purse?

23   A    That's when I was putting my wallet away.

24   Q    Okay.  And, again, we have to go through these details,

02:46:19 25   again.  I know how -- I'll take it slow.

*Deborah D. Parker, U.S. Court Reporter*

02:46:24  1          MR. TRIGILIO:  Let me put up Government's

2    Exhibit 34, please.

3          *(The exhibit was displayed on the screen.)*

4    BY MR. TRIGILIO:

02:46:34  5    Q    That's the chair you were at, correct?

6          It's a terrible circle, but that's where you are.

7    A    Yes.

8    Q    And so at this time, you're looking down at your purse

9    and the bed with -- your mom and bed where you just had your

02:46:52  10   facial treatment is behind you, correct?

11   A    My mom was to the left of me or a little bit behind me.

12   Q    Okay.  And the bed was behind you?

13   A    The bed was behind me.

14   Q    Okay.  So if I'm standing here, facing Government's

02:47:05  15   table, to my right at this point would be Ms. Krajnyak's

16   desk, correct?

17   A    Yes.

18   Q    And you're looking down.  And that's when you glanced

19   over your shoulder to see Ms. Krajnyak, correct?

02:47:25  20   A    Yes.

21   Q    And you didn't see how Ms. Krajnyak got the box that

22   was -- that you saw over the desk, right?

23   A    I did --

24   Q    You didn't see her reach down and pick her up?

02:47:38  25   A    I did not see.

02:47:38  1    Q    You didn't see her put it on the desk?

2    A    I did not see her put it on the desk.

3    Q    And did you even see her move from the bed to behind

4    the desk?

02:47:47  5    A    No, I wasn't -- she was behind me and I could hear her

6    walking from the bed to the desk.

7    Q    When you heard her, is that when you decided what's

8    going on and glanced over?

9    A    Around that time.

02:48:01  10   Q    And you mentioned earlier you weren't able to really

11   see if she was using scissors?

12   A    Correct.

13   Q    Or just pulling the tape of the box?

14   A    Starting to open it, yes.

02:48:15  15   Q    Okay.  And, Ms. Chiotti, it was at that moment that --

16   when you glanced over that the explosion happened, right?

17   A    Yes.

18   Q    Now, let's fast-forward to when you were, again, at the

19   Global Health Center -- Hospital in the emergency room and

02:48:38  20   when you were speaking with some law enforcement.  You

21   described it as a bunch of people in the room, right?

22   A    *(No audible response.)*

23   Q    You were able to give the officers who asked you the

24   questions, including Officer Cass, quite a few details about

02:48:57  25   what happened, right?

```
02:48:58   1   A     Yes.
           2   Q     You walked them through what the spa looked like when
           3   you walked in.  I think you mentioned how there was so much
           4   clutter and things were piled up.
02:49:08   5   A     (Witness nods head.)
           6   Q     You actually were able to correct Officer Cass to tell
           7   me where the location of the desk was, correct?
           8   Ms. Krajnyak's office?
           9   A     Yes.
02:49:21  10   Q     And how Ms. Krajnyak had told you how she had bought
          11   some equipment for the spa.
          12         You remember that?
          13   A     I remember her saying she either had bought equipment
          14   or was going to buy equipment for the spa.
02:49:33  15   Q     And you were able to tell the -- Officer Cass that
          16   detail in that initial interview?
          17   A     Yes.
          18   Q     And you even told Officer Cass in this initial
          19   interview in that waiting room that it's a good thing that
02:49:53  20   you remembered everything?
          21   A     Yes.
          22   Q     And that you did not have a cloudy memory?
          23   A     Yes.
          24   Q     Except for one area, right?  There's one exception to
02:50:06  25   your ability to remember details.
```

53

02:50:09   1          Do you remember that?

2    A    I don't really remember how we were able to get out the

3    way we did.

4    Q    Well, you weren't able to remember if she was gripping

02:50:22   5    the tape?

6    A    I said she had her hand on top of the box, looking like

7    she was going to start opening the box, and I -- yeah.

8    Q    But you weren't able to remember if she was using

9    scissors to do so?

02:50:38  10    A    Correct.

11    Q    Or box cutters?

12    A    Correct.

13    Q    Or her hand?

14    A    Correct.

02:50:42  15    Q    Or whether she had picked up the box?

16    A    At all -- I don't remember if she had -- if the box was

17    already on the desk or she had picked up the box to put it

18    on the desk.

19    Q    And you weren't able to read anything on the box,

02:50:57  20    right?

21    A    I saw markings on the box.

22    Q    But you weren't able to read what those markings said?

23    A    No.

24    Q    And it was after he asked you those questions that you

02:51:06  25    said that "I can see every detail, except the details you're

*Deborah D. Parker, U.S. Court Reporter*

02:51:10  1  asking about," right?

2  A    Yes.

3  Q    And those details were what you had noticed as you

4  glanced over the moment before the explosion, right?

02:51:20  5  A    Well, I noticed details such as the tape as being

6  reflective and shiny, so I did remember the details.

7  Q    Now, let's move forward to the May 17th interview.

8  A    Okay.

9  Q    Do you need a moment?

02:51:37  10  A    No.

11  Q    Some water?

12  A    No, thank you.

13  Q    Again, this is with Agent Ashley Mericle, who I believe

14  is in the room here.

02:51:46  15          By this time -- by May 17th, you knew that what

16  had happened to you and your mom wasn't an accident, didn't

17  you?

18  A    I didn't know for sure, no.

19  Q    Do you remember talking to the paramedics right after

02:52:01  20  this happened?

21  A    Yes.

22  Q    And you remember seeing their expression when you told

23  them about seeing Ms. Krajnyak opening a box?

24  A    Yes.

02:52:10  25  Q    And you remember realizing at that moment that this

55

| | | |
|---|---|---|
| 02:52:13 | 1 | might have been a bomb? |
| | 2 | A    I realized at that moment that something was special |
| | 3 | about -- something was different. |
| | 4 | Q    That it might have been a bomb is I think what you |
| 02:52:23 | 5 | said? |
| | 6 | A    I don't remember saying that it might have been a bomb. |
| | 7 | I just remember thinking this is now something different. |
| | 8 | Q    Would it help you to remember -- well, to look at your |
| | 9 | grand jury testimony on this topic? |
| 02:52:42 | 10 | A    Sure. |
| | 11 | Q    Okay.  If you can give me one minute. |
| | 12 | (Pause) |
| | 13 | BY MR. TRIGILIO: |
| | 14 | Q    I'm going to go ahead and move on from that question. |
| 02:53:27 | 15 | Before this interview, your husband had mentioned |
| | 16 | my client's name, Mr. Beal, correct? |
| | 17 | A    I'm sorry? |
| | 18 | Q    Before the May 17th interview, your husband, Dennis, |
| | 19 | had mentioned Mr. Beal's name, correct? |
| 02:53:40 | 20 | A    I remember hearing the name from one of the people that |
| | 21 | were interviewing me -- |
| | 22 | Q    Okay. |
| | 23 | A    -- that someone was charged. |
| | 24 | Q    Let's talk about that.  Agent Mericle actually told you |
| 02:53:53 | 25 | in that interview that someone had been arrested? |

*Deborah D. Parker, U.S. Court Reporter*

56

02:53:55  1   A    Yes.

2   Q    She told you that someone was arrested the night before

3   this interview, which would have been May 16th, right?

4   A    Yes.

02:54:05  5   Q    And that she was there to ask you about that person.

6   A    I don't remember her saying she was there to ask me

7   about the person.  I think she asked me if I knew the name.

8   Q    Would it help you to look at a transcript of that

9   interview to see if she asked you that question?

02:54:24 10   A    Sure.

11   Q    If we could go back to what's identified as 2199A.  If

12   you would go to transcript page 5, please.  I'm going to

13   direct you to lines 29 through 32.

14   A    Could you repeat the page number?

02:54:55 15   Q    Yes, ma'am.  Page 5 of 68.

16   A    What line?

17   Q    Lines 29 through 32.

18   A    Okay.  29 through 32?

19   Q    Yes, ma'am.

02:55:26 20        Does that refresh your memory as to what

21   Ms. Mericle is asking you about the individual who's

22   arrested?

23   A    Yes.

24   Q    If you can, please, put the transcript away.

02:55:37 25        She was there -- she was asking you about what --

*Deborah D. Parker, U.S. Court Reporter*

02:55:39  1   about that person?

2   A     Yes.

3   Q     And what happened to that person?

4   A     Yes.

02:55:44  5   Q     And she told you that he was arrested for having an

6   explosive device, didn't she?

7   A     Yes.

8   Q     And she said that she was -- that the FBI was looking

9   for, quote, any reason why he would have done something like

02:55:56  10   this, didn't she?

11   A     I don't remember that.

12   Q     Would it help to look at your transcript again?  I

13   understand it's been years.

14         If you could, please, look at the same document,

02:56:06  15   what's been marked for identification as 2199A?

16   A     What page?

17   Q     This time, page 10 and lines 29 through 31.

18   A     Okay.

19   Q     And does take refresh your memory as to whether you

02:56:34  20   were told that they were looking for any reason why he would

21   have done something like this?

22   A     Yes.

23   Q     You could put that away.  Just to make sure.

24         And you were told that the name of this person was

02:56:47  25   Stephen Beal, I think you just testified to, correct?

*Deborah D. Parker, U.S. Court Reporter*

58

02:56:50  1   A    Yes.

        2   Q    And you wanted to help Agent Mericle and the agents

        3   with their investigation; is that right?

        4   A    I want to answer their questions, yes.

02:57:06  5   Q    Now, let's fast-forward once again.  This time about

        6   three weeks later to June 8th, 2018, okay?

        7   A    Okay.

        8   Q    You were finally out of the hospital back with your

        9   family, right?

02:57:17  10   A    Yes.

        11   Q    And on June 8th, Agent Mericle came back, this time

        12   with an agent.  I think it was Agent Mattar?

        13   A    Yes.

        14   Q    And they came and even brought a stuffed animal -- FBI

02:57:31  15   stuffed animal for your son, didn't they?

        16   A    Yes.

        17   Q    And they also came in with one cardboard box, correct?

        18   A    Yes.

        19   Q    And it was described to you as a 12X6X6 box, right?

02:57:42  20   A    Ahh, I don't remember the description.

        21   Q    Okay.  It was the only box that he had with them that

        22   day?

        23   A    It's the only box I saw.

        24   Q    Did you see them come into your house from the front

02:57:56  25   door, or were you --

59

02:57:59  1   A    I don't remember.

       2   Q    Okay.  But did you see them with the little stuffed

       3   animal?

       4   A    I was there when they gave the stuffed animal to my

02:58:09  5   son --

       6   Q    Okay.  Did you see anything else --

       7        (Overtalking:  Unable to report.)

       8   A    -- or for my son.

       9   Q    I'm sorry.

02:58:14 10   A    I was there when they -- I don't remember if my son was

      11   there at the time.  They either gave me the stuffed animal,

      12   or they -- I don't think my son was there.

      13   Q    Did you see anything in their hands besides the box and

      14   the stuffed animal?

02:58:26 15   A    No.

      16   Q    And they weren't recording this interview, were they?

      17   A    I don't think so.

      18   Q    You have never seen a transcript of that interview?

      19   A    I believe I saw a summary.

02:58:39 20   Q    Okay.  And when they came in, they didn't show you an

      21   array of boxes of different sizes, right?

      22   A    No.

      23   Q    They brought in that one box?

      24   A    Yes.

02:58:51 25   Q    And they asked you:  *Is this the box that you saw*

*Deborah D. Parker, U.S. Court Reporter*

02:58:54  1    *Ms. Krajnyak open before the explosion*?

2    A     Yes.

3    Q     And you were not told that this box may have nothing at

4    all to do with their investigation, right?

02:59:09  5    A     Can you repeat that question?

6    Q     Of course.  They did not tell you that this box may

7    have nothing to do with their investigation at all, did

8    they?

9    A     I don't know if I understand the question.  I'm sorry.

02:59:21  10   Q     It's a double negative kind of question.

11          Did they tell you that the box had anything to do

12    with the case?

13   A     No.

14   Q     Did they tell you that it may not have anything to do

02:59:30  15   with the case?

16   A     I don't remember.  I -- I don't remember that.

17   Q     This is the first time that anyone had actually come to

18   show you a physical exemplar of a box, right?

19   A     Correct.

02:59:51  20   Q     And, ma'am, today this afternoon, you were asked to

21   describe the box.  My colleague, Mr. Takla, provided you a

22   ruler, correct?

23          But this wasn't the first time you were given a

24    ruler to describe the box, right?

03:00:07  25   A     I believe at the grand jury, I was given a ruler as

*Deborah D. Parker, U.S. Court Reporter*

03:00:11  1   well.

2   Q    And that's -- were you described the box, again, as

3   similar to --

4        (Court Reporter requests clarification for the

03:00:17  5        record.)

6            THE WITNESS:  Approximate description, yes.

7   BY MR. TRIGILIO:

8   Q    And that was in December of 2019?

9   A    Yes.

03:00:25 10   Q    Or I believe, actually, December of 2018.  I think I

11   misspoke there.

12   A    I believe it was 20 -- well, I don't know.  It's on the

13   record.  I'll have to look it up.

14   Q    I said "2018."  Would that sound right to you?

03:00:44 15   A    I'd have to look it up to be sure.

16   Q    How about we refresh your recollection.  Would it help

17   to see the front of the grand jury exhibit?

18   A    Sure.

19   Q    Okay.  Just to be safe.

03:00:55 20            I think you should already have what's identified

21    as Exhibit 20 -- Defense Exhibit 2211.

22   A    Is that in here?

23   Q    It's the big thick -- oh, you know what?  I didn't give

24   it to you.  I'm sorry.

03:01:07 25            MR. TRIGILIO:  May I approach, Your Honor?

*Deborah D. Parker, U.S. Court Reporter*

03:01:09  1          THE COURT:  Yes.

          2          MR. TRIGILIO:  Would Your Honor like a copy?

          3          THE COURT:  I guess so.

          4      *(Pause)*

03:01:28  5  BY MR. TRIGILIO:

          6  Q    This should be easy.  If you could just flip the page,

          7  and look at the first -- it's a caption page, right under

          8  where it says "Victim No. 1."  And let me know when you

          9  finish reading the date.

03:01:41 10  A    I'm finished.

         11  Q    Okay.  Does that refresh your memory as to when your

         12  grand jury testimony was, ma'am?

         13  A    Yes.

         14  Q    And was your grand jury testimony, Wednesday,

03:01:50 15  December 19th, 2018?

         16  A    Yes.

         17  Q    And that came after your June 8th interview where you

         18  were shown that one box, correct?

         19  A    Yes.

03:01:59 20          MR. TRIGILIO:  I have no further questions.

         21          THE COURT:  Any redirect?

         22      *(Pause)*

         23          THE COURT:  So that's, yes, there is redirect?

         24          MR. TAKLA:  Sorry, Your Honor.  Yes, there is.

         25  ////

63

| | | |
|---|---|---|
| 03:02:37 | 1 | REDIRECT EXAMINATION |
| | 2 | BY MR. TAKLA: |
| | 3 | Q    On the interview on May 17, 2008 [sic] in your hospital |
| | 4 | room, did Special Agent Mericle tell you that the defendant |
| 03:03:06 | 5 | had not been charged in the incident? |
| | 6 | A    I believe so, yes. |
| | 7 | Q    And at all times, did you believe that the FBI only |
| | 8 | wanted the truth from you? |
| | 9 | A    Yes, I believe -- yes, of course. |
| 03:03:32 | 10 | Q    And on June 8th, when the FBI showed you the box, what |
| | 11 | did they tell you? |
| | 12 | A    Like I said, previously, they had mentioned that they |
| | 13 | have a box that was similar to what I had been describing |
| | 14 | for several weeks and would it be okay if they showed it to |
| 03:03:56 | 15 | me or put it together. |
| | 16 | MR. TAKLA:  Thank you, Your Honor.  I don't have |
| | 17 | any further questions. |
| | 18 | THE COURT:  Anything further on recross? |
| | 19 | MR. TRIGILIO:  If I could just have one moment, |
| 03:04:08 | 20 | Your Honor. |
| | 21 | THE COURT:  Yes. |
| | 22 | MR. TRIGILIO:  Thank you. |
| | 23 | *(Pause)* |
| | 24 | MR. TRIGILIO:  I do. |
| | 25 | //// |

64

```
03:04:24   1                      RECROSS-EXAMINATION
           2   BY MR. TRIGILIO:
           3   Q    On redirect, you were just asked about what you were
           4   told when the officers on June 8th came with the box or the
03:04:48   5   agents -- I'm sorry -- on June 8th came with the box,
           6   correct?
           7             Again, they came in and they described it to you
           8   as a 12X6X6 box, right?
           9   A    I don't remember that.
03:05:00  10   Q    Would it help refresh your memory by looking at the
          11   summary of that interview?
          12   A    Sure.
          13       (Pause)
          14             MR. TRIGILIO:  May I approach?
03:05:19  15             THE COURT:  Yes.
          16             MR. TRIGILIO:  I'm approaching with what's been
          17   marked as 2203.
          18       (Pause)
          19   BY MR. TRIGILIO:
03:05:44  20   Q    Apologize for the redactions, Ms. Chiotti.
          21             If I could, please, have you go down four
          22   paragraphs to "Blackout was shown."  And if you can just
          23   read that paragraph for me, please, and then look up when
          24   you're done.
03:06:03  25   A    (Witness so complies.)
```

*Deborah D. Parker, U.S. Court Reporter*

```
03:06:22   1   Q    You can put that document away.
           2        Does that refresh your memory about whether the
           3    box was described to you as a 12X6X6 box?
           4   A    I still don't remember the description of the
03:06:33   5   measurements.
           6   Q    Understood.
           7        MR. TRIGILIO:  No further questions.
           8        THE COURT:  All right.  Anything further from the
           9   Government?
03:06:43  10        MR. TAKLA:  No, Your Honor.
          11        THE COURT:  May the witness be excused?
          12        MR. TAKLA:  No, Your Honor.  We would like to keep
          13   her, subject to re-call.
          14        THE COURT:  All right.  Subject to re-call.
03:06:52  15        You may step down.  You are subject to re-call, so
          16   you may be called back at another point in time; but for
          17   now, you are allowed to go.
          18        So thank you very much.
          19        THE WITNESS:  Thank you.
03:20:10  20        (At 3:20 p.m., excerpt of proceedings concluded.)
          21
          22                           -oOo-
          23
          24
          25
```

03:20:10   1                          CERTIFICATE

           2              I hereby certify that pursuant to Section 753,

           3   Title 28, United States Code, the foregoing is a true and

           4   correct transcript of the stenographically reported

03:20:10   5   proceedings held in the above-entitled matter and that the

           6   transcript page format is in conformance with the

           7   regulations of the Judicial Conference of the United States.

           8

           9   Date:   July 23, 2022

03:20:10  10

          11

          12                          _____
                                      /s/DEBORAH D. PARKER
          13                          DEBORAH D. PARKER, OFFICIAL REPORTER

          14

          15

          16

          17

          18

          19

          20

          21

          22

          23

          24

          25