UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | NO. 8:19-CR-00047-JLS |
|---|---|
| Plaintiff, | |
| v. | **NOTE TO JURY** |
| STEPHEN WILLIAM BEAL, | |
| Defendant. | |

You are now permitted to resume your deliberations.

___8/17/2022___
DATE

HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE