STEPHANIE S. CHRISTENSEN
Acting United States Attorney
CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division
MARK TAKLA (Cal. Bar No. 218111)
ANNAMARTINE SALICK (Cal. Bar No. 309254)
WILSON PARK (Cal. Bar No. 239527)
MARIA JHAI (Cal. Bar No. 283059)
Assistant United States Attorneys
Terrorism and Export Crimes Section
    United States Attorney's Office
    411 West Fourth Street, Suite 8000
    Santa Ana, California 92701
    Telephone:  (714) 338-3500
    Facsimile:  (714) 338-3561
    Email:      mark.takla@usdoj.gov
              annamartine.salick2@usdoj.gov
              wilson.park@usdoj.gov
              maria.jhai@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. SA CR 19-CR-047-JLS |
| Plaintiff, | ORDER RE: GOVERNMENT'S UNOPPOSED *EX PARTE* APPLICATION TO FILE DOCUMENT UNDER SEAL |
| v. | |
| STEPHEN WILLIAM BEAL, | |
| Defendant. | |

    The Court has read and considered the government's unopposed *ex parte* application to file its Information Regarding Allegations Against Juror under seal.

//

//

//

//

Good cause having been shown, it is ordered that the Government's filing and related documents may be filed under seal.

*DATED:*  August 18, 2022

_____
*HONORABLE JOSEPHINE L. STATON*
*United* States District Judge

Presented by:

 /s/
_____
ANNAMARTINE SALICK
Assistant U.S. Attorney