FILED
CLERK, U.S. DISTRICT COURT

August 18, 2022

CENTRAL DISTRICT OF CALIFORNIA
BY: kr    DEPUTY

Date: 8/18/2022

Time: 11:08am

Case #: SA CR 19-00047 JLS

Case title: United States of America v Stephen William Beal

Jury Note Number 3

The Jury requests the following:

Jury would like clarification on the definition of Weapon of Mass Destruction. In Courts Instructions No 22 on page 23, Line 20 the paragraph defines WMD as either a "destructive device" or a "weapon" of another kind.

Does the clause "that is designed or intended to cause death or serious bodily injury through the release, dissemination, or impact of toxic or poisonous chemicals or their precursors" refer only to this other kind of weapon or "destructive device" as well? (the clause is repeated elsewhere)

Date of    Signed _____
                foreperson of the Jury

See Attached

<u>Response to Juror Note No. 3</u>

For Instructions 22 and 23, the clause "that is designed or intended to cause death or serious bodily injury through the release, dissemination, or impact of toxic or poisonous chemicals, or their precursors" refers only to the phrase, "any weapon." The clause does not apply or refer to the phrase, "destructive device," which is defined at page 23, lines 23-25 and page 26, lines 11-13.