FILED
CLERK, U.S. DISTRICT COURT

AUGUST 18, 2022

CENTRAL DISTRICT OF CALIFORNIA
BY: KR  DEPUTY

Date: 8/18/2022

Time: 11:08am

Case #: SA CR-19-00047 JLS

Case title: United States of America v. Stephen William Beal

Jury Note Number: 4

The Jury request the following:

- More Jury Note form.
- More Water

Date: 8/18/2022

Signed: [signature]

foreperson of the jury