FILED
CLERK, U.S. DISTRICT COURT

August 22, 2022

CENTRAL DISTRICT OF CALIFORNIA
BY: kr  DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Date: 8-22-22

Time: 10:21 am

Case No.: SACR 19-00047 JLS

Case Title: U.S.A. v. STEPHEN WILLIAM BEAL

JURY NOTE NUMBER 5

____ THE JURY HAS REACHED A UNANIMOUS VERDICT

 X  THE JURY REQUESTS THE FOLLOWING:

The jurors has not been able to reach an unanimous agreement on all the counts. We had carefully went through all the physical and digital evidences. However, we were unable to come to an unanimous agreement.

DATE: 8-22-22          SIGNED: _____
                                FOREPERSON OF THE JURY