CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
CRAIG HARBAUGH (Bar No. 194309)
(E-Mail: Craig_Harbaugh@fd.org)
JOSEPH TRIGILIO (Bar No. 245373)
(E-Mail: Joseph_Trigilio@fd.org)
MICHAEL A. SCHACHTER (Bar No. 298610)
(E-Mail: Michael_Schachter@fd.org)
Deputy Federal Public Defenders
411 West Fourth Street, Suite 7110
Santa Ana, California 92701-4598
Telephone: (714) 338-4500
Facsimile: (714) 338-4520

Attorneys for Defendant
STEPHEN BEAL

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> STEPHEN BEAL, <br><br> Defendant. | Case No. SA CR 19-00047-JLS <br><br> **DEFENDANT'S REPLY IN FURTHER SUPPORT OF *EX PARTE* APPLICATION FOR SCHEDULING ORDER TRACKING DATES AND DEADLINES FROM FIRST TRIAL** <br><br> **Proposed Hearing Date: September 2, 2022**[1] <br><br> **Time Estimate: 25 Minutes** |

---

[1] The defense does not believe a hearing is necessary but in the Court concludes that one is appropriate, the defense seeks a hearing on the first available hearing date.

Defendant Stephen Beal, by and through his attorneys of record, Deputy Federal Public Defenders Craig Harbaugh, Joseph Trigilio, and Michael Schachter, files his reply in support of his *ex parte* application for a Pretrial Scheduling Order for the retrial in light of the Government's failure to file a response.[2]

The government has failed to respond to the defense's *ex parte* application and has failed to offer any explanation for refusing to do so. The defense has proposed a pretrial scheduling order for the retrial that is consistent with the scheduling order the Court issued for the original trial. Any further delay will prejudice both the defense and the Court in proceeding to trial in a timely and efficient manner.

For the reasons stated in the defense's application, the defense urges the Court to adopt its proposed Scheduling Order.

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: September 1, 2022   By  */s/ Michael Schachter*
MICHAEL SCHACHTER
Deputy Federal Public Defender
Attorney for STEPHEN BEAL

---

[2] The defense was copied on an email message from Assistant United States Attorney Mark Takla sent to the Court's courtroom deputy indicating that the government would not file a response.