UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | SACR 19-00047-JLS |
| Date | September 1, 2022 |

| | |
|---|---|
| Present: The Honorable | JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE |
| Interpreter | None |

| V.R. Vallery | Not Present | Mark Takla - Not Present |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Stephen William Beal | Not | X | | Joseph A. Trigilio, DFPD | Not | | X |

**PROCEEDINGS:**   (IN CHAMBERS) ORDER

   The Court has reviewed Defendant's *ex parte* application for a Scheduling Order along with its "Reply." The government is ordered to meet and confer with Defendant's Counsel and the parties are to file a joint proposed Schedule by 5:00 p.m., Tuesday, September 6, or to provide the Court with any disagreements over the proposed schedule by that same date and time. The Court will issue an order promptly thereafter.

                                                                                             :
Initials of Deputy Clerk   vrv