1          UNITED STATES DISTRICT COURT

2          CENTRAL DISTRICT OF CALIFORNIA

3                WESTERN DIVISION

4     THE HONORABLE JOSEPHINE L. STATON, JUDGE PRESIDING

5

6    UNITED STATES OF AMERICA,        )
                                      )
7                    Plaintiff,       )
                                      )
8          vs.                        ) NO. SACR 19-00047-JLS
                                      )
9    STEPHEN WILLIAM BEAL,            )
                                      )
10                   Defendant.       )
     _____)

11

12

13

14          REPORTER'S TRANSCRIPT OF PROCEEDINGS

15              Los Angeles, California

16

17        Wednesday, June 29, 2022, 9:03 A.M.

18

19    Day 8 of Jury Trial, Page 1576 through 1693, Inclusive

20

21                              PAT CUNEO CSR 1600, CRR-CM
                                Official Reporter
22                              First Street Courthouse
                                350 West 1st Street
23                              Room 4311
                                Los Angeles, CA  90012
24                              213-894-1782
                                patcuneo1600@gmail.com
25                              www.patcuneo.com

```
 1   APPEARANCES:            TRACY WILKISON
                             INTERIM UNITED STATES ATTORNEY
 2                           TERRORISM AND EXPORT CRIMES SECTION
                             BY:   MARK P. TAKLA, ANNAMARTINE SALICK,
 3                                 WILSON PARK, AND MARIA JHAI
                             ASSISTANT UNITED STATES ATTORNEYS
 4                           411 West Fourth Street
                             Suite 8000
 5                           Santa Ana, California  92701
                                        -and-
 6                           312 North Spring Street, 12th Floor
                             Los Angeles, California 90012
 7
     FOR THE DEFENDANT:      CUAUHTEMOC ORTEGA
 8                           FEDERAL PUBLIC DEFENDER
                             BY:   JOSEPH A. TRIGILIO, DEPUTY
 9                                 CRAIG A. HARBAUGH, DEPUTY
                                   MICHAEL ALEX SCHACHTER, DEPUTY
10                           321 East Second Street
                             Los Angeles, California 90012
11                                      -and-
                             411 West Fourth Street, Suite 7110
12                           Santa Ana, California  92701

13

14

15   ALSO PRESENT:          AMY KARLIN
                             DEPUTY FEDERAL PUBLIC DEFENDER
16

17                          HAJI SHAH, LITIGATION SUPPORT SPECIALIST

18                          NICK VICENCIA, FBI SPECIAL AGENT

19

20

21

22

23

24

25
```

*Day 8 of Jury Trial, June 29, 2022, Morning Session*

1578

<pre>
 1                        I N D E X

 2    PROCEEDINGS                                        PAGE

 3    GOVERNMENT'S CASE-IN-CHIEF RESUMED                 1581

 4    STIPULATION                                        1683

 5              CHRONOLOGICAL INDEX OF WITNESSES

 6
      GOVERNMENT'S                                 VOIR
 7    WITNESS            DIRECT CROSS REDIRECT RECROSS DIRE VOL

 8    GREGORY JENSEN            1582   1593     1603

 9    DANA COVEY         1605                                8

10    REBECCA H. MARRIOTT  1617                              8

11

12              ALPHABETICAL INDEX OF WITNESSES

13
                                                  VOIR
14    WITNESS            DIRECT CROSS REDIRECT RECROSS DIRE VOL

15    COVEY, DANA        1605                                8

16    JENSEN, GREGORY          1582   1593     1603

17    MARRIOTT, REBECCA A.  1617                             8

18

19

20

21

22

23

24

25
</pre>

*Day 8 of Jury Trial, June 29, 2022, Morning Session*

**EXHIBITS**

| GOVERNMENT'S EXHIBIT | DESCRIPTION | FOR IDENTIFICATION | IN EVIDENCE | VOL |
|---|---|---|---|---|
| 82 | Document . . . . . . . . . . . . . . . | | 1684 | 8 |
| 1600 through 1628 | Photographs . . . . . . . . | | 1684 | 8 |
| 1618 through 1628 | Photographs . . . . . . . . | | 1684 | 8 |

EXHIBITS

| DEFENDANT'S EXHIBIT | DESCRIPTION | FOR IDENTIFICATION | IN EVIDENCE | VOL |
|---|---|---|---|---|
| 2235 | Photograph . . . . . . . . . . . . . . | | 1586 | 8 |
| 2236 | Photograph . . . . . . . . . . . . . | | 1585 | 8 |

*Day 8 of Jury Trial, June 29, 2022, Morning Session*

```
 1    LOS ANGELES, CALIFORNIA; WEDNESDAY, JUNE 29, 2022; 9:03 A.M.

 2                              -oOo-

 3             THE CLERK:  All rise.

 4                 (The jurors entered the courtroom.)

 5             THE CLERK:  Please be seated.

 6                   (Pause in the proceedings.)

 7             THE CLERK:  All rise and face the flag.

 8             In the presence of the flag, emblem of the

 9    Constitution and remembering the principles for which it

10    stands, this United States District Court is now in session,

11    the Honorable Josephine L. Staton, United States District

12    Judge presiding.

13             Please be seated and come to order.

14             This is SACR 19-47, United States of America v.

15    Stephen William Beal.

16             Counsel, please state your appearances.

17             MR. TAKLA:  Good morning, Your Honor.  Mark Takla,

18    Annamartine Salick, Wilson Park, and Maria Jhai on behalf of

19    the United States.  At counsel table with us is FBI Special

20    Agent Nick Vicencia.

21             THE COURT:  Good morning.

22             MR. HARBAUGH:  Good morning, Your Honor.

23    Craig Harbaugh, Michael Schachter, Joseph Trigilio on behalf

24    of Mr. Stephen Beal who is present.  Also at counsel table

25    is our litigation support specialist Haji Shah.
```

```
 1            THE COURT:  Good morning.

 2            And good morning.

 3                    (The jurors responded.)

 4            THE COURT:  All right.  Thank you for arriving

 5    timely; and as I reminded you yesterday, you have to decide

 6    the case based solely on the evidence presented to you here

 7    in the courtroom; and that means you must not learn any

 8    information about this case from any other source.

 9            To ensure fairness to all parties to the trial, I

10    will now ask whether you have learned or shared any

11    information about this case outside of the courtroom even if

12    it was accidental.  If that is the case, please raise your

13    hand.

14                      (No response.)

15            THE COURT:  And I see no hands.

16            And as I've said before, if anyone needs to talk

17    about this privately outside of the presence of others,

18    notify a staff member at the next break.

19            Thank you for carefully adhering to my

20    instructions.

21            And with that, Mr. Trigilio, you may continue your

22    cross-examination.

23            MR. TRIGILIO:  Thank you, Your Honor.

24                GOVERNMENT'S CASE-IN-CHIEF RESUMED

25         GREGORY JENSEN, GOVERNMENT'S WITNESS, RESUMED
```

1         THE CLERK:  Sir, having been previously sworn, you

2  remain under oath.

3         THE WITNESS:  Thank you, sir.

4         THE COURT:  Thank you.

5         THE WITNESS:  Good morning.

6         MR. TRIGILIO:  Good morning.

7         **CROSS-EXAMINATION RESUMED**

8  BY MR. TRIGILIO:

9  Q.   I know I was a bit rushed yesterday so I will just slow

10 it down a little bit and just recap where we left off.

11        Yesterday we were talking about the factors that

12 go into your opinion about where the seat of the explosion

13 was; right?

14 A.   Yes, sir.

15 Q.   And you remember we talked about the -- one of the

16 factors or one of the things you look at are items of

17 significance in making that determination?

18 A.   Yes.

19 Q.   And why those items might be relevant is because they

20 might have been really close to the bomb?

21 A.   That's correct.

22 Q.   Or even part of the bomb?

23 A.   Yes.

24 Q.   And I think we left off yesterday talking about the AC

25 Delco battery; right?

1 A.   Yes.

2 Q.   So I want to publish that again.   It's Defense

3 Exhibit 2233.   I think it's been already admitted.

4          *(The exhibit was displayed on the screen.)*

5 BY MR. TRIGILIO:

6 Q.   And this battery was found three feet away from the

7 seat of the explosion; is that right?

8 A.   I don't know the exact measurement.   It was found by

9 Chris Jensen on one of his initial approaches to the

10 building.

11 Q.   And Mr. Jensen described this item in a report that he

12 authored; right?

13 A.   Yes, he did.

14 Q.   And you reviewed that report?

15 A.   Yes, I did.

16 Q.   And you approved it?

17 A.   Yes.

18 Q.   And, therefore, you vouched for its accuracy, in other

19 words; correct?

20 A.   Yes, sir.

21 Q.   And so you don't remember right now if it was three

22 feet away?

23 A.   As I sit here right now, yeah, I'm assuming that it was

24 documented in his report based on the direction we're

25 headed.

```
 1              So if it's in the report, then I trust it as
 2    completely accurate.  I've known Chris for a very long time.
 3    He's a very good law enforcement officer.
 4    Q.   That's great.  And may I -- would it help you to look
 5    at the report quickly to see if that helps you remember?
 6    A.   Yes.  Yes, sir.
 7              MR. TRIGILIO:  May I approach, Your Honor?
 8              THE COURT:  Yes, you may.
 9                   (Pause in the proceedings.)
10              THE COURT:  So you're having him remember what he
11    read in the report?  I guess that's my question.  What are
12    you refreshing his recollection as to?
13              He's indicated he wasn't there.  He did not -- he
14    did not make that measurement but he adopts what's in the
15    report.  So are you just having him remember what's in the
16    report because he can't remember the underlying facts since
17    he said that wasn't him.
18              MR. TRIGILIO:  Oh, that's fair.  So let me just be
19    clear then.
20    Q.   Do you know where the AC Delco battery was found at the
21    scene?
22    A.   No.  But I know the general area, yes.
23    Q.   Where in the general area was it?
24    A.   The area we called on the -- on the maps we saw
25    yesterday, the diagrams, G7 in the area of the seat of
```

1    explosion in that general area.

2    Q.   Great.  Well, that's perfect.  Thank you.  So I'll move

3    on.

4            I want to ask you about another item that's -- was

5    determined to be an item of significance and that you

6    actually looked at yesterday which was a piece of duct tape.

7            Do you remember that?

8    A.   Yes, sir.

9    Q.   And this duct tape you described as partially melted?

10   A.   Yes.

11           MR. TRIGILIO:  And if I could please have admitted

12   pursuant to stipulation Defense Exhibit 2236 which I've

13   already shown to the government?

14           MS. SALICK:  No objection.

15           THE COURT:  2236 is admitted.

16           *(Exhibit 2236 received in evidence.)*

17           MR. TRIGILIO:  And if I could publish that to the

18   jury at this time.

19           **(The exhibit was displayed on the screen.)**

20   BY MR. TRIGILIO:

21   Q.   And is this the duct tape that you're referring to?

22   A.   Yes, sir.  Right in the center of the photograph.

23   Q.   And that duct tape appears to have been exposed to a

24   rapid thermal event.  Is that fair to say?

25   A.   Yes, sir.

1  Q.   In other words, it appears to have been near a bomb or

2  an explosion?

3  A.   Yes.

4  Q.   It could have even been the tape on the container of

5  the explosion based on its condition; right?

6  A.   Perhaps.

7  Q.   Next I want to talk about another item that was in this

8  same sifting pad.  First off, that bottom white grate.  That

9  was something where items were placed; right?

10 A.   Yes, he more or less used that like a tray.

11 Q.   A tray.  Okay.

12          So in the same tray, I want to talk about another

13 item which are some white wires.  This would be

14 Defense Exhibit 2235 which I would seek to admit pursuant to

15 stipulation at this time.

16          THE COURT:  And?

17          MS. SALICK:  No objection, Your Honor.

18          THE COURT:  Then 2235 is admitted.

19          *(Exhibit 2235 received in evidence.)*

20          MR. TRIGILIO:  And if I could publish that.

21          *(The exhibit was displayed on the screen.)*

22 BY MR. TRIGILIO:

23 Q.   Now, these white wires were also deemed an item of

24 significance relevant to determining the seat of the

25 explosion; right?

1  A.   Yes.  They were found in that area.

2  Q.   And they're relevant to determining the seat of

3  explosion because of their condition -- because of their

4  condition; correct?

5  A.   Yes.

6  Q.   And their condition looks like they could have been in

7  close proximity to an explosion; is that right?

8  A.   Yes.

9  Q.   In fact, these wires were found several inches from a

10 gold smartwatch.  Do you recall that?

11 A.   No, sir.

12 Q.   Would it help you recall that by looking at the report

13 that you approved?

14 A.   Yes.

15          MR. TRIGILIO:  May I approach with that report,

16 Your Honor?

17          THE COURT:  Yes, you may.

18          MR. TRIGILIO:  And, again, this is Defense

19 Exhibit 2232 that I'm approaching with.

20              *(Pause in the proceedings.)*

21          MR. TRIGILIO:  Your Honor, I'm going to give you

22 another copy as well.

23              *(Pause in the proceedings.)*

24 BY MR. TRIGILIO:

25 Q.   And, Mr. Jensen, if you could please look at page 6 of

1   6, you'll see the page number at the bottom right next to

2   Exhibit 2232.

3   A.   Yes, sir.

4   Q.   And I'll have you look at the second and third bullet

5   point on that page.

6   A.   *(Looking at document.)*  Yes, sir.

7   Q.   Does that refresh your recollection of whether these

8   wires were found near a smartphone?

9   A.   Yes, sir.

10  Q.   And were they found near a smartphone?

11  A.   Yes, sir.

12  Q.   Several inches of that smartphone?

13  A.   Yes, sir.  I -- I -- just to clarify, I thought you

14  said "smartwatch."  Did you say "smartwatch" originally?

15  Q.   I did.  I misspoke there.

16  A.   Okay.

17  Q.   Smartphone.

18  A.   Yeah, I knew there was a smartphone in the report.  I

19  didn't remember anything about a smartwatch.

20  Q.   And that smartphone was located about -- within the

21  seat of the explosion; correct?

22  A.   Yes, sir.

23  Q.   Okay.  So we can take that off of the thing.

24          So I want to switch topics now to some of your

25  other work in investigating this case.  You said you were

1    initially a supervisor at the scene of 11 Mareblu?

2    A.   Yes, sir.

3    Q.   And -- but your work wasn't just limited to that

4    scene -- Right? -- in this case?

5    A.   Yes, sir.

6    Q.   Did you other work?

7    A.   Yes.

8    Q.   At other scenes?

9    A.   During that -- during that time, yes, sir.

10   Q.   Well, you also went to the house of a man named

11   Scott Mullaly; correct?

12          MS. SALICK:  Objection, Your Honor.  Outside the

13   scope.

14          THE COURT:  Sustained.

15          MR. TRIGILIO:  Your Honor, permission to expand

16   the scope or else recall the witness.  It shouldn't be long.

17          THE COURT:  All right.

18          Outside the scope, you may inquire.

19   BY MR. TRIGILIO:

20   Q.   You went to the house of a man named Scott Mullaly;

21   correct?

22   A.   That name does not ring a bell for me.

23   Q.   Do you remember going to the home of someone in Vista,

24   California?

25   A.   Yes, I did go to Vista, yes, sir.

1  Q.   Would it help you remember the name of the person's

2  house you went to by looking at an FBI report of your time

3  there?

4  A.   Yes.

5  Q.   Okay.

6  A.   I remember -- now that you tell me where the house is,

7  I remember where that house was.

8  Q.   Do you recall that it was Mr. Scott Mullaly's house?

9  A.   I don't remember his name.  I went to a house in Vista,

10 yes, sir.

11 Q.   Well, that could be important so if I could please

12 approach with a 302 to refresh your recollection about the

13 person's name.

14          THE COURT:  You need to find out if it would

15 refresh his name.  Telling him the name didn't seem to

16 refresh it so looking at it on a piece of paper, we'll see.

17          You can try if you think that might work.

18 BY MR. TRIGILIO:

19 Q.   If I showed you the 302 report of your time at the home

20 in Vista, California, would that refresh your recollection

21 of whose house you went to?

22 A.   Potentially, yes.  There were -- I remember the type of

23 car that was there.  If that's listed in the report, that

24 would be a way I could confirm for you.

25          MR. TRIGILIO:  Okay.  May I approach?

1    THE COURT:  You may.

2         So he's approaching with a document to refresh

3    your recollection.  If reading the document refreshes your

4    recollection as to the name of the person, then you put the

5    document aside and you testify from your refreshed

6    recollection.

7         If it doesn't refresh your recollection as to the

8    name, then you let counsel know.

9         THE WITNESS:  Ma'am, I'm -- the name, I don't

10   remember the name.  I don't remember documenting the name.

11        THE COURT:  All right.

12        Well, so then, look at this and see if that

13   changes.  If it doesn't, let counsel know.  If it does, let

14   him know that.

15        THE WITNESS:  *(Looking at document.)*

16   BY MR. TRIGILIO:

17   Q.   I'm going to give you a chance to read through this

18   302.  It's only a few paragraphs.  And if you could please

19   just look up when you're done.

20   A.   Yes, sir.  *(Looking at document.)*

21   Q.   Does that help you remember here today whether you went

22   to the house of Mr. Scott Mullaly?

23   A.   Yes, I was at that house.  I remember some specific --

24   other specifics from the report.  As to his name, I don't.

25   That's not something that I can honestly say.  I don't

1   remember his name.

2   Q.   It sounds like you weren't even told whose house you

3   were going to.

4   A.   I was there in a support role for my Special Agent Bomb

5   Technician Mike Hong that I work with.

6   Q.   So you weren't told what role he might have or why you

7   were going there?

8   A.   I was just there to help him.

9   Q.   Okay.  And you swabbed two cars at the house at Vista,

10  California; right?

11  A.   Yes, sir.

12  Q.   Looks like you swabbed a Lexus LS500?

13  A.   I remember that car.  That's how I -- refreshed my

14  memory when I read that part.

15  Q.   It's a nice car.

16  A.   It's beautiful.

17  Q.   And a GMC Canyon; correct?

18  A.   Yes, sir.

19  Q.   And you swabbed these cars on January 30th, 2019;

20  right?

21  A.   Yes, sir.

22  Q.   That's about 260 days after the explosion at

23  11 Mareblu?

24  A.   Yes, sir.

25           MR. TRIGILIO:  Okay.  No further questions?

```
1              THE WITNESS:  Thank you.

2              THE COURT:  Anything on redirect?

3              MS. SALICK:  Very briefly, Your Honor.

4                      REDIRECT EXAMINATION

5  BY MS. SALICK:

6  Q.   Good morning, Mr. Jensen.

7  A.   Good morning.

8  Q.   Mr. Jensen, you were asked several questions about the

9  factors that led to your determination as to where the seat

10 of the explosion occurred.  Do you recall those questions?

11 A.   Yes, ma'am.

12 Q.   All right.  I want to pull up Exhibit 254.

13          (The exhibit was displayed on the screen.)

14 BY MS. SALICK:

15 Q.   Can you tell us what we see in this photograph?

16 A.   That's the area of the seat of explosion and the suite

17 where the victim was found just outside.  She would have

18 been to the bottom left of that photograph.  Seat of the

19 explosion just inside that window-frame there in the area of

20 No. 45.

21 Q.   And do you -- did you find anything around the -- or

22 let me start over.

23          Do you see discoloration to the concrete in this

24 photo or damage to the concrete?

25 A.   Yeah.  There's an area -- if you move straight to the
```

1   right of the No. 45 and up just a little bit, there's an

2   area there that's kind of cleared right there.

3   Q.    *(Marking.)*

4   A.    That area there.

5   Q.    And does this circle accurately reflect that area maybe

6   a little over to the left?

7   A.    Maybe if it was a little over to the left, it would be

8   better.

9   Q.    *(Marking.)*

10   A.    There we go.

11   Q.    Better circle.

12          Is that the concrete that you saw?

13   A.    Yes.

14   Q.    And what is inside this circle?  Is this the exact

15   precise location where you believe the bomb exploded?

16   A.    Very, very close to that, yes.

17   Q.    And now I want to show you 255.

18          *(The exhibit was displayed on the screen.)*

19   BY MS. SALICK:

20   Q.    Can you tell us a little bit more about the damage to

21   the concrete and why that informed your determination as to

22   the seat of the blast?

23   A.    That was one -- one of many things that we saw.  That

24   was one area where the things had been cleared away the

25   most.  There's other things in the photograph; but as far as

1    that particular point, it's as simple as that.  That's the

2    area that's cleared away the most.

3    Q.   And it appears as though there's some grayish --

4           MR. TRIGILIO:  Objection.  Leading.

5           THE COURT:  Yes.  Sustained.

6    BY MS. SALICK:

7    Q.   Did you find or did you observe items that you believed

8    could have been part of a rug or carpet?

9    A.   It appears to be carpet to me, yes.

10   Q.   And where did you -- where did you see that?  Can you

11   show us on the photograph?

12   A.   That whole cleared area around 45 is covered -- it

13   looks like a cloth or a -- or like carpet.

14   Q.   And when you say "It looks like a cloth," is it a

15   damaged -- what would have been a cloth or carpet that's now

16   very damaged?

17   A.   That's what it appears to me, yes.  It's very -- the

18   whole area -- you can see the whole area has been subjected

19   to great a deal of thermal event, pressure from the blast.

20   Q.   And did you see any charring to that what you believed

21   was carpet?

22   A.   I see charring on items directly above that circular

23   area made by that cleared area.  There's charring on that

24   insulation, charring up from the thermal event up and

25   around.

1  Q.   And what does charring indicate?

2  A.   It was subjected to a brief thermal event.

3  Q.   I'm sorry.  What is --

4  A.   Fire, heat.

5  Q.   What is a thermal event?

6  A.   Well, that's the way we describe when an explosion goes

7  off.  There's the pressure.  There's a brief thermal event.

8  It's a fire immediately but it's -- doesn't last long.

9       It might, you know, catch things on fire in the

10  area but the brief thermal event will char a lot of things.

11  It won't completely consume them.  It will just leave a

12  blackened area on them.  That's what I mean.

13  Q.   Okay.  And now, I want to talk a little bit about some

14  of the defense exhibits that were shown, and I want to pull

15  up Government's Exhibit-- let me just make sure it is 26, I

16  believe.  Yes.  26, please.

17       *(The exhibit was displayed on the screen.)*

18  BY MS. SALICK:

19  Q.   And can you remind us where the items the bomb team

20  recovered came from in this specific diagram?

21  A.   You're referring to the ones that I was just questioned

22  on?

23  Q.   Yes, sir.

24  A.   Okay.  It was in the area of G7.

25  Q.   And I'll just have the agent draw a circle around that.

1  A.    *(Marking.)*

2  Q.    And you can tell us if that's accurate.  Is that

3  accurate?

4  A.    Yes.

5  Q.    And where in G7 did you determine the seat of the blast

6  occurred?  First, I'm sorry.  Where in this diagram did you

7  determine the seat of the blast occurred?

8  A.    G7, just above the G7 itself.  That area *(indicating)*.

9  Q.    And what we were just looking at in the photographs

10  previously of the concrete -- and, actually, I'll just bring

11  that up to clarify.  255, please.

12        *(The exhibit was displayed on the screen.)*

13  BY MS. SALICK:

14  Q.    Where is this concrete damaged in relation to the

15  diagram?

16  A.    Just above G7 on the diagram.

17          The orientation isn't the same on both.  So the

18  photograph would have to be turned 180 degrees.  If you

19  could that, it would be in the same orientation as --

20  Q.    Oh, apparently we can do that.

21  A.    There you go.  I mean, it's upside down now but it's

22  the same as what the diagram is.

23  Q.    Okay.  So that area of burned concrete corresponds to

24  this circle in G7?

25  A.    Yes.

1   Q.   We talked a little bit yesterday about the general area

2 around the seat of the blast and I'm going to have you take

3 a look at 154 again.

4            *(The exhibit was displayed on the screen.)*

5 BY MS. SALICK:

6   Q.   Now, as part of your determination of the seat of the

7 blast, did you also account for the damage you saw above you

8 when you were standing in the suite?

9   A.   Yes.

10   Q.   And tell me a little bit about how looking at whatever

11 was above you in the suite went into your determination of

12 the location of the seat of the blast?

13   A.   Probably the biggest thing was going into the suite

14 above and the bulge in that floor, that floor that was no

15 longer completely stable.

16   Q.   Uh-huh.

17   A.   You could feel it move under your feet when you stepped

18 on it. It didn't feel like a very easy place to be. It was

19 not a comforting feeling; right? You felt the floor kind of

20 give.

21         In addition to that, you can see in the photograph

22 here all of the drop ceiling is completely -- is hanging

23 down. The wires are hanging down. They were pushed up and

24 then they came back down by the blast.

25   Q.   And when a bomb explodes, does it move in only one

1    direction down or up or does it move in a different manner?

2    A.   360 degrees it moves out.  It's going to take the path

3    of least resistance.  Does different things when it's

4    inside -- inside a building.

5           But it's in a range environment where you have an

6    explosive go off in a controlled environment.  The pressure

7    wave goes out 360 degrees.

8           It's going to be tamped by the ground.  It's going

9    to make it move up even more powerful.  That's called

10   tamping.

11          Anything that's near it momentarily, it's going to

12   be destroyed too; but in that fractions of seconds, it's

13   going to move up a little harder than it would down.  Still

14   moves down as well.

15          It's going to take the path of least resistance

16   but it wants to go in 360 degrees.

17   Q.   And in the 360 degrees that you observed, you saw

18   damage above as well?

19   A.   Yes, ma'am.

20   Q.   Okay.  Now, I want to pull up Exhibit 300.

21          *(The exhibit was displayed on the screen.)*

22   BY MS. SALICK:

23   Q.   And, again, these are the items the bomb techs took out

24   in that first several hours following the explosion; right?

25   A.   Yes.

1  Q.   And defense counsel asked you some questions about the

2  battery, a Delco battery, and I just want to zoom into that.

3         (The exhibit was displayed on the screen.)

4  BY MS. SALICK:

5  Q.   Now, this battery wasn't recovered from the ceiling;

6  correct?

7  A.   No.

8  Q.   And this battery, while it's one of the charges -- what

9  are the two things on top of the battery called?

10  A.   Terminals.  They're what's called a terminal.

11  Q.   Okay.  And does this have all of those or none of

12  those?

13  A.   One is missing.

14  Q.   And is the jacket of this battery intact?

15  A.   Yes, ma'am.

16  Q.   And when you talk about G7 as an area of the seat of

17  the blast, how many -- approximately how many feet of

18  circumference are we talking about?

19  A.   Just an estimation, it's the area --

20  Q.   I'm estimating.

21  A.   It's the area, the seat of the blast; right?  So I

22  would say it's an area, G7.  It's ten-feet radius.

23  Q.   And G7 is that box?

24  A.   That's the box --

25  Q.   Okay.

```
 1   A.    -- yes.
 2   Q.    And going back to Exhibit 26 where we drew the circle.
 3             (The exhibit was displayed on the screen.)
 4   BY MS. SALICK:
 5   Q.    And we'll do that one more time over the seat of the
 6   blast that you've previously identified.   (Marking.)
 7             How many feet is that, the seat of the blast, as
 8   you opined?
 9   A.    Ten feet.
10   Q.    And the Delco battery was found somewhere within G7; is
11   that accurate?
12   A.    Yes, ma'am.
13   Q.    Now, you were asked questions about your role in this
14   case.  As part of your role in the case, did you -- were you
15   asked to opine on whether certain items were, in fact, part
16   of the bomb in this case?
17   A.    Yes.
18   Q.    Okay.  And were -- were you asked to prepare any
19   reports as to whether or not those items were, in fact, part
20   of the bomb?
21   A.    I did not prepare reports.  I was more of a supervisory
22   role.
23   Q.    Umm --
24   A.    And if I could clarify?  And by the time I got to where
25   I was actually sifting through and helping with the -- that
```

1  was part of the Evidence Response Team.  They had taken over

2  all of the documentation at that point.

3  Q.   Were you present at the FBI laboratory when forensic

4  experts examined the items recovered from the scene?

5  A.   No.

6          MR. TRIGILIO:  And objection to Rule 16 for this

7  witness on discussing laboratory examinations.

8          THE COURT:  I don't know if he was going to do

9  that but he says he was not there so we'll move on to the

10  extent you still have items within the scope of the

11  cross-examination now.

12          MS. SALICK:  Your Honor, I'm eliciting questions

13  in response to defense counsel to show that he --

14          THE COURT:  No, I'm not asking for that.  I just

15  said as long as you're within the scope of the cross.

16          MS. SALICK:  Thank you, Your Honor.

17  Q.   Now, Mr. Jensen, when we were talking yesterday, you

18  opined that from the information you saw it appeared that

19  the victim was holding or opening an item?

20          MR. TRIGILIO:  Objection; outside the scope of the

21  cross.

22          THE COURT:  Yes.  Sustained.

23              (Pause in the proceedings.)

24          MS. SALICK:  No further questions, Your Honor.

25          THE COURT:  Anything on recross?

1    MR. TRIGILIO:  Only just two questions.

2    I shouldn't say that.  Only a few questions.

3                    **RECROSS-EXAMINATION**

4    BY MR. TRIGILIO:

5    Q.   Mr. Jensen, I just want to clarify the discussion about

6    the location of these items by pulling up Government

7    Exhibit 300 next to Government's Exhibit 26.

8         *(The exhibits were displayed on the screen.)*

9              MR. TRIGILIO:  And if we could zoom into G7.

10                 *(Increasing the size of document.)*

11   BY MR. TRIGILIO:

12   Q.   The items that we discussed that are on this tray --

13   the duct tape, the wires, the AC Delco battery -- were

14   located in the seat of the explosion; right?

15   A.   In that area, yes.

16   Q.   Which is about a ten-foot radius?

17   A.   Yes.

18   Q.   Which is about from me to Mr. Wilson in front of me

19   here?  Maybe me to the outlet here if you can see it?

20        Is that approximately ten feet?

21   A.   Yes.

22   Q.   Okay.  And G7 -- or the seat of explosion, again, would

23   be about right there *(indicating)*; correct?

24   A.   General area, yes, sir.

25   Q.   So these items were in that area of G7?

1  A.    It's my understanding they were in G7.

2          MR. TRIGILIO:  Okay.  No further questions.

3          THE COURT:  Anything further on direct?

4          MS. SALICK:  Nothing further, Your Honor.

5          THE COURT:  May the witness be excused?

6          MS. SALICK:  Yes, Your Honor.

7          THE COURT:  And, Mr. Trigilio, may the witness be

8  excused?

9          MR. TRIGILIO:  Yes, Your Honor.

10          THE COURT:  You are excused.  You may step down.

11  Thank you.

12          The government may call its next witness.

13          MS. SALICK:  The government calls Dr. Dana Covey.

14          **DANA COVEY, GOVERNMENT'S WITNESS, SWORN**

15          THE CLERK:  Please come forward to be sworn.

16          Please stand behind the court reporter and raise

17  your right hand.

18          Please raise your right hand.

19          Do you solemnly swear that the testimony you're

20  about to give in the cause now pending before this Court

21  shall be the truth, the whole truth, and nothing but the

22  truth, so help you God?

23          THE WITNESS:  I do.

24          THE CLERK:  Please be seated.

25          Please state your full name and spell your last

1   name for the record.

2          THE WITNESS:  My name is Dana Curtis Covey.

3   C-o-v-e-y.

4          THE COURT:  And if you need any water, there are

5   cups and water over on the side of the witness stand.

6          THE WITNESS:  Okay.  Thank you.

7          THE COURT:  And you may inquire.

8          MS. SALICK:  Thank you, Your Honor.

9                    **DIRECT EXAMINATION**

10  Q.   Good morning, Dr. Covey.

11  A.   Good morning.

12  Q.   What is your profession?

13  A.   I'm an orthopedic surgeon.

14  Q.   And, very briefly, what is an orthopedic surgeon?

15  A.   It's a surgeon that deals with disorders of the

16  musculoskeletal system.

17  Q.   And how long have you been an orthopedic surgeon?

18  A.   For 30 years exactly.

19  Q.   And where do you presently work?

20  A.   I work at two places.  I work at the VA Medical Center

21  in San Diego and University of California San Diego.

22  Q.   Are you certified by an orthopedic surgeon by any

23  national organizations?

24  A.   Yes.

25  Q.   Which?

1  A.    American Board of Orthopaedic Surgery.

2  Q.    And are you licensed to practice medicine in the State

3  of California?

4  A.    Yes.

5  Q.    Can you briefly describe your educational background?

6  A.    I'm graduate of the Naval Academy in Annapolis; and

7  then after a period of time of aboard ship, I went to

8  medical school at the University of Washington.  Internship

9  and residency at LSU and fellowship at University of

10  Pennsylvania in Philly.

11         THE COURT:  All right.  A couple of things.  I'm

12  going to ask first that you need to speak into the

13  microphone so that you can be heard and, also, slow down

14  just a little bit because everything you say has to be taken

15  down by our court reporter and you're speaking very quickly.

16         THE WITNESS:  Will do.

17         THE COURT:  And it helps the jury hear you as well

18  and understand.

19  BY MS. SALICK:

20  Q.    And I believe we were at your fellowships?

21  A.    University of Pennsylvania.

22  Q.    And was there also a residency associated with this?

23  A.    Before the fellowship, yes.

24  Q.    Thank you.

25         And do you hold any current academic appointments?

```
 1   A.    Yes ma'am.

 2   Q.    What are those?

 3   A.    Professor of Orthopedic Surgery, University of

 4   California San Diego.

 5   Q.    And how long have you been a professor at the

 6   University of Southern California San Diego?

 7   A.    For seven years.

 8   Q.    You mentioned that you also work at the VA hospital?

 9   A.    Yes.

10   Q.    Do you have -- did you serve in the military?

11   A.    Yes.

12   Q.    Which branch did you serve in?

13   A.    US Navy.

14   Q.    How long were you in the Navy?

15   A.    40 years.

16   Q.    Have you retired from the Navy?

17   A.    Yes.

18   Q.    And what roles did you serve when were you in US Navy?

19   A.    Many roles.  From being a surface warfare officer after

20   I graduated the academy to being in charge of surgical teams

21   in Afghanistan and Iraq.

22   Q.    And when you were in the US Navy, did you operate in a

23   medical capacity during some of your time?

24   A.    All my time as a medical officer.

25   Q.    As a medical officer.  Thank you for the clarification.
```

1        And you mentioned that you have served overseas.

2   Have you served overseas during times of conflict, armed

3   conflict?

4   A.   Yes.

5   Q.   What were those times and periods?

6   A.   Frisco Four in the early 1990s, 1991.  Bosnia in 1994.

7   Haiti in 1997.  Sri Lanka in 2000.  Iraq in 2004 and 2005.

8   Afghanistan in 2010 and 2011.

9   Q.   And during those deployments, during periods of armed

10  conflict, were you acting as a medical corps officer?

11  A.   Yes.

12  Q.   Have you earned any awards for your service?

13  A.   Yes.

14  Q.   Briefly, can you mention some of the awards you've

15  earned?

16  A.   Bronze Star, Legion of Merit, amongst others.

17  Q.   Did you receive an awards from the Joint Chiefs?

18  A.   Yes.

19  Q.   What was that award?

20  A.   It's the Top Medical Officer in the Armed Forces.

21  Q.   What rank did you obtain before retiring from the

22  military?

23  A.   Captain, US Navy.

24  Q.   Dr. Covey, over your career as an orthopedic surgeon,

25  have you developed an expertise in the treatment of

1  battlefield injuries?

2  A.   Yes.

3  Q.   And as part of this specialty, have you gained

4  experience in treating injuries caused by improvised

5  explosive devices?

6  A.   Yes.

7  Q.   Have you treated injuries caused by improvised

8  explosive devices while you were deployed overseas during

9  periods of armed conflict.

10 A.   Yes.

11 Q.   Have you written peer-reviewed articles on this topic?

12 A.   Yes.

13 Q.   And have you taught courses on this topic?

14 A.   Yes.

15         MS. SALICK:  Your Honor, at this time the

16 government moves to qualify Dr. Covey as an orthopedic

17 surgeon, an expert in the treatment of battlefield injuries

18 including injuries caused by improvised explosive devices.

19         MR. SCHACHTER:  No objection, Your Honor.

20         THE COURT:  All right.

21         The witness will be allowed to offer his opinions

22 in those areas.

23         MS. SALICK:  Thank you, Your Honor.

24 Q.   Mr. Covey, I -- Dr. Covey -- excuse me -- I would like

25 to walk through some of the information that you reviewed in

1  connection with this case.  What items did you review in

2  connection with this investigation?

3  A.    I reviewed reports and photographs.

4  Q.    Did you review photographs from the autopsy of the

5  deceased victim?

6  A.    Yes.

7  Q.    Did you review a report from that autopsy?

8  A.    Yes.

9  Q.    You mentioned photographs.  Did you also review

10  photographs of the scene of the explosion?

11  A.    Yes.

12  Q.    And did you review both exterior and interior

13  photographs?

14  A.    Yes.

15  Q.    Did you also review photographs showing the location of

16  where the deceased victim's human remains were found?

17  A.    Yes.

18  Q.    Did you also review photographs of the two surviving

19  victims in this case?

20  A.    No.

21  Q.    Did you review a video in this case?

22  A.    No.

23  Q.    Did you review a helmet camera, a brief video of an

24  initial entry?

25  A.    No.

1   Q.   Dr. Covey, did the autopsy photos depict the -- we're

2   not going to show them but did they depict the condition of

3   the victim's remains as they were being examined by the

4   coroner?

5   A.   Yes.

6   Q.   Dr. Covey, have you received any compensation for your

7   work in this case?

8   A.   Well, they said I would -- they'd pay me my mileage at

9   the government rate from San Diego to L.A.

10  Q.   And did you receive any other payment for your

11  opinions, your review of information, any other work you've

12  done in this case?

13  A.   No, ma'am.

14  Q.   How many hours would you approximate you've spent on

15  this investigation?

16  A.   With personal meetings and Internet and Zoom meetings,

17  probably around 30 hours is an estimate.

18  Q.   And does that include reviewing the information we just

19  discussed?

20  A.   Yes, ma'am.

21  Q.   Now, I'd like to discuss what an improvised explosive

22  device is.  Can you explain to the jury what an IED is?

23  A.   Well, an IED is a device, explosive device.  It's not

24  typically made by an armament company that would make like

25  bombs for military, mortar rounds, or bullets or whatever.

1    It's made typically with materials at hand given

2  the nature of the world where they're going to make it; and

3  in my experience in Afghanistan, it would be ammonium

4  nitrate fertilizer commonly be used but there's many other

5  components to be used.

6    They use batteries that they might have, Christmas

7  tree light bulbs, wires, detonation cord, things like that.

8  But these are homemade like in a garage or in a workshop.

9  Q.   And in the military, during your deployment overseas

10  during armed conflict, is the performed term an "IED" or

11  "improvised explosive device"?

12  A.   Yes, ma'am.

13  Q.   Is a layperson's term that I might use a "bomb"?

14  A.   You could.  A homemade bomb.

15  Q.   Can you now briefly explain how an IED causes damage to

16  people and things?

17  A.   Well, an IED causes a rapid detonation of a chemical

18  with an outward blast wave and then a blast wind that can,

19  initially, the blast wave can be supersonic, faster than the

20  speed of sound, followed by a blast wind which can throw an

21  object or a person against a wall or the ground.

22    But basically it just depends upon the amount of

23  explosive in the IED and the proximity of an individual, for

24  example, to an IED will determine how much injury one might

25  have.

1  Q.   And how does -- how does the blast force move?  Does it

2  move in one direction or multiple directions?

3  A.   Usually goes out in a concentric -- concentrically

4  from -- so if it's sitting on an elevated area like a desk

5  or on the ground, you've got concentrically from that point

6  unless blocked by another object then it would change.

7       The blast wave is the initially shock that goes

8  out from the detonation and followed by a blast wind as I

9  mentioned.  It's sub-supersonic.  It's not supersonic like

10 the blast wave.

11 Q.   And when you say "concentrically," does that mean like

12 in a circle?

13 A.   Typically like you throw a pebble in a pond.

14 Q.   And, Dr. Covey, can you talk about the types of

15 injuries that are caused by an IED?

16 A.   There's a number of types of injuries.  They depend

17 upon, obviously, the force of the explosion and the

18 proximity of the victim to the blast.

19      But a primary blast injury is -- can cause

20 disruption of internal organs.  It can rupture your -- the

21 eardrums.  It cannot -- they could be -- so, oftentimes the

22 blast person, if they live, they don't remember the blast

23 itself because the blast, when it hits them, is before the

24 sound reaches their ear which is sonic.

25      So the primary blast injury would be due to the

1   blast wave.  The secondary blast injury would be due to the

2   blast wind which is the mass movement of air that follows

3   the blast wave and can slam a person to the ground or to an

4   object or whatever.

5           Tertiary injuries can involve the fragmentation of

6   the device or energized particles from the ground such as

7   pebbles or sticks or whatever.  You could name a number of

8   things that could be energized.

9           And tertiary injuries would be burns or inhaled

10  dust, things like that.

11          THE COURT:  And I'm just going to remind you to

12  please slow down when you speak because when you speak for a

13  long period of time and very quickly, it's difficult for the

14  court reporter to keep up with you at that pace.

15          THE WITNESS:  Okay.

16          THE COURT:  So consider the pace that I'm using

17  when I speak right now and consider the pace of the

18  examiner.  I know it's difficult to ask people to change

19  their speech pattern.

20          THE WITNESS:  I'll do my best.

21          THE COURT:  All right.

22          THE WITNESS:  Thank you.

23          MS. SALICK:  Thank you, Your Honor.

24  Q.   Dr. Covey, based on the information that you reviewed

25  in this case, have you formed an opinion as to the cause of

1    the deceased victim's injuries?

2    A.    I did.

3    Q.    What is your opinion?

4    A.    That she was killed by an explosive blast.

5    Q.    And can you tell me a little bit about how the injuries

6    to the victim's body informed this conclusion?

7    A.    The disruption of her body that transected her above

8    the pelvis, that amputated her limbs, caused burns.  A point

9    to proximity to an explosive blast.

10   Q.    And, Dr. Covey, based on your review of information in

11   this case, did you also form an opinion as to the victim's

12   proximity to the bomb when it exploded?

13   A.    Yes.

14   Q.    And what was your opinion?

15   A.    Very close.

16   Q.    And what part of the victim's body, from your review,

17   bore the greatest brunt of the IED?

18   A.    Her midsection above the pelvis.

19         MS. SALICK:  That's all I have for this witness at

20   this time.

21         THE COURT:  All right.

22         Cross-examination?

23         MR. SCHACHTER:  No questions, Your Honor.

24         THE COURT:  May this witness be excused?

25         MS. SALICK:  Yes, Your Honor.

```
 1            THE COURT:  You are excused.  You may step down.
 2    Thank you.
 3            THE WITNESS:  Thank you.
 4                  (Pause in the proceedings.)
 5            THE COURT:  And I think my speech about slowing
 6    down was longer than the answer that followed it.
 7                  (Laughter.)
 8            THE COURT:  All right.
 9            With that, the government may call its next
10    witness.
11            MR. PARK:  Yes, Your Honor.  The government calls
12    Rebecca Marriott.
13                  (Pause in the proceedings.)
14       REBECCA MARRIOTT, GOVERNMENT'S WITNESS, SWORN
15            THE COURT:  All right.
16            And please step forward past the jury.
17            THE CLERK:  Please stand behind the court reporter
18    and be sworn.
19            Please raise your right hand.
20            Do you solemnly swear that the testimony you are
21    about to give in the cause now pending before this Court
22    shall be the truth, the whole truth, and nothing but the
23    truth, so help you God?
24            THE WITNESS:  I do.
25            THE CLERK:  Please be seated.
```

```
 1           Please state your full name and spell your last
 2   name for the record.
 3           THE WITNESS:  Rebecca H. Marriott.
 4   M-a-r-r-i-o-t-t.
 5                    DIRECT EXAMINATION
 6   BY MR. PARK:
 7   Q.   Agent Marriott, what is your current occupation?
 8   A.   I'm a Supervisory Special Agent for the FBI.
 9   Q.   How long have you been with the FBI?
10   A.   I've been with the FBI for 12 years.
11   Q.   What did you do prior to joining the FBI?
12   A.   I was a teacher.
13   Q.   Now, what assignments have you had over your career at
14   the FBI?
15   A.   I began my career as a counter-terrorism investigator.
16   I did that for four years.  After that, I was assigned to
17   Los Angeles International Airport as a full-time agent and I
18   did that for three years.
19           After that, I became the Senior Team Leader for
20   the Evidence Response Team and that was my full-time job.
21   After that, I became the supervisor over one of the FBI's
22   Critical Incident Response Squads here in Los Angeles and
23   now I am currently assigned as L and O to the agency in D.C.
24   Q.   What is an L and O?
25   A.   It's -- essentially, I'm assigned over to the agency as
```

1    an FBI agent to be able to do joint investigations together.
2    Q.    You mentioned the Evidence Response Team.  What is the
3    Evidence Response Team?
4    A.    So the Evidence Response Team is a group of individuals
5    that, at the time when I was the Senior Team Leader, I was
6    the sole full-time individual.
7         But the team itself is made up of agents and
8    support staff for the bureau that have decided they want to
9    take on extra responsibility besides their day-to-day job.
10        We are all trained in advance evidence collection
11   techniques and then we're all trained the exact same way;
12   and then on top of that, we're afforded the opportunity to
13   go to even more advance-level training if we want.
14        Here in Los Angeles I had 40 members on my team
15   for the duration of my tenure here as well as I had other
16   people that obviously wanted to join the team as well that I
17   started doing training with.
18   Q.    Now, is the Evidence Response Team often referred to as
19   "ERT"?
20   A.    Correct.
21   Q.    What is ERT's specific role in a federal investigation?
22   A.    So the Evidence Response Team, it's not used every
23   single day for typical searches of homes.  The Evidence
24   Response Team was pretty much saved -- because there was a
25   tremendous amount of work -- were saved for those searches

1    where there is a unique need for an advanced technique to be

2    used.

3            All agents are trained in evidence collection

4    techniques and documentation; but when there's something

5    that's needed that's a little bit more of an additional

6    technique, they call the Evidence Response Team to come in

7    and assist.

8    Q.   Now, in addition to the time that you were the Senior

9    Team Leader for ERT --

10   A.   Uh-huh.

11   Q.   -- were you a member of the ERT prior to that time?

12   A.   Yes, I was.

13   Q.   Approximately how long was that period?

14   A.   I joined the Evidence Response Team in 2013.

15   Q.   And when did you become the Senior Team Leader?

16   A.   I became the Senior Team Leader in 2017 and I was the

17   Senior Team Leader for two years until 2019; and then when I

18   became the supervisor, I actually supervised one of my

19   groups that I supervised was the Evidence Response Team as

20   well.

21   Q.   Now, what were your general duties as the Senior Team

22   Leader for ERT?

23   A.   Many duties.  So a lot of times I had to ensure the

24   team was ready and capable to deploy to crime scenes as

25   needed.  I ensured we were updated on all of our trainings.

1    I took care of be maintenance of all of our

2    equipment and all of our supplies to ensure we were ready.

3    I also made sure we were also deployable overseas as

4    necessary as well; and so I made sure all of my members were

5    updated and ready to go for that.

6        I also would field a lot of phone calls of:  Hey,

7    how do I handle this type of evidence?  And so I would

8    assist case agents with questions.

9  Q.   In addition to the duties you just described, did you

10   have additional duties when ERT deployed to a crime scene?

11   A.   So when ERT deployed to a crime scene, typically my

12   duty was not necessarily -- or it could be run a gamut.  I

13   always told my team:  I can take out the trash but I'm also

14   the one that may be doing the coordination with whatever

15   agency we're responding with.

16       So I would be the one that would show up, get an

17   idea of what was going on, what may have happened, figure

18   out how many people I'm going to need, the supplies that are

19   going to be needed to conduct this, how long it's going to

20   be.

21       I'm communicating that with not only my management

22   but case agents that are arriving on scene as well; and then

23   I'm starting, as my team shows up, I'm starting to task out

24   members to begin working.

25   Q.   Now, as the Senior Team Leader, how many ERT teams did

1   you supervise?

2   A.   So for the 40 members that we had here in Los Angeles,

3   it was comprised of five teams with eight members on each

4   team.

5   Q.   What geographic area did your ERT teams cover?

6   A.   So we covered what the FBI covers here in Los Angeles.

7   So that goes all the way up to Santa Maria down to Carlsbad

8   and then out to Palm Springs.  So anything happening in that

9   area we would take care of.

10  Q.   Can you summarize the training that you've received

11  relating to evidence collection and the processing of crime

12  scenes?

13  A.   So everybody goes through a basic two-week course.

14  That's your kind of intro into evidence collection.  Those

15  are typically very long, two-week days during that two-week

16  to kind of give you an overview of a lot of advanced

17  techniques.

18          One day you're doing nothing but camera work, the

19  next day we're doing blood splatter, and so that's our

20  introduction.

21          After that, I've taken post-blast courses,

22  trajectory courses, advanced photography courses, as well as

23  I've also taught several of the advance-level courses for

24  ERT.

25  Q.   Approximately how many crime scenes have you processed

1 as a member of ERT?

2 A.    I would approximate over a hundred.

3 Q.    Now, as a member of the ERT, have you conducted

4 searches of very large crime scenes?

5 A.    Yes, I have.

6 Q.    And what are some examples of the larger or more

7 significant crime scenes that you have processed?

8 A.    The larger scale ones would be San Bernardino shooting,

9 the Las Vegas shooting, Borderline Bar and Grill, Conception

10 boat fire.

11 Q.    Now, prior to your involvement in this case, have you

12 processed crime scenes involving bombings or explosions?

13 A.    Yes, I have.

14 Q.    And can you summarize that for the jury?

15 A.    Umm, I processed a -- there was a very large device

16 built in Santa Monica that detonated, and I processed that

17 crime scene and investigated.

18         I also was deployed to Austin, Texas, prior to

19 this incident for a serial bomber who was mailing packages

20 in the mail; and I processed several of those scenes while

21 we were in Austin.

22         And I also, right after returning from Austin, we

23 had an individual detonate a device in a Sam's Club and I

24 processed that scene.

25 Q.    Did you also process post-blast scenes in Sri Lanka?

1    A.   Yes, I did.

2    Q.   Now, you testified that you've received training

3    relating to post-blast or post-explosion crime scenes.  Have

4    you also given trainings on the same topic?

5    A.   Yes, I have.

6    Q.   Now, in May of 2018, did you become involved in the

7    investigation of a bombing that occurred in Aliso Viejo,

8    California?

9    A.   Yes, I did.

10   Q.   How did you first become involved in that

11   investigation?

12   A.   I became involved -- I was actually flying to go and

13   teach an ERT course; and my supervisor at the time

14   telephoned me when I was on a layover and said:  We need you

15   to return.  There's been an explosion and we're going to

16   need to respond to this.

17            And so I returned back immediately.

18   Q.   And did you fly back to Orange County?

19   A.   Yes, I did.

20   Q.   And what did you do once you arrived back in Orange

21   County?

22   A.   I immediately drove to the crime scene.

23   Q.   And was the crime scene located at 11 Mareblu at a

24   building at 11 Mareblu in Aliso Viejo, California?

25   A.   Yes.

1  Q.   And did you arrive at that scene at approximately

2  9:45 p.m.?

3  A.   Yes, I did.

4  Q.   Now, when you arrived, were members of your ERT teams

5  already present at the scene?

6  A.   Yes, they were.

7  Q.   Now, what did you see when you first arrived at

8  11 Mareblu?

9  A.   When I first arrived, it was 9:45 at night.  It was

10 dark but there was still a lot of first responder vehicles

11 there like fire trucks and cones and police cars were

12 already there as well as some of our vehicles.

13        And I pulled into a spot that was well away from

14 where it had happened so that's pretty much when I saw

15 whenever I pulled in.

16 Q.   And what did you do once you arrived at 11 Mareblu?

17 A.   When I arrived at 11 Mareblu, I made contact with not

18 only the members that were already there, but the case

19 agents that were already there.

20        Again, that's part of my role of:  Let me get a

21 good idea of what it is that we're doing, what is the legal

22 authority for us to be there, as well as kind of gauge how

23 many people I'm going to need based on what time it was at

24 night.

25 Q.   Was there also a coroner on scene?

1  A.   When I arrived, I don't recall if the coroner was on

2  scene at that time when I arrived.

3  Q.   At some point later in the night, did a coroner arrive

4  on scene?

5  A.   Yes.

6  Q.   Did you also conduct a walk-around of the 11 Mareblu

7  building once you arrived?

8  A.   Yes, I did.

9  Q.   And what did you observe during that walk-around?

10 A.   So whenever I arrived and walked down Mareblu, I was

11 able to see the building on the right-hand side and I was

12 able to see where the destruction was on the building and I

13 could see that there was a lot of debris that had come out

14 of the building as well.

15          I went ahead and walked what I could and I felt

16 safe doing around as well as started to kind of get an idea

17 of:   Okay.   We need to back things out to make sure that we

18 have a good big perimeter around this area.

19          MR. PARK:   Publishing previously admitted

20 Exhibit 102 on the left-hand side of the screen and 125 on

21 the right-hand side of the scene.

22          *(The exhibits were displayed on the screen.)*

23 BY MR. PARK:

24 Q.   Now, Agent Marriott, do those photos generally depict

25 the damage that you saw to the exterior of the 11 Mareblu

1  building once you arrived?

2  A.   Yes, they do.

3  Q.   Now, during that first night that you were at the

4  scene, did ERT begin conducting a search in the area?

5  A.   So in the area, yes, we did begin.

6  Q.   How about in the building?

7  A.   No, not in the building.

8  Q.   Now, what did you and members of the ERT team do that

9  first night at the scene?

10  A.   So the first night, obviously, the first thought that

11  came to my head was:  We can't necessarily go into the

12  building until we determine the structural damage that's

13  been done.

14         So the easiest thing to be able to do, while this

15  part is getting taken care of, is to start doing a

16  walk-around where this is at.

17         You know, the information that I was told that

18  there was some kind of explosion that came out which means

19  things were scattered into the parking lot.

20         So we began doing what's called a line search

21  throughout all of the parking lots to kind of determine what

22  was laying around that we may need to pick up that night.

23  Q.   And what exactly is a line search?

24  A.   A line search is just taking five, ten people, lining

25  them up shoulder to shoulder, walking very slowly looking

1  down; and we're looking for big pieces as well as tiny,

2  little small pieces that could have come out; and even this,

3  you can see the things that have fallen out into the road.

4          The minute you find something, that means we have

5  to go out further until we stop finding things because

6  they're going to keep going and no telling how far it can go

7  out.

8  Q.    Was there also a Total Station Team on scene at

9  11 Mareblu that night?

10 A.    Yes, there was.

11 Q.    And what is a Total Station Team?

12 A.    So a Total Station Team you may have seen them for land

13 surveys or car accident recreation.  It's just a tool that

14 is utilized to do prism shots and it's -- if I want to find

15 a piece of evidence that's in a very large area, I'm able to

16 map it utilizing this equipment with a prism and it's able

17 to capture that measurement and put it exactly back in the

18 right place and then we can recreate it and make it into a

19 diagram.

20         MR. PARK:  Publishing previously admitted

21 Exhibit 270.  We can just publish it on the full scene.

22         *(The exhibit was displayed on the screen.)*

23 BY MR. PARK:

24 Q.    Agent Marriott, what do you see in this photo?

25 A.    So the machine in the middle is the main piece of

1  equipment for Total Station.  You can see right there.

2  There's a little gray box on the top.  It's the machine that

3  is pushing out a prism and there will be another individual

4  who may be standing where the evidence is and they are

5  holding -- it's a stick, essentially -- and that is from the

6  machine to the stick is doing a measurement; and we're able

7  to take all of those measurements that the machine does and

8  recreate a diagram.

9  Q.   And using this machine, can ERT create a diagram that

10  shows exactly where the pin dropped pieces of evidence were

11  located?

12  A.   Yes.

13  Q.   Now, at some point during that first night that were

14  you there at the crime scene, did you learn that a person's

15  body parts were found at the scene?

16  A.   Yes.

17  Q.   And what did those body parts include?

18  A.   Umm, I was informed that there were human remains of a

19  head and a torso and two legs.

20  Q.   Can you generally describe where these body parts were

21  found?

22  A.   The head and the torso were just outside of the

23  building next to trees.  One of the legs was in a parking

24  lot that was right outside of the building and one leg was

25  just inside the threshold of the office.

1  Q.   Did you take swabs from each of these three body parts?

2  A.   Yes, I did.

3  Q.   And before we specifically discuss those swabs --

4  A.   Uh-huh.

5  Q.   -- can you tell the jury why ERT members sometimes take

6  swabs from crime scenes?

7  A.   So there's a variety of reasons to take swabs.

8  Specific to this type of crime scene, the -- what we told

9  was there was some type of explosion.

10          So what we are wanting to do is to try to

11  determine if the remains were near where the explosion was.

12  They would have residue on the remains.

13          So to get that residue and be able to send it to

14  the lab to determine what type of material that is, you need

15  to conduct a swab on the remains.

16  Q.   Are you familiar with the terms "control" and "blank

17  swabs"?

18  A.   Yes, I am.

19  Q.   What are those?

20  A.   So a control swab and a blank swab, the -- you try to,

21  whenever you're taking swabs, you have the swab of the

22  actual item.  A blank swab is just what it says.  It's

23  actually one that you can take from the package and throw in

24  there just in case.

25          And then the control swab is one that you can take

1  and put on your own body and that way you put that in there

2  so if there is a need for a comparison, they have all of

3  those at the lab to do those.

4  Q.   Now, are control swabs and blank swabs always taken?

5  A.   Not always.

6  Q.   And under what types of scenarios are control and blank

7  swabs not taken?

8  A.   So based on the crime scenes that I've been in, there

9  is no crime scene that's the same.  It's -- there's going to

10 be several factors that can go into how you collect, what

11 you collect, what you can and can't do.

12         Typically, what I try to tell my members is we do

13 the best we can with what we've got.  So every scenario

14 could be different; and if you can get a control and a blank

15 in the swab, great.  If you can't, then do what you can and

16 document it and move on.

17 Q.   And moving back to the swabs of the body parts you took

18 at the blast scene, can you describe the process you

19 followed for taking those swabs?

20 A.   So to take the swabs, I had to climb over quite a bit

21 of debris.  There was also a large awning I know that we

22 were somewhat concerned about.

23         But whenever I did the swabs of these remains, the

24 remains -- typically, you'd look to try to find where -- if

25 you can see soot, obviously, you would take swabs of that.

1    　　　If you can't see soot, you see where maybe the

2    remains have been torn and that would be an area that would

3    probably be close to the blast and so you would swab in that

4    area.

5    Q.   What did you do with the swabs after you took them?

6    A.   I packaged them to be sent to the lab.

7    Q.   Did you take control or blank swabs with respect to

8    these body parts?

9    A.   No, I did not.

10   Q.   Why not?

11   A.   That night, this was 2:00 or 3:00 in the morning when

12   this was occurring.  When we're dealing with human remains,

13   we're also doing this in conjunction with the coroner's

14   office.

15   　　　And this scene at that time was still -- it was

16   not -- and I'm sure you have all seen the photos but it

17   wasn't ideal by any means and it was more or less I needed

18   to get in and get the swabs and get out as quickly as I

19   could.

20   Q.   And did the coroner also want to take the body parts

21   and remove them from the scene?

22   A.   Yes.

23   Q.   Now, at any point on May 15th of 2018, the day you

24   arrived at or the night you arrived at 11 Mareblu; but at

25   any point on that day and before you took the swabs from

1  these body parts, had you handled or lit any type of

2  fireworks, matches, flares, or other types of explosives?

3  A.    No.

4  Q.    Now, I want to switch gears a little bit and talk about

5  how the ERT team processed and searched the scene at

6  11 Mareblu.  Did ERT search last from approximately

7  May 15th, 2018, to May 24th of 2018?

8  A.    Yes, we did.

9  Q.    And were you there the entire time?

10 A.    Yes, I was.

11 Q.    Now, was ERT working the entire time during that time

12 period?

13 A.    No.  We didn't work 24 hours a day during that time

14 period.  We -- what I have learned and especially by the

15 time I got to this crime scene, what I've learned with mass

16 scenes is you need to set a schedule because members get

17 tired and resources get drained and you need to recoup.

18       So we would have a designated shutoff time.  The

19 local law enforcement we were there with provided security

20 for the crime scene overnight, and we would arrive back

21 typically about a 6:00 a.m. start time the following day.

22 Q.    During the times that ERT was working at the blast

23 scene, were you the person in charge of the scene?

24 A.    Yes, I was.

25 Q.    On a daily basis, approximately how many ERT members

1    worked on processing and searching the crime scene?

2    A.    On any given day, it was about 30 to 40 people a day.

3    Q.    And were there ERT members that were called in from

4    across the country to assist with processing the scene?

5    A.    Yes.

6    Q.    Can you describe the different roles that members of

7    ERT were tasked with during the search of 11 Mareblu?

8    A.    So for any crime scene, we actually have specific

9    rules.  We have someone who does photography, who does a

10   photography log, searchers, finders.

11          We actually have someone who draws a sketch

12   because computers can fail.  I also have someone who's

13   sitting at a computer and documenting what's happening as

14   well as the evidence that is being collected in.

15          I have a person who is pretty much writing out all

16   of the packaging and in-taking and packaging it up to get

17   ready.

18          However, for this crime scene, bomb scenes are

19   always a little bit different and so you actually -- we had

20   a lot more roles that we had to fill.

21          Going into shifting areas and cutting down trees

22   and things like that so those were the basic ones that we

23   did and we had other ones as well.

24   Q.    Were there also bomb technicians at the scene at the

25   same time ERT was there?

1  A.   Yes, there was.

2  Q.   And did the bomb technicians assist the ERT in any way?

3  A.   They did.  So ERT, all of my members were certified

4  post-blast trained, meaning we had all gone through a course

5  that was conducted by FBI bomb techs to understand what a

6  bomb scene will look like as well as what it is that you're

7  actually looking for whenever you go to a bomb scene.

8         That being said, we haven't seen all of the bombs

9  that could possibly be built where bomb techs have had a

10 whole lot more extensive knowledge in that area.

11        And so it was very helpful to have a bomb tech

12 that we could call over and say:  Hey, this is what we

13 found.  Would this be something that could be utilized?  And

14 they be able to assist us with that.

15 Q.   So did the bomb techs assist ERT members with

16 identifying potential improvised explosive device

17 components?

18 A.   Correct.

19 Q.   And did that include wires and batteries and other

20 items?

21 A.   Yes.

22 Q.   Were bomb technicians also on the scene for safety

23 reasons?

24 A.   Yes.

25 Q.   And what were those reasons?

1 A.    So, obviously, when you're at a post-blast scene, the

2 one thing that they teach us is if there's one bomb, then

3 treat it as if you may find two or three more.

4        We were digging through a substantial amount of

5 rubble.  There could be something potential underneath all

6 of that.  The bomb techs were there if we found something

7 that kind of we thought might be something that could cause

8 harm to us.

9        We would call a bomb tech over.  We would all back

10 off and let them clear whatever it was.

11 Q.    Can you describe the general process that ERT members

12 followed to document and record the evidence that was found

13 at 11 Mareblu?

14 A.    So ERT, we have what's called a casebook and it is on

15 a -- it's a program that's on a computer.  And I would

16 assign someone every day, unfortunately for them, they would

17 have to sit at the computer; and as items were brought to

18 them, they would sit there, enter the information into that

19 casebook, and before we would hand that evidence off to the

20 case agent that night.

21 Q.    Were there also certain procedures that were followed

22 when evidence -- physical evidence was found at the seen?

23 A.    Yes.

24 Q.    And what were those procedures?

25 A.    So if there's physical evidence and we were able to

1    find that evidence exactly where it was, those procedures

2    are different in that if we find it where it is, we put an

3    evidence tent -- those yellow tents that have the numbers on

4    them -- next to it.

5            We photograph it exactly where it's at and then we

6    collect it and take it to be packaged and then we even

7    conduct more photos of it with a ruler just to make sure

8    that we are capturing exactly what it was that we picked up.

9    Q.   As the ERT Team Leader for this crime scene, what was

10   your role with respect to evidence collection and

11   documentation?

12   A.   So with my role as I've said, I can take out the trash

13   and I can also collect evidence.  For the most part, I have

14   that overarching role where I'm overseeing everything.

15           But I also collected evidence at certain times so

16   it just kind of depends on the day and what was occurring.

17   Q.   Now, at the end of each day of the search, did you look

18   through all of the evidence that was seized on that

19   particular day?

20   A.   So at the end of each day, obviously, we're still

21   there.  We had a system to where all of the evidence would

22   go to specific tables.  It would be packaged.  It's stored

23   there.  The person sitting with the computer.

24           Then a case agent from the field office would

25   arrive on scene and I would meet with that case agent and we

1  would go through:  Here's No. 1.  This is what it is.  Take

2  it.  Here's No. 2.  Here's what it is.  Take it.

3          And they would sign off and I would pass the

4  evidence.  So every single piece of evidence would pass

5  through me at the end of the day.

6  Q.  And while the search was going on over this nine- to

7  ten-day period, would you also be called over if significant

8  items were found?

9  A.  Yes.

10 Q.  Now, from the perspective of evidence collection, are

11 post-blast scenes different from other kinds of crime

12 scenes?

13 A.  Yes, they are.

14 Q.  How are they different?

15 A.  So if you think about crime scenes, a lot of times

16 people think about those -- you walk into a room and there's

17 obviously things left on the floor.  The gun is there.  The

18 cellphone is there.

19         With a bomb scene, it's extremely different.  You

20 are looking for an item -- to say a needle in a haystack

21 is -- doesn't come close to the comparison because you're

22 looking through rubble but you're still trying to find the

23 smallest tiniest piece that you can to be able to recreate

24 that device.

25         So with this type of scene, you can't just sit and

1    go through every single bit of the rubble.  It's a little

2    different than being able to just pick that item up off the

3    floor.

4    Q.   Did you divide up the overall blast scene at 11 Mareblu

5    into smaller scenes?

6    A.   Yes, I did.

7    Q.   Why did you do that?

8    A.   The main reason is, if you look at a massive crime

9    scene that has rubble everywhere, it's a little

10   overwhelming.  But if you cut it down and make it into small

11   sections and you kind of eat that elephant one bite at a

12   time, it becomes much more manageable and you're able to go

13   through the section at a time and you're able to document:

14   Hey, as we're pulling this items out of this section, we

15   know where those things came from; and so we did section by

16   section by section of this massive area.

17          MR. PARK:  Publishing previously admitted

18   Exhibit 28.

19          *(The exhibit was displayed on the screen.)*

20   BY MR. PARK:

21   Q.   Now, Agent Marriott, looking at this diagram, how did

22   you determine what the outer boundaries of the crime scene

23   were?

24   A.   So the determination actually came from when I was

25   doing that walk-around that night.  I was able to get a good

1  idea of, again, how far out items blew from the scene and

2  where we -- there would be potential evidence found.

3          You kind of -- you try to make good definitive

4  lines of where scenes are going to be and so, obviously, it

5  was very easy to say the building is Scene C.

6          Scene D was actually Mareblu Street and the

7  parking lot.  Scene A actually had -- which is that parking

8  lot just above the other building; and then Scene B, there

9  was such a substantial amount of material that was in this

10 alleyway that it needed to be its own scene.

11 Q.   Now, the line searches you testified about earlier, did

12 those lines searches play a role in setting the outer

13 boundaries of the crime scene?

14 A.   Yes.

15 Q.   Now, looking at this diagram, can you describe the area

16 where the spa was located?

17 A.   Uh, so if you're looking at this diagram and you see

18 the word "Scene B," so if you go just above the "S" on that

19 "Scene B" and kind of the corner of that -- what's called

20 that building, that would be where the spa is.

21 Q.   Do you see the red circle --

22 A.   Yes.

23 Q.   -- on the diagram?

24 A.   Yes.

25 Q.   Is that where the spa was located?

1   A.    Correct.  Approximate.

2   Q.    And is the spa where you observed the most amount of

3   debris?

4   A.    Yes.

5              MR. PARK:  I want to now turn your attention to

6   each of the scenes and some of the evidence found in the

7   scenes.  Let's start with Scene D.

8              Publishing previously admitted Exhibit 33.

9              *(The exhibit was displayed on the screen.)*

10  BY MR. PARK:

11  Q.    Now, where exactly is Scene D?

12  A.    So Scene D -- so where the blast occurred was in

13  Scene C.  That's that building.  Mareblu -- so Mareblu

14  Street, that entire street area was part of Scene D as well

15  as the parking lot to the left of Mareblu Street was

16  Scene D.

17  Q.    Now, let's move Exhibit 33 to the left-hand side of the

18  screen and publish previously admitted Exhibit 313 on the

19  right-hand side of the screen.

20             *(The exhibits were displayed on the screen.)*

21  BY MR. PARK:

22  Q.    Agent Marriott, what do you see in this photograph on

23  the right side of the screen?

24  A.    Okay.  So this is driving down Mareblu and on the

25  right-hand side that is where the blast occurred.  And if

1  you keep traveling down over on the left is that parking lot

2  for Scene D.

3  Q.   And are we looking in this photo, are we looking up

4  at -- up Mareblu Street?

5  A.   Yeah.  As if we turned off and I'm driving toward the

6  building that had the explosion is on my right-hand side.

7           MR. PARK:  Publishing previously admitted

8  Exhibit 315 on the right-hand side of the screen.

9           Let's go ahead and put the diagram back up on the

10  left-hand side.

11           *(The exhibits were displayed on the screen.)*

12  BY MR. PARK:

13  Q.   Now, Agent Marriott, in Exhibit 315, which I think just

14  came down, let's put it back up.

15           *(The exhibit was displayed on the screen.)*

16  BY MR. PARK:

17  Q.   Now, Agent Marriott, in Exhibit 315 which is the photo

18  on the right-hand side of the screen, what do you see?

19  A.   The photo on the right-hand side, that is parking lot

20  and it has evidence tents.

21  Q.   And are the evidence tents the yellow markers on the

22  ground with the numbers on them?

23  A.   Correct.

24  Q.   Now, looking at the diagram, do you see the purple

25  boxes with purple numbers in them?

1    A.    Yes, I do.

2    Q.    What do those purple boxes with purple numbers in them

3    represent?

4    A.    So if you look on the lower left of the diagram, that's

5    the key.  That is telling me that those items with the

6    numbers were measured.  And by "measured," that goes back to

7    Total Station.  They would have used the Total Station

8    equipment in such a large area of that parking lot to be

9    able to get the accurate place of where those items were

10   found.

11   Q.    And looking at Exhibit 35 again --

12   A.    Uh-huh.

13   Q.    -- which is on the right-hand side of your screen, do

14   you see the evidence tent with the No. 26 on it?

15   A.    Yes, I do.

16   Q.    Are you able to point out on the diagram where that

17   exact piece of evidence was found?

18   A.    So, yes.  If you are looking at the diagram and you

19   look up in the left-hand corner and it looks like triangles

20   almost, it is right below the triangles.

21            MR. PARK:  I am going to publish previously

22   admitted Exhibit 316 on the right-hand side of the screen.

23            *(The exhibit was displayed on the screen.)*

24            THE COURT:  You know, before we move to that then,

25   we're going to take the morning break.

1    And keep in mind that you're not to discuss this
2  case with each other or anyone else or allow anyone to
3  discuss it with you; and we'll be back in 15 minutes.
4         THE CLERK:  All rise.
5         *(The jurors exited the courtroom.)*
6      *(The following was held outside the jury's presence:)*
7         THE COURT:  And you may step down.
8         And if you can put back up on the screen just some
9  photo or something.  I want to take a look.  Doesn't matter
10 which one.  I just want to check something here.
11         *(An exhibit was displayed on the screen.)*
12         THE COURT:  Okay.  And you can move my mark.
13         So I'm going to make a suggestion -- you all can
14 be seated.  You don't have to stand -- and that is it looks
15 like at least on my screen and presumably on the witness's
16 screen this is like in Santa Ana.  They can mark the screen.
17         So instead of having the case agent try to figure
18 out because in one instance it was the blast scene -- it was
19 the seat of the blast and it was a little off; and they can
20 just mark with their finger.
21         So just tell them to do that.  It is a witness's
22 job, really, to mark the exhibit in any event rather than
23 the agent's job.  That also saves you the difficulty of
24 deciding when it is the witness has testified in a way that
25 would allow you to mark a certain area.

```
1            So let's, on both sides, let's handle it that way
2    if you're going to have a witness identify something unless
3    there's a particular reason why you need to deviate from
4    that.
5            MR. PARK:  Your Honor, with your permission, with
6    the witness that was just testifying, may I show her on the
7    screen how to do that before she gets back up on the stand?
8            THE COURT:  Yes, you may do that.
9            MR. PARK:  Thank you.
10           THE COURT:  Yes, that's fine.
11           MR. PARK:  Thank you.
12           THE CLERK:  The Court stands in recess.
13                        (Recess.)
14           THE CLERK:  All rise.
15           (The jurors entered the courtroom.)
16           THE CLERK:  Please be seated.
17                (Pause in the proceedings.)
18           THE CLERK:  All rise.
19           This United States District Court is once again in
20   session.
21           Please be seated.
22           THE COURT:  You may continue with your direct
23   examination.
24           MR. PARK:  Thank you, Your Honor.
25   Q.   Now, Agent Marriott, just before we went on break, we
```

1  had Exhibit 28 on the left-hand side of the screen and

2  Exhibit 316 on the right-hand side of the screen.

3         What do you see in Exhibit 316?

4  A.   So from 316's view, you're looking -- you're standing

5  in the parking lot of Scene D and directly in front of you

6  is the building that had the explosion occur.  You can see

7  the corner of the building with damage.

8         MR. PARK:  Publishing previously admitted

9  Exhibit 317, right-hand side.

10         *(The exhibit was displayed on the screen.)*

11  BY MR. PARK:

12  Q.   What do you see in this photo, Agent Marriott?

13  A.   So this photo on -- if you look at Exhibit 28 up in the

14  corner, you see the triangles again.  This is the -- and I

15  believe it was a day care facility that was directly across

16  the street; and you can see actually on the left-hand side

17  of the photo on 317 those triangles.

18         MR. PARK:  And let's publish previously admitted

19  Exhibit 33 on the left-hand side of the screen.

20         *(The exhibit was displayed on the screen.)*

21  BY MR. PARK:

22  Q.   Now, on Exhibit 33 which is a diagram of Scene D and

23  evidence found in Scene D, do you see a marker that says

24  "HR" in blue?

25  A.   Yes.

1   Q.    What does "HR" stand for?

2   A.    So if you go back to the diagram, there is a key and

3   the key indicates "HR" is for "human remains."

4            MR. PARK:  Now, publishing Exhibit 313 on the

5   right-hand side of the screen.

6            *(The exhibit was displayed on the screen.)*

7   BY MR. PARK:

8   Q.    Now, does Exhibit 313 generally depict the area where

9   the human remains were found?

10  A.    In this general area, yes.

11  Q.    Can you go ahead and draw a circle of the general area

12  where the human remains were found?

13  A.    *(Witness complies.)*

14           MR. PARK:  Okay.  I want to move to Scene A now.

15  Publishing previously admitted Exhibit 30.  Full screen.

16           *(The exhibit was displayed on the screen.)*

17  BY MR. PARK:

18  Q.    What does Exhibit 30 show?

19  A.    So this is a diagram -- we're going across the street

20  and this is the back parking lot of the other building that

21  was directly in front of where the explosion occurred.

22  Q.    And is there a portion of this diagram that is a

23  zoomed-in portion of a separate area of that diagram?

24  A.    Can you repeat that question?

25  Q.    Is there a portion of this diagram that is zoomed in?

1   A.   So the upper left-hand corner.  The upper left-hand

2   corner is actually, if you go diagonal to the right, that is

3   the parking lot area; and what's in the upper left is a

4   zoomed-in portion that shows evidence tents as well as an

5   indication of human remains.

6        MR. PARK:  Let's move Exhibit 30 over to the

7   left-hand side of the screen and publish previously admitted

8   Exhibit 103 on the right-hand side of the screen.

9        *(The exhibits were displayed on the screen.)*

10  BY MR. PARK:

11  Q.   What do you see in Exhibit 103?

12  A.   So this is standing in the street of Mareblu.  Scene A

13  is this -- it's almost -- I would call it a driveway but it

14  looks like a driveway.

15       See, that is Scene A.  The building on the right

16  is the other building and you can see on the left-hand side

17  of that photo the corner where the explosion occurred.

18       MR. PARK:  Publishing previously admitted

19  Exhibit 105 on the right-hand side of the screen.

20       *(The exhibit was displayed on the screen.)*

21  BY MR. PARK:

22  Q.   What do you see in this photograph?

23  A.   So this is standing on the opposite side.  We were

24  standing on Mareblu for the other one.  This is walking

25  through that driveway area and looking back.

1           The building where the explosion occurred now is

2   on your right-hand side.  It's blocked because of the trees

3   but this is Scene A.

4           MR. PARK:  Publishing previously admitted

5   Exhibit 104 on the right-hand side of the screen.

6           *(The exhibit was displayed on the screen.)*

7   BY MR. PARK:

8   Q.   What do you see in this photo?

9   A.   So this is still Scene A.  This is -- so where the

10  explosion occurred now is on your left.  Where the trees

11  are, they're blocking it.  The other building is on your

12  right-hand side and this is just a photo of the debris that

13  came out from the explosion into Scene A.

14          MR. PARK:  Publishing previously admitted

15  Exhibit 438 on the right-hand side of the screen.

16          *(The exhibit was displayed on the screen.)*

17  BY MR. PARK:

18  Q.   What do you see in this photograph?

19  A.   So in this photograph you can see a part of the Total

20  Station equipment that's sitting there.  You can also see --

21  so this is the trees that I was talking about.

22          You're actually looking at the building where the

23  explosion occurred.  It's on the other side of those trees,

24  but you can actually see right here *(marking)* damage that

25  was caused; and right through there is the area where the

1   building was destroyed.

2   Q.   And did you just draw a circle at approximately the

3   center of the screen around where there appears to be

4   damaged bushes?

5   A.   Yes.

6   Q.   Now, I want you to focus on the diagram again on the

7   left-hand side of the screen.

8   A.   Okay.

9   Q.   Do you see a marker on that diagram for human remains?

10          And maybe we can zoom in on the zoomed-in portion.

11          *(The exhibit was enlarged on the screen.)*

12          THE WITNESS:  Yes.

13   BY MR. PARK:

14   Q.   And can you go ahead and circle it?

15   A.   Yes.  *(Witness complies.)*

16   Q.   Now, taking a look again at the photo on the right-hand

17   side of the screen --

18   A.   Uh-huh.

19   Q.   -- is that -- does the photo depict the area where the

20   human remains were found?

21   A.   Does the photo depict or the diagram?

22   Q.   Does the photo depict the general area where the human

23   remains were found?

24   A.   Yes.

25   Q.   And what human remains were found in this area?

1   A.   This is where a leg was found.

2   Q.   And is this one of the legs that you swabbed on the

3   night that you initially arrived at the scene at 11 Mareblu?

4   A.   Yes.

5   Q.   I want to now turn your attention to Scenes B and C.

6   Publishing full screen Exhibit 28 again.  This is previously

7   admitted.

8          *(The exhibit was displayed on the screen.)*

9   BY MR. PARK:

10  Q.   And where are Scenes B and C again?

11  A.   So Scene B is directly outside of the building.  There

12  was a walkway between the trees and the building and that

13  was all Scene C; and then the entire building where the

14  explosion occurred was Scene C.

15  Q.   Now, given that Scene B is so close or appears to be

16  close to Scene C --

17  A.   Uh-huh.

18  Q.   -- why was it made a separate scene?

19  A.   I decided to do that mainly because of the magnitude of

20  debris that came out that way into the alleyway.  It took a

21  significant amount of work to actually clear that area out

22  before we could get into the building.

23          And so due to that, I again -- it's one of those:

24  Let's take this kind of huge scene and make it into smaller

25  areas.

1  Q.   Now, looking at Exhibit 28 in the area that's marked

2  Scene B, is there a green awning that's depicted in the

3  diagram?

4  A.   Yes, there is.

5            MR. PARK:   Now, moving Exhibit 28 to the left-hand

6  side of the screen and publishing previously admitted

7  Exhibit 117 on the right-hand side of the screen.

8            *(The exhibit was displayed on the screen.)*

9  BY MR. PARK:

10  Q.   Agent Marriott, do you see that same awning in this

11  photo?

12  A.   Yes, I do.  So all of this *(marking)* was the green

13  awning.

14            MR. PARK:   Now, publishing previously admitted

15  Exhibit 119 on the right-hand side of the screen.

16            *(The exhibit was displayed on the screen.)*

17  BY MR. PARK:

18  Q.   What do you see in this photo?

19  A.   So this is -- this is that alleyway again, Scene B; and

20  there you can kind of see the rest of the awning as well as

21  there are the yellow evidence tent markers on the ground.

22  Q.   And was this photograph taken after some of the debris

23  had already been cleared?

24  A.   Some of the debris had been cleared, yes.

25            MR. PARK:   Publishing previously admitted

1   Exhibit 304A on the right-hand side of the screen.

2          *(The exhibit was displayed on the screen.)*

3   BY MR. PARK:

4   Q.   What do you see in this photo?

5   A.   So this is the other end of that alleyway.   The

6   majority of those photos you were looking at was looking

7   from Mareblu down.   This is walking to the other end and so

8   at the very end of the alleyway would be looking at Mareblu.

9          MR. PARK:   Let's move to Scene C now which is the

10  interior the office building at 11 Mareblu starting with the

11  second floor.   We're going to publish full screen previously

12  admitted Exhibit 27.

13         *(The exhibit was displayed on the screen.)*

14  BY MR. PARK:

15  Q.   Agent Marriott, what does this diagram depict?

16  A.   This is the second floor of the building.

17  Q.   Now, do you see the key in the left-hand bottom corner

18  of the diagram?

19  A.   Yes.

20  Q.   Could you explain for the jury what the items in the

21  key mean?

22  A.   So on the second floor, directly above the blast, there

23  were several rooms that had damage that had been done to

24  that and so we wanted to make sure that we documented the

25  damage but it's also indicating where no evidence was

1  collected.

2  Q.   Now looking at this diagram, can you describe for the

3  jury where Scene B is located and also where 11 Mareblu

4  Street is located?

5  A.   So Scene B is that alleyway *(marking)* that runs here.

6  Q.   And did you just draw a red line on the right-hand side

7  of the diagram?

8  A.   Yes, I did.  And you wanted also --

9  Q.   The street of Mareblu.

10  A.   Oh, Mareblu.  So Mareblu I'm drawing a line at the

11  bottom *(marking)* of -- this is 11 Mareblu.

12  Q.   I'm going to ask you some questions about the damage to

13  just one of the suites on the second floor.  That's suite

14  110A -- I'm sorry -- Suite 210A.

15        Now on the diagram does Suite 210A correspond to

16  the rooms near the bottom of the diagram?  That would be

17  Room II, KK, LL, and then also that row at the bottom, GG,

18  HH, JJ, MM, and then PP, OO, and QQ?

19  A.   You're going to have to ask that question again.  That

20  was a long question.

21  Q.   A lot of rooms.

22  A.   Uh-huh.

23  Q.   So the question is:  Did Suite 210A correspond to the

24  rooms that are designated on this diagram as rooms II, KK,

25  LL, and then also GG, HH, JJ, MM, NN, PP, OO, and QQ?

1   A.   Yes.

2   Q.   And was the suite at the time occupied by a doctor's

3   office?

4   A.   Yes.

5   Q.   And were parts of the Suite 210A located above the spa

6   on the first floor?

7   A.   Yes.

8           MR. PARK:  Now let's move Exhibit 27 to the

9   left-hand side of the screen; and publishing previously

10  admitted Exhibit 188 on the right-hand side of the screen.

11          *(The exhibit was displayed on the screen.)*

12  BY MR. PARK:

13  Q.   Is the photograph on the right-hand side of the screen

14  a photo of Room LL?

15  A.   Yes.

16  Q.   And what do you see in this photograph?

17  A.   This is just part of the doctor's office where items

18  had been knocked over.

19          MR. PARK:  Publishing previously admitted

20  Exhibit 189 on the right-hand side of the screen.

21          *(The exhibit was displayed on the screen.)*

22  BY MR. PARK:

23  Q.   Is this a photograph of Room MM?

24  A.   Yes.

25  Q.   And what do you see in this photograph?

1  A.   So in this photograph, again, it's just documenting the

2  items that have fallen all over the floor.  But if you can

3  zoom in just below the window -- yes -- here *(marking)*, you

4  can start to see damage; and so we wanted to make sure that

5  we documented the damage to the building as well.

6          MR. PARK:  Publishing previously admitted

7  Exhibit 191 on the right-hand side of the screen.

8          *(The exhibit was displayed on the screen.)*

9  BY MR. PARK:

10 Q.   Now, is this a photograph of a toilet that was in Room

11 PP?

12 A.   Yes.

13 Q.   And what do you see in this photograph?

14 A.   So this toilet had been -- it had bounced almost.  It

15 appeared to have bounced and was away from the wall and had

16 damage so we wanted to document this.

17         MR. PARK:  Publishing previously admitted

18 Exhibit 192 on the right-hand side of the screen.

19         *(The exhibit was displayed on the screen.)*

20 BY MR. PARK:

21 Q.   Now, is this a photograph of Room QQ?

22 A.   Yes.

23 Q.   And what do you see in this photograph?

24 A.   So in this photograph there's obvious damage.  You can

25 see the window actually faces those trees that I talked

1  about before where -- that were right outside of where the

2  blast occurred and so the damage you can see to the wall

3  there as well as items on the floor.

4          MR. PARK:  Now let's move to the first floor of

5  the 11 Mareblu building.  I'm going to publish full screen

6  Exhibit 25 which was previously admitted.

7          *(The exhibit was displayed on the screen.)*

8  BY MR. PARK:

9  Q.   What do you see in this exhibit, Agent Marriott?

10 A.   So this is a depiction of the entire first floor of the

11 building.

12 Q.   And in this diagram, where is the spa located?

13 A.   So the spa is located -- it's G which is in the

14 lower-right corner so *(marking)* then it goes up.  I'm trying

15 to draw as best I can.

16         MR. PARK:  Okay.  Moving Exhibit 25 to the

17 left-hand side of the screen.  So the jury has already seen

18 a number of photos of damage on the first floor so I'm just

19 going to show you a handful.

20         On the right-hand side of the screen we're going

21 to publish previously admitted Exhibit 181.

22         *(The exhibit was displayed on the screen.)*

23 BY MR. PARK:

24 Q.   Now, was this a photo taken of Room CC on Exhibit 25?

25 A.   Yes.

1    MR. PARK:  And maybe we can zoom in on the diagram

2    of that area.

3    *(The exhibit was enlarged on the screen.)*

4    THE WITNESS:  So here is *(marking)* CC and this is

5    a photo of the inside of the room to document the damage.

6    BY MR. PARK:

7    Q.   What kind of damage do you see in this photo?

8    A.   The ceiling had fallen in onto the equipment that was

9    in the room.

10    MR. PARK:  Publishing previously admitted

11    Exhibit 183 on the right-hand side of the screen.

12    *(The exhibit was displayed on the screen.)*

13    BY MR. PARK:

14    Q.   What do you see in this photo?

15    A.   The same of just documenting the damage of what had

16    fallen out of the ceiling onto the items that were in the

17    office.

18    Q.   And does this photo -- is this a photograph of the same

19    room that we were just looking at?

20    A.   Yes.

21    MR. PARK:  Now, let's move to Room F on the

22    diagram contained in Exhibit 25 which is on the left-hand

23    side of the screen.

24    *(The exhibit was displayed on the screen.)*

25

1  BY MR. PARK:

2  Q.   Did Room F correspond to Suite 110 which was the suite

3  next door to the spa?

4  A.   Yes.

5  Q.   Now, on Exhibit 25, does the diagram indicate that

6  there was damage to one of the walls?

7  A.   Yes.

8  Q.   And if you could circle that depiction of damage in the

9  diagram.

10  A.   So this *(marking)* wall.

11  Q.   Just for the record, you just drew a red circle around

12  the wall on the right-hand side of Room F?

13  A.   Correct.

14       MR. PARK:  I'm going to publish on the right-hand

15  side of the screen previously admitted Exhibit 232.

16       *(The exhibit was displayed on the screen.)*

17  BY MR. PARK:

18  Q.   Do you see that same damaged wall in Exhibit 232?

19  A.   Yes.

20  Q.   And can you -- do you also see in Exhibit 232 the spa?

21  A.   So you can see the spa but only slightly.  So you're

22  actually standing in F looking in.  So this *(marking)* right

23  here looking through is where the spa is.

24       MR. PARK:  Publishing previously admitted

25  Exhibit 241 on the right-hand side of the screen.

1    *(The exhibit was displayed on the screen.)*

2    BY MR. PARK:

3    Q.    And what are -- what do you see in this photo,

4    Agent Marriott?

5    A.    So this is actually moving up and looking through into

6    the spa from that -- from Room F.

7            MR. PARK:   Publishing previously admitted

8    Exhibit 346 on the right-hand side of the screen.

9            *(The exhibit was displayed on the screen.)*

10   BY MR. PARK:

11   Q.    What do you see in this photo?

12   A.    So this photo is closer toward the end of our search.

13   But you're actually standing in the spa looking at the wall.

14   Q.    And was this photo taken after all of the debris had

15   been cleared?

16   A.    All of the debris on the floor.  You can still see we

17   had not started on the ceiling.

18           MR. PARK:   Okay.  Let's publish previously

19   admitted Exhibit 26 on the left-hand side of the screen.

20           *(The exhibit was displayed on the screen.)*

21   BY MR. PARK:

22   Q.    Now, on Exhibit 26, do you see the grid in the spa

23   that's marked G8?

24   A.    Yes.

25   Q.    And do you also see a hazard marker on the left-hand

1   side of G8?

2   A.   Yes.

3   Q.   And what is that hazard marker there an indication of?

4   A.   That was the door going into G8.

5   Q.   And is it also -- is the hazard marker also an

6   indication that the door was damaged?

7   A.   Correct.

8           MR. PARK:  Now publishing previously admitted

9   Exhibit 330C on the right-hand side of the screen.

10          *(The exhibit was displayed on the screen.)*

11  BY MR. PARK:

12  Q.   What do you see in this photograph?

13  A.   This is the door that we just described.

14          MR. PARK:  Publishing previously admitted

15  Exhibit 247 on the right-hand side of the screen.

16          *(The exhibit was displayed on the screen.)*

17  BY MR. PARK:

18  Q.   What do you see in this photograph?

19  A.   So this is actually a photo of the spa and this is a

20  very early photo before a lot of surging had been done.

21          MR. PARK:  Publishing previously admitted

22  Exhibit 154 on the right-hand side of the screen.

23          *(The exhibit was displayed on the screen.)*

24  BY MR. PARK:

25  Q.   What do you see in this photograph?

1   A.   So this is another photo but you're actually looking

2   from the spa area.   You're turned to the left and looking

3   into and you can actually see on the wall the letter H

4   *(marking)*.   You're looking over into the other suite that

5   was next door.

6   Q.   And was that other suite occupied by a chiropractor's

7   office?

8   A.   Yes.

9          MR. PARK:   Publishing previously admitted

10  Exhibit 243 on the right-hand side of the screen.

11          *(The exhibit was displayed on the screen.)*

12  BY MR. PARK:

13  Q.   What do you see in this photograph?

14  A.   So this is looking -- this is more of the back from the

15  back of the spa looking out.   You're looking out into

16  Scene B that was that walkway and there's that green awning

17  on that.

18          You're actually seeing the beginnings of where we

19  had grids.   You can see -- I'll try to mark it *(marking)*.

20  This is starting to try to delineate grid locations for

21  searching.

22  Q.   Now, in this photograph, do you also see an area that

23  was pointed out to you by bomb technicians?

24  A.   Yes.

25  Q.   And can you circle that area on this photograph?

1   A.   So *(marking)*.

2   Q.   Okay.  And you just drew a red circle in the -- a

3   little bit to the left of the center in a kind of

4   cleared-out area of the photograph.

5            What was that area -- let me rephrase that

6   question.  What did the bomb technicians tell you about that

7   area?

8   A.   They told us this is the possible seat of the blast.

9   Q.   Now, on the diagram that is on the left-hand side of

10  your screen, can you point out the location that was

11  described to you as being the seat of the blast by bomb

12  technicians?  And can you actually draw a red circle on the

13  diagram?

14  A.   Okay.  So *(marking)*.

15           MR. PARK:  Now publishing previously admitted

16  Exhibit 34 on the right-hand side of the screen if you

17  could.

18           *(The exhibit was displayed on the screen.)*

19  BY MR. PARK:

20  Q.   Now, have you seen Exhibit 34 before?

21  A.   Yes.

22  Q.   What is Exhibit 34?

23  A.   So Exhibit 34 is a diagram not to scale.  This is a

24  diagram of the spa.

25  Q.   And I believe the diagram just got --

1    A.    Flipped.

2    Q.    -- flipped counter-clockwise.  Does the -- does

3    Exhibit -- just got flipped back again.

4                        *(Laughter.)*

5              MR. PARK:  Let's go ahead and flip Exhibit 34

6    counter-clockwise.

7              *(The exhibit was displayed on the screen.)*

8    BY MR. PARK:

9    Q.    Now, does the orientation on Exhibit 34 match the

10   orientation of the diagram contained on Exhibit 32?

11   A.    Yes.

12   Q.    Okay.  Now, you cleared the red marker or the red

13   circle that you had on the left-hand side.

14   A.    Uh-huh.

15   Q.    Could you again draw the red circle around the area

16   that was indicated to you by bomb technicians as being the

17   seat of the blast?

18   A.    On the diagram on the left?

19   Q.    Yes.

20   A.    Okay.  *(Witness complies.)*

21   Q.    And on Exhibit 34, can you also point out the location

22   of the seat of the blast area as indicated to you by bomb

23   technicians?

24   A.    Uh-huh.  *(Witness complies.)*

25              MR. PARK:  And just for the record on Exhibit 34,

1    the witness has just drawn a red circle over the desk area

2    on Exhibit 34 or where the desk is depicted.

3              Publishing previously admitted Exhibit 254.  Full

4    screen.

5              *(The exhibit was displayed on the screen.)*

6    BY MR. PARK:

7    Q.   Now, Agent Marriott, what is this area or what does

8    this photo depict?

9    A.   So this is the photo.  You're actually standing just

10   outside of the spa in that alleyway in Scene B looking into

11   the spa.  The chiropractic office is on your right-hand side

12   and the left, all of this is the spa suite.

13   Q.   Now, in this photograph, do you see the area of the

14   seat of the blast?

15   A.   Yes.

16   Q.   And can you describe that area in this photograph?

17   A.   So --

18   Q.   And if you could circle it also.

19   A.   -- the area that I'm talking about *(marking)* is this

20   area.  This is where we were instructed this is the possible

21   seat of the blast; and so the material that was in the seat

22   we were -- we collected.

23              You can kind of tell there's a little bit of

24   exposure of concrete; but then there was this other material

25   that was on top of the concrete; that it had a lot of water

1  in it and it was grayish, but we collected that as well.

2  Q.   What did that material appear to be to you that you

3  collected?

4  A.   We were not for sure what it was and couldn't tell

5  based on the consistency of it.

6           MR. PARK:  Maybe we can zoom in on the area that

7  Agent Marriott just circled.

8           *(The exhibit was enlarged on the screen.)*

9           MR. PARK:  Okay.  Let's publish previously

10  admitted Exhibit 255.  Full screen.

11           *(The exhibit was displayed on the screen.)*

12  BY MR. PARK:

13  Q.   And this is just another photo of the same area zoomed

14  in a bit?

15  A.   Yes.

16  Q.   And in order to get that material you described that

17  you collected --

18  A.   Uh-huh.

19  Q.   -- in this area, did you have to scrape it out or were

20  you able to scoop it up or pick it up or how did you get it

21  out of there?

22  A.   I do not recall how we had to get it out.

23           MR. PARK:  Publishing previously admitted

24  Exhibit 242.  Full screen.

25           *(The exhibit was displayed on the screen.)*

1  BY MR. PARK:

2  Q.   And is this another photo of the spa?

3  A.   Yes.

4  Q.   Now, given the amount of debris that was found in the

5  spa and the areas adjacent to the spa, what was the process

6  that ERT followed to conduct a search of the area?

7  A.   Very, very slow, unfortunately.  So you can see again

8  in this photo, you can see the tape to mark off the grids;

9  and we would go into the grid area as best we could and

10 start pulling things out.

11        If there was an item that we could see that we

12 knew we would want to collect, we would be able to do those

13 methods; photograph it in place with an evidence tent,

14 collect it that way.

15        However, obviously with a scene like this, it's

16 almost not possible especially when you're looking for those

17 little tiny pieces.

18        So with a bomb scene, you collect a large amount

19 of material; and what we did is we collected, put it into a

20 sterile bucket and created what's called a sifting area to

21 go through all of that debris and pick it apart to try to

22 find evidence.

23 Q.   You mentioned -- or you just testified about the grids.

24 Why did you break up the area -- areas near the seat of the

25 blast into grids?

1    A.    So more than likely, you're going to find a lot of

2    material that's very important near the seat of the blast.

3    So that's the area, unfortunately, where the majority of the

4    items are going to be; stuff.  But the other part that

5    you're looking for is going to be there.

6              So I wanted to make sure that it wasn't just:

7    We're going through and just pulling out.  I wanted it to be

8    slow and methodical so that way I could say:  Okay.  At

9    least the items came from this area near the seat of the

10   blast instead of the entire suite.

11             MR. PARK:  Publishing previously admitted

12   Exhibit 26 again.  If we could clear the red marks.

13             Thank you.

14             *(The exhibit was displayed on the screen.)*

15   BY MR. PARK:

16   Q.    Now, does this diagram depict the grids that you

17   created?

18   A.    Yes.

19   Q.    Now, what grid areas correspond to the spa?

20   A.    So the spa area is all of the Gs that you're looking

21   at.

22   Q.    And what about grids H1 to H4?  What did those grids

23   correspond to?

24   A.    That was the suite on the right-hand side, the

25   chiropractic's office.

| | |
|---|---|
| 1 | MR. PARK:  Okay.  Publishing previously admitted |
| 2 | Exhibit 329 on the right-hand side of the screen. |
| 3 | *(The exhibit was displayed on the screen.)* |
| 4 | BY MR. PARK: |
| 5 | Q.   What do you see in this photo? |
| 6 | A.   So this is again -- this is a better -- we've got a |
| 7 | good grid system going here.  You're looking into the spa |
| 8 | area again and you're starting to see where we've started to |
| 9 | pull things out. |
| 10 | But, obviously, if you actually look on the |
| 11 | left-hand side, part of it we actually had to start on the |
| 12 | top of piles of things and kind of even work our way down. |
| 13 | Q.   And do you see grid markers in this photograph? |
| 14 | A.   Yes, I do. |
| 15 | Q.   And is one of them for G1? |
| 16 | A.   Yes. |
| 17 | MR. PARK:  Publishing previously admitted |
| 18 | Exhibit 330A on the right-hand side of the screen. |
| 19 | *(The exhibit was displayed on the screen.)* |
| 20 | BY MR. PARK: |
| 21 | Q.   Were what do you see in this photograph? |
| 22 | A.   This is a picture depicting what a grid looks like |
| 23 | nearing conclusion of it being completed.  Clearing |
| 24 | everything out down to -- and, obviously, we got down to |
| 25 | that concrete floor -- but ensuring even the smallest amount |

1    of dirt or debris is cleared out before we start on the next

2    grid.

3    Q.    And the grid that is in the lower right-hand side, the

4    grid that's been cleared out mostly, is that grid G7?

5    A.    It's hard to tell.  Could you zoom in on those --

6    Q.    Yeah, we'll zoom in on the --

7    A.    On the two white --

8    Q.    The other one.

9             *(The exhibit was displayed on the screen.)*

10            THE WITNESS:  That is -- G1 is over on the left.

11   Yeah.  Yes.  G7.

12   BY MR. PARK:

13   Q.    And is that the area where the seat of the blast was?

14   A.    Yes.

15            MR. PARK:  Publishing previously admitted

16   Exhibit 330B on the right-hand side of the screen.

17            *(The exhibit was displayed on the screen.)*

18   BY MR. PARK:

19   Q.    What do you see in this photo?

20   A.    This is kind of a closer-up.  You just kind of walked

21   into the area where we cleared.  You can see the

22   chiropractor office in the back.  And there's -- obviously

23   during the search, there was an evidence marker put down for

24   finding something in place there.

25   Q.    Now, you just testified about a sifting area and the

 1   sifting process.

 2   A.    Uh-huh.

 3   Q.    Can you describe in a little more detail the process

 4   that ERT followed to gather and sift through all the

 5   material that was found in the grids?

 6   A.    So take, for example, this pile that's here.  We could

 7   get on our hands and knees here and dig through this.

 8   However, you take all of this material, you put it in a

 9   sterile bucket, and we created a sifting area.

10         And the sifting area is where we're able to put a

11   bucket full of material like this; and the device actually

12   looks like gold mining sifting.

13         And you dump that on top and what it does is it

14   takes away the dirt, the debris, and it's leaving those

15   bigger items.  However, whatever is falling through is also

16   being dumped onto a tarp.

17         So not only are we able to see what we're dumping

18   into the sifter to be able to pick out those items that are

19   left; but then after that portion is done, then the team

20   would get down on their hands and knees and go through

21   whatever was dumped onto the tarp.  So we're making sure

22   whatever is in this is able to be found.

23   Q.    And where was the sifting area located?

24   A.    So --

25         MR. PARK:  Maybe we can zoom out over there.

```
 1              (The exhibit was displayed on the screen.)

 2              THE WITNESS:  Oh, there we go.

 3              So after we went through Scene B first and was

 4    able to clear out that walkway which is here (marking).

 5    After this was cleared, we were able to start in G and we

 6    were able to pull material, walk here (marking).

 7              This area here was a back parking lot (marking).

 8    This area was tarped off and that's where the sifters were

 9    made and where teams of bomb techs as well as Evidence

10    Response Team members were able to go through all of the

11    material.

12              MR. PARK:  Let's publish previously admitted

13    Exhibit 266.  Full screen.

14              (The exhibit was displayed on the screen.)

15    BY MR. PARK:

16    Q.   What do you see in this photo?

17    A.   So this is a photo of the spa; and as you can see,

18    there are our buckets that they are putting material into in

19    order to; and they're walking toward that Scene B to walk

20    toward the sifting area.

21    Q.   Do you also see what appears to be a wheelbarrow in

22    that photo?

23    A.   Yes.

24    Q.   So did ERT also use wheelbarrows to bring out some of

25    the debris to the sifting area?
```

1  A.   So the wheelbarrow would actually be used if -- a lot

2  of this -- there was a lot of large material.  Huge, that

3  ahead a considerable amount.

4          If that item was something like that and we could

5  look through it while we're in the room, then place it on

6  the wheelbarrow and take it down to be looked out outside,

7  that's what we would use.

8          MR. PARK:  Publishing previously admitted

9  Exhibit 267.

10          *(The exhibit was displayed on the screen.)*

11  BY MR. PARK:

12  Q.   What do you see in this photo?

13  A.   This is another photo depicting -- you can see the

14  floor of Room G has pretty much started to become clean.

15  There's large items still there, obviously, that we're

16  needing to move out but it's a good depiction of what the

17  ceiling damage looked like.

18          MR. PARK:  Publishing previously admitted

19  Exhibit 272.

20          *(The exhibit was displayed on the screen.)*

21  BY MR. PARK:

22  Q.   What do you see in this photograph?

23  A.   So this is that back parking lot area where we had

24  started to set up where the sifting area was going to be.

25  You can actually see here *(marking)*.  This is one of the

1   sifters that was utilized.

2           MR. PARK:  Publishing previously admitted

3   Exhibit 260.

4           *(The exhibit was displayed on the screen.)*

5   BY MR. PARK:

6   Q.   What do you see in this photograph?

7   A.   So on the left-hand side is where that Scene B is, that

8   walkway.  These would be members.  Their assignment that day

9   would be to be in the back and receive buckets that were

10  coming out of whatever grid they were searching.

11          And you can see the brown paper that has been laid

12  down.  So a lot of times this material would either be

13  material that you can't sift through or it's the material

14  that has been sifted through and gone down and fallen on the

15  ground; and this is being -- waiting for somebody to get on

16  their hands and knees and go through.

17  Q.   And do you also see a sifter in the back of the

18  photograph?

19  A.   There's another -- *(marking).*

20          MR. PARK:  Okay.  Publishing previously admitted

21  Exhibit 262.

22          *(The exhibit was displayed on the screen.)*

23  BY MR. PARK:

24  Q.   What do you see in this photograph?

25  A.   So this is the members on their hands and knees.  A lot

1  of the material, even the glass and things like that, it's

2  not a good idea to put it through the sifter.  So a lot of

3  the material that came out, we did have to do just hands and

4  knees and go through it.

5          MR. PARK:  Publishing previously admitted

6  Exhibit 264.

7              *(The exhibit was displayed on the screen.)*

8  BY MR. PARK:

9  Q.  What do you see in this photograph?

10 A.  Again, members going through the buckets full of debris

11 coming out of the spa.

12         MR. PARK:  Publishing previously admitted

13 Exhibit 268.

14             *(The exhibit was displayed on the screen.)*

15 BY MR. PARK:

16 Q.  What do you see in this photograph?

17 A.  This is just a -- it kind of shows what it is that

18 they're going through that they're not utilizing a sifter

19 for.  It's just glass material, light bulbs.  There was a

20 lot of that material that needed to be done on the ground.

21 Q.  Does there appear to be -- or does it also appear as if

22 the ERT members are going through pieces of drywall?

23 A.  Yes.

24         MR. PARK:  Publishing previously admitted

25 Exhibit 265.

1        *(The exhibit was displayed on the screen.)*

2   BY MR. PARK:

3   Q.   What do you see in this photograph?

4   A.   So from the sifting area or from the scene, we would

5   have an area where we would bring anything evidentiary over

6   and we would photograph it.  You can actually see the ruler

7   in the photograph there with the item.  It's right there

8   *(marking).*

9          This is an area to take more photos of whatever

10  evidence it was that was found so that way we could get a

11  better clearer photo.

12  Q.   And with respect to photographs of evidence, would

13  there be photographs taken both of where the evidence was

14  found at the scene and then also later on a table like this?

15  A.   Depends.  If the item -- so, for example, if the item

16  was found in the sifting area, we're not going to be able to

17  photograph that item exactly where it was.

18          But if an item was found inside the scene before

19  we picked it up, we would be able to photograph it in place

20  and then at the table.

21          MR. PARK:  Publishing previously admitted

22  Exhibit 269.

23          *(The exhibit was displayed on the screen.)*

24  BY MR. PARK:

25  Q.   What do you see in this photograph?

1   A.   So this is a good depiction of you can see the alleyway

2   there on the left-hand side but we always wanted to try to

3   double-check and recheck where items were coming out, what

4   grid they were working out of, where were those buckets

5   coming from.

6           And so it's trying to eliminate human error if you

7   can to make sure that we all are documenting where these

8   items are coming from.

9   Q.   Now, did ERT search through and process all of the

10  debris that was found in and around the area of the spa?

11  A.   Yes.

12  Q.   And did that search include every area in the spa

13  starting from the ground and all the way up to the ceiling?

14  A.   Yes.

15  Q.   Now, by the time ERT finished its search of the spa and

16  the surrounding areas, did ERT go through every piece of

17  furniture, every piece of debris that was found in the spa?

18  A.   Yes.

19  Q.   I now want to focus your attention on some of the

20  specific items of evidence that were found in Scenes B and

21  C.  So let's start with Scene B.

22           Publishing previously admitted Exhibit 31.

23           *(The exhibit was displayed on the screen.)*

24  BY MR. PARK:

25  Q.   What do you see in this exhibit?

1  A.   So this is that alleyway outside of where the explosion

2  occurred in the upper left-hand.  It's just a blown-up

3  version of it.

4  Q.   Now, were there trees located in this scene?

5  A.   Yes.

6  Q.   And do you see those trees depicted in this diagram?

7  A.   Yes, I do.

8  Q.   Now, were any of those trees damaged in the bombing?

9  A.   Yes, they were.

10        MR. PARK:  Publishing previously admitted

11  Exhibit 354.

12        *(The exhibit was displayed on the screen.)*

13  BY MR. PARK:

14  Q.   What do you see in this photograph?

15  A.   So this photo is just depicting damage to the tree as

16  well as there was an item stuck into the tree that we

17  documented.

18        MR. PARK:  Publishing previously admitted

19  Exhibit 355.

20        *(The exhibit was displayed on the screen.)*

21  BY MR. PARK:

22  Q.   What do you see in this photograph?

23  A.   The tree had markings on it as well as two items lodged

24  in it that we documented.

25  Q.   Now, what happens once ERT finds damage like this to a

1    tree in a crime scene?

2    A.    So with this, because we're finding items in the trees,

3    that means we need to look in all of the trees to see -- to

4    make sure that we're not missing something that could have

5    been lodged.

6          So we searched all of the trees and brought in

7    equipment in order to be able to do that.  Some of them -- I

8    believe some of them had to be cut down but others we were

9    able to go and search through.

10   Q.    Why did some of the trees have to be cut down?

11   A.    Umm, I'm trying to remember.  I don't recall but I do

12   know that we had to cut down some and I believe it may have

13   been to try to retrieve the evidence properly.

14         MR. PARK:  Publishing previously admitted

15   Exhibit 353.

16         *(The exhibit was displayed on the screen.)*

17   BY MR. PARK:

18   Q.    What do you see in this photograph?

19   A.    A cut down tree.

20   Q.    And is it easier to search through a tree like this

21   once it has been cut down?

22   A.    Oh, yes.

23   Q.    Now, did ERT members also find human remains in the

24   trees that were in Scene B?

25   A.    Yes.

1   Q.   And also in other areas of the blast scene?

2   A.   Yes.

3   Q.   Now, how would you quantify the amount of human remains

4   that ERT members came across and found during the search of

5   11 Mareblu?

6   A.   So each day, if we found human remains, we wanted to

7   ensure that those remains were returned to the coroner's

8   office.

9        So we would collect those cans because we would

10  put it into a metal can and provide those to the coroner's

11  office each other.  Every day we absolutely had at least one

12  can if not two per day while we were there.

13       MR. PARK:  Publishing previously admitted

14  Exhibit 31 again.  And if we could zoom in on the zoomed-in

15  portion of the diagram.

16       *(The exhibit was displayed on the screen.)*

17  BY MR. PARK:

18  Q.   Now do you see on the diagram where it indicates that

19  human remains were found?

20  A.   Yes.

21  Q.   And what human remains were found in this particular

22  area?

23  A.   In this area is where the head and the torso were

24  located.

25  Q.   And is this one of the body parts that you testified

1    earlier about, about taking swabs from?

2    A.   Correct.

3    Q.   Now, was there a tree in the area where this body part

4    was found?

5    A.   Yes.

6    Q.   And was this body part found at the base of that tree?

7    A.   Yes.

8    Q.   Did you also find the remains of clothing on this body

9    part?

10   A.   Yes.

11   Q.   And what did you do with that -- with the remains of

12   that clothing?

13   A.   We removed the remaining pieces of clothing from the

14   remains.

15           MR. PARK:  Moving Exhibit 31 to the left-hand side

16   of the screen and publishing previously admitted

17   Exhibit 304C on the right-hand side of the screen.

18           *(The exhibits were displayed on the screen.)*

19   BY MR. PARK:

20   Q.   What do you see in Exhibit 304C?

21   A.   Those are the remaining clothing.

22   Q.   And this was taken off of the body part you'd

23   previously testified about?

24   A.   Correct.

25           MR. PARK:  Publishing on the right-hand side of

1   the screen previously admitted Exhibit 900.

2           *(The exhibit was displayed on the screen.)*

3   BY MR. PARK:

4   Q.   And is this just a magnified photo of the remains of

5   the clothing?

6   A.   Yes.

7   Q.   Now, looking at Exhibit 31 again on the left-hand side

8   of the screen, do you see where it indicates that an item of

9   evidence with the ERT number of 10 was found?

10  A.   Yes.

11  Q.   And can you circle that for the jury?

12  A.   Uh-huh.   *(Witness complies.)*

13  Q.   And I don't think I asked you this earlier:  What is an

14  ERT number?

15  A.   So we need to keep up with the evidence that we're

16  finding; and so in order to do that and document it in that

17  casebook that I talked about, the minute something is found

18  that's evidentiary it gets a yellow tent with a number on it

19  and that becomes the number identifiable with whatever it is

20  you're collecting.

21  Q.   Now, with respect to ERT No. 10, is that -- does that

22  ERT number correspond to a plastic wrapper?

23  A.   Yes.

24  Q.   And where was that plastic wrapper found?

25  A.   This plastic wrapper was found in the tree.

1    Q.   And were there also what appeared to be human remains
2    in the area of the plastic wrapper?
3    A.   Yes.
4    Q.   And was there also a piece of what appeared to be black
5    fabric that was also embedded in the tree?
6    A.   Yes.
7             MR. PARK:  Publishing previously admitted
8    Exhibit 304B on the right-hand side.
9             Let's actually go full screen on this one.
10            *(The exhibit was displayed on the screen.)*
11   BY MR. PARK:
12   Q.   So, Agent Marriott, what do you see in this photograph?
13   A.   So this is what we were just discussing, the plastic
14   wrapping around in the tree.  So I will circle it *(marking)*.
15   This is the plastic wrapping that we're discussing that was
16   lodged in the tree as well as the human remains that were
17   also there in the tree *(marking)*.
18   Q.   And do you see the black fabric also in this
19   photograph?
20   A.   The black *(marking)*.
21            MR. PARK:  Publishing previously admitted
22   Exhibit 901 full screen.
23            *(The exhibit was displayed on the screen.)*
24   BY MR. PARK:
25   Q.   Now, is this a photograph of the same plastic wrapper

1  that was embedded in the tree after it had been taken out of

2  the tree?

3  A.   Yes.

4  Q.   And do you see the plastic wrapper that's on the

5  left-hand side on the bottom of the photo?

6  A.   *(Marking)* this?

7  Q.   Yes.  And are you able to read anything on that part of

8  the wrapper?

9  A.   This says "Dark" and it looks like it has a "7 percent"

10  next to the "D."

11  Q.   Is there a letter underneath the word "Dark"?

12  A.   Yes, a "P."

13       MR. PARK:  I'm now going to read from paragraph 7A

14  of the trial stipulation between the parties.

15                          **STIPULATION**

16       MR. PARK:  The parties stipulate that all items of

17  physical evidence identified as having been recovered from

18  11 Mareblu on May 15th, 2018, or other specified dates

19  during the post-blast investigation are, in fact, items of

20  evidence recovered from 11 Mareblu on the specified dates

21  and from the specified locations as to each item.

22       The parties further stipulate that the items are

23  in substantially the same condition as they were on the date

24  recovered and have not been changed in any material respect.

25       This stipulation includes but is not limited to

 1   Government's Exhibits 1600 to 1628.

 2          This stipulation applies to the physical items of

 3   evidence identified in Government's Exhibit 82 which is a

 4   summary of the evidence.

 5          The parties stipulate that Government's Exhibit 82

 6   is admissible for all purposes.

 7          The government moves to admit physical exhibits --

 8   just one moment, Your Honor.

 9              *(Government counsel conferred.)*

10          MR. PARK:  Government moves to admit physical

11   exhibits 1600 to 1628 as well as Government's Exhibit 82

12   pursuant to the stipulation.

13          THE COURT:  All right.

14          And so those exhibits will be admitted and, again,

15   the jury is reminded that when the parties have entered into

16   a stipulation, the facts in the stipulation are treated as

17   conclusively established for your purposes.

18      *(Exhibit 1600 through 1615 received in evidence.)*

19      *(Exhibit 1618 through 1628 received in evidence.)*

20          *(Exhibit 82 received in evidence.)*

21          MR. PARK:  Your Honor, my apologies.  There is

22   actually not a physical Exhibit 1616 and 1617 so if I could

23   correct that, Your Honor?

24          THE COURT:  So admission of Exhibit 1600 through

25   1628 with the exception of 1616 and 1617.

1      MR. PARK:  Yes, Your Honor.  Thank you.

2      THE COURT:  So those will be admitted along with

3   Exhibit 82.

4   BY MR. PARK:

5   Q.   Now, Agent Marriott, the physical exhibits should be in

6   boxes I believe right behind you; and if you could pull the

7   first box out and I'm specifically going to ask you to look

8   at physical exhibit 1611.

9   A.   1600?

10  Q.   1611?

11  A.   -- 11.

12     THE COURT:  And those are in numerical order in

13  the box?

14     MR. PARK:  Yes, Your Honor.

15  Q.   In physial exhibit 1611, are those the remains of the

16  plastic wrapper that was embedded in the tree?

17  A.   Yes.

18  Q.   Now, was that plastic wrapper ultimately sent to an FBI

19  laboratory for analysis?

20  A.   Yes.

21  Q.   Now, did you later learn that that plastic wrapper was

22  originally part of a Trader Joe's Dark Chocolate Peanut

23  Butter Cups container?

24  A.   Yes.

25     MR. PARK:  Publishing previously admitted

```
 1   Exhibit 31 again.  If we could zoom in on the zoomed-in
 2   portion?
 3           (The exhibit was displayed on the screen.)
 4   BY MR. PARK:
 5   Q.   Do you see a marker on the diagram for ERT
 6   Item No. 171?
 7   A.   Yes.
 8   Q.   If you could put a red circle around that number for
 9   the jury?
10   A.   (Witness complies.)
11   Q.   Now, did ERT 171 correspond to the remains of a Trader
12   Joe's Dark Chocolate Peanut Butter Cups container?
13   A.   Yes.
14           MR. PARK:  I'm going to publish previously
15   admitted Exhibit 349B on the left-hand side of the screen.
16           (The exhibit was displayed on the screen.)
17   BY MR. PARK:
18   Q.   What do you see in this photograph?
19   A.   This is an evidence picture of a Dark Chocolate Peanut
20   Butter Cup package.
21           MR. PARK:  Now, on the right-hand side of the
22   screen we're going to publish previously admitted
23   Exhibit 901 which is a photo of the wrapper that was
24   embedded in the tree; and if we could zoom in on a part of
25   that photo.
```

1            *(The exhibit was displayed on the screen.)*

2    BY MR. PARK:

3    Q.   Now, what did you conclude based on looking at these

4    two items of evidence?

5    A.   This would have been something that, after discovering

6    it, we would have made sure the case agents were aware of

7    something like this to say:  We found this wrapper on the

8    ground which is very similar in nature to what was found in

9    the tree.

10         This obviously was something that came from Trader

11   Joe's and this is something we would provide to them to

12   further their investigation.

13   Q.   I want to now turn your attention to some of the

14   specific evidence that was found in Scene C.

15         Now, in general, what types of items was ERT

16   looking for immediately near the seat of the blast?

17   A.   So for a bombing scene, you're obviously -- you're

18   trying to recreate the device.  So we are taught a

19   container, something that made it go boom and any kind of

20   electronics that would cause it; and then there's kind of an

21   other category.

22         There are things that could have been inside the

23   bomb that could cause shrapnel.  But on top of that, when

24   you're looking to recreate what was -- what happened, you

25   also want to know what was the person doing right before it

1    went off and what was anyone in the room doing right before

2    it went off.

3           So the items around the area of where those people

4    are could give us some kind of indication of what occurred.

5    So we're looking for evidence of what occurred right before

6    the blast but also what caused the blast.

7    Q.   Are you familiar with the term "fuzing item"?

8    A.   Yes.

9    Q.   And was ERT looking for fuzing items?

10   A.   Yes.

11   Q.   And what is a fuzing item?

12   A.   So we -- generalize fuzing.  Fuzing would be anything

13   that would cause electricity or something that would cause

14   the explosion to occur.  So it could be anything from wires

15   or to a battery.  All of that would be considered a fuzing

16   item.

17          MR. PARK:  Publishing previously admitted

18   Exhibit 32.

19          *(The exhibit was displayed on the screen.)*

20   BY MR. PARK:

21   Q.   Agent Marriott, what does Exhibit 32 depict?

22   A.   So 32 is a depiction of Scene C which is the entire

23   first floor of the building.  In the left-hand side is just

24   a zoomed-in.

25   Q.   Now, in the zoomed-in portion of the diagram, do you

1   see the purple boxes that have purple numbers in them?

2   A.   Yes.

3   Q.   And you testified about that earlier.  Are those the

4   items that were measured in place in Scene C?

5   A.   Correct.

6           MR. PARK:  And if we could zoom back out again.

7           *(The exhibit was enlarged on the screen.)*

8   BY MR. PARK:

9   Q.   How are items that were found in the sifting area

10  indicated on this diagram?

11  A.   So if you look at the key at the bottom, it says -- it

12  has a blue box next to the word "sifting area."  And the

13  numbers that are in blue on the key, those items were not --

14  they're not located on that diagram because they were in the

15  sifting area.  That being said, we're able to document that

16  it came out of the specific grid.  So that way we know that

17  it was inside G when it was found.

18  Q.   Now, in the key do you also see a marker or an

19  indicator for items that were found in the ceiling?

20  A.   Yes.

21  Q.   And what is that?

22  A.   And so the green at the bottom and you can see in Room

23  G, there are green numbers.  So in a bombing scene,

24  obviously things do go out but they also go up and so the

25  ceiling had to be completely searched and pulled down.

1  Q.   And do you also see a category that's described as

2  "exact location unknown"?

3  A.   Yes.

4  Q.   What does that refer to?

5  A.   So the exact location unknown is indicating it -- it

6  still -- obviously, we knew that it came out of G8 but a lot

7  of times with those items it was -- remember I showed you

8  the photos.  The items that were stacked up like this.  And

9  if the item was found on top of something and we're working

10 our way down, we don't know -- we can't say for sure that's

11 exactly where it was because of us having to dig through.

12 But when something is not physically on the ground, we can't

13 say for sure:  Yeah, that's the exact location.

14            MR. PARK:  Zoom back out on this diagram.

15            *(The exhibit was enlarged on the screen.)*

16 BY MR. PARK:

17 Q.   Do you see on the diagram where it indicates that human

18 remains were found?  Maybe we can zoom in on the zoomed-in

19 portion of the diagram.

20 A.   Yes.

21 Q.   And can you circle that area for the jury?

22 A.   *(Witness complies.)*

23 Q.   And what human remains were found in this area?

24 A.   This is where a leg was found.

25 Q.   And is this also one of the body parts that you had

1   testified earlier about swabbing?

2   A.    Yes.

3   Q.    Now, did ERT members also take swabs and soil samples

4   from the area in the spa that was identified as the seat of

5   the blast?

6   A.    Yes.

7   Q.    And, again, was that area G7?

8   A.    Yes.

9   Q.    Now, how are soil samples different --

10         THE COURT:  I'll let you finish this question and

11   then we'll break after this answer.

12         MR. PARK:  Thank you, Your Honor.

13   Q.    How are soil samples different from swabs?

14   A.    Swab is -- just think of a cotton swab and rubbing on

15   it.  A soil sample is kind of exactly what it is.  Think of

16   a canister and a scoop and you're going in and you're

17   scooping up the material and dumping it in and so you have a

18   large amount of whatever was around that seat of the blast.

19         MR. PARK:  Thank you, Your Honor.

20         THE COURT:  All right.

21         We will break for lunch.  Keep in mind that you're

22   not to discuss this case with each other or anyone else or

23   allow anyone to discuss it with you or do any research about

24   the case during your break.

25         Enjoy your lunch.  Come back again between 1:15

1692

1  and 1:20 and we'll try to have you in and ready to go at

2  1:30.

3          THE CLERK:  All rise.

4              *(The jurors exited the courtroom.)*

5      *(The following was held outside the jury's presence:)*

6          THE COURT:  All right.

7          And you may step down and we'll resume again at

8  1:30.

9          THE CLERK:  This Court stands in recess.

10         *(At 12:01 p.m., a luncheon recess was taken.)*

11

12                          -oOo-

13

14

15

16

17

18

19

20

21

22

23

24

25

1                        **CERTIFICATE**

2

3           **I, PAT CUNEO, CSR 1600, hereby certify that**

4    **pursuant to Section 753, Title 28, United States Code, the**

5    **foregoing is a true and correct transcript of the**

6    **stenographically reported proceedings held in the**

7    **above-entitled matter and that the transcript page format is**

8    **in conformance with the regulations of the Judicial**

9    **Conference of the United States.**

10   Date:   June 29, 2022

11

12

13

14

15                               **/s/**_____

16                               **PAT CUNEO, OFFICIAL REPORTER**
                            **CSR NO. 1600**

17

18

19

20

21

22

23

24

25

| | | | |
|---|---|---|---|
| **MR. HARBAUGH: [1]** 1580/22 **MR. PARK: [82]** 1616/11 1625/19 1627/20 1638/17 1640/5 1641/7 1642/21 1644/5 1644/9 1644/11 1644/24 1645/8 1645/18 1646/4 1646/14 1647/6 1647/18 1648/4 1648/14 1651/5 1651/14 1651/25 1652/9 1654/8 1654/19 1655/6 1655/17 1656/4 1656/16 1657/1 1657/10 1657/21 1658/14 1658/24 1659/7 1659/18 1660/8 1660/14 1660/21 1661/9 1662/15 1663/5 1663/25 1665/6 1665/9 1665/23 1667/11 1668/1 1668/17 1669/15 1670/25 1671/12 1672/8 1672/18 1673/2 1673/20 1674/5 1674/12 1674/24 1675/21 1677/10 1677/18 1678/14 1679/13 1680/15 1680/25 1682/7 1682/21 1683/13 1683/16 1684/10 1684/21 1685/1 1685/14 1685/25 1686/14 1686/21 1688/17 1689/6 1690/14 1691/12 1691/19 **MR. SCHACHTER: [2]** 1609/19 1615/23 **MR. TAKLA: [1]** 1580/17 **MR. TRIGILIO: [20]** 1581/23 1582/6 1584/7 1584/18 1585/11 1585/17 1586/20 1587/15 1587/18 1587/21 1589/15 1590/25 1592/25 1595/4 1602/6 1602/20 1603/1 1603/9 1604/2 1604/9 **MS. SALICK: [16]** 1585/14 1586/17 1589/12 1593/3 1602/12 1602/16 1602/24 1604/4 1604/6 1604/13 1605/8 1609/15 1609/23 | 1614/23 1615/19 1615/25 **THE CLERK: [15]** 1580/3 1580/5 1580/7 1582/1 1604/15 1604/24 1616/17 1616/25 1643/4 1644/12 1644/14 1644/16 1644/18 1692/3 1692/9 **THE COURT: [53]** 1580/21 1581/1 1581/4 1581/15 1582/4 1584/8 1584/10 1585/15 1586/16 1586/18 1587/17 1589/14 1589/17 1590/14 1591/1 1591/11 1593/2 1595/5 1602/8 1602/14 1602/22 1602/25 1604/3 1604/5 1604/7 1604/10 1605/4 1605/7 1606/11 1606/17 1609/20 1614/11 1614/16 1614/21 1615/21 1615/24 1616/1 1616/5 1616/8 1616/15 1642/24 1643/7 1643/12 1644/8 1644/10 1644/22 1684/13 1684/24 1685/2 1685/12 1691/10 1691/20 1692/6 **THE WITNESS: [17]** 1582/3 1582/5 1591/9 1591/15 1593/1 1605/2 1605/6 1606/16 1614/15 1614/20 1614/22 1616/3 1617/3 1649/12 1657/4 1669/10 1671/2 **THE WITNESS:   [4]** 1604/23 1604/23 1616/24 1616/24 **-** **-and [2]** 1577/5 1577/11 **-oOo [2]** 1580/2 1692/12 **/** **/s [1]** 1693/15 **1** **10 [2]** 1681/9 1681/21 **102 [1]** 1625/20 **103 [2]** 1647/8 1647/11 **104 [1]** 1648/5 **105 [1]** 1647/19 **11 [2]** 1635/13 1685/11 **11 Mareblu [22]** 1589/1 1592/23 1623/23 | 1623/24 1624/8 1624/16 1624/17 1625/6 1625/25 1627/9 1631/24 1632/6 1633/7 1638/4 1650/3 1652/10 1653/3 1653/11 1656/5 1679/5 1683/18 1683/20 **110 [1]** 1658/2 **110A [1]** 1653/14 **117 [1]** 1651/7 **119 [1]** 1651/15 **12 [1]** 1617/10 **125 [1]** 1625/20 **12:01 [1]** 1692/10 **12th [1]** 1577/6 **15 minutes [1]** 1643/3 **154 [2]** 1598/3 1660/22 **1576 [1]** 1576/19 **1581 [1]** 1578/3 **15th [3]** 1631/23 1632/7 1683/18 **16 [1]** 1602/6 **1600 [8]** 1576/21 1684/1 1684/11 1684/18 1684/24 1685/9 1693/3 1693/16 **1611 [3]** 1685/8 1685/10 1685/15 **1615 [1]** 1684/18 **1616 [2]** 1684/22 1684/25 **1617 [2]** 1684/22 1684/25 **1618 [1]** 1684/19 **1628 [4]** 1684/1 1684/11 1684/19 1684/25 **1683 [1]** 1578/4 **1693 [1]** 1576/19 **171 [2]** 1686/6 1686/11 **1782 [1]** 1576/24 **180 degrees [1]** 1597/18 **181 [1]** 1656/21 **183 [1]** 1657/11 **188 [1]** 1654/10 **189 [1]** 1654/20 **19-00047-JLS [1]** 1576/8 **191 [1]** 1655/7 **192 [1]** 1655/18 **1990s [1]** 1608/6 **1991 [1]** 1608/6 **1994 [1]** 1608/6 **1997 [1]** 1608/7 **1:15 [1]** 1691/25 **1:20 [1]** 1692/1 **1:30 [2]** 1692/2 1692/8 **1st [1]** 1576/22 **2** **2000 [1]** 1608/7 **2004 [1]** 1608/7 | **2005 [1]** 1608/7 **2010 [1]** 1608/8 **2011 [1]** 1608/8 **2013 [1]** 1619/14 **2017 [1]** 1619/16 **2018 [5]** 1623/6 1631/23 1632/7 1632/7 1683/18 **2019 [2]** 1592/19 1619/17 **2022 [3]** 1576/17 1580/1 1693/10 **210A [4]** 1653/14 1653/15 1653/23 1654/5 **213-894-1782 [1]** 1576/24 **2232 [2]** 1587/19 1588/2 **2233 [1]** 1583/3 **2235 [3]** 1586/14 1586/18 1586/19 **2236 [3]** 1585/12 1585/15 1585/16 **232 [3]** 1658/15 1658/18 1658/20 **24 [1]** 1632/13 **241 [1]** 1658/25 **242 [1]** 1665/24 **243 [1]** 1661/10 **247 [1]** 1660/15 **24th [1]** 1632/7 **25 [5]** 1656/6 1656/16 1656/24 1657/22 1658/5 **254 [2]** 1593/12 1664/3 **255 [1]** 1594/17 1597/11 1665/10 **26 [8]** 1596/15 1596/16 1601/2 1603/7 1642/14 1659/19 1659/22 1667/12 **260 [2]** 1592/22 1673/3 **262 [1]** 1673/21 **264 [1]** 1674/6 **265 [1]** 1674/25 **266 [1]** 1671/13 **267 [1]** 1672/9 **268 [1]** 1674/13 **269 [1]** 1675/22 **27 [2]** 1652/12 1654/8 **270 [1]** 1627/21 **272 [1]** 1672/19 **28 [7]** 1638/18 1645/1 1645/13 1650/6 1651/1 1651/5 1693/4 **29 [3]** 1576/17 1580/1 1693/10 **2:00 [1]** 1631/11 **3** **30 [6]** 1605/18 1611/17 1633/2 1646/15 1646/18 1647/6 | **300 [2]** 1599/20 1603/7 **302 [3]** 1590/12 1590/19 1591/18 **304A [1]** 1652/1 **304B [1]** 1682/8 **304C [2]** 1680/17 1680/20 **30th [1]** 1592/19 **31 [5]** 1676/22 1679/14 1680/15 1681/7 1686/1 **312 [1]** 1577/6 **313 [3]** 1640/18 1646/4 1646/8 **315 [3]** 1641/8 1641/13 1641/17 **316 [3]** 1642/22 1645/2 1645/3 **316's [1]** 1645/4 **317 [2]** 1645/9 1645/17 **32 [4]** 1663/10 1688/18 1688/21 1688/22 **321 [1]** 1577/10 **329 [1]** 1668/2 **33 [4]** 1640/8 1640/17 1645/19 1645/22 **330A [1]** 1668/18 **330B [1]** 1669/16 **330C [1]** 1660/9 **34 [9]** 1662/16 1662/20 1662/22 1662/23 1663/5 1663/9 1663/21 1663/25 1664/2 **346 [1]** 1659/8 **349B [1]** 1686/15 **35 [1]** 1642/11 **350 [1]** 1576/22 **353 [1]** 1678/15 **354 [1]** 1677/11 **355 [1]** 1677/19 **360 degrees [4]** 1599/2 1599/7 1599/16 1599/17 **3:00 [1]** 1631/11 **4** **40 [4]** 1607/15 1618/14 1621/2 1633/2 **411 [2]** 1577/4 1577/11 **4311 [1]** 1576/23 **438 [1]** 1648/15 **45 [3]** 1593/20 1594/1 1595/12 **47 [1]** 1580/14 **6** **6:00 [1]** 1632/21 **7** **7 percent [1]** 1683/9 **7110 [1]** 1577/11 **753 [1]** 1693/4 **7A [1]** 1683/13 |

**8**

**82 [5]** 1684/3 1684/5
1684/11 1684/20
1685/3

**9**

**900 [1]** 1681/1
**90012 [3]** 1576/23
1577/6 1577/10
**901 [2]** 1682/22
1686/23
**92701 [2]** 1577/5
1577/12
**9:03 [2]** 1576/17
1580/1
**9:45 [1]** 1624/9
**9:45 p.m [1]** 1624/2

**A**

**a.m [3]** 1576/17 1580/1
1632/21
**able [33]** 1618/1
1625/11 1625/12
1626/14 1627/15
1627/16 1628/6
1629/13 1634/14
1635/25 1637/23
1638/2 1638/12
1638/13 1638/25
1642/9 1642/16
1665/20 1666/12
1670/10 1670/17
1670/18 1670/22
1671/4 1671/5 1671/6
1671/10 1675/16
1675/19 1678/7 1678/9
1683/7 1689/15
**aboard [1]** 1606/7
**about [55]** 1581/8
1581/11 1581/17
1582/11 1582/12
1582/15 1582/24
1585/4 1586/7 1586/12
1588/19 1588/20
1590/12 1592/22
1593/8 1594/20
1596/13 1598/1
1598/10 1600/1
1600/16 1600/18
1601/13 1603/5
1603/16 1603/18
1603/23 1604/20
1613/14 1615/5 1616/5
1616/21 1626/6
1630/22 1632/4
1632/21 1633/2
1637/15 1637/16
1639/11 1648/21
1653/12 1656/1 1662/6
1664/19 1666/23
1667/22 1669/25
1680/1 1680/1 1680/23
1681/17 1689/3 1691/1
1691/23

**above [14]** 1595/22
1597/8 1597/16 1598/7
1598/11 1598/14
1599/18 1615/7
1615/18 1639/8
1639/18 1652/22
1654/5 1693/7
**above-entitled [1]**
1693/7
**absolutely [1]** 1679/11
**AC [3]** 1582/24
1584/20 1603/13
**academic [1]** 1606/25
**academy [2]** 1606/6
1607/20
**accident [1]** 1627/13
**accidental [1]** 1581/12
**account [1]** 1598/7
**accuracy [1]** 1583/18
**accurate [5]** 1584/2
1597/2 1597/3 1601/11
1642/9
**accurately [1]** 1594/5
**across [4]** 1633/4
1645/15 1646/19
1679/4
**acting [1]** 1608/10
**actual [1]** 1629/22
**actually [36]** 1585/6
1597/10 1601/25
1619/18 1623/12
1629/23 1633/8
1633/11 1633/19
1634/7 1638/24 1639/6
1639/7 1645/16 1647/2
1648/22 1648/24
1650/21 1655/25
1658/22 1659/5
1659/13 1660/19
1661/1 1661/3 1661/18
1662/12 1664/9
1668/10 1668/11
1670/11 1672/1
1672/25 1675/6 1682/9
1684/22
**addition [3]** 1598/21
1619/8 1620/9
**additional [2]** 1619/5
1620/10
**adhering [1]** 1581/19
**adjacent [1]** 1666/5
**admissible [1]** 1684/6
**admission [1]** 1684/24
**admit [3]** 1586/14
1684/7 1684/10
**admitted [70]** 1583/3
1585/11 1585/15
1586/18 1625/19
1627/20 1638/17
1640/8 1640/18 1641/7
1642/22 1645/8
1645/18 1646/15
1647/7 1647/18 1648/4
1648/14 1650/7 1651/6

1651/14 1651/25
1652/12 1654/10
1654/19 1655/6
1655/17 1656/6
1656/21 1657/10
1658/15 1658/24
1659/7 1659/19 1660/8
1660/14 1660/21
1661/9 1662/15 1664/3
1665/10 1665/23
1667/11 1668/1
1668/17 1669/15
1671/12 1672/8
1672/18 1673/2
1673/20 1674/5
1674/12 1674/24
1675/21 1676/22
1677/10 1677/18
1678/14 1679/13
1680/16 1681/1 1682/7
1682/21 1684/14
1685/2 1685/25
1686/15 1686/22
1688/17
**adopts [1]** 1584/14
**advance [3]** 1618/10
1618/13 1621/23
**advance-level [2]**
1618/13 1621/23
**advanced [3]** 1619/1
1621/16 1621/22
**afforded [1]** 1618/12
**Afghanistan [3]**
1607/21 1608/8 1612/3
1639/7 1645/16 1647/2
**after [17]** 1592/22
1606/7 1607/19
1617/16 1617/19
1617/21 1621/21
1622/22 1631/5
1651/22 1659/14
1670/19 1671/3 1671/5
1683/1 1687/5 1691/11
**again [33]** 1583/2
1587/18 1598/3
1599/23 1603/22
1624/20 1639/1
1642/11 1644/19
1645/14 1649/6
1649/16 1650/6
1650/10 1650/23
1651/19 1653/19
1655/1 1663/3 1663/15
1666/7 1667/12 1668/6
1668/8 1674/10
1679/14 1681/7
1684/14 1686/1 1689/6
1691/7 1691/25 1692/7
**against [1]** 1612/21
**agency [3]** 1617/23
1617/25 1620/15
**agent [29]** 1577/18
1580/20 1592/4
1596/25 1617/7 1617/8
1617/17 1618/1

1625/24 1627/24
1635/20 1636/24
1636/25 1638/21
1640/22 1641/13
1641/17 1643/17
1644/25 1645/12
1651/10 1652/15
1656/9 1659/4 1664/7
1665/7 1682/12 1685/5
1688/21
**Agent Marriott [11]**
1641/17 1644/25
1651/10 1652/15
1656/9 1659/4 1664/7
1665/7 1682/12 1685/5
1688/21
**agent's [1]** 1643/23
**agents [6]** 1618/7
1619/3 1620/8 1620/22
1624/19 1687/6
**ahead [6]** 1625/15
1641/9 1646/11
1649/14 1663/5 1672/3
**air [1]** 1614/2
**Airport [1]** 1617/17
**ALEX [1]** 1577/9
**Aliso [2]** 1623/7
1623/24
**Aliso Viejo [2]** 1623/7
1623/24
**all [65]** 1580/3 1580/7
1581/4 1581/9 1589/17
1591/11 1593/12
1598/22 1600/11
1602/2 1606/11
1607/24 1609/20
1614/21 1615/19
1615/21 1616/8
1616/15 1618/10
1618/11 1619/3
1619/25 1620/1 1620/2
1620/4 1621/7 1626/21
1628/7 1630/2 1631/16
1633/15 1634/3 1634/4
1634/8 1635/5 1635/9
1636/18 1636/21
1643/4 1643/13
1644/14 1644/18
1650/13 1651/12
1655/2 1659/14
1659/16 1664/12
1666/21 1667/20
1670/4 1670/8 1671/10
1676/7 1676/9 1676/12
1678/3 1678/6 1683/16
1684/6 1684/13
1688/15 1691/20
1692/3 1692/6
**alleyway [9]** 1639/10
1650/20 1651/19
1652/5 1652/8 1653/5
1664/10 1676/1 1677/1
**allow [3]** 1643/2
1643/25 1691/23

**allowed [1]** 1609/21
**almost [4]** 1642/20
1647/13 1655/14
1666/16
**along [1]** 1685/2
**ALPHABETICAL [1]**
1578/12
**already [8]** 1583/3
1585/13 1624/5
1624/12 1624/18
1624/19 1651/23
1656/17
**also [69]** 1577/15
1580/24 1586/23
1589/10 1598/7
1606/13 1606/22
1607/8 1610/9 1610/15
1610/18 1615/11
1620/3 1620/3 1620/6
1620/13 1621/23
1622/18 1622/22
1622/25 1623/4
1624/25 1625/6 1627/8
1630/21 1631/13
1631/20 1633/12
1633/24 1634/22
1635/21 1636/13
1636/15 1637/7
1643/23 1648/20
1652/25 1653/3 1653/8
1653/17 1653/25
1658/20 1659/25
1660/5 1660/5 1661/22
1663/21 1664/18
1670/15 1671/21
1671/24 1673/17
1674/21 1675/14
1678/23 1679/1 1680/8
1682/1 1682/4 1682/5
1682/17 1682/18
1687/25 1688/6
1689/18 1689/24
1690/1 1690/25 1691/3
**always [5]** 1620/13
1630/4 1630/5 1633/19
1676/2
**am [3]** 1617/23
1629/18 1642/21
**AMERICA [1]** 1576/6
1580/14
**American [1]** 1606/1
**ammonium [1]** 1612/3
**amongst [1]** 1608/16
**amount [12]** 1612/22
1618/25 1635/4 1639/9
1640/2 1650/21 1666/4
1666/18 1668/25
1672/3 1679/3 1691/18
**amputated [1]** 1615/8
**AMY [1]** 1577/15
**Ana [3]** 1577/5 1577/12
1643/16
**analysis [1]** 1685/19
**Angeles [10]** 1576/15

**A**

**Angeles... [9]** 1576/23
1577/6 1577/10 1580/1
1617/17 1617/22
1618/14 1621/2 1621/6
**ANNAMARTINE [2]**
1577/2 1580/18
**Annamartine Salick [1]**
1580/18
**Annapolis [1]** 1606/6
**another [11]** 1585/4
1586/7 1586/12
1587/22 1613/6 1628/3
1661/1 1665/13 1666/2
1672/13 1673/19
**answer [2]** 1616/6
1691/11
**any [24]** 1581/7 1581/8
1581/10 1595/20
1601/18 1605/4
1605/22 1606/25
1608/12 1611/6
1611/10 1611/11
1631/17 1631/23
1631/25 1632/1 1633/2
1633/8 1634/2 1643/22
1677/8 1683/24
1687/19 1691/23
**anyone [6]** 1581/16
1643/2 1643/2 1688/1
1691/22 1691/23
**anything [11]** 1588/19
1593/2 1593/21
1599/11 1602/25
1604/3 1621/8 1675/5
1683/7 1688/12
1688/14
**apart [1]** 1666/21
**apologies [1]** 1684/21
**apparently [1]** 1597/20
**appear [3]** 1665/2
1674/21 1674/21
**appearances [2]**
1577/1 1580/16
**appeared [4]** 1602/18
1655/15 1682/1 1682/4
**appears [8]** 1585/23
1586/1 1595/3 1595/9
1595/17 1649/3
1650/15 1671/21
**applies [1]** 1684/2
**appointments [1]**
1606/25
**approach [4]** 1584/7
1587/15 1590/12
1590/25
**approaches [1]** 1583/9
**approaching [2]**
1587/19 1591/2
**approved [2]** 1583/16
1587/13
**approximate [3]**
1611/14 1622/2 1640/1

**approximately [8]**
1600/17 1603/20
1619/13 1621/25
1624/1 1632/6 1632/25
1649/2
**are [73]** 1582/16
1584/11 1584/15
1586/13 1598/23
1599/23 1600/9
1600/18 1603/12
1604/10 1605/4
1605/22 1606/2 1607/2
1612/8 1613/15 1616/1
1616/20 1618/10
1620/22 1621/15
1622/6 1628/4 1629/10
1629/16 1629/19
1630/4 1630/6 1633/18
1636/2 1636/8 1637/10
1637/13 1637/14
1637/20 1639/4 1641/3
1641/3 1641/21
1642/16 1642/18
1648/11 1650/10
1651/21 1653/24
1659/3 1667/4 1670/17
1670/18 1671/18
1671/18 1674/22
1676/7 1676/8 1680/21
1683/7 1683/19
1683/22 1684/16
1685/12 1685/15
1687/18 1687/22
1688/4 1688/7 1689/3
1689/9 1689/13
1689/23 1691/9
1691/13
**area [115]** 1584/22
1584/23 1584/24
1584/25 1585/1 1587/1
1593/16 1593/19
1593/25 1594/2 1594/4
1594/5 1594/24 1595/2
1595/12 1595/18
1595/18 1595/23
1595/23 1596/10
1596/12 1596/24
1597/8 1597/23 1598/1
1600/16 1600/19
1600/21 1600/22
1603/15 1603/24
1603/25 1613/4 1621/5
1621/9 1625/18 1626/4
1626/5 1627/15 1631/2
1631/4 1634/10
1638/16 1639/15
1640/14 1642/8
1643/25 1646/8
1646/10 1646/11
1646/23 1647/3
1647/25 1648/25
1649/19 1649/22
1649/25 1650/21

1651/1 1657/2 1661/2
1661/22 1661/25
1662/4 1662/5 1662/7
1663/15 1663/22
1664/1 1664/7 1664/13
1664/16 1664/19
1664/20 1665/6
1665/13 1665/19
1666/6 1666/9 1666/20
1666/24 1667/3 1667/9
1667/20 1668/8
1669/13 1669/21
1669/25 1670/9
1670/10 1670/23
1671/7 1671/8 1671/20
1671/25 1672/23
1672/24 1675/4 1675/5
1675/9 1675/16
1676/10 1676/12
1679/22 1679/23
1680/3 1682/2 1688/3
1689/9 1689/12
1689/15 1690/21
1690/23 1691/4 1691/7
**areas [8]** 1609/22
1633/21 1650/25
1666/5 1666/24
1667/19 1676/16
1679/1
**armament [1]** 1611/24
**armed [5]** 1608/2
1608/9 1608/20 1609/9
1612/10
**around [21]** 1593/21
1595/12 1595/25
1596/25 1598/2
1611/17 1625/6 1625/9
1625/16 1625/18
1626/16 1626/22
1638/25 1649/3
1658/11 1663/15
1676/10 1682/14
1686/8 1688/3 1691/18
**arrive [4]** 1624/1
1625/3 1632/20
1636/25
**arrived [14]** 1623/20
1624/4 1624/7 1624/9
1624/16 1624/17
1625/1 1625/2 1625/7
1625/10 1626/1
1631/24 1631/24
1650/3
**arriving [2]** 1581/4
1620/22
**articles [1]** 1609/11
**as [116]** 1581/5
1581/16 1583/23
1584/1 1584/12 1585/9
1587/22 1591/4 1591/7
1591/24 1593/9
1594/21 1594/25
1594/25 1595/1 1595/1
1595/3 1597/19

1597/22 1598/6
1599/14 1599/18
1600/16 1601/7
1601/14 1601/19
1602/15 1602/15
1606/17 1607/24
1607/25 1608/10
1608/24 1609/3
1609/16 1611/3 1613/8
1614/6 1614/25
1615/11 1617/15
1617/17 1617/23
1617/25 1618/15
1618/15 1618/16
1618/18 1619/19
1619/21 1619/24
1620/3 1620/4 1620/22
1620/23 1620/25
1621/22 1621/22
1622/1 1622/3 1624/12
1624/12 1624/22
1624/22 1625/14
1625/16 1625/16
1627/1 1627/1 1631/18
1631/18 1633/13
1633/14 1633/23
1634/6 1634/6 1635/3
1635/17 1636/9
1636/12 1638/14
1640/14 1640/15
1641/5 1647/4 1647/4
1651/20 1651/20
1653/24 1655/5 1656/3
1656/3 1656/15
1662/11 1663/16
1663/22 1665/1 1666/9
1671/9 1671/9 1671/17
1674/21 1677/15
1677/16 1677/23
1677/23 1682/16
1682/16 1683/17
1683/21 1683/23
1684/11 1684/11
1684/16 1690/1 1691/4
**aside [1]** 1591/5
**ask [7]** 1581/10 1585/4
1606/12 1614/18
1653/12 1653/19
1685/7
**asked [6]** 1593/8
1600/1 1601/13
1601/15 1601/18
1681/13
**asking [1]** 1602/14
**assign [1]** 1635/16
**assigned [3]** 1617/16
1617/23 1617/25
**assignment [1]** 1673/8
**assignments [1]**
1617/13
**assist [6]** 1619/7
1620/8 1633/4 1634/2
1634/14 1634/15
**ASSISTANT [1]** 1577/3

**associated [1]** 1606/22
**assuming [1]** 1583/23
**at [132]**
**attention [4]** 1640/5
1650/5 1676/19
1687/13
**ATTORNEY [1]** 1577/1
**ATTORNEYS [1]**
1577/3
**Austin [1]** 1622/18
1622/21 1622/22
**authored [1]** 1583/12
**authority [1]** 1624/22
**autopsy [3]** 1610/4
1610/7 1611/1
**award [1]** 1608/19
**awards [3]** 1608/12
1608/14 1608/17
**aware [1]** 1687/6
**away [7]** 1583/6
1583/22 1594/24
1595/2 1624/13
1655/15 1670/14
**awning [6]** 1630/21
1651/2 1651/10
1651/13 1651/20
1661/16

**B**

**back [30]** 1598/24
1601/2 1623/17
1623/18 1623/20
1625/17 1627/17
1630/17 1632/20
1635/9 1641/9 1641/14
1642/6 1643/3 1643/8
1644/7 1646/2 1646/20
1647/25 1661/14
1661/15 1663/3
1669/22 1671/7
1672/23 1673/9
1673/17 1689/6
1690/14 1691/25
**background [1]** 1606/5
**Bar [1]** 1622/9
**base [1]** 1680/6
**based [9]** 1581/6
1583/24 1586/5
1614/24 1615/10
1624/23 1630/8 1665/5
1687/3
**basic [2]** 1621/13
1633/22
**basically [1]** 1612/22
**basis [1]** 1632/25
**batteries [2]** 1612/6
1634/19
**battery [12]** 1582/25
1583/6 1584/20 1600/2
1600/2 1600/5 1600/8
1600/9 1600/14
1601/10 1603/13
1688/15
**battlefield [2]** 1609/1

**B**

**battlefield... [1]**
1609/17

**be [112]** 1580/5
1580/13 1582/19
1584/18 1585/5
1586/13 1589/16
1590/11 1590/24
1594/7 1595/9 1597/18
1597/19 1598/18
1599/8 1599/12
1603/23 1604/5 1604/7
1604/15 1604/21
1604/24 1606/13
1606/14 1609/21
1612/3 1612/4 1612/5
1612/19 1613/21
1613/25 1614/1 1614/8
1614/9 1615/24
1616/18 1616/22
1616/25 1618/1 1619/1
1620/1 1620/12
1620/14 1620/16
1620/19 1620/20
1622/8 1624/22
1626/14 1628/3 1628/4
1629/13 1630/10
1630/14 1631/2 1631/3
1631/6 1634/9 1634/13
1634/13 1634/14
1635/5 1635/7 1636/6
1636/22 1637/7
1637/23 1639/2 1639/4
1639/10 1639/20
1642/8 1643/3 1643/14
1644/16 1644/21
1649/3 1650/15 1652/8
1653/16 1665/2
1666/12 1667/4 1667/5
1667/7 1670/18
1670/22 1671/21
1672/1 1672/6 1672/24
1673/8 1673/9 1673/9
1673/12 1674/20
1674/21 1675/13
1675/16 1675/19
1678/7 1678/8 1678/10
1682/1 1682/4 1684/14
1685/2 1685/5 1688/12
1688/14 1688/15
1689/25

**BEAL [3]** 1576/9
1580/15 1580/24

**beautiful [1]** 1592/16

**became [5]** 1617/19
1617/21 1619/16
1619/18 1623/12

**because [19]** 1582/19
1584/16 1587/3 1587/3
1606/14 1613/23
1614/12 1618/24
1627/5 1632/16
1633/12 1637/21

1643/18 1648/2
1650/19 1678/2 1679/9
1689/14 1690/11

**become [4]** 1619/15
1623/6 1623/10
1672/14

**becomes [2]** 1638/12
1681/19

**been [38]** 1582/1
1582/20 1583/3
1585/23 1586/1 1586/4
1587/6 1593/18
1594/24 1595/8
1595/15 1595/18
1605/17 1607/5 1617/9
1617/10 1623/15
1626/13 1630/8 1631/2
1651/23 1651/24
1652/23 1654/18
1655/14 1659/15
1660/20 1669/4
1673/11 1673/14
1678/5 1678/13
1678/21 1683/1
1683/17 1683/24
1687/5 1687/22

**been -- it [1]** 1655/14

**before [21]** 1581/16
1604/20 1606/23
1608/21 1613/23
1616/21 1629/3
1631/25 1635/19
1642/24 1644/7
1644/25 1650/22
1656/1 1660/20
1662/20 1669/1
1675/18 1687/25
1688/1 1688/5

**began [2]** 1617/15
1626/20

**begin [3]** 1620/24
1626/4 1626/5

**beginnings [1]**
1661/18

**behalf [2]** 1580/18
1580/23

**behind [3]** 1604/16
1616/17 1685/6

**being [12]** 1607/19
1607/20 1611/3
1633/14 1634/8 1638/2
1662/11 1663/16
1668/23 1670/16
1673/15 1689/15

**believe [8]** 1594/15
1596/16 1606/20
1645/15 1662/25
1678/8 1678/12 1685/6

**believed [2]** 1595/7
1595/20

**bell [1]** 1589/22

**below [2]** 1642/20
1655/3

**Bernardino [1]** 1622/8

**besides [1]** 1618/9

**best [4]** 1614/20
1630/13 1656/15
1666/9

**better [4]** 1594/8
1594/11 1668/6
1675/11

**between [3]** 1650/12
1683/14 1691/25

**big [2]** 1625/18 1627/1

**bigger [1]** 1670/15

**biggest [1]** 1598/13

**bit [17]** 1582/9 1582/10
1594/1 1594/20
1596/13 1598/1
1598/10 1606/14
1615/5 1619/5 1630/20
1632/4 1633/19 1638/1
1662/3 1664/23
1665/14

**bite [1]** 1638/11

**black [3]** 1682/4
1682/18 1682/20

**blackened [1]** 1596/12

**blank [7]** 1629/16
1629/20 1629/22
1630/4 1630/6 1630/14
1631/7

**blast [65]** 1594/22
1595/19 1597/5 1597/7
1598/2 1598/7 1598/12
1598/24 1600/17
1600/21 1601/6 1601/7
1612/18 1612/18
1612/19 1612/20
1613/1 1613/7 1613/8
1613/10 1613/18
1613/19 1613/22
1613/22 1613/23
1613/25 1614/1 1614/1
1614/2 1614/3 1615/4
1615/9 1621/21
1622/25 1623/3
1630/18 1631/3
1632/22 1634/4 1635/1
1637/11 1638/4
1640/12 1640/25
1643/18 1643/19
1652/22 1656/2 1662/8
1662/11 1663/17
1663/22 1664/14
1664/21 1666/25
1667/2 1667/10
1669/13 1679/1
1683/19 1687/16
1688/6 1688/6 1691/5
1691/18

**blew [1]** 1639/1

**blocked [2]** 1613/6
1648/2

**blocking [1]** 1648/11

**blood [1]** 1621/19

**blown [1]** 1677/2

**blown-up [1]** 1677/2

**blue [3]** 1645/24
1689/12 1689/13

**Board [1]** 1606/1

**boat [1]** 1622/10

**body [18]** 1615/6
1615/7 1615/16
1628/15 1628/17
1628/20 1629/1 1630/1
1630/17 1631/8
1631/20 1632/1
1679/25 1680/3 1680/6
1680/8 1680/22
1690/25

**bomb [35]** 1582/20
1582/22 1586/1 1592/4
1594/15 1596/19
1598/25 1599/23
1601/16 1601/20
1612/13 1612/14
1615/12 1633/18
1633/24 1634/2 1634/5
1634/6 1634/7 1634/9
1634/11 1634/15
1634/22 1635/2 1635/6
1635/9 1637/19
1661/23 1662/6
1662/11 1663/16
1663/22 1666/18
1671/9 1687/23

**bomber [1]** 1622/19

**bombing [4]** 1623/7
1677/8 1687/17
1689/23

**bombings [1]** 1622/12

**bombs [2]** 1611/25
1634/8

**boom [1]** 1687/19

**Borderline [1]** 1622/9

**bore [1]** 1615/17

**Bosnia [1]** 1608/6

**both [4]** 1597/17
1610/12 1644/1
1675/13

**bottom [10]** 1586/8
1588/1 1593/18
1652/17 1653/11
1653/16 1653/17
1683/5 1689/11
1689/22

**bounced [2]** 1655/14
1655/15

**boundaries [2]**
1638/22 1639/13

**box [6]** 1600/23
1600/24 1628/2 1685/7
1685/13 1689/12

**boxes [4]** 1641/25
1642/2 1685/6 1689/1

**branch [1]** 1607/12

**break [7]** 1581/18
1642/25 1644/25
1666/24 1691/11
1691/21 1691/24

**brief [4]** 1596/2 1596/7

1596/10 1610/23

**briefly [5]** 1593/3
1605/14 1606/5
1608/14 1612/15

**bring [3]** 1597/10
1671/24 1675/5

**Bronze [1]** 1608/16

**brought [2]** 1635/17
1678/6

**brown [1]** 1673/11

**brunt [1]** 1615/17

**bucket [3]** 1666/20
1670/9 1670/11

**buckets [4]** 1671/18
1673/9 1674/10 1676/4

**building [37]** 1583/10
1599/4 1623/24 1625/7
1625/11 1625/12
1625/14 1626/1 1626/6
1626/7 1626/12
1628/23 1628/24
1639/5 1639/8 1639/20
1640/13 1641/6 1645/6
1645/7 1646/20
1647/15 1647/16
1648/1 1648/11
1648/22 1649/1
1650/11 1650/12
1650/13 1650/22
1652/10 1652/16
1655/5 1656/5 1656/11
1688/23

**built [2]** 1622/16
1634/9

**bulbs [2]** 1612/7
1674/19

**bulge [1]** 1598/14

**bullet [1]** 1588/4

**bullets [1]** 1611/25

**bureau [1]** 1618/8

**burned [1]** 1597/23

**burns [2]** 1614/9
1615/8

**bushes [1]** 1649/4

**but [56]** 1584/14
1584/22 1589/3
1594/25 1596/8
1596/10 1597/21
1599/5 1599/12
1599/16 1602/9
1604/21 1611/2 1612/4
1612/8 1612/22
1613/19 1616/22
1618/7 1619/4 1620/13
1620/22 1621/18
1624/10 1624/18
1630/23 1631/16
1631/24 1636/15
1637/22 1638/10
1647/13 1648/3
1648/24 1652/21
1655/2 1658/21
1659/13 1661/1
1664/24 1665/1 1667/4

**B**

**but... [14]** 1668/10
1668/25 1670/19
1672/16 1675/18
1676/2 1678/8 1678/11
1683/25 1687/23
1688/6 1689/24 1690/6
1690/12
**Butter [3]** 1685/23
1686/12 1686/20

**C**

**C-o-v-e-y [1]** 1605/3
**CA [1]** 1576/23
**CALIFORNIA [16]**
1576/2 1576/15 1577/5
1577/6 1577/10
1577/12 1580/1
1589/24 1590/20
1592/10 1605/21
1606/3 1607/4 1607/6
1623/8 1623/24
**call [6]** 1604/12 1616/9
1619/6 1634/12 1635/9
1647/13
**called [10]** 1584/24
1599/9 1600/9 1600/10
1626/20 1633/3
1635/14 1637/7
1639/19 1666/20
**calls [3]** 1604/13
1616/11 1620/6
**came [15]** 1596/20
1598/24 1626/11
1626/18 1638/15
1638/24 1641/14
1648/13 1650/20
1667/9 1674/3 1679/4
1687/10 1689/16
1690/6
**camera [2]** 1610/23
1621/18
**can [106]** 1588/23
1590/17 1591/25
1593/15 1594/20
1595/10 1595/18
1596/19 1597/2
1597/20 1598/21
1603/19 1606/5
1606/13 1608/14
1611/22 1612/15
1612/18 1612/19
1612/20 1613/14
1613/19 1613/20
1614/3 1614/5 1615/5
1620/13 1621/10
1622/14 1627/3 1627/6
1627/18 1627/21
1628/1 1628/9 1628/20
1629/5 1629/23
1629/25 1630/10
1630/11 1630/13
1630/14 1630/15
1630/18 1630/25

1633/6 1633/12
1635/11 1636/12
1636/13 1637/23
1639/15 1643/8
1643/12 1643/13
1643/16 1643/19
1645/6 1645/16
1646/11 1646/24
1647/16 1648/19
1648/20 1648/24
1649/10 1649/14
1651/20 1653/2 1655/2
1655/4 1655/24 1656/2
1656/15 1657/1
1658/20 1658/21
1659/16 1661/3
1661/19 1661/25
1662/10 1662/12
1663/21 1664/16
1664/23 1665/6 1666/7
1666/8 1669/21 1670/3
1670/25 1671/17
1672/13 1672/25
1673/11 1675/6 1676/1
1676/7 1679/10
1679/12 1681/11
1689/22 1690/18
1690/21
**can't [9]** 1584/16
1626/11 1630/11
1630/15 1631/1
1637/25 1673/13
1690/10 1690/12
**canister [1]** 1691/16
**cannot [1]** 1613/21
**cans [1]** 1679/9
**Canyon [1]** 1592/17
**capable [1]** 1619/24
**capacity [1]** 1607/23
**Captain [1]** 1608/23
**capture [1]** 1627/17
**capturing [1]** 1636/8
**car [4]** 1590/23
1592/13 1592/15
1627/13
**care [4]** 1620/1 1621/9
1626/15 1645/15
**career [3]** 1608/24
1617/13 1617/15
**carefully [1]** 1581/19
**Carlsbad [1]** 1621/7
**carpet [5]** 1595/8
1595/9 1595/13
1595/15 1595/21
**cars [3]** 1592/9
1592/19 1624/11
**case [31]** 1578/3
1581/6 1581/8 1581/11
1581/12 1581/24
1588/25 1589/4
1601/14 1601/14
1601/16 1610/1
1610/19 1610/21
1611/7 1611/12

1614/25 1615/11
1620/8 1620/22
1622/11 1624/18
1629/24 1635/20
1636/24 1636/25
1643/2 1643/17 1687/6
1691/22 1691/24
**casebook [3]** 1635/14
1635/19 1681/17
**catch [1]** 1596/9
**category [2]** 1687/21
1690/1
**cause [9]** 1604/20
1613/19 1614/25
1616/21 1635/7
1687/20 1687/23
1688/13 1688/13
**caused [7]** 1609/4
1609/7 1609/18
1613/15 1615/8
1648/25 1688/6
**causes [2]** 1612/15
1612/17
**CC [2]** 1656/24 1657/4
**ceiling [9]** 1598/22
1600/5 1657/8 1657/16
1659/17 1672/17
1676/13 1689/19
1689/25
**cellphone [1]** 1637/18
**center [4]** 1585/22
1605/20 1649/3 1662/3
**CENTRAL [1]** 1576/2
**certain [4]** 1601/15
1635/21 1636/15
1643/25
**CERTIFICATE [1]**
1693/1
**certified [2]** 1605/22
1634/3
**certify [1]** 1693/3
**chance [1]** 1591/17
**change [2]** 1613/6
1614/18
**changed [1]** 1683/24
**changes [1]** 1591/13
**char [1]** 1596/10
**charge [2]** 1607/20
1632/23
**charges [1]** 1600/8
**charring [5]** 1595/20
1595/22 1595/23
1595/24 1596/1
**check [2]** 1643/10
1676/3
**chemical [1]** 1612/17
**CHIEF [2]** 1578/3
1581/24
**Chiefs [1]** 1608/17
**chiropractic [1]**
1664/11
**chiropractic's [1]**
1667/25
**chiropractor [1]**

1669/22
**chiropractor's [1]**
1661/6
**Chocolate [3]** 1685/22
1686/12 1686/19
**Chris [2]** 1583/9
1584/2
**Chris Jensen [1]**
1583/9
**Christmas [1]** 1612/6
**CHRONOLOGICAL [1]**
1578/5
**circle [24]** 1594/5
1594/11 1594/14
1596/25 1597/24
1601/2 1613/12
1639/21 1646/11
1649/2 1649/14 1658/8
1658/11 1661/25
1662/2 1662/12
1663/13 1663/15
1664/1 1664/18
1681/11 1682/14
1686/8 1690/21
**circled [1]** 1665/7
**circular [1]** 1595/22
**circumference [1]**
1600/18
**clarification [1]**
1607/25
**clarify [4]** 1588/13
1597/11 1601/24
1603/5
**clean [1]** 1672/14
**clear [5]** 1584/19
1635/10 1650/21
1667/12 1671/4
**cleared [14]** 1594/2
1594/24 1595/2
1595/12 1595/23
1651/23 1651/24
1659/15 1662/4
1663/12 1669/1 1669/4
1669/21 1671/5
**cleared-out [1]** 1662/4
**clearer [1]** 1675/11
**Clearing [1]** 1668/23
**climb [1]** 1630/20
**clockwise [2]** 1663/2
1663/6
**close [8]** 1582/20
1587/7 1594/16
1615/15 1631/3
1637/21 1650/15
1650/16
**closer [2]** 1659/12
1669/20
**closer-up [1]** 1669/20
**cloth [3]** 1595/13
1595/14 1595/15
**clothing [5]** 1680/8
1680/12 1680/13
1680/21 1681/5
**Club [1]** 1622/23

1669/22
**chiropractor's [1]**
1661/6
**CM [1]** 1576/21
**Code [1]** 1693/4
**collect [8]** 1630/10
1630/11 1636/6
1636/13 1666/12
1666/14 1666/18
1679/9
**collected [8]** 1633/14
1636/15 1653/1
1664/22 1665/1 1665/3
1665/17 1666/19
**collecting [1]** 1681/20
**collection [6]** 1618/10
1619/3 1621/11
1621/14 1636/10
1637/10
**come [7]** 1580/13
1604/15 1619/6
1625/13 1627/2
1637/21 1691/25
**comforting [1]** 1598/19
**coming [5]** 1673/10
1674/11 1676/3 1676/5
1676/8
**commonly [1]** 1612/4
**communicating [1]**
1620/21
**company [1]** 1611/24
**comparison [2]** 1630/2
1637/21
**compensation [1]**
1611/6
**completed [1]** 1668/23
**completely [5]** 1584/2
1596/11 1598/15
1598/22 1689/25
**complies [7]** 1646/13
1649/15 1663/20
1663/24 1681/12
1686/10 1690/22
**components [2]**
1612/5 1634/17
**comprised [1]** 1621/3
**computer [4]** 1633/13
1635/15 1635/17
1636/23
**computers [1]** 1633/12
**concentric [1]** 1613/3
**concentrically [3]**
1613/3 1613/5 1613/11
**Conception [1]** 1622/9
**concerned [1]** 1630/22
**conclude [1]** 1687/3
**conclusion [2]** 1615/6
1668/23
**conclusively [1]**
1684/17
**concrete [10]** 1593/23
1593/24 1594/12
1594/21 1597/10
1597/14 1597/23
1664/24 1664/25
1668/25
**condition [6]** 1586/5

## C

**condition... [5]** 1587/3 1587/4 1587/6 1611/2 1683/23
**conduct [5]** 1620/19 1625/6 1629/15 1636/7 1666/6
**conducted [2]** 1622/3 1634/5
**conducting [1]** 1626/4
**cones [1]** 1624/11
**Conference [1]** 1693/9
**conferred [1]** 1684/9
**confirm [1]** 1590/24
**conflict [5]** 1608/2 1608/3 1608/10 1609/9 1612/10
**conformance [1]** 1693/8
**conjunction [1]** 1631/13
**connection [2]** 1610/1 1610/2
**consider [2]** 1614/16 1614/17
**considerable [1]** 1672/3
**considered [1]** 1688/15
**consistency [1]** 1665/5
**Constitution [1]** 1580/9
**consume [1]** 1596/11
**contact [1]** 1624/17
**contained [2]** 1657/22 1663/10
**container [4]** 1586/4 1685/23 1686/12 1687/19
**continue [2]** 1581/21 1644/22
**control [7]** 1629/16 1629/20 1629/25 1630/4 1630/6 1630/14 1631/7
**controlled [1]** 1599/6
**coordination [1]** 1620/14
**copy [1]** 1587/22
**cord [1]** 1612/7
**corner [9]** 1639/19 1642/19 1645/7 1645/14 1647/1 1647/2 1647/17 1652/17 1656/14
**coroner [5]** 1611/4 1624/25 1625/1 1625/3 1631/20
**coroner's [3]** 1631/13 1679/7 1679/10
**corps [1]** 1608/10
**correct [20]** 1582/21 1583/19 1587/4

1588/21 1589/11 1589/21 1592/17 1600/6 1603/23 1618/20 1634/18 1640/1 1641/23 1658/13 1660/7 1680/2 1680/24 1684/23 1689/5 1693/5
**correspond [7]** 1653/15 1653/23 1658/2 1667/19 1667/23 1681/22 1686/11
**corresponds [1]** 1597/23
**cotton [1]** 1691/14
**could [56]** 1585/11 1585/17 1586/4 1586/20 1587/6 1587/25 1590/11 1590/11 1590/24 1591/18 1595/8 1597/19 1598/17 1601/24 1603/9 1612/14 1613/21 1614/7 1614/8 1620/12 1625/13 1625/15 1627/2 1630/14 1631/19 1634/9 1634/12 1634/13 1635/5 1635/7 1650/22 1652/20 1658/8 1662/17 1663/15 1664/18 1666/9 1666/11 1667/8 1667/12 1669/5 1670/6 1672/4 1675/10 1678/4 1679/14 1684/22 1685/6 1686/1 1686/8 1686/24 1687/22 1687/23 1688/4 1688/14 1689/6
**couldn't [1]** 1665/4
**counsel [8]** 1580/16 1580/19 1580/24 1591/8 1591/13 1600/1 1602/13 1684/9
**counter [1]** 1617/15 1663/2 1663/6
**counter-clockwise [2]** 1663/2 1663/6
**counter-terrorism [1]** 1617/15
**country [1]** 1633/4
**County [2]** 1623/18 1623/21
**couple [1]** 1606/11
**course [3]** 1621/13 1623/13 1634/4
**courses [1]** 1609/13 1621/21 1621/22 1621/22 1621/23
**court [11]** 1576/1 1580/10 1604/16

1604/20 1606/15 1614/14 1616/17 1616/21 1644/12 1644/19 1692/9
**Courthouse [1]** 1576/22
**courtroom [6]** 1580/4 1581/7 1581/11 1643/5 1644/15 1692/4
**cover [1]** 1621/5
**covered [1]** 1595/12 1621/6
**covers [1]** 1621/6
**Covey [13]** 1604/13 1604/14 1605/2 1605/10 1608/24 1609/16 1609/24 1609/24 1611/1 1611/6 1613/14 1614/24 1615/10
**CRAIG [2]** 1577/9 1580/23
**Craig Harbaugh [1]** 1580/23
**create [1]** 1628/9
**created [3]** 1666/20 1667/17 1670/9
**crime [29]** 1619/24 1620/10 1620/11 1621/11 1621/25 1622/4 1622/7 1622/12 1622/17 1623/3 1623/22 1623/23 1628/14 1629/6 1629/8 1630/8 1630/9 1632/15 1632/20 1633/1 1633/8 1633/18 1636/9 1637/11 1637/15 1638/8 1638/22 1639/13 1678/1
**CRIMES [1]** 1577/2
**Critical [1]** 1617/22
**cross [8]** 1578/7 1578/14 1581/22 1582/7 1602/11 1602/15 1602/21 1615/22
**cross-examination [4]** 1581/22 1582/7 1602/11 1615/22
**CRR [1]** 1576/21
**CRR-CM [1]** 1576/21
**CSR [3]** 1576/21 1693/3 1693/16
**CUAUHTEMOC [1]** 1577/7
**CUNEO [3]** 1576/21 1693/3 1693/16
**Cup [1]** 1686/20
**cups [3]** 1605/5 1685/23 1686/12
**current [2]** 1606/25 1617/7
**currently [1]** 1617/23

**Curtis [1]** 1605/2
**cut [6]** 1638/10 1678/8 1678/10 1678/12 1678/19 1678/21
**cutting [1]** 1633/21

## D

**D.C [1]** 1617/23
**daily [1]** 1632/25
**damage [26]** 1593/24 1594/20 1598/7 1599/18 1612/15 1625/25 1626/12 1645/7 1648/24 1652/23 1652/25 1653/12 1655/4 1655/5 1655/16 1655/24 1656/2 1656/18 1657/5 1657/7 1657/15 1658/6 1658/8 1672/17 1677/15 1677/25
**damaged [7]** 1595/15 1595/16 1597/14 1649/4 1658/18 1660/6 1677/8
**Dana [3]** 1604/13 1604/14 1605/2
**Dana Curtis Covey [1]** 1605/2
**dark [6]** 1624/10 1683/9 1683/11 1685/22 1686/12 1686/19
**date [2]** 1683/23 1693/10
**dates [2]** 1683/18 1683/20
**day [24]** 1576/19 1618/9 1618/9 1618/23 1621/18 1621/19 1631/23 1631/25 1632/13 1632/21 1633/2 1633/2 1635/16 1636/16 1636/17 1636/19 1636/20 1637/5 1637/7 1645/15 1673/8 1679/6 1679/11 1679/12
**days [2]** 1592/22 1621/15
**deal [1]** 1595/19
**dealing [1]** 1631/12
**deals [1]** 1605/15
**debris [17]** 1625/13 1630/21 1640/3 1648/12 1650/20 1651/22 1651/24 1659/14 1659/16 1666/4 1666/21 1669/1 1670/14 1671/25 1674/10 1676/10 1676/17
**deceased [3]** 1610/5 1610/16 1615/1

**decide [1]** 1581/5
**decided [2]** 1618/8 1650/19
**deciding [1]** 1643/24
**deemed [1]** 1586/23
**Defendant [1]** 1576/10 1577/7
**DEFENDANT'S [1]** 1579/10
**DEFENDER [2]** 1577/8 1577/15
**defense [7]** 1583/2 1585/12 1586/14 1587/18 1596/14 1600/1 1602/13
**Defense Exhibit 2235 [1]** 1586/14
**definitive [1]** 1639/3
**degrees [5]** 1597/18 1599/2 1599/7 1599/16 1599/17
**Delco [5]** 1582/25 1584/20 1600/2 1601/10 1603/13
**delineate [1]** 1661/20
**depend [1]** 1613/16
**depends [3]** 1612/22 1636/16 1675/15
**depict [11]** 1611/1 1611/2 1625/24 1646/8 1649/19 1649/21 1649/22 1652/15 1664/8 1667/16 1688/21
**depicted [3]** 1651/2 1664/2 1677/6
**depicting [3]** 1668/22 1672/13 1677/15
**depiction [5]** 1656/10 1658/8 1672/16 1676/1 1688/22
**deploy [1]** 1619/24
**deployable [1]** 1620/3
**deployed [4]** 1609/8 1620/10 1620/11 1622/18
**deployment [1]** 1612/9
**deployments [1]** 1608/9
**DEPUTY [4]** 1577/8 1577/9 1577/9 1577/15
**describe [10]** 1596/6 1606/5 1628/20 1630/18 1633/6 1635/11 1639/15 1653/2 1664/16 1670/3
**described [7]** 1583/11 1585/9 1620/9 1660/13 1662/11 1665/16 1690/1
**DESCRIPTION [2]** 1579/3 1579/11
**designated [2]** 1632/18 1653/24

**D**

**desk [3]**  1613/4 1664/1
1664/2
**destroyed [2]**  1599/12
1649/1
**destruction [1]**
1625/12
**detail [1]**  1670/3
**determination [6]**
1582/17 1593/9
1594/21 1598/6
1598/11 1638/24
**determine [8]**  1597/5
1597/7 1612/24
1626/12 1626/21
1629/11 1629/14
1638/22
**determined [1]**  1585/5
**determining [2]**
1586/24 1587/2
**detonate [1]**  1622/23
**detonated [1]**  1622/16
**detonation [3]**  1612/7
1612/17 1613/8
**developed [1]**  1608/25
**deviate [1]**  1644/3
**device [11]**  1611/22
1611/23 1611/23
1612/11 1614/6
1622/15 1622/23
1634/16 1637/24
1670/11 1687/18
**devices [3]**  1609/5
1609/8 1609/18
**diagonal [1]**  1647/2
**diagram [57]**  1596/20
1597/6 1597/15
1597/16 1597/22
1627/19 1628/8 1628/9
1638/21 1639/15
1639/17 1639/23
1641/9 1641/24 1642/4
1642/16 1642/18
1645/22 1646/2
1646/19 1646/22
1646/23 1646/25
1649/6 1649/9 1649/21
1651/3 1652/15
1652/18 1653/2 1653/7
1653/15 1653/16
1653/24 1656/12
1657/1 1657/22 1658/5
1658/9 1662/9 1662/13
1662/23 1662/24
1662/25 1663/10
1663/18 1667/16
1677/6 1679/15
1679/18 1686/5
1688/25 1689/10
1689/14 1690/14
1690/17 1690/19
**diagrams [1]**  1584/25
**did [113]**  1583/13

1583/15 1584/13
1584/14 1588/16
1588/15 1589/6
1589/25 1593/21
1595/7 1595/7 1595/10
1595/10 1595/20
1597/5 1597/6 1598/7
1601/14 1601/21
1607/10 1607/12
1607/18 1607/22
1608/17 1608/21
1610/1 1610/4 1610/7
1610/9 1610/12
1610/15 1610/18
1610/21 1610/23
1611/1 1611/2 1611/10
1615/2 1615/11
1617/11 1617/16
1617/18 1619/15
1620/9 1620/25 1621/5
1622/25 1623/1 1623/6
1623/9 1623/10
1623/18 1623/19
1623/20 1624/1 1624/3
1624/7 1624/16 1625/3
1625/6 1625/8 1625/9
1626/4 1626/5 1626/8
1628/14 1628/17
1629/1 1629/2 1630/23
1631/5 1631/7 1631/9
1631/20 1632/6 1632/8
1633/23 1634/2 1634/3
1634/15 1634/19
1636/17 1638/4 1638/6
1638/7 1638/15
1638/21 1639/11
1649/2 1653/6 1653/8
1653/23 1658/2 1662/6
1665/2 1665/19
1665/20 1666/19
1666/24 1667/22
1671/24 1674/3 1676/9
1676/12 1676/16
1678/10 1678/23
1680/8 1680/11
1685/21 1686/11
1687/3 1691/3
**didn't [4]**  1588/19
1590/15 1598/18
1632/13
**Diego [5]**  1605/21
1605/21 1607/4 1607/6
1611/9
**different [12]**  1599/1
1599/3 1630/14 1633/6
1633/19 1636/2
1637/11 1637/14
1637/19 1638/2 1691/9
1691/13
**difficult [2]**  1614/13
1614/18
**difficulty [1]**  1643/23
**dig [2]**  1670/7 1690/11
**digging [1]**  1635/4

**DIRE [2]**  1578/7
1578/14
**direct [6]**  1578/7
1578/14 1604/3 1605/9
1617/5 1644/22
**direction [1]**  1583/24
1599/1 1613/2
**directions [1]**  1613/2
**directly [6]**  1595/22
1645/5 1645/15
1646/21 1650/11
1652/22
**dirt [2]**  1669/1 1670/14
**discoloration [1]**
1593/23
**discovering [1]**  1687/5
**discuss [6]**  1611/21
1629/3 1643/1 1643/3
1691/22 1691/23
**discussed [2]**  1603/12
1611/19
**discussing [3]**  1602/7
1682/13 1682/15
**discussion [1]**  1603/5
**disorders [1]**  1605/15
**displayed [83]**  1583/4
1585/19 1586/21
1593/13 1594/18
1596/17 1597/12
1598/4 1599/21 1600/3
1601/3 1603/8 1625/22
1627/22 1638/19
1640/9 1640/20
1641/11 1641/15
1642/23 1643/11
1645/10 1645/20
1646/6 1646/16 1647/9
1647/20 1648/6
1648/16 1650/8 1651/8
1651/16 1652/2
1652/13 1654/11
1654/21 1655/8
1655/19 1656/7
1656/22 1657/12
1657/24 1658/16
1659/1 1659/9 1659/20
1660/10 1660/16
1660/23 1661/11
1662/18 1663/7 1664/5
1665/11 1665/25
1667/14 1668/3
1668/19 1669/9
1669/17 1671/1
1671/14 1672/10
1672/20 1673/4
1673/22 1674/7
1674/14 1675/1
1675/23 1676/23
1677/12 1677/20
1678/16 1679/16
1680/18 1681/2
1682/10 1682/23
1686/3 1686/16 1687/1
1688/19

**disruption [2]**  1613/20
1615/7
**DISTRICT [5]**  1576/1
1576/2 1580/10
1580/11 1644/19
**divide [1]**  1638/4
**DIVISION [1]**  1576/3
**do [125]**
**doctor's [2]**  1654/2
1654/17
**document [15]**  1579/4
1588/6 1591/2 1591/3
1591/5 1591/15
1591/20 1603/10
1630/16 1635/12
1638/13 1655/16
1657/5 1681/16
1689/15
**documentation [3]**
1602/2 1619/4 1636/11
**documented [5]**
1583/24 1652/24
1655/5 1677/17
1677/24
**documenting [5]**
1591/10 1633/13
1655/1 1657/15 1676/7
**does [39]**  1588/7
1589/22 1591/13
1591/21 1594/5 1596/1
1598/25 1599/1 1599/3
1600/11 1611/18
1613/1 1613/1 1613/1
1613/11 1628/7 1633/9
1633/9 1646/1 1646/8
1646/18 1649/19
1649/21 1649/22
1652/15 1653/15
1657/18 1658/5 1663/2
1663/2 1663/9 1664/7
1667/16 1670/13
1674/21 1674/21
1681/21 1688/21
1690/4
**doesn't [5]**  1591/7
1591/13 1596/8
1637/21 1643/9
**doing [13]**  1618/17
1620/14 1621/18
1621/19 1624/21
1625/16 1626/15
1626/20 1628/6
1631/13 1638/25
1687/25 1688/1
**don't [14]**  1583/8
1583/21 1590/9 1591/9
1591/10 1591/24
1591/25 1602/8
1613/22 1625/1
1643/14 1678/11
1681/13 1690/10
**done [7]**  1591/19
1611/12 1626/13
1652/23 1660/20

1670/19 1674/20
**door [5]**  1658/3 1660/4
1660/6 1660/13 1661/5
**double [1]**  1676/3
**double-check [1]**
1676/3
**down [40]**  1582/10
1597/21 1598/23
1598/23 1598/24
1599/1 1599/13
1599/14 1604/10
1606/13 1606/15
1614/12 1616/1 1616/6
1621/7 1625/10 1627/1
1633/21 1638/10
1640/24 1641/1
1641/14 1643/7 1652/7
1668/12 1668/24
1668/24 1669/23
1670/20 1672/6
1673/12 1673/14
1678/8 1678/10
1678/12 1678/19
1678/21 1689/25
1690/10 1692/7
**Dr [1]**  1605/10
**Dr. [9]**  1604/13 1608/24
1609/16 1609/24
1611/1 1611/6 1613/14
1614/24 1615/10
**Dr. Covey [8]**  1608/24
1609/16 1609/24
1611/1 1611/6 1613/14
1614/24 1615/10
**Dr. Dana Covey [1]**
1604/13
**drained [1]**  1632/17
**draw [7]**  1596/25
1646/11 1649/2 1653/6
1656/15 1662/12
1663/15
**drawing [1]**  1653/10
**drawn [1]**  1664/1
**draws [1]**  1633/11
**drew [3]**  1601/2
1658/11 1662/2
**driveway [3]**  1647/13
1647/14 1647/25
**driving [2]**  1640/24
1641/5
**drop [1]**  1598/22
**dropped [1]**  1628/10
**drove [1]**  1623/22
**drywall [1]**  1674/22
**duct [5]**  1585/6 1585/9
1585/21 1585/23
1603/13
**due [3]**  1613/25 1614/1
1650/23
**dump [1]**  1670/13
**dumped [1]**  1670/16
1670/21
**dumping [2]**  1670/17
1691/17

**D**

**duration [1]** 1618/15
**during [21]** 1589/9
1589/9 1607/23 1608/2
1608/9 1608/9 1609/8
1612/9 1612/10
1621/15 1625/9 1626/3
1628/13 1632/11
1632/13 1632/22
1633/7 1669/23 1679/4
1683/19 1691/24
**dust [1]** 1614/10
**duties [4]** 1619/21
1619/23 1620/9
1620/10
**duty [1]** 1620/12

**E**

**each [10]** 1621/3
1629/1 1636/17
1636/20 1640/6 1643/2
1679/6 1679/11
1683/21 1691/22
**ear [1]** 1613/24
**eardrums [1]** 1613/21
**earlier [5]** 1639/11
1680/1 1681/13 1689/3
1691/1
**early [2]** 1608/6
1660/20
**earned [2]** 1608/12
1608/15
**easier [1]** 1678/20
**easiest [1]** 1626/14
**East [1]** 1577/10
**easy [2]** 1598/18
1639/5
**eat [1]** 1638/11
**educational [1]** 1606/5
**eight [1]** 1621/3
**either [1]** 1673/12
**electricity [1]** 1688/13
**electronics [1]**
1687/20
**elephant [1]** 1638/11
**elevated [1]** 1613/4
**eliciting [1]** 1602/12
**eliminate [1]** 1676/6
**else [3]** 1589/16 1643/2
1691/22
**embedded [4]** 1682/5
1683/1 1685/16
1686/24
**emblem [1]** 1580/8
**end [7]** 1636/17
1636/20 1637/5 1652/5
1652/7 1652/8 1659/12
**energized [2]** 1614/6
1614/8
**enforcement [2]**
1584/3 1632/19
**Enjoy [1]** 1691/25
**enlarged [5]** 1649/11
1657/3 1665/8 1689/7

1690/15
**ensure [4]** 1581/9
1619/23 1620/2 1679/7
**ensured [1]** 1619/25
**ensuring [1]** 1668/25
**enter [1]** 1635/18
**entered [3]** 1580/4
1644/15 1684/15
**entire [7]** 1632/9
1632/11 1640/14
1650/13 1656/10
1667/10 1688/22
**entitled [1]** 1693/7
**entry [1]** 1610/24
**environment [2]**
1599/5 1599/6
**equipment [7]** 1620/2
1627/16 1628/1 1642/8
1648/20 1657/8 1678/7
**error [1]** 1676/6
**ERT [50]** 1618/19
1619/9 1619/11
1619/22 1620/10
1620/11 1620/25
1621/5 1621/24 1622/1
1622/3 1623/13 1624/4
1626/4 1626/8 1628/9
1629/5 1632/5 1632/6
1632/11 1632/22
1632/25 1633/3 1633/7
1633/25 1634/2 1634/3
1634/15 1635/11
1635/14 1636/9 1666/6
1670/4 1671/24
1674/22 1676/9
1676/15 1676/16
1677/25 1678/23
1679/4 1681/9 1681/14
1681/21 1681/22
1686/5 1686/11
1687/15 1688/9 1691/3
**ERT's [1]** 1618/21
**especially [2]** 1632/14
1666/16
**essentially [2]** 1617/25
1628/5
**established [1]**
1684/17
**estimate [1]** 1611/17
**estimating [1]** 1600/20
**estimation [1]** 1600/19
**even [11]** 1581/11
1582/22 1586/4 1592/2
1599/9 1618/13 1627/2
1636/6 1668/12
1668/25 1674/1
**event [8]** 1585/24
1595/19 1595/24
1596/2 1596/5 1596/7
1596/10 1643/22
**every [9]** 1618/22
1630/13 1635/16
1637/4 1638/1 1676/12
1676/16 1676/17

1679/11
**everybody [1]** 1621/13
**everything [3]** 1606/14
1636/14 1668/24
**everywhere [1]** 1638/9
**evidence [72]** 1579/3
1579/11 1581/6
1585/16 1586/19
1602/1 1617/20 1618/2
1618/3 1618/4 1618/10
1618/18 1618/22
1618/23 1619/3 1619/6
1619/14 1619/19
1620/7 1621/11
1621/14 1627/15
1628/4 1628/10
1633/14 1635/12
1635/19 1635/22
1635/22 1635/25
1636/1 1636/3 1636/10
1636/13 1636/15
1636/18 1636/21
1637/4 1637/4 1637/10
1639/2 1640/6 1641/20
1641/21 1642/14
1642/17 1645/23
1647/4 1651/21
1652/25 1666/13
1666/22 1669/23
1671/9 1675/10
1675/12 1675/13
1676/20 1678/13
1681/9 1681/15
1683/17 1683/20
1684/3 1684/4 1684/18
1684/19 1684/20
1686/19 1687/4
1687/14 1688/5
**evidentiary [2]** 1675/5
1681/18
**exact [7]** 1583/8
1594/14 1618/11
1642/17 1690/2 1690/5
1690/13
**exactly [11]** 1605/18
1626/23 1627/17
1628/10 1636/1 1636/5
1636/8 1640/11
1675/17 1690/11
1691/15
**examination [9]**
1581/22 1582/7 1593/4
1602/11 1603/3 1605/9
1615/22 1617/5
1644/23
**examinations [1]**
1602/7
**examined [2]** 1602/4
1611/3
**examiner [1]** 1614/18
**example [3]** 1612/24
1670/6 1675/15
**examples [1]** 1622/6
**exception [1]** 1684/25

**excuse [1]** 1609/24
**excused [5]** 1604/5
1604/8 1604/10
1615/24 1616/1
**exhibit [213]**
**Exhibit 102 [1]**
1625/20
**Exhibit 103 [2]** 1647/8
1647/11
**Exhibit 104 [1]** 1648/5
**Exhibit 105 [1]**
1647/19
**Exhibit 117 [1]** 1651/7
**Exhibit 119 [1]**
1651/15
**Exhibit 154 [1]**
1660/22
**Exhibit 1600 [1]**
1684/24
**exhibit 1611 [2]** 1685/8
1685/15
**Exhibit 1616 [1]**
1684/22
**Exhibit 181 [1]**
1656/21
**Exhibit 183 [1]**
1657/11
**Exhibit 188 [1]**
1654/10
**Exhibit 189 [1]**
1654/20
**Exhibit 191 [1]** 1655/7
**Exhibit 192 [1]**
1655/18
**Exhibit 2232 [2]**
1587/19 1588/2
**Exhibit 2233 [1]**
1583/3
**Exhibit 232 [3]**
1658/15 1658/18
1658/20
**Exhibit 241 [1]**
1658/25
**Exhibit 242 [1]**
1665/24
**Exhibit 243 [1]**
1661/10
**Exhibit 247 [1]**
1660/15
**Exhibit 25 [5]** 1656/6
1656/16 1656/24
1657/22 1658/5
**Exhibit 254 [2]**
1593/12 1664/3
**Exhibit 255 [1]**
1665/10
**Exhibit 26 [5]** 1601/2
1603/7 1659/19
1659/22 1667/12
**Exhibit 260 [1]** 1673/3
**Exhibit 262 [1]**
1673/21
**Exhibit 264 [1]** 1674/6
**Exhibit 265 [1]**

1674/25
**Exhibit 266 [1]**
1671/13
**Exhibit 267 [1]** 1672/9
**Exhibit 268 [1]**
1674/13
**Exhibit 269 [1]**
1675/22
**Exhibit 27 [2]** 1652/12
1654/8
**Exhibit 270 [1]**
1627/21
**Exhibit 272 [1]**
1672/19
**Exhibit 28 [6]** 1638/18
1645/1 1645/13 1650/6
1651/1 1651/5
**Exhibit 30 [3]** 1646/15
1646/18 1647/6
**Exhibit 300 [2]**
1599/20 1603/7
**Exhibit 304A [1]**
1652/1
**Exhibit 304B [1]**
1682/8
**Exhibit 304C [2]**
1680/17 1680/20
**Exhibit 31 [5]** 1676/22
1679/14 1680/15
1681/7 1686/1
**Exhibit 313 [3]**
1640/18 1646/4 1646/8
**Exhibit 315 [3]** 1641/8
1641/13 1641/17
**Exhibit 316 [2]**
1642/22 1645/2
**Exhibit 317 [1]** 1645/9
**Exhibit 32 [3]** 1663/10
1688/18 1688/21
**Exhibit 329 [1]** 1668/2
**Exhibit 33 [4]** 1640/8
1640/17 1645/19
1645/22
**Exhibit 330A [1]**
1668/18
**Exhibit 330B [1]**
1669/16
**Exhibit 330C [1]**
1660/9
**Exhibit 34 [9]** 1662/16
1662/20 1662/22
1662/23 1663/5 1663/9
1663/21 1663/25
1664/2
**Exhibit 346 [1]** 1659/8
**Exhibit 349B [1]**
1686/15
**Exhibit 35 [1]** 1642/11
**Exhibit 353 [1]**
1678/15
**Exhibit 354 [1]**
1677/11
**Exhibit 355 [1]**
1677/19

## E

**Exhibit 438 [1]**
1648/15
**Exhibit 82 [4]** 1684/3
1684/5 1684/11 1685/3
**Exhibit 900 [1]** 1681/1
**Exhibit 901 [2]**
1682/22 1686/23
**exhibits [14]** 1578/18
1579/9 1596/14 1603/8
1625/22 1640/20
1641/11 1647/9
1680/18 1684/1 1684/7
1684/11 1684/14
1685/5
**exited [2]** 1643/5
1692/4
**expand [1]** 1589/15
**experience [2]** 1609/4
1612/3
**expert [1]** 1609/17
**expertise [1]** 1608/25
**experts [1]** 1602/4
**explain [3]** 1611/22
1612/15 1652/20
**exploded [2]** 1594/15
1615/12
**explodes [1]** 1598/25
**explosion [35]** 1582/12
1583/7 1585/1 1586/2
1586/5 1586/25 1587/3
1587/7 1588/21
1592/22 1593/10
1593/16 1593/19
1596/6 1599/24
1603/14 1603/22
1610/10 1613/17
1623/3 1623/15
1626/18 1629/9
1629/11 1641/6 1645/6
1646/21 1647/17
1648/1 1648/10
1648/13 1648/23
1650/14 1677/1
1688/14
**explosions [1]** 1622/12
**explosive [1]** 1599/6
1609/5 1609/8 1609/18
1611/21 1611/23
1612/11 1612/23
1615/4 1615/9 1634/16
**explosives [1]** 1632/2
**EXPORT [1]** 1577/2
**exposed [1]** 1585/23
**exposure [1]** 1664/24
**extensive [1]** 1634/10
**extent [1]** 1602/10
**exterior [2]** 1610/12
1625/25
**extra [1]** 1618/9
**extremely [1]** 1637/19

## F

**fabric [2]** 1682/5

**1682/18**
**face [1]** 1580/7
**faces [1]** 1655/25
**facility [1]** 1645/15
**fact [4]** 1587/9 1601/15
1601/19 1683/19
**factors [4]** 1582/11
1582/16 1593/9
1630/10
**facts [2]** 1584/16
1684/16
**fail [1]** 1633/12
**fair [2]** 1584/18
1585/24
**fairness [1]** 1581/9
**fallen [5]** 1627/3
1655/2 1657/8 1657/16
1673/14
**falling [1]** 1670/15
**familiar [2]** 1629/16
1688/7
**far [3]** 1594/25 1627/6
1639/1
**faster [1]** 1612/19
**FBI [13]** 1577/18
1580/19 1590/2 1602/3
1617/8 1617/9 1617/10
1617/11 1617/14
1618/1 1621/6 1634/5
1685/18
**FBI's [1]** 1617/21
**federal [3]** 1577/8
1577/15 1618/21
**feel [2]** 1598/17
1598/18
**feeling [1]** 1598/19
**feet [8]** 1583/6 1583/22
1598/17 1600/17
1600/22 1601/7 1601/9
1603/20
**fellowship [2]** 1606/9
1606/23
**fellowships [1]**
1606/20
**felt [2]** 1598/19
1625/15
**fertilizer [1]** 1612/4
**few [2]** 1591/18 1603/2
**field [2]** 1620/6
1636/24
**figure [2]** 1620/17
1643/17
**fill [1]** 1633/20
**find [14]** 1590/14
1593/21 1595/7 1627/4
1627/14 1630/24
1635/3 1636/1 1636/2
1637/22 1666/22
1667/1 1678/23 1680/8
**finders [1]** 1633/10
**finding [4]** 1627/5
1669/24 1678/2
1681/16
**finds [1]** 1677/25

**fine [1]** 1644/10
**finger [1]** 1643/20
**finish [1]** 1691/10
**finished [1]** 1676/15
**fire [5]** 1596/4 1596/8
1596/9 1622/10
1624/11
**fireworks [1]** 1632/2
**first [21]** 1576/22
1586/8 1597/6 1599/24
1606/12 1623/10
1624/7 1624/9 1624/10
1626/3 1626/9 1626/10
1626/10 1628/13
1654/6 1656/4 1656/10
1656/18 1671/3 1685/7
1688/23
**five [2]** 1621/3 1626/24
**flag [2]** 1580/7 1580/8
**flares [1]** 1632/2
**flip [1]** 1663/5
**flipped [3]** 1663/1
1663/2 1663/3
**floor [20]** 1577/6
1598/14 1598/14
1598/19 1637/17
1638/3 1652/11
1652/16 1652/22
1653/13 1654/6 1655/2
1656/3 1656/4 1656/10
1656/18 1659/16
1668/25 1672/14
1688/23
**fly [1]** 1623/18
**flying [1]** 1623/12
**focus [2]** 1649/6
1676/19
**followed [8]** 1612/20
1613/8 1616/6 1630/19
1635/12 1635/21
1666/6 1670/4
**following [4]** 1599/24
1632/21 1643/6 1692/5
**follows [1]** 1614/2
**foot [1]** 1603/16
**force [2]** 1613/1
1613/17
**Forces [1]** 1608/20
**foregoing [1]** 1693/5
**forensic [1]** 1602/3
**form [1]** 1615/11
**format [1]** 1693/7
**formed [1]** 1614/25
**forward [2]** 1604/15
1616/16
**found [58]** 1583/6
1583/8 1584/20 1587/1
1587/9 1588/8 1588/10
1593/17 1601/10
1610/16 1628/15
1628/21 1634/13
1635/6 1635/12
1635/22 1637/8 1639/2
1640/6 1642/10

**1642/17 1645/23**
1646/9 1646/12
1649/20 1649/23
1649/25 1650/1 1666/4
1670/5 1670/22
1675/10 1675/14
1675/16 1675/18
1676/10 1676/17
1676/20 1679/4 1679/6
1679/19 1679/21
1680/4 1680/6 1681/9
1681/17 1681/24
1681/25 1687/7 1687/8
1687/14 1689/9
1689/17 1689/19
1690/9 1690/18
1690/23 1690/24
**four [2]** 1608/6 1617/16
**Fourth [2]** 1577/4
1577/11
**fractions [1]** 1599/12
**fragmentation [1]**
1614/5
**frame [1]** 1593/19
**Frisco [1]** 1608/6
**front [3]** 1603/18
1645/5 1646/21
**full [18]** 1604/25
1617/1 1617/17
1617/20 1618/6
1627/21 1646/15
1650/6 1652/11 1656/5
1664/3 1665/10
1665/24 1670/11
1671/13 1674/10
1682/9 1682/22
**full-time [3]** 1617/17
1617/20 1618/6
**furniture [1]** 1676/17
**further [8]** 1592/25
1602/24 1604/2 1604/3
1604/4 1627/5 1683/22
1687/12
**fuzing [6]** 1688/7
1688/9 1688/11
1688/12 1688/12
1688/15

## G

**G1 [2]** 1668/15 1669/10
**G7 [18]** 1584/25
1596/24 1597/5 1597/8
1597/8 1597/16
1597/24 1600/16
1600/22 1600/23
1601/10 1603/9
1603/22 1603/25
1604/1 1669/4 1669/11
1691/7
**G8 [4]** 1659/23 1660/1
1660/4 1690/6
**gained [1]** 1609/3
**gamut [1]** 1620/12
**garage [1]** 1612/8

**gather [1]** 1670/4
**gauge [1]** 1624/22
**gears [1]** 1632/4
**general [11]** 1584/22
1584/23 1585/1 1598/1
1603/24 1619/21
1635/11 1646/10
1646/11 1649/22
1687/15
**generalize [1]** 1688/12
**generally [3]** 1625/24
1628/20 1646/8
**geographic [1]** 1621/5
**get [21]** 1620/16
1624/20 1625/16
1629/13 1630/14
1631/18 1631/18
1631/18 1632/16
1632/17 1633/16
1638/25 1642/9
1650/22 1665/16
1665/20 1665/22
1670/7 1670/20
1673/15 1675/10
**gets [2]** 1644/7
1681/18
**getting [1]** 1626/15
**GG [2]** 1653/17
1653/25
**give [7]** 1587/21
1591/17 1598/20
1604/20 1616/21
1621/16 1688/4
**given [5]** 1612/1
1623/4 1633/2 1650/15
1666/4
**glass [2]** 1674/1
1674/19
**gmail.com [1]** 1576/24
**GMC [1]** 1592/17
**go [39]** 1582/12
1589/25 1594/10
1597/21 1599/9
1599/16 1618/13
1620/5 1623/12
1626/11 1627/5 1627/6
1630/10 1634/7
1636/22 1637/1 1638/1
1638/12 1639/18
1641/9 1646/2 1646/11
1647/2 1649/14 1663/5
1666/9 1666/21
1670/20 1671/2
1671/10 1673/16
1674/4 1676/16 1678/9
1682/9 1687/19
1689/24 1689/24
1692/1
**God [2]** 1604/22
1616/23
**goes [8]** 1596/6 1599/7
1613/3 1613/7 1621/7
1621/13 1642/6
1656/14

**G**

**going [59]** 1587/21
1589/23 1591/17
1592/3 1592/7 1598/2
1598/13 1599/2 1599/8
1599/8 1599/11
1599/13 1599/15
1601/2 1602/8 1606/12
1611/2 1612/2 1614/11
1620/17 1620/18
1620/19 1620/19
1623/15 1624/23
1627/6 1627/6 1630/9
1633/21 1637/6 1639/4
1642/21 1642/25
1643/13 1644/2
1646/19 1652/11
1653/12 1653/19
1656/5 1656/19
1656/20 1658/14
1660/4 1667/1 1667/4
1667/5 1667/7 1668/7
1672/24 1674/10
1674/18 1674/22
1675/16 1683/13
1685/7 1686/14
1686/22 1691/16
**gold [2]** 1587/10
1670/12
**gone [2]** 1634/4
1673/14
**good [20]** 1580/17
1580/21 1580/22
1581/1 1581/2 1582/5
1582/6 1584/3 1593/6
1593/7 1605/10
1605/11 1624/21
1625/18 1638/25
1639/3 1668/7 1672/16
1674/2 1676/1
**got [8]** 1601/24 1613/5
1630/13 1632/15
1662/25 1663/3 1668/6
1668/24
**government [11]**
1585/13 1603/6
1604/12 1604/13
1609/16 1611/9 1616/9
1616/11 1684/7 1684/9
1684/10
**GOVERNMENT'S [13]**
1578/3 1578/6 1579/2
1581/24 1581/25
1596/15 1603/7
1604/14 1616/14
1684/1 1684/3 1684/5
1684/11
**graduate [1]** 1606/6
**graduated [1]** 1607/20
**grate [1]** 1586/8
**gray [1]** 1628/2
**grayish [2]** 1595/3
1665/1

**great [4]** 1584/4 1585/2
1595/19 1630/15
**greatest [1]** 1615/17
**green [5]** 1651/2
1651/12 1661/16
1689/22 1689/23
**GREGORY [1]** 1581/25
**grid [14]** 1659/22
1661/20 1666/9
1667/19 1668/7
1668/13 1668/22
1669/2 1669/3 1669/4
1669/4 1673/10 1676/4
1689/16
**grids [8]** 1661/19
1666/8 1666/23
1666/25 1667/16
1667/22 1667/22
1670/5
**Grill [1]** 1622/9
**ground [12]** 1599/8
1612/21 1613/5 1614/3
1614/6 1641/22
1651/21 1673/15
1674/20 1676/13
1687/8 1690/12
**group [1]** 1618/4
**groups [1]** 1619/19
**Gs [1]** 1667/20
**guess [1]** 1584/11
**gun [1]** 1637/17

**H**

**H1 [1]** 1667/22
**H4 [1]** 1667/22
**had [48]** 1594/24
1602/1 1617/13
1618/14 1618/15
1619/23 1621/2
1622/23 1624/14
1625/13 1630/20
1632/1 1633/19
1633/20 1633/23
1634/4 1634/9 1636/21
1639/7 1641/6 1645/1
1645/6 1651/23
1651/24 1652/23
1652/23 1654/18
1655/14 1655/14
1655/15 1657/8
1657/15 1659/14
1659/17 1660/20
1661/19 1663/13
1664/25 1665/22
1668/11 1672/23
1677/23 1678/8
1678/12 1679/11
1683/1 1689/25
1690/25
**Haiti [1]** 1608/7
**HAJI [2]** 1577/17
1580/25
**Haji Shah [1]** 1580/25
**hand [86]** 1581/13

1604/17 1604/18
1612/1 1616/19
1625/11 1625/20
1625/21 1635/19
1640/17 1640/19
1640/25 1641/6 1641/8
1641/10 1641/18
1641/19 1642/13
1642/19 1642/22
1645/1 1645/2 1645/9
1645/16 1645/19
1646/5 1647/1 1647/1
1647/7 1647/8 1647/16
1647/19 1648/2 1648/5
1648/12 1648/15
1649/7 1649/16 1651/5
1651/7 1651/15 1652/1
1652/17 1653/6 1654/9
1654/10 1654/13
1654/20 1655/7
1655/18 1656/17
1656/20 1657/11
1657/22 1658/12
1658/14 1658/25
1659/8 1659/19
1659/25 1660/9
1660/15 1660/22
1661/10 1662/9
1662/16 1663/13
1664/11 1667/24
1668/2 1668/11
1668/18 1669/3
1669/16 1673/7 1676/2
1677/2 1680/15
1680/17 1680/25
1681/7 1682/8 1683/5
1686/15 1686/21
1688/23
**handful [1]** 1656/19
**handle [2]** 1620/7
1644/1
**handled [1]** 1632/1
**hands [6]** 1581/15
1670/7 1670/20
1673/16 1673/25
1674/3
**hanging [2]** 1598/22
1598/23
**happened [3]** 1620/17
1624/14 1687/24
**happening [2]** 1621/8
1633/13
**happens [1]** 1677/25
**HARBAUGH [2]** 1577/9
1580/23
**hard [1]** 1669/5
**harder [1]** 1599/13
**harm [1]** 1635/8
**has [13]** 1595/18
1606/14 1638/9
1641/20 1643/24
1656/17 1664/1
1672/14 1673/11
1673/14 1678/21

1683/9 1689/12
**have [93]** 1581/5
1581/10 1582/20
1585/11 1585/23
1586/1 1586/4 1587/6
1588/4 1592/6 1593/17
1595/8 1595/15
1596/25 1597/18
1598/2 1599/5 1600/11
1602/10 1605/17
1607/5 1607/10
1607/16 1608/1 1608/2
1608/12 1608/25
1609/3 1609/7 1609/11
1609/13 1611/6 1612/6
1612/25 1614/25
1615/19 1617/9
1617/13 1618/8
1620/10 1620/17
1621/25 1622/3 1622/5
1622/7 1622/11
1622/13 1623/3 1623/5
1625/18 1627/2 1627/3
1627/4 1627/12
1629/12 1629/21
1630/2 1631/2 1631/16
1632/14 1632/18
1633/8 1633/9 1633/11
1633/12 1633/15
1634/9 1634/11
1635/14 1635/17
1636/3 1636/13 1642/7
1643/14 1644/2
1653/19 1655/2
1655/15 1662/20
1665/19 1674/3 1675/5
1678/4 1678/10
1678/12 1683/24
1684/15 1687/5 1687/6
1687/22 1689/1
1691/17 1692/1
**haven't [1]** 1634/8
**having [6]** 1582/1
1584/10 1584/15
1643/17 1683/17
1690/11
**haystack [1]** 1637/20
**hazard [3]** 1659/25
1660/3 1660/5
**he [15]** 1583/11
1583/13 1584/10
1584/13 1584/14
1584/13 1584/14
1584/16 1584/17
1586/10 1592/6 1602/8
1602/9 1602/9 1602/13
**he's [3]** 1584/3
1584/13 1591/2
**head [4]** 1626/11
1628/19 1628/22
1679/23
**headed [1]** 1583/25
**hear [1]** 1606/17
**heard [1]** 1606/13

**heat [1]** 1596/4
**held [3]** 1643/6 1692/5
1693/6
**helmet [1]** 1610/23
**help [7]** 1584/4
1587/12 1590/1
1591/21 1592/8
1604/22 1616/23
**helpful [1]** 1634/4
**helping [1]** 1601/25
**helps [2]** 1584/5
1606/17
**her [5]** 1615/7 1615/7
1615/8 1615/18 1644/6
**here [24]** 1581/6
1583/23 1591/21
1598/22 1603/19
1603/19 1617/22
1618/14 1618/15
1621/2 1621/6 1643/10
1648/24 1653/5 1655/3
1657/4 1658/23 1668/7
1670/6 1670/7 1671/4
1671/6 1671/7 1672/25
**Here's [3]** 1637/1
1637/2 1637/2
**hereby [1]** 1693/3
**Hey [3]** 1620/6 1634/12
1638/14
**HH [2]** 1653/18
1653/25
**him [6]** 1584/10
1584/15 1584/17
1590/15 1591/14
1592/8
**his [8]** 1583/9 1583/24
1584/12 1590/9
1590/15 1591/24
1592/1 1609/21
**hits [1]** 1613/23
**hold [1]** 1606/25
**holding [2]** 1602/19
1628/5
**home [2]** 1589/23
1590/19
**homemade [2]** 1612/8
1612/14
**homes [1]** 1618/23
**honestly [1]** 1591/25
**Hong [1]** 1592/5
**Honor [33]** 1580/17
1580/22 1581/23
1584/7 1586/17
1587/16 1587/21
1589/12 1589/15
1593/3 1602/12
1602/16 1602/24
1604/4 1604/6 1604/9
1605/8 1609/15
1609/19 1609/23
1614/23 1615/23
1615/25 1616/11
1644/5 1644/24 1684/8
1684/21 1684/23

**H**

**Honor...** [4]  1685/1
1685/14 1691/12
1691/19
**HONORABLE** [2]
1576/4 1580/11
**hospital** [1]  1607/8
**hours** [4]  1599/24
1611/14 1611/17
1632/13
**house** [12]  1589/10
1589/20 1590/2 1590/6
1590/7 1590/8 1590/9
1590/21 1591/22
1591/23 1592/2 1592/9
**how** [38]  1592/13
1598/10 1600/17
1600/17 1601/7
1605/17 1607/5
1607/14 1611/14
1612/15 1612/24
1613/1 1613/1 1615/5
1617/9 1619/13 1620/7
1620/18 1620/19
1620/25 1621/25
1623/10 1624/22
1626/6 1627/6 1630/10
1632/5 1632/25
1637/14 1638/21
1639/1 1644/7 1665/20
1665/22 1679/3 1689/9
1691/9 1691/13
**However** [4]  1633/18
1666/15 1670/8
1670/15
**HR** [3]  1645/24 1646/1
1646/3
**huge** [2]  1650/24
1672/2
**huh** [12]  1598/16
1619/10 1629/4
1642/12 1649/18
1650/17 1653/22
1663/14 1663/24
1665/18 1670/2
1681/12
**human** [21]  1610/16
1628/18 1631/12
1646/3 1646/9 1646/12
1647/5 1649/9 1649/20
1649/22 1649/25
1676/6 1678/23 1679/3
1679/6 1679/19
1679/21 1682/1
1682/16 1690/17
1690/23
**hundred** [1]  1622/2

**I**

**I'd** [1]  1611/21
**I'll** [7]  1585/2 1588/4
1596/25 1597/10
1614/20 1661/19
1691/10

**I'm** [41]  1583/23
1587/19 1587/21
1591/9 1591/17 1596/3
1597/6 1598/2 1600/20
1602/12 1602/14
1605/13 1606/6
1606/11 1614/11
1614/16 1617/8
1617/25 1620/13
1620/18 1620/21
1620/23 1620/23
1624/23 1627/15
1631/16 1636/14
1641/5 1643/13
1653/10 1653/12
1653/14 1656/5
1656/14 1656/18
1658/14 1664/19
1678/11 1683/13
1685/7 1686/14
**I've** [9]  1581/16 1584/2
1585/12 1617/10
1621/21 1621/23
1630/8 1632/15
1636/12
**idea** [5]  1620/17
1624/21 1625/16
1639/1 1674/2
**ideal** [1]  1631/17
**identifiable** [1]
1681/19
**IDENTIFICATION** [2]
1579/3 1579/11
**identified** [4]  1601/6
1683/17 1684/3 1691/4
**identify** [1]  1644/2
**identifying** [1]  1634/16
**IED** [9]  1611/22
1611/23 1612/10
1612/15 1612/17
1612/23 1612/24
1613/15 1615/17
**if** [86]  1581/11 1581/12
1581/16 1583/21
1584/1 1584/5 1585/11
1585/17 1586/20
1587/25 1590/11
1590/14 1590/17
1590/19 1590/23
1591/3 1591/7 1591/12
1591/13 1591/13
1591/18 1593/25
1594/7 1597/2 1597/18
1601/24 1602/8 1603/9
1603/19 1605/4 1613/4
1613/22 1618/13
1625/1 1627/14
1629/11 1630/2
1630/14 1630/15
1630/24 1631/1 1635/2
1635/3 1635/6 1635/25
1636/2 1637/7 1637/15
1638/8 1638/10
1639/17 1639/18

1640/25 1641/5 1642/4
1642/18 1643/8 1644/2
1645/13 1646/2 1647/2
1655/2 1658/8 1662/16
1664/18 1666/11
1667/12 1668/10
1672/1 1672/4 1674/21
1675/15 1675/15
1675/18 1676/6 1679/6
1679/12 1679/14
1684/22 1685/6 1686/1
1686/8 1686/24 1689/6
1689/11 1690/9
**II** [2]  1653/17 1653/24
**immediately** [4]  1596/8
1623/17 1623/22
1687/16
**important** [2]  1590/11
1667/2
**improvised** [6]  1609/4
1609/7 1609/18
1611/21 1612/11
1634/16
**inches** [2]  1587/9
1588/12
**incident** [2]  1617/22
1622/19
**include** [4]  1611/18
1628/17 1634/19
1676/12
**includes** [1]  1683/25
**including** [1]  1609/18
**Inclusive** [1]  1576/19
**Increasing** [1]  1603/10
**INDEX** [2]  1578/5
1578/12
**indicate** [2]  1596/1
1658/5
**indicated** [4]  1584/13
1663/16 1663/22
1689/10
**indicates** [4]  1646/3
1679/18 1681/8
1690/17
**indicating** [4]  1597/8
1603/23 1652/25
1690/5
**indication** [4]  1647/5
1660/3 1660/6 1688/4
**indicator** [1]  1689/19
**individual** [4]  1612/23
1618/6 1622/23 1628/3
**individuals** [1]  1618/4
**information** [10]
1581/8 1581/11
1602/18 1609/25
1611/11 1611/18
1614/24 1615/10
1626/17 1635/18
**informed** [3]  1594/21
1615/6 1628/18
**inhaled** [1]  1614/9
**initial** [2]  1583/9
1610/24

**initially** [4]  1589/1
1612/19 1613/7 1650/3
**injuries** [11]  1609/1
1609/4 1609/7 1609/17
1609/18 1613/15
1613/16 1614/5 1614/9
1615/1 1615/5
**injury** [4]  1612/24
1613/19 1613/25
1614/1
**inquire** [2]  1589/18
1605/7
**inside** [9]  1593/19
1594/14 1599/4 1599/4
1628/25 1657/5
1675/18 1687/22
1689/17
**instance** [1]  1643/18
**instead** [2]  1643/17
1667/10
**instructed** [1]  1664/20
**instructions** [1]
1581/20
**insulation** [1]  1595/24
**intact** [1]  1600/14
**INTERIM** [1]  1577/1
**interior** [2]  1610/12
1652/10
**internal** [1]  1613/20
**International** [1]
1617/17
**Internet** [1]  1611/16
**Internship** [1]  1606/8
**intro** [1]  1621/14
**introduction** [1]
1621/20
**investigated** [1]
1622/17
**investigating** [1]
1588/25
**investigation** [7]
1610/2 1611/15
1618/21 1623/7
1623/11 1683/19
1687/12
**investigations** [1]
1618/1
**investigator** [1]
1617/15
**involve** [1]  1614/5
**involved** [3]  1623/6
1623/10 1623/12
**involvement** [1]
1622/11
**involving** [1]  1622/12
**Iraq** [2]  1607/21 1608/7
**is** [276]
**isn't** [1]  1597/17
**it** [207]
**it's** [68]  1583/2 1583/3
1584/1 1591/18
1592/15 1592/16
1595/1 1595/17 1596/8
1596/8 1597/21

1597/21 1599/2 1599/3
1599/5 1599/8 1599/8
1599/11 1599/12
1599/15 1600/8
1600/19 1600/21
1600/22 1600/22
1604/1 1605/15
1608/20 1611/23
1612/1 1613/4 1613/9
1613/9 1614/13
1614/18 1617/25
1618/22 1620/19
1627/13 1627/14
1627/16 1628/2 1628/5
1629/22 1630/9
1635/15 1636/5
1636/22 1637/19
1638/1 1638/9 1647/13
1648/2 1648/23
1650/23 1652/25
1655/1 1656/13
1666/15 1669/5
1670/14 1672/16
1673/13 1674/1
1674/19 1675/7 1676/6
1677/2
**item** [25]  1583/11
1585/4 1585/5 1586/7
1586/13 1586/23
1602/19 1629/22
1637/20 1638/2
1666/11 1672/4 1675/7
1675/15 1675/15
1675/17 1675/18
1677/16 1681/8
1683/21 1686/6 1688/7
1688/11 1688/16
1690/9
**Item No. 171** [1]
1686/6
**items** [51]  1582/16
1582/19 1586/9 1595/7
1595/22 1596/19
1599/23 1601/15
1601/19 1602/4
1602/10 1603/6
1603/12 1603/25
1610/1 1634/20
1635/17 1637/8
1638/14 1639/1 1642/5
1642/9 1652/20
1654/17 1655/2 1656/3
1657/16 1667/4 1667/9
1670/15 1670/18
1672/15 1676/3 1676/8
1676/20 1677/23
1678/2 1683/16
1683/19 1683/22
1684/2 1687/4 1687/15
1688/3 1688/9 1689/4
1689/9 1689/13
1689/19 1690/7 1690/8
**its** [6]  1583/18 1586/5
1604/12 1616/9

**I**

its... [2]  1639/10
1676/15
itself [3]  1597/8
1613/23 1618/7

**J**

jacket [1]  1600/14
January [1]  1592/19
January 30th [1]
1592/19
JENSEN [8]  1581/25
1583/9 1583/11
1587/25 1593/6 1593/8
1602/17 1603/5
JHAI [2]  1577/3
1580/18
JJ [2]  1653/18 1653/25
JLS [1]  1576/8
job [4]  1617/20 1618/9
1643/22 1643/23
Joe's [3]  1685/22
1686/12 1687/11
join [1]  1618/16
joined [1]  1619/14
joining [1]  1617/11
joint [2]  1608/17
1618/1
JOSEPH [2]  1577/8
1580/23
Joseph Trigilio [1]
1580/23
JOSEPHINE [2]  1576/4
1580/11
JUDGE [2]  1576/4
1580/12
Judicial [1]  1693/8
June [3]  1576/17
1580/1 1693/10
jurors [5]  1580/4
1581/3 1643/5 1644/15
1692/4
jury [14]  1576/19
1585/18 1606/17
1611/22 1616/16
1622/14 1629/5
1652/20 1653/3
1656/17 1681/11
1684/15 1686/9
1690/21
jury's [2]  1643/6
1692/5
just [85]  1582/9
1582/10 1584/15
1584/18 1588/13
1589/3 1591/19 1592/8
1593/17 1593/19
1594/1 1596/11
1596/15 1596/21
1596/25 1597/8 1597/9
1597/10 1597/16
1600/2 1600/19
1602/14 1603/1 1603/5
1606/14 1611/18

1612/22 1614/11
1620/9 1626/24
1627/13 1627/21
1628/22 1628/25
1629/22 1629/24
1636/7 1636/16
1637/25 1638/2 1639/8
1639/18 1641/13
1643/8 1643/10
1643/20 1643/21
1644/6 1644/25
1648/12 1649/2 1653/6
1653/13 1654/17
1655/1 1655/3 1656/18
1657/15 1657/19
1658/11 1658/11
1660/13 1662/2
1662/25 1663/3
1663/25 1664/1 1664/9
1665/7 1665/13
1666/23 1667/6 1667/7
1669/20 1669/25
1674/3 1674/17
1674/19 1677/2
1677/15 1681/4
1682/13 1684/8
1688/23 1691/14

**K**

KARLIN [1]  1577/15
keep [6]  1614/14
1627/6 1641/1 1643/1
1681/15 1691/21
key [8]  1642/5 1646/2
1646/3 1652/17
1652/21 1689/11
1689/13 1689/18
killed [1]  1615/4
kind [26]  1594/2
1598/19 1621/14
1621/16 1624/22
1625/16 1626/18
1626/21 1635/7
1636/16 1638/11
1639/3 1639/19
1650/24 1651/20
1657/7 1662/3 1664/23
1668/12 1669/20
1669/20 1674/17
1687/19 1687/20
1688/4 1691/15
kinds [1]  1637/11
KK [2]  1653/17
1653/24
knees [5]  1670/7
1670/20 1673/16
1673/25 1674/4
knew [3]  1588/18
1666/12 1690/6
knocked [1]  1654/18
know [18]  1582/9
1583/8 1584/20
1584/22 1591/8
1591/13 1591/14

1596/9 1602/8 1614/18
1626/17 1630/21
1638/15 1642/24
1678/12 1687/25
1689/16 1690/10
knowledge [1]  1634/10
known [1]  1584/2

**L**

L.A [1]  1611/9
lab [3]  1629/14 1630/3
1631/6
laboratory [3]  1602/3
1602/7 1685/19
laid [1]  1673/11
land [1]  1627/12
Lanka [2]  1608/7
1622/25
large [9]  1622/4
1622/15 1627/15
1630/21 1642/8
1666/18 1672/2
1672/15 1691/18
larger [2]  1622/6
1622/8
Las [1]  1622/9
last [4]  1596/8 1604/25
1617/1 1632/6
later [3]  1625/3
1675/14 1685/21
Laughter [2]  1616/7
1663/4
law [2]  1584/3 1632/19
laying [1]  1626/22
layover [1]  1623/14
layperson's [1]
1612/13
Leader [9]  1617/19
1618/5 1619/9 1619/15
1619/16 1619/17
1619/22 1620/25
1636/9
Leading [1]  1595/4
learn [3]  1581/7
1628/14 1685/21
learned [3]  1581/10
1632/14 1632/15
least [5]  1599/3
1599/15 1643/15
1667/9 1679/11
leave [1]  1596/11
leaving [1]  1670/14
led [1]  1593/9
left [47]  1582/10
1582/24 1593/18
1594/6 1594/7 1625/20
1637/17 1640/15
1640/17 1641/1
1641/10 1642/4
1642/19 1645/1
1645/16 1645/19
1647/1 1647/1 1647/3
1647/7 1647/16
1648/10 1649/7 1651/5

1652/17 1654/9
1656/17 1657/22
1659/19 1659/25
1661/2 1662/3 1662/9
1663/13 1663/18
1664/12 1668/11
1669/10 1670/19
1673/7 1676/2 1677/2
1680/15 1681/7 1683/5
1686/15 1688/23
left-hand [30]  1625/20
1640/17 1641/10
1642/19 1645/1
1645/16 1645/19
1647/1 1647/1 1647/7
1647/16 1649/7 1651/5
1652/17 1654/9
1656/17 1657/22
1659/19 1659/25
1662/9 1663/13
1668/11 1673/7 1676/2
1677/2 1680/15 1681/7
1683/5 1686/15
1688/23
leg [3]  1628/24 1650/1
1690/24
legal [1]  1624/21
Legion [1]  1608/16
legs [3]  1628/19
1628/23 1650/2
less [2]  1586/10
1631/17
let [10]  1584/18 1591/8
1591/13 1591/13
1593/22 1596/15
1624/20 1635/10
1662/5 1691/10
let's [19]  1640/7
1640/17 1641/9
1641/14 1644/1 1644/1
1645/18 1647/6
1650/24 1652/9 1654/8
1656/4 1657/21
1659/18 1663/5 1665/9
1671/12 1676/21
1682/9
letter [2]  1661/3
1683/11
level [2]  1618/13
1621/23
Lexus [1]  1592/12
licensed [1]  1606/2
light [2]  1612/7
1674/19
like [38]  1586/10
1587/6 1592/2 1592/12
1595/13 1595/13
1595/14 1598/18
1609/24 1611/21
1611/24 1612/7 1612/8
1613/4 1613/9 1613/11
1613/13 1614/10
1624/11 1633/22
1634/6 1642/19

1643/15 1643/16
1647/14 1666/15
1668/22 1670/11
1670/12 1672/4
1672/17 1674/1
1675/14 1677/25
1678/20 1683/9 1687/7
1690/8
likely [1]  1667/1
limbs [1]  1615/8
limited [2]  1589/3
1683/25
line [6]  1626/20
1626/23 1626/24
1639/11 1653/6
1653/10
lines [2]  1639/4
1639/12
lining [1]  1626/24
listed [1]  1590/23
lit [1]  1632/1
litigation [2]  1577/17
1580/25
little [23]  1582/10
1594/1 1594/6 1594/7
1594/20 1596/13
1598/1 1598/10
1599/13 1606/14
1615/5 1619/5 1627/2
1628/2 1632/4 1633/19
1638/1 1638/9 1643/19
1662/3 1664/23
1666/17 1670/3
live [1]  1613/22
LL [3]  1653/17 1653/25
1654/14
local [1]  1632/19
located [15]  1588/20
1603/14 1623/23
1628/11 1639/16
1639/25 1653/3 1653/4
1654/5 1656/12
1656/13 1670/23
1677/4 1679/24
1689/14
location [9]  1594/15
1598/12 1603/6
1610/15 1662/10
1663/21 1690/2 1690/5
1690/13
locations [2]  1661/20
1683/21
lodged [3]  1677/23
1678/5 1682/16
log [1]  1633/10
long [13]  1584/2
1589/16 1596/8
1602/15 1605/17
1607/5 1607/14
1614/13 1617/9
1619/13 1620/19
1621/15 1653/20
longer [2]  1598/15
1616/6

## L

**look [21]**  1582/16
1584/4 1587/25 1588/4
1591/12 1591/19
1598/3 1630/24 1634/6
1636/17 1638/8 1642/4
1642/19 1643/9
1645/13 1649/16
1668/10 1672/5 1678/3
1685/7 1689/11
**looked [3]**  1585/6
1672/6 1672/17
**looking [51]**  1587/12
1588/6 1590/2 1590/16
1591/15 1591/20
1597/9 1598/10
1626/25 1627/1 1634/7
1637/20 1637/22
1638/21 1639/15
1639/17 1641/3 1641/3
1641/24 1642/11
1642/18 1645/4
1647/25 1648/22
1651/1 1652/6 1652/6
1652/8 1653/2 1657/19
1658/22 1658/23
1659/5 1659/13 1661/1
1661/2 1661/4 1661/14
1661/15 1661/15
1664/10 1666/16
1667/5 1667/20 1668/7
1681/7 1687/3 1687/16
1687/24 1688/5 1688/9
**looks [10]**  1587/6
1592/12 1595/13
1595/14 1642/19
1643/14 1647/14
1668/22 1670/12
1683/9
**Los [10]**  1576/15
1576/23 1577/6
1577/10 1579/15
1617/17 1617/22
1618/14 1621/2 1621/6
**Los Angeles [5]**
1617/17 1617/22
1618/14 1621/2 1621/6
**lot [33]**  1596/10
1619/23 1620/6
1621/16 1624/10
1625/13 1626/19
1628/24 1633/20
1634/10 1637/15
1639/7 1639/8 1640/15
1641/1 1641/19 1642/8
1645/5 1646/20 1647/3
1653/21 1660/20
1664/25 1667/1 1671/7
1672/1 1672/2 1672/23
1673/12 1673/25
1674/2 1674/20 1690/6
**lots [1]**  1626/21
**lower [3]**  1642/4

1656/14 1669/3
**lower-right [1]**  1656/14
**LS500 [1]**  1592/12
**LSU [1]**  1606/9
**lunch [2]**  1691/21
1691/25
**luncheon [1]**  1692/10

## M

**M-a-r-r-i-o-t-t [1]**
1617/4
**ma'am [9]**  1591/9
1593/11 1599/19
1600/15 1601/12
1607/1 1611/13
1611/20 1612/12
**machine [5]**  1627/25
1628/2 1628/6 1628/7
1628/9
**made [11]**  1595/23
1611/24 1612/1 1618/7
1620/3 1620/4 1624/17
1650/18 1671/9 1687/6
1687/19
**magnified [1]**  1681/4
**magnitude [1]**  1650/19
**mail [1]**  1622/20
**mailing [1]**  1622/19
**main [2]**  1627/25
1638/8
**mainly [1]**  1650/19
**maintenance [1]**
1620/1
**majority [2]**  1652/6
1667/3
**make [17]**  1584/14
1596/15 1599/9
1611/24 1612/2
1625/17 1627/18
1636/7 1638/10 1639/3
1643/13 1650/24
1652/24 1655/4 1667/6
1676/7 1678/4
**making [2]**  1582/17
1670/21
**man [2]**  1589/10
1589/20
**manageable [1]**
1638/12
**management [1]**
1620/21
**manner [1]**  1599/1
**many [13]**  1594/23
1600/17 1600/17
1601/7 1607/19
1611/14 1612/4
1619/23 1620/18
1620/25 1621/25
1624/23 1632/25
**map [1]**  1627/16
**maps [1]**  1584/24
**Mareblu [37]**  1589/1
1592/23 1623/23
1623/24 1624/8

1624/16 1624/17
1625/6 1625/10
1625/25 1627/9
1631/24 1632/6 1633/7
1635/13 1638/4 1639/6
1640/13 1640/13
1640/15 1640/24
1641/4 1647/12
1647/24 1650/3 1652/7
1652/8 1652/10 1653/3
1653/9 1653/10
1653/10 1653/11
1656/5 1679/5 1683/18
1683/20
**MARIA [1]**  1577/3
1580/18 1621/7
**Maria Jhai [1]**  1580/18
**mark [9]**  1577/2
1580/17 1643/12
1643/16 1643/20
1643/22 1643/25
1661/19 1666/8
**Mark Takla [1]**  1580/17
**marked [2]**  1651/1
1659/23
**marker [9]**  1645/23
1649/9 1659/25 1660/3
1660/5 1663/12
1669/23 1686/5
1689/18
**markers [3]**  1641/21
1651/21 1668/13
**marking [28]**  1594/3
1594/9 1597/1 1601/6
1648/24 1651/12
1653/5 1653/11 1655/3
1656/14 1657/4
1658/10 1658/22
1661/4 1661/19 1662/1
1662/14 1664/19
1671/4 1671/6 1671/7
1672/25 1673/19
1675/8 1682/14
1682/17 1682/20
1683/6
**markings [1]**  1677/23
**marks [1]**  1667/12
**Marriott [21]**  1616/12
1616/14 1617/3 1617/7
1625/24 1627/24
1638/21 1640/22
1641/13 1641/17
1644/25 1645/12
1651/10 1652/15
1656/9 1659/4 1664/7
1665/7 1682/12 1685/5
1688/21
**mass [2]**  1614/2
1632/15
**massive [2]**  1638/8
1638/16
**match [1]**  1663/9
**matches [1]**  1632/2
**material [24]**  1629/14

1639/9 1664/21
1664/24 1665/2
1665/16 1666/19
1667/2 1670/5 1670/8
1670/11 1671/6
1671/11 1671/18
1672/2 1673/12
1673/13 1673/13
1674/1 1674/3 1674/19
1674/20 1683/24
1691/17
**materials [1]**  1612/1
**matter [2]**  1643/9
1693/7
**may [34]**  1581/21
1584/4 1584/7 1584/8
1587/15 1587/17
1589/18 1590/25
1591/1 1604/5 1604/7
1604/10 1604/12
1605/7 1615/24 1616/1
1616/9 1620/14
1620/17 1623/6
1626/22 1627/12
1628/4 1631/23 1632/7
1632/7 1635/3 1643/7
1644/6 1644/8 1644/22
1678/12 1683/18
1692/7
**May 15th [3]**  1631/23
1632/7 1683/18
**May 24th [1]**  1632/7
**maybe [9]**  1594/5
1594/7 1603/19 1631/1
1649/10 1657/1 1665/6
1670/25 1690/18
**me [19]**  1584/18
1589/22 1590/6
1593/22 1595/9
1595/17 1596/15
1598/10 1603/18
1603/18 1603/19
1609/24 1611/8 1615/5
1623/14 1624/20
1637/5 1642/5 1662/5
**mean [4]**  1596/12
1597/21 1613/11
1652/21
**meaning [1]**  1634/4
**means [5]**  1581/7
1626/18 1627/4
1631/17 1678/3
**measured [3]**  1642/6
1642/6 1689/4
**measurement [4]**
1583/8 1584/14
1627/17 1628/6
**measurements [1]**
1628/7
**medical [7]**  1605/20
1606/8 1607/23
1607/24 1607/25
1608/10 1608/20
**medicine [1]**  1606/2

**meet [1]**  1636/25
**meetings [2]**  1611/16
1611/16
**melted [1]**  1585/9
**member [4]**  1581/18
1619/11 1622/1 1622/3
**members [25]**  1618/14
1620/4 1620/24 1621/2
1621/3 1624/4 1624/18
1626/8 1629/5 1630/12
1632/16 1632/25
1633/3 1633/6 1634/3
1634/15 1635/11
1671/10 1673/8
1673/25 1674/10
1674/22 1678/23
1679/4 1691/3
**memory [1]**  1592/14
**mention [1]**  1608/14
**mentioned [6]**  1607/8
1608/1 1610/9 1613/9
1618/2 1666/23
**Merit [1]**  1608/16
**metal [1]**  1679/10
**methodical [1]**  1667/8
**methods [1]**  1666/13
**MICHAEL [2]**  1577/9
1580/23
**Michael Schachter [1]**
1580/23
**microphone [1]**
1606/13
**middle [1]**  1627/25
**midsection [1]**
1615/18
**might [9]**  1582/19
1582/20 1590/17
1592/6 1596/9 1612/6
1612/13 1612/24
1635/7
**Mike [1]**  1592/5
**mileage [1]**  1611/8
**military [4]**  1607/10
1608/22 1611/25
1612/9
**mind [2]**  1643/1
1691/21
**mining [1]**  1670/12
**minute [2]**  1627/4
1681/17
**minutes [1]**  1643/3
**missing [2]**  1600/13
1678/4
**misspoke [1]**  1588/15
**MM [3]**  1653/18
1653/25 1654/23
**moment [2]**  1684/8
**momentarily [1]**
1599/11
**Monica [1]**  1622/16
**more [18]**  1586/10
1594/20 1599/9 1601/5
1601/21 1618/13
1619/5 1622/6 1631/17

**M**

**more... [9]** 1633/20
1634/10 1635/3 1636/7
1638/12 1661/14
1667/1 1670/3 1675/9
**morning [13]** 1580/17
1580/21 1580/22
1581/1 1581/2 1582/5
1582/6 1593/6 1593/7
1605/10 1605/11
1631/11 1642/25
**mortar [1]** 1611/25
**most [4]** 1594/25
1595/2 1636/13 1640/2
**mostly [1]** 1669/4
**move [21]** 1585/2
1593/25 1598/17
1598/25 1599/1 1599/9
1599/13 1602/9 1613/1
1613/2 1630/16
1640/17 1642/24
1643/12 1646/14
1647/6 1652/9 1654/8
1656/4 1657/21
1672/16
**movement [1]** 1614/2
**moves [5]** 1599/2
1599/14 1609/16
1684/7 1684/10
**moving [5]** 1630/17
1651/5 1656/16 1659/5
1680/15
**Mr. [13]** 1580/24
1581/21 1583/11
1587/25 1590/8
1591/22 1593/6 1593/8
1602/17 1603/5
1603/18 1604/7
1609/24
**Mr. Covey [1]** 1609/24
**Mr. Jensen [6]** 1583/11
1587/25 1593/6 1593/8
1602/17 1603/5
**Mr. Scott Mullaly [1]**
1591/22
**Mr. Scott Mullaly's [1]**
1590/8
**Mr. Stephen Beal [1]**
1580/24
**Mr. Trigilio [2]** 1581/21
1604/7
**Mr. Wilson [1]** 1603/18
**much [6]** 1612/24
1618/24 1624/14
1633/15 1638/12
1672/14
**Mullaly [3]** 1589/11
1589/20 1591/22
**Mullaly's [1]** 1590/8
**multiple [1]** 1613/2
**musculoskeletal [1]**
1605/16
**must [1]** 1581/7

**my [31]** 1581/19
1584/11 1592/4
1592/13 1604/1 1605/2
1607/24 1611/8 1612/3
1614/20 1616/5
1617/15 1617/20
1618/14 1618/15
1619/18 1620/4
1620/11 1620/13
1620/21 1620/23
1623/13 1624/20
1626/11 1630/12
1634/3 1636/12 1641/6
1643/12 1643/15
1684/21

**N**

**name [19]** 1589/22
1590/1 1590/9 1590/13
1590/15 1590/15
1591/4 1591/8 1591/9
1591/10 1591/10
1591/24 1592/1
1604/25 1605/1 1605/2
1614/7 1617/1 1617/2
**named [2]** 1589/10
1589/20
**national [1]** 1605/23
**nature [2]** 1612/2
1687/8
**Naval [1]** 1606/6
**Navy [6]** 1607/13
1607/14 1607/16
1607/18 1607/22
1608/23
**near [10]** 1586/1
1588/8 1588/10
1599/11 1629/11
1653/16 1666/24
1667/2 1667/9 1687/16
**nearing [1]** 1668/23
**necessarily [1]**
1620/12 1626/11
**necessary [1]** 1620/4
**need [17]** 1590/14
1605/4 1606/12 1619/1
1620/18 1623/14
1623/16 1624/23
1625/17 1626/22
1629/14 1630/2
1632/16 1632/17
1644/3 1678/3 1681/15
**needed [6]** 1619/5
1619/25 1620/19
1631/17 1639/10
1674/20
**needing [1]** 1672/16
**needle [1]** 1637/20
**needs [1]** 1581/16
**next [14]** 1581/18
1586/7 1588/1 1603/7
1604/12 1616/9
1621/19 1628/23
1636/4 1658/3 1661/5

1669/1 1683/10
1689/12
**nice [1]** 1592/15
**NICK [2]** 1577/18
1580/20
**Nick Vicencia [1]**
1580/20
**night [14]** 1624/9
1624/24 1625/3 1626/3
1626/9 1626/10
1626/22 1627/9
1628/13 1631/11
1631/24 1635/20
1638/25 1650/3
**nine [1]** 1637/6
**nitrate [1]** 1612/4
**NN [1]** 1653/25
**no [30]** 1576/8 1581/14
1581/15 1584/22
1585/14 1586/17
1587/11 1592/25
1594/1 1598/14 1600/7
1602/5 1602/14
1602/24 1604/2
1609/19 1610/20
1610/22 1610/25
1611/13 1615/23
1626/7 1627/6 1630/9
1631/9 1632/3 1632/13
1637/2 1652/25
1693/16
**No. [5]** 1593/20 1637/1
1642/14 1681/21
1686/6
**No. 1 [1]** 1637/1
**No. 10 [1]** 1681/21
**No. 26 [1]** 1642/14
**No. 45 [1]** 1593/20
**none [1]** 1600/11
**North [1]** 1577/6
**not [42]** 1581/7
1584/13 1584/14
1589/22 1591/25
1598/19 1601/19
1601/21 1602/9
1602/14 1611/2
1611/23 1613/9
1618/22 1620/12
1620/21 1624/17
1626/7 1630/5 1630/7
1631/9 1631/10
1631/16 1643/1
1659/17 1662/23
1665/4 1665/22
1666/16 1670/17
1674/2 1674/18
1675/16 1678/4
1679/12 1683/24
1683/25 1684/22
1689/13 1689/14
1690/12 1691/22
**nothing [4]** 1604/4
1604/21 1616/22
1621/18

**notify [1]** 1581/18
**now [118]** 1580/10
1581/10 1583/21
1583/23 1586/23
1588/24 1590/6
1594/17 1595/15
1596/13 1597/21
1598/6 1599/20 1600/5
1601/13 1602/11
1602/17 1604/20
1611/21 1612/15
1614/17 1616/21
1617/13 1617/23
1618/18 1619/8
1619/21 1620/25
1622/3 1622/11 1623/2
1623/6 1624/4 1624/7
1625/24 1626/3 1626/8
1628/13 1630/4
1631/23 1632/4
1632/11 1636/17
1637/10 1638/21
1639/11 1639/15
1640/5 1640/11
1640/17 1641/13
1641/17 1641/24
1644/25 1645/22
1646/4 1646/8 1646/14
1648/1 1648/10 1649/6
1649/16 1650/5
1650/15 1651/1 1651/5
1651/14 1652/9
1652/17 1653/2
1653/15 1654/8
1655/10 1655/21
1656/4 1656/24
1657/21 1658/5
1659/22 1660/8
1661/22 1662/9
1662/15 1662/20
1663/9 1663/12 1664/7
1664/13 1666/4
1667/16 1667/19
1669/25 1676/9
1676/15 1676/19
1677/4 1677/8 1677/25
1678/23 1679/3
1679/18 1680/3 1681/7
1681/21 1682/25
1683/13 1685/5
1685/18 1685/21
1686/11 1686/21
1687/3 1687/13
1687/15 1688/25
1689/18 1691/3 1691/9
**number [10]** 1588/1
1613/16 1614/7
1656/18 1681/9
1681/14 1681/18
1681/19 1681/22
1686/8
**numbers [8]** 1636/3
1641/22 1641/25
1642/2 1642/6 1689/1

1689/13 1689/23
**numerical [1]** 1685/12

**O**

**oath [1]** 1582/2
**object [3]** 1612/21
1613/6 1614/4
**objection [7]** 1585/14
1586/17 1589/12
1595/4 1602/6 1602/20
1609/19
**observe [2]** 1595/7
1625/9
**observed [2]** 1599/17
1640/2
**obtain [1]** 1608/21
**obvious [1]** 1655/24
**obviously [17]** 1613/17
1618/16 1626/10
1630/25 1635/1
1636/20 1637/17
1639/4 1666/15
1668/10 1668/24
1669/22 1672/15
1687/10 1687/17
1689/24 1690/6
**occupation [1]** 1617/7
**occupied [2]** 1654/2
1661/6
**occur [2]** 1645/6
1688/14
**occurred [16]** 1593/10
1597/6 1597/7 1623/7
1640/12 1640/25
1646/21 1647/17
1648/1 1648/10
1648/23 1650/14
1656/2 1677/2 1688/4
1688/5
**occurring [2]** 1631/12
1636/16
**off [17]** 1582/10
1582/24 1586/8
1588/23 1596/7 1599/6
1635/10 1635/19
1637/3 1638/2 1641/5
1643/19 1666/8 1671/8
1680/22 1688/1 1688/2
**offer [1]** 1609/21
**office [13]** 1628/25
1631/14 1636/24
1652/10 1654/3
1654/17 1657/7
1661/7 1664/11
1667/25 1669/22
1679/8 1679/11
**officer [6]** 1584/3
1607/19 1607/24
1607/25 1608/10
1608/20
**Official [2]** 1576/21
1693/16
**often [1]** 1618/18
**oftentimes [1]** 1613/21

## O

**Oh [5]** 1584/18
1597/20 1653/10
1671/2 1678/22
**Okay [33]** 1586/11
1588/16 1588/23
1590/5 1590/25 1592/9
1592/25 1596/13
1596/24 1597/23
1599/20 1600/11
1600/25 1601/18
1603/22 1604/2 1605/6
1614/15 1625/17
1640/24 1643/12
1646/14 1649/8
1656/16 1659/18
1662/2 1662/14
1663/12 1663/20
1665/9 1667/8 1668/1
1673/20
**on [328]**
**once [7]** 1623/20
1624/16 1625/7 1626/1
1644/19 1677/25
1678/21
**one [39]** 1582/15
1582/16 1583/9
1594/23 1594/23
1594/24 1598/25
1600/8 1600/13 1601/5
1612/24 1613/2
1617/21 1619/18
1620/14 1620/16
1621/18 1628/23
1628/24 1629/23
1629/25 1635/2 1635/2
1638/11 1643/10
1643/18 1647/24
1650/2 1650/23
1653/13 1658/6
1668/15 1669/8
1672/25 1679/11
1679/25 1682/9 1684/8
1690/25
**ones [4]** 1596/21
1622/8 1633/22
1633/23
**only [8]** 1591/18
1598/25 1603/1 1603/2
1620/21 1624/18
1658/21 1670/17
**onto [4]** 1657/8
1657/16 1670/16
1670/21
**OO [2]** 1653/18
1653/25
**oOo [2]** 1580/2
1692/12
**opening [1]** 1602/19
**operate [1]** 1607/22
**opine [1]** 1601/15
**opined [2]** 1601/8
1602/18

**opinion [5]** 1582/12
1614/25 1615/3
1615/11 1615/14
**opinions [2]** 1609/21
1611/11
**opportunity [1]**
1618/12
**opposite [1]** 1647/23
**or [69]** 1581/10
1582/16 1582/22
1586/1 1586/10
1589/16 1592/6
1593/21 1593/24
1595/7 1595/8 1595/13
1595/13 1595/15
1599/1 1599/1 1600/11
1601/19 1602/19
1603/22 1611/25
1611/25 1612/8
1612/10 1612/21
1612/21 1613/2 1613/5
1614/3 1614/4 1614/6
1614/7 1614/7 1614/9
1620/12 1622/6
1622/12 1623/3
1627/13 1631/7
1631/11 1631/17
1631/24 1632/1 1632/2
1635/3 1643/2 1643/2
1643/9 1649/21
1650/15 1663/12
1664/2 1664/7 1665/19
1665/20 1665/20
1666/23 1669/1
1673/13 1674/21
1675/4 1683/18
1688/13 1688/15
1689/18 1691/22
1691/22 1691/23
**Orange [2]** 1623/18
1623/20
**order [6]** 1580/13
1665/16 1671/19
1678/7 1681/16
1685/12
**organizations [1]**
1605/23
**organs [1]** 1613/20
**orientation [4]** 1597/17
1597/19 1663/9
1663/10
**originally [2]** 1588/14
1685/22
**ORTEGA [1]** 1577/7
**Orthopaedic [1]**
1606/1
**orthopedic [7]** 1605/13
1605/14 1605/17
1605/22 1607/3
1608/24 1609/16
**other [35]** 1581/8
1583/18 1586/1
1588/25 1589/6 1589/8
1591/24 1594/25

1611/10 1611/11
1612/4 1618/15 1632/2
1633/23 1634/19
1637/11 1639/8 1643/2
1646/20 1647/16
1647/24 1648/11
1648/23 1652/5 1652/7
1661/4 1661/6 1664/24
1667/4 1669/8 1679/1
1679/11 1683/18
1687/21 1691/22
**others [3]** 1581/17
1608/16 1678/8
**our [12]** 1580/25
1606/15 1619/25
1620/1 1620/2 1621/19
1624/12 1659/12
1668/12 1670/7
1671/18 1690/10
**out [62]** 1590/14
1599/2 1599/7 1599/23
1613/3 1613/8 1620/13
1620/18 1620/23
1621/8 1625/13
1625/17 1626/18
1627/2 1627/3 1627/5
1627/7 1628/3 1631/18
1633/15 1636/10
1638/14 1639/1
1642/16 1643/18
1648/13 1650/20
1650/21 1657/16
1661/15 1661/15
1661/23 1662/4
1662/10 1663/21
1665/19 1665/21
1665/22 1666/10
1667/7 1668/9 1668/24
1669/1 1669/4 1670/18
1670/25 1671/4
1671/24 1672/6
1672/16 1673/10
1674/3 1674/11 1676/3
1676/4 1683/1 1685/7
1689/6 1689/16
1689/24 1690/6
1690/14
**outer [2]** 1638/22
1639/12
**outlet [1]** 1603/19
**outside [15]** 1581/11
1581/17 1589/12
1589/18 1593/17
1602/20 1628/22
1628/24 1643/6
1650/11 1656/1
1664/10 1672/6 1677/1
1692/5
**outward [1]** 1612/18
**over [25]** 1593/22
1594/6 1594/7 1601/5
1602/1 1605/5 1608/24
1617/13 1617/21
1617/25 1622/2

1630/20 1634/12
1635/9 1637/6 1637/7
1641/1 1647/6 1654/18
1655/2 1661/4 1664/1
1669/10 1670/25
1675/5
**overall [1]** 1638/4
**overarching [1]**
1636/14
**overnight [1]** 1632/20
**overseas [5]** 1608/1
1608/2 1608/8 1612/9
1620/3
**overseeing [1]** 1636/14
**overview [1]** 1621/16
**overwhelming [1]**
1638/10
**own [2]** 1630/1
1639/10

## P

**p.m [2]** 1624/2 1692/10
**pace [3]** 1614/14
1614/16 1614/17
**package [2]** 1629/23
1686/20
**packaged [3]** 1631/6
1636/6 1636/22
**packages [1]** 1622/19
**packaging [2]** 1633/16
1633/16
**pad [1]** 1586/8
**page [6]** 1576/19
1578/2 1587/25 1588/1
1588/5 1693/7
**Palm [1]** 1621/8
**Palm Springs [1]**
1621/8
**paper [2]** 1590/16
1673/11
**paragraph [1]** 1683/13
**paragraphs [1]**
1591/18
**PARK [2]** 1577/3
1580/18
**parking [14]** 1626/19
1626/21 1628/23
1639/7 1639/7 1640/15
1641/1 1641/19 1642/8
1645/5 1646/20 1647/3
1671/7 1672/23
**part [25]** 1582/22
1592/14 1595/8 1598/6
1601/14 1601/15
1601/19 1602/1 1609/3
1615/16 1624/20
1626/15 1636/13
1640/14 1648/19
1654/17 1667/4
1668/11 1680/3 1680/6
1680/9 1680/22 1683/7
1685/22 1686/24
**partially [1]** 1585/9
**particles [1]** 1614/6

**particular [4]** 1595/1
1636/19 1644/3
1679/21
**parties [6]** 1581/9
1683/14 1683/16
1683/22 1684/5
1684/15
**parts [11]** 1628/15
1628/17 1628/20
1629/1 1630/17 1631/8
1631/20 1632/1 1654/5
1679/25 1690/25
**pass [2]** 1637/3 1637/4
**past [1]** 1616/16
**PAT [3]** 1576/21 1693/3
1693/16
**patcuneo1600 [1]**
1576/24
**path [2]** 1599/2
1599/15
**pattern [1]** 1614/19
**Pause [8]** 1580/6
1584/9 1587/20
1587/23 1602/23
1616/4 1616/13
1644/17
**pay [1]** 1611/8
**payment [1]** 1611/10
**Peanut [3]** 1685/22
1686/12 1686/19
**pebble [1]** 1613/13
**pebbles [1]** 1614/7
**peer [1]** 1609/11
**peer-reviewed [1]**
1609/11
**pelvis [2]** 1615/8
1615/18
**pending [1]** 1604/20
1616/21
**Pennsylvania [2]**
1606/10 1606/21
**people [9]** 1612/16
1614/18 1618/16
1620/18 1624/23
1626/24 1633/2
1637/16 1688/3
**per [1]** 1679/12
**percent [1]** 1683/9
**perfect [1]** 1585/2
**performed [1]** 1612/10
**Perhaps [1]** 1586/6
**perimeter [1]** 1625/18
**period [6]** 1606/7
1614/13 1619/13
1632/12 1632/14
1637/7
**periods [3]** 1608/5
1608/9 1609/9
**permission [2]**
1589/15 1644/5
**person [8]** 1591/4
1612/21 1613/22
1614/3 1632/23
1633/15 1636/23

{PLAINTIFF} v.
{DEFENDANT}

{WITNESSNAME}
{DATE}

**P**

person... [1] 1687/25
person's [3] 1590/1
1590/13 1628/14
personal [1] 1611/16
perspective [1]
1637/10
Philly [1] 1606/10
phone [1] 1620/6
photo [50] 1593/24
1627/24 1641/3
1641/17 1641/19
1643/9 1645/12
1645/13 1645/17
1647/17 1648/8
1648/12 1649/16
1649/19 1649/21
1649/22 1651/11
1651/18 1652/4
1654/14 1656/24
1657/5 1657/7 1657/14
1657/18 1659/3
1659/11 1659/12
1659/14 1660/19
1660/20 1661/1 1664/8
1664/9 1665/13 1666/2
1666/8 1668/5 1669/19
1671/16 1671/17
1671/22 1672/12
1672/13 1675/11
1677/15 1681/4 1683/5
1686/23 1686/25
photograph [57]
1579/12 1579/13
1585/22 1593/15
1593/18 1594/25
1595/11 1597/18
1598/21 1636/5
1640/22 1647/22
1648/18 1648/19
1651/22 1654/13
1654/16 1654/23
1654/25 1655/1
1655/10 1655/13
1655/21 1655/23
1655/24 1657/18
1660/12 1660/18
1660/25 1661/13
1661/22 1661/25
1662/4 1664/13
1664/16 1666/13
1668/13 1668/21
1672/22 1673/6
1673/18 1673/24
1674/9 1674/16 1675/3
1675/6 1675/7 1675/17
1675/19 1675/25
1677/14 1677/22
1678/18 1682/12
1682/19 1682/25
1686/18
photographs [12]
1579/5 1579/6 1597/9

1610/3 1610/4 1610/9
1610/10 1610/13
1610/15 1610/18
1675/12 1675/13
photography [3]
1621/22 1633/9
1633/10
photos [8] 1611/1
1625/24 1631/16
1636/7 1652/6 1656/18
1675/9 1690/8
physial [1] 1685/15
physical [9] 1635/22
1635/25 1683/17
1684/2 1684/7 1684/10
1684/22 1685/5 1685/8
physically [1] 1690/12
pick [5] 1626/22
1638/2 1665/20
1666/21 1670/18
picked [2] 1636/8
1675/19
picture [2] 1668/22
1686/19
piece [10] 1585/6
1590/16 1627/15
1627/25 1637/4
1637/23 1642/17
1676/16 1676/17
1682/4
pieces [6] 1627/1
1627/2 1628/10
1666/17 1674/22
1680/13
pile [1] 1670/6
piles [1] 1668/12
pin [1] 1628/10
place [8] 1598/18
1627/18 1642/9
1666/13 1669/24
1672/5 1675/19 1689/4
placed [1] 1586/9
places [1] 1605/20
Plaintiff [1] 1576/7
plastic [11] 1681/22
1681/24 1681/25
1682/2 1682/13
1682/15 1682/25
1683/4 1685/16
1685/18 1685/21
play [1] 1639/12
please [23] 1580/5
1580/13 1580/16
1581/12 1585/11
1587/25 1590/11
1591/18 1596/16
1597/11 1604/15
1604/16 1604/18
1604/24 1604/25
1614/12 1616/16
1616/17 1616/19
1616/25 1617/1
1644/16 1644/21
point [12] 1588/5

1595/1 1602/2 1613/5
1615/8 1625/3 1628/13
1631/23 1631/25
1642/16 1662/10
1663/21
pointed [1] 1661/23
police [1] 1624/11
pond [1] 1613/13
portion [10] 1646/22
1646/23 1646/25
1647/4 1649/10
1670/19 1679/15
1686/2 1688/25
1690/19
possible [3] 1662/8
1664/20 1666/16
possibly [1] 1634/9
post [8] 1621/21
1622/25 1623/3 1623/3
1634/4 1635/1 1637/11
1683/19
post-blast [7] 1621/21
1622/25 1623/3 1634/4
1635/1 1637/11
1683/19
post-explosion [1]
1623/3
potential [3] 1634/16
1635/5 1639/2
Potentially [1] 1590/22
powerful [1] 1599/9
PP [3] 1653/18 1653/25
1655/11
practice [1] 1606/2
precise [1] 1594/15
prepare [2] 1601/18
1601/21
presence [4] 1580/8
1581/17 1643/6 1692/5
present [4] 1577/15
1580/24 1602/3 1624/5
presented [1] 1581/6
presently [1] 1605/19
presiding [2] 1576/4
1580/12
pressure [3] 1595/19
1596/7 1599/6
presumably [1]
1643/15
pretty [4] 1618/24
1624/14 1633/15
1672/14
previously [68] 1582/1
1597/10 1601/6
1625/19 1627/20
1638/17 1640/8
1640/18 1641/7
1642/21 1645/8
1645/18 1646/15
1647/7 1647/18 1648/4
1648/14 1650/6 1651/6
1651/14 1651/25
1652/11 1654/9
1654/19 1655/6

1655/17 1656/6
1656/21 1657/10
1658/15 1658/24
1659/7 1659/18 1660/8
1660/14 1660/21
1661/9 1662/15 1664/3
1665/9 1665/23
1667/11 1668/1
1668/17 1669/15
1671/12 1672/8
1672/18 1673/2
1673/20 1674/5
1674/12 1674/24
1675/21 1676/22
1677/10 1677/18
1678/14 1679/13
1680/16 1680/23
1681/1 1682/7 1682/21
1685/25 1686/14
1686/22 1688/17
primary [1] 1613/19
1613/25
principles [1] 1580/9
prior [4] 1617/11
1619/11 1622/11
1622/18
prism [3] 1627/14
1627/16 1628/3
privately [1] 1581/17
probably [3] 1598/13
1611/17 1631/3
procedures [3]
1635/21 1635/24
1636/1
proceedings [11]
1576/14 1578/12 1580/6
1584/9 1587/20
1587/23 1602/23
1616/4 1616/13
1644/17 1693/6
process [7] 1622/25
1630/18 1635/11
1666/5 1670/1 1670/3
1676/9
processed [8] 1621/25
1622/7 1622/12
1622/15 1622/16
1622/20 1622/24
1632/5
processing [3]
1621/11 1633/1 1633/4
profession [1] 1605/12
professor [2] 1607/3
1607/5
program [1] 1635/15
properly [1] 1678/13
provide [2] 1679/10
1687/11
provided [1] 1632/19
proximity [5] 1587/7
1612/23 1613/18
1615/9 1615/12
PUBLIC [2] 1577/8
1577/15

publish [17] 1583/2
1585/17 1586/20
1627/21 1640/18
1642/21 1645/18
1647/7 1652/11 1656/5
1656/21 1658/14
1659/18 1665/9
1671/12 1686/14
1686/22
publishing [52]
1625/19 1627/20
1638/17 1640/8 1641/7
1645/8 1646/4 1646/15
1647/18 1648/4
1648/14 1650/6 1651/6
1651/14 1651/25
1654/9 1654/19 1655/6
1655/17 1657/10
1658/24 1659/7 1660/8
1660/14 1660/21
1661/9 1662/15 1664/3
1665/23 1667/11
1668/1 1668/17
1669/15 1672/8
1672/18 1673/2
1673/20 1674/5
1674/12 1674/24
1675/21 1676/22
1677/10 1677/18
1678/14 1679/13
1680/16 1680/25
1682/7 1682/21
1685/25 1688/17
pull [6] 1593/12
1596/14 1599/20
1668/9 1671/6 1685/6
pulled [3] 1624/13
1624/15 1689/25
pulling [4] 1603/6
1638/14 1666/10
1667/7
purple [6] 1641/24
1641/25 1642/2 1642/2
1689/1 1689/1
purposes [2] 1684/6
1684/17
pursuant [4] 1585/12
1586/14 1684/12
1693/4
pushed [1] 1598/23
pushing [1] 1628/3
put [15] 1591/4
1627/17 1630/1 1630/1
1636/2 1641/9 1641/14
1643/8 1666/19
1669/23 1670/8
1670/10 1674/2
1679/10 1686/8
putting [1] 1671/18

**Q**

QQ [3] 1653/18
1653/25 1655/21
qualify [1] 1609/16

## Q

**quantify [1]** 1679/3
**question [7]** 1584/11
1646/24 1653/19
1653/20 1653/23
1662/6 1691/10
**questioned [1]**
1596/21
**questions [13]**
1592/25 1593/8
1593/10 1600/1
1601/13 1602/12
1602/24 1603/1 1603/2
1604/2 1615/23 1620/8
1653/12
**quickly [4]** 1584/5
1606/15 1614/13
1631/18
**quite [1]** 1630/20

## R

**radius [2]** 1600/22
1603/16
**raise [4]** 1581/12
1604/16 1604/18
1616/19
**range [1]** 1599/5
**rank [1]** 1608/21
**rapid [2]** 1585/24
1612/17
**rate [1]** 1611/9
**rather [1]** 1643/22
**reaches [1]** 1613/24
**read [5]** 1584/11
1591/17 1592/14
1683/7 1683/13
**reading [1]** 1591/3
**ready [5]** 1619/24
1620/2 1620/5 1633/17
1692/1
**really [2]** 1582/20
1643/22
**reason [2]** 1638/8
1644/3
**reasons [3]** 1629/7
1634/23 1634/25
**Rebecca [3]** 1616/12
1616/14 1617/3
**recall [8]** 1587/10
1587/12 1589/16
1590/8 1593/10 1625/1
1665/22 1678/11
**recap [1]** 1582/10
**receive [3]** 1608/17
1611/10 1673/9
**received [8]** 1585/16
1586/19 1611/6
1621/10 1623/2
1684/18 1684/19
1684/20
**recess [4]** 1644/12
1644/13 1692/9
1692/10
**recheck [1]** 1676/3

**recollection [8]**
1584/12 1588/7
1590/12 1590/20
1591/3 1591/4 1591/6
1591/7
**record [5]** 1605/1
1617/2 1635/12
1658/11 1663/25
**recoup [1]** 1632/17
**recovered [6]** 1596/20
1600/5 1602/4 1683/17
1683/20 1683/24
**recreate [5]** 1627/18
1628/8 1637/23
1687/18 1687/24
**recreation [1]** 1627/13
**recross [4]** 1578/7
1578/14 1602/25
1603/3
**RECROSS-EXAMINATI
ON [1]** 1603/3
**red [11]** 1639/21
1653/6 1658/11 1662/2
1662/12 1663/12
1663/12 1663/15
1664/1 1667/12 1686/8
**redirect [4]** 1578/7
1578/14 1593/2 1593/4
**refer [1]** 1690/4
**referred [1]** 1618/18
**referring [2]** 1585/21
1596/21
**reflect [1]** 1594/5
**refresh [7]** 1588/7
1590/12 1590/15
1590/16 1590/20
1591/2 1591/7
**refreshed [2]** 1591/5
1592/13
**refreshes [1]** 1591/3
**refreshing [1]** 1584/12
**regulations [1]** 1693/8
**relating [2]** 1621/11
1623/3
**relation [1]** 1597/14
**relevant [3]** 1582/19
1586/24 1587/2
**remain [1]** 1582/2
**remaining [2]** 1680/13
1680/21
**remains [34]** 1610/16
1611/3 1628/18
1629/11 1629/12
1629/15 1630/23
1630/24 1631/2
1631/12 1646/3 1646/9
1646/12 1647/5 1649/9
1649/20 1649/23
1649/25 1678/23
1679/3 1679/6 1679/7
1679/19 1679/21
1680/8 1680/11
1680/14 1681/4 1682/1
1682/16 1685/15

1686/11 1690/18
1690/23
**remember [23]**
1582/15 1583/21
1584/5 1584/10
1584/15 1584/16
1585/7 1588/19
1589/23 1590/1 1590/6
1590/7 1590/9 1590/22
1591/10 1591/10
1591/21 1591/23
1592/1 1592/13
1613/22 1678/11
1690/7
**remembering [1]**
1580/9
**remind [2]** 1596/19
1614/11
**reminded [2]** 1581/5
1684/15
**remove [1]** 1631/21
**removed [1]** 1680/13
**repeat [1]** 1646/24
**rephrase [1]** 1662/5
**report [16]** 1583/11
1583/14 1583/24
1584/1 1584/5 1584/11
1584/15 1584/16
1587/12 1587/15
1588/18 1590/2
1590/19 1590/23
1591/24 1610/7
**reported [1]** 1693/6
**reporter [6]** 1576/21
1604/16 1606/15
1614/14 1616/17
1693/16
**REPORTER'S [1]**
1576/14
**reports [3]** 1601/19
1601/21 1610/3
**represent [1]** 1642/3
**research [1]** 1691/23
**residency [2]** 1606/9
1606/22
**residue [2]** 1629/12
1629/13
**resistance [2]** 1599/3
1599/15
**resources [1]** 1632/17
**respect [5]** 1631/7
1636/10 1675/12
1681/21 1683/24
**respond [1]** 1623/16
**responded [1]** 1581/3
**responder [1]** 1624/10
**responding [1]**
1620/15
**response [15]** 1581/14
1602/1 1602/13
1617/20 1617/22
1618/2 1618/3 1618/4
1618/18 1618/22
1618/24 1619/6

1619/14 1619/19
1671/10
**responsibility [1]**
1618/9
**rest [1]** 1651/20
**resume [1]** 1692/7
**RESUMED [4]** 1578/3
1581/24 1581/25
1582/7
**retired [1]** 1607/16
**retiring [1]** 1608/21
**retrieve [1]** 1678/13
**return [1]** 1623/15
**returned [1]** 1623/17
1679/7
**returning [1]** 1622/22
**review [12]** 1610/1
1610/4 1610/7 1610/9
1610/12 1610/15
1610/18 1610/21
1610/23 1611/11
1615/10 1615/16
**reviewed [5]** 1583/14
1609/11 1609/25
1610/3 1614/24
**reviewing [1]** 1611/18
**right [107]** 1581/4
1582/13 1582/25
1583/7 1583/12
1583/21 1583/23
1585/22 1586/5 1586/9
1586/25 1587/7 1588/1
1589/4 1589/17
1591/11 1592/10
1592/20 1593/12
1594/1 1594/2 1598/19
1599/24 1600/21
1603/14 1603/23
1604/17 1604/18
1606/11 1609/20
1614/17 1614/21
1615/21 1616/8
1616/15 1616/19
1622/22 1625/11
1625/21 1627/18
1628/1 1628/24
1640/19 1640/23
1640/25 1641/6 1641/8
1641/18 1641/19
1642/13 1642/20
1642/22 1645/2 1645/9
1646/5 1647/2 1647/8
1647/15 1647/19
1648/2 1648/5 1648/12
1648/15 1648/24
1648/25 1649/16
1651/7 1651/15 1652/1
1653/6 1654/10
1654/13 1654/20
1655/7 1655/18 1656/1
1656/14 1656/20
1657/11 1658/12
1658/14 1658/22
1658/25 1659/8 1660/9

1660/15 1660/22
1661/10 1662/16
1664/11 1667/24
1668/2 1668/18 1669/3
1669/16 1675/7
1680/17 1680/25
1682/8 1684/13 1685/6
1686/21 1687/25
1688/1 1688/5 1691/20
1692/7
**right-hand [50]**
1625/11 1625/21
1640/19 1640/25
1641/6 1641/8 1641/18
1641/19 1642/13
1642/22 1645/2 1645/9
1646/5 1647/8 1647/19
1648/2 1648/5 1648/12
1648/15 1649/16
1651/7 1651/15 1652/1
1653/6 1654/10
1654/13 1654/20
1655/7 1655/18
1656/20 1657/11
1658/12 1658/14
1658/25 1659/8 1660/9
1660/15 1660/22
1661/10 1662/16
1664/11 1667/24
1668/2 1668/18 1669/3
1669/16 1680/17
1680/25 1682/8
1686/21
**ring [1]** 1589/22
**rise [6]** 1580/3 1580/7
1643/4 1644/14
1644/18 1692/3
**road [1]** 1627/3
**role [11]** 1592/4 1592/6
1601/13 1601/14
1601/22 1618/21
1624/20 1636/10
1636/12 1636/14
1639/12
**roles [4]** 1607/18
1607/19 1633/6
1633/20
**room [19]** 1576/23
1637/16 1653/17
1654/14 1654/23
1655/10 1655/21
1656/24 1657/5 1657/9
1657/19 1657/21
1658/2 1658/12 1659/6
1672/5 1672/14 1688/1
1689/22
**rooms [5]** 1652/23
1653/16 1653/21
1653/24 1653/24
**rounds [1]** 1611/25
**row [1]** 1653/17
**rubbing [1]** 1691/14
**rubble [4]** 1635/5
1637/22 1638/1 1638/9

**R**

rug [1]  1595/8
Rule [1]  1602/6
Rule 16 [1]  1602/6
ruler [2]  1636/7 1675/6
rules [1]  1633/9
run [1]  1620/12
runs [1]  1653/5
rupture [1]  1613/20
rushed [1]  1582/9

**S**

SACR [2]  1576/8
1580/14
SACR 19-47 [1]
1580/14
safe [1]  1625/16
safety [1]  1634/22
said [10]  1581/16
1584/17 1588/14
1588/25 1602/15
1611/8 1623/14 1634/8
1636/12 1689/15
SALICK [2]  1577/2
1580/18
Sam's [1]  1622/23
same [16]  1586/8
1586/12 1597/17
1597/19 1597/22
1618/11 1623/4 1630/9
1633/25 1651/10
1657/15 1657/18
1658/18 1665/13
1682/25 1683/23
sample [1]  1691/15
samples [3]  1691/3
1691/9 1691/13
San [6]  1605/21
1605/21 1607/4 1607/6
1611/9 1622/8
San Diego [3]  1605/21
1607/4 1611/9
Santa [5]  1577/5
1577/12 1621/7
1622/16 1643/16
Santa Ana [1]  1643/16
Santa Monica [1]
1622/16
saved [2]  1618/24
1618/25
saves [1]  1643/23
saw [8]  1584/24
1594/12 1594/23
1598/7 1599/17
1602/18 1624/14
1625/25
say [15]  1585/24
1588/14 1591/25
1595/14 1600/22
1603/2 1606/14
1613/11 1634/12
1637/20 1639/5 1667/8
1687/7 1690/10
1690/13

says [5]  1602/9
1629/22 1645/23
1683/9 1689/11
scale [2]  1622/8
1662/23
scattered [1]  1626/19
scenario [1]  1630/13
scenarios [1]  1630/6
scene [109]  1584/21
1589/1 1589/4 1602/4
1610/10 1620/10
1620/11 1620/22
1622/17 1622/24
1623/22 1623/23
1624/1 1624/5 1624/25
1625/2 1625/4 1625/21
1626/4 1626/9 1627/8
1627/21 1628/14
1628/15 1629/8 1630/9
1630/18 1631/15
1631/21 1632/5
1632/15 1632/20
1632/23 1632/23
1633/1 1633/4 1633/8
1633/18 1633/24
1634/6 1634/7 1634/22
1635/1 1636/9 1636/25
1637/19 1637/25
1638/4 1638/9 1638/22
1639/1 1639/5 1639/6
1639/7 1639/8 1639/10
1639/13 1639/18
1639/19 1640/7
1640/11 1640/12
1640/13 1640/14
1640/16 1641/2
1643/18 1645/5
1645/22 1645/23
1646/14 1647/12
1647/15 1648/3 1648/9
1648/13 1650/3
1650/11 1650/13
1650/14 1650/15
1650/16 1650/18
1650/24 1651/2
1651/19 1652/9 1653/3
1653/5 1661/16
1664/10 1666/15
1666/18 1671/3
1671/19 1673/7 1675/4
1675/14 1675/18
1676/21 1677/4 1678/1
1678/24 1679/1
1687/14 1687/17
1688/22 1689/4
1689/23
Scene A [4]  1646/14
1647/12 1647/15
1648/13
Scene B [14]  1639/18
1639/19 1650/11
1650/15 1651/2
1651/19 1653/3 1653/5
1661/16 1664/10

1671/3 1673/7 1676/21
1678/24
Scene C [2]  1640/13
1687/14
Scene D [8]  1640/11
1640/12 1640/14
1640/16 1641/2 1645/5
1645/22 1645/23
scenes [24]  1589/8
1619/24 1621/12
1621/25 1622/4 1622/7
1622/12 1622/20
1622/25 1623/3 1629/6
1630/8 1632/16
1633/18 1637/11
1637/12 1637/15
1638/5 1639/4 1640/6
1640/7 1650/5 1650/10
1676/20
SCHACHTER [2]
1577/9 1580/23
schedule [1]  1632/16
school [1]  1606/8
scoop [2]  1665/20
1691/16
scooping [1]  1691/17
scope [6]  1589/13
1589/16 1589/18
1602/10 1602/15
1602/20
Scott [4]  1589/11
1589/20 1590/8
1591/22
Scott Mullaly [2]
1589/11 1589/20
scrape [1]  1665/19
screen [156]
search [17]  1626/4
1626/20 1626/23
1626/24 1632/6 1633/7
1636/17 1637/6
1659/12 1666/6
1669/23 1676/9
1676/12 1676/15
1678/9 1678/20 1679/4
searched [3]  1632/5
1678/6 1689/25
searchers [1]  1633/10
searches [5]  1618/23
1618/25 1622/4
1639/11 1639/12
searching [3]  1633/1
1661/21 1673/10
seat [36]  1582/12
1583/7 1584/25
1586/24 1587/2
1588/21 1593/9
1593/16 1593/18
1594/22 1597/5 1597/7
1598/2 1598/6 1598/12
1600/16 1600/21
1601/5 1601/7 1603/14
1603/22 1643/19
1662/8 1662/11

1663/17 1663/22
1664/14 1664/21
1664/21 1666/24
1667/2 1667/9 1669/13
1687/16 1691/4
1691/18
seated [7]  1580/5
1580/13 1604/24
1616/25 1643/14
1644/16 1644/21
second [6]  1577/10
1588/4 1652/11
1652/16 1652/22
1653/13
secondary [1]  1614/1
seconds [1]  1599/12
section [7]  1577/2
1638/13 1638/14
1638/15 1638/16
1638/16 1693/4
sections [1]  1638/11
security [1]  1632/19
see [122]
seeing [1]  1661/18
seek [1]  1586/14
seem [1]  1590/15
seen [6]  1627/12
1631/16 1634/8
1635/22 1656/17
1662/20
seized [1]  1636/18
send [1]  1629/13
Senior [8]  1617/19
1618/5 1619/8 1619/15
1619/16 1619/17
1619/21 1620/25
sent [2]  1631/6
1685/18
separate [2]  1646/23
1650/18
serial [1]  1622/19
serve [3]  1607/10
1607/12 1607/18
served [2]  1608/1
1608/2
service [1]  1608/12
session [2]  1580/10
1644/20
set [2]  1632/16
1672/24
setting [1]  1639/12
seven [1]  1607/7
several [8]  1587/9
1588/12 1593/8
1599/24 1621/23
1622/20 1630/10
1652/23
SHAH [2]  1577/17
1580/25
shall [2]  1604/21
1616/22
shared [1]  1581/10
she [3]  1593/17 1615/4
1644/7

shifting [1]  1633/21
ship [1]  1606/7
shock [1]  1613/7
shooting [2]  1622/8
1622/9
shots [1]  1627/14
should [1]  1685/5
shoulder [2]  1626/25
1626/25
shouldn't [2]  1589/16
1603/2
show [8]  1594/17
1595/11 1602/13
1611/2 1620/16 1644/6
1646/18 1656/19
showed [2]  1590/19
1690/7
showing [1]  1610/15
shown [2]  1585/13
1596/14
shows [4]  1620/23
1628/10 1647/4
1674/17
shrapnel [1]  1687/23
shutoff [1]  1632/18
side [79]  1605/5
1625/11 1625/20
1625/21 1640/17
1640/19 1640/23
1640/25 1641/6 1641/8
1641/10 1641/18
1641/19 1642/13
1642/22 1645/1 1645/2
1645/9 1645/16
1645/19 1646/5 1647/7
1647/8 1647/16
1647/19 1647/23
1648/2 1648/5 1648/12
1648/15 1648/23
1649/7 1649/17 1651/6
1651/7 1651/15 1652/1
1653/6 1654/9 1654/10
1654/13 1654/20
1655/7 1655/18
1656/7 1656/20
1657/11 1657/23
1658/12 1658/15
1658/25 1659/8
1659/19 1660/1 1660/9
1660/15 1660/22
1661/10 1662/9
1662/16 1663/13
1664/11 1667/24
1668/2 1668/11
1668/18 1669/3
1669/16 1673/7 1676/2
1680/15 1680/17
1680/25 1681/7 1682/8
1683/5 1686/15
1686/21 1688/23
sides [1]  1644/1
sift [2]  1670/4 1673/13
sifted [1]  1673/14
sifter [4]  1670/18

**S**

**sifter... [3]** 1673/17
1674/2 1674/18
**sifters [2]** 1671/8
1673/1
**sifting [17]** 1586/8
1601/25 1666/20
1669/25 1670/1 1670/9
1670/10 1670/12
1670/23 1671/20
1671/25 1672/24
1675/4 1675/16 1689/9
1689/12 1689/15
**sign [1]** 1637/3
**significance [3]**
1582/17 1585/5
1586/24
**significant [3]** 1622/7
1637/7 1650/21
**similar [1]** 1687/8
**simple [1]** 1595/1
**since [1]** 1584/16
**single [3]** 1618/23
1637/4 1638/1
**sir [27]** 1582/1 1582/3
1582/14 1583/20
1584/6 1585/8 1585/22
1585/25 1587/11
1588/3 1588/6 1588/9
1588/11 1588/13
1588/22 1589/2 1589/5
1589/9 1589/25
1590/10 1591/20
1592/11 1592/18
1592/21 1592/24
1596/23 1603/24
**sit [4]** 1583/23 1635/17
1635/18 1637/25
**sitting [4]** 1613/4
1633/13 1636/23
1648/20
**size [1]** 1603/10
**sketch [1]** 1633/11
**slam [1]** 1614/3
**slightly [1]** 1658/21
**slow [5]** 1582/9
1606/13 1614/12
1666/7 1667/8
**slowing [1]** 1616/5
**slowly [1]** 1626/25
**small [2]** 1627/2
1638/10
**smaller [2]** 1638/5
1650/24
**smallest [2]** 1637/23
1668/25
**smartphone [6]** 1588/8
1588/10 1588/12
1588/17 1588/18
1588/20
**smartwatch [4]**
1587/10 1588/14
1588/14 1588/19

**so [196]**
**soil [4]** 1691/3 1691/9
1691/13 1691/15
**sole [1]** 1618/6
**solely [1]** 1581/6
**solemnly [1]** 1604/19
1616/20
**some [28]** 1586/13
1588/24 1591/23
1595/3 1596/13 1600/1
1607/23 1608/14
1609/25 1622/6
1624/12 1625/3
1626/18 1628/13
1629/9 1640/6 1643/8
1651/22 1651/24
1653/12 1671/24
1676/19 1678/7 1678/8
1678/10 1678/12
1687/13 1688/4
**somebody [1]** 1673/15
**someone [5]** 1589/23
1633/9 1633/11
1633/12 1635/16
**something [23]** 1586/9
1591/25 1619/4 1627/4
1634/13 1635/5 1635/6
1635/7 1643/9 1643/10
1644/2 1669/24 1672/4
1678/4 1681/17 1687/5
1687/7 1687/10
1687/11 1687/19
1688/13 1690/9
1690/12
**sometimes [1]** 1629/5
**somewhat [1]** 1630/22
**somewhere [1]**
1601/10
**sonic [1]** 1613/24
**soot [2]** 1630/25
1631/1
**sorry [3]** 1596/3 1597/6
1653/14
**sound [2]** 1612/20
1613/24
**sounds [1]** 1592/2
**source [1]** 1581/8
**Southern [1]** 1607/6
**spa [34]** 1639/16
1639/20 1639/25
1640/2 1654/5 1656/12
1656/13 1658/3
1658/20 1658/21
1658/23 1659/6
1659/13 1659/22
1660/19 1661/2
1661/15 1662/24
1664/10 1664/11
1664/12 1666/2 1666/5
1666/5 1667/19
1667/20 1668/7
1671/17 1674/11
1676/10 1676/12
1676/15 1676/17

**1691/4
speak [4]** 1606/12
1614/12 1614/12
1614/17
**speaking [1]** 1606/15
**SPECIAL [4]** 1577/18
1580/19 1592/4 1617/8
**specialist [2]** 1577/17
1580/25
**specialty [1]** 1609/3
**specific [9]** 1591/23
1596/20 1618/21
1629/8 1633/8 1636/22
1676/20 1687/14
1689/16
**specifically [2]** 1629/3
1685/7
**specifics [1]** 1591/24
**specified [3]** 1683/18
1683/20 1683/21
**speech [2]** 1614/19
1616/5
**speed [1]** 1612/20
**spell [2]** 1604/25
1617/1
**spent [1]** 1611/14
**splatter [1]** 1621/19
**spot [1]** 1624/13
**Spring [1]** 1577/6
**Springs [1]** 1621/8
**Squads [1]** 1617/22
**Sri [2]** 1608/7 1622/25
**stable [1]** 1598/15
**stacked [1]** 1690/8
**staff [2]** 1581/18
1618/8
**stand [6]** 1604/16
1605/5 1616/17
1643/14 1644/7 1646/1
**standing [9]** 1598/8
1628/4 1645/4 1647/12
1647/23 1647/24
1658/22 1659/13
1664/9
**stands [3]** 1580/10
1644/12 1692/9
**Star [1]** 1608/16
**start [10]** 1593/22
1626/15 1632/21
1640/7 1655/4 1666/10
1668/11 1669/1 1671/5
1676/21
**started [6]** 1618/17
1625/16 1659/17
1668/8 1672/14
1672/24
**starting [6]** 1620/23
1620/23 1652/10
1661/20 1668/8
1676/13
**state [4]** 1580/16
1604/25 1606/2 1617/1
**STATES [11]** 1576/1
1576/6 1577/1 1577/3

**1580/10 1580/11
1580/14 1580/19
1644/19 1693/4 1693/9
Station [7]** 1627/8
1627/11 1627/12
1628/1 1642/7 1642/7
1648/20
**STATON [2]** 1576/4
1580/11
**stenographically [1]**
1693/6
**step [5]** 1604/10
1616/1 1616/16 1643/7
1692/7
**STEPHEN [1]** 1576/9
1580/15 1580/24
**stepped [1]** 1598/17
**sterile [2]** 1666/20
1670/9
**stick [2]** 1628/5 1628/6
**sticks [1]** 1614/7
**still [10]** 1599/13
1602/10 1624/10
1631/15 1636/20
1637/22 1648/9
1659/16 1672/15
1690/6
**stipulate [3]** 1683/16
1683/22 1684/5
**stipulation [10]** 1578/4
1585/12 1586/15
1683/14 1683/15
1683/25 1684/2
1684/12 1684/16
1684/16
**stop [1]** 1627/5
**stored [1]** 1636/22
**straight [1]** 1593/25
**street [16]** 1576/22
1576/22 1577/4 1577/6
1577/10 1577/11
1639/6 1640/14
1640/14 1640/15
1641/4 1645/16
1646/19 1647/12
1653/4 1653/9
**structural [1]** 1626/12
**stuck [1]** 1677/16
**stuff [1]** 1667/4
**sub [1]** 1613/9
**sub-supersonic [1]**
1613/9
**subjected [2]** 1595/18
1596/2
**substantial [2]** 1635/4
1639/9
**substantially [1]**
1683/23
**such [3]** 1614/6 1639/9
1642/8
**suggestion [1]**
1643/13
**suite [19]** 1577/4
1577/11 1593/16

**1598/8 1598/11
1598/13 1653/13
1653/14 1653/15
1653/23 1654/2 1654/5
1658/2 1658/2 1661/4
1661/6 1664/12
1667/10 1667/24
suites [1]** 1653/13
**summarize [1]** 1621/10
1622/14
**summary [1]** 1684/4
**supersonic [3]**
1612/19 1613/9 1613/9
**supervise [1]** 1621/1
**supervised [2]** 1619/18
1619/19
**supervisor [4]** 1589/1
1617/21 1619/18
1623/13
**supervisory [2]**
1601/21 1617/8
**supplies [2]** 1620/2
1620/18
**support [4]** 1577/17
1580/25 1592/4 1618/8
**sure [16]** 1596/15
1620/3 1620/4 1625/17
1631/16 1636/7
1652/24 1655/4 1665/4
1667/6 1670/21 1676/7
1678/4 1687/6 1690/10
1690/13
**surface [1]** 1607/19
**surgeon [7]** 1605/13
1605/14 1605/15
1605/17 1605/22
1608/24 1609/17
**Surgery [2]** 1606/1
1607/3
**surgical [1]** 1607/20
**surging [1]** 1660/20
**surrounding [1]**
1676/16
**surveys [1]** 1627/13
**surviving [1]** 1610/18
**Sustained [1]** 1589/14
1595/5 1602/22
**swab [10]** 1629/15
1629/20 1629/20
1629/21 1629/22
1629/25 1630/15
1631/3 1691/14
1691/14
**swabbed [4]** 1592/9
1592/12 1592/19
1650/2
**swabbing [1]** 1691/1
**swabs [21]** 1629/1
1629/3 1629/6 1629/7
1629/17 1629/21
1630/4 1630/4 1630/7
1630/17 1630/19
1630/20 1630/23
1630/25 1631/5 1631/7

**S**

swabs... [5] 1631/18
1631/25 1680/1 1691/3
1691/13
swear [2] 1604/19
1616/20
switch [2] 1588/24
1632/4
sworn [5] 1582/1
1604/14 1604/15
1616/14 1616/18
system [3] 1605/16
1636/21 1668/7

**T**

table [4] 1580/1
1580/24 1675/14
1675/20
tables [1] 1636/22
take [29] 1588/23
1598/2 1599/2 1599/15
1618/9 1620/13 1621/9
1628/7 1629/1 1629/5
1629/7 1629/23
1629/25 1630/20
1630/25 1631/7
1631/20 1636/6
1636/12 1637/1 1637/2
1642/25 1643/9
1650/24 1670/6 1670/8
1672/6 1675/9 1691/3
taken [13] 1602/1
1606/14 1621/21
1626/15 1630/4 1630/7
1651/22 1656/24
1659/14 1675/13
1680/22 1683/1
1692/10
takes [1] 1670/14
taking [6] 1626/24
1629/21 1630/19
1633/16 1649/16
1680/1
TAKLA [2] 1577/2
1580/17
talk [7] 1581/16 1586/7
1586/12 1596/13
1600/16 1613/14
1632/4
talked [4] 1582/15
1598/1 1655/25
1681/17
talking [6] 1582/11
1582/24 1600/18
1602/17 1648/21
1664/19
tamped [1] 1599/8
tamping [1] 1599/10
tape [7] 1585/6 1585/9
1585/21 1585/23
1586/4 1603/13 1666/8
tarp [2] 1670/16
1670/21
tarped [1] 1671/8

task [1] 1620/23
tasked [1] 1633/7
taught [3] 1609/13
1621/23 1687/18
teach [2] 1623/13
1635/2
teacher [1] 1617/12
team [35] 1596/19
1602/1 1617/19
1617/20 1618/2 1618/3
1618/4 1618/5 1618/7
1618/14 1618/16
1618/18 1618/22
1618/24 1619/6 1619/9
1619/14 1619/15
1619/16 1619/17
1619/19 1619/21
1619/24 1620/13
1620/23 1620/25
1621/4 1626/8 1627/8
1627/11 1627/12
1632/5 1636/9 1670/19
1671/10
teams [6] 1607/20
1620/25 1621/3 1621/5
1624/4 1671/9
tech [2] 1634/11
1635/9
Technician [1] 1592/5
technicians [8]
1633/24 1634/2
1634/22 1661/23
1662/6 1662/12
1663/16 1663/23
technique [2] 1619/1
1619/6
techniques [3]
1618/11 1619/4
1621/17
techs [6] 1599/23
1634/5 1634/9 1634/15
1635/6 1671/9
telephoned [1]
1623/14
tell [13] 1590/6
1593/15 1594/20
1597/2 1598/10 1615/5
1629/5 1630/12
1643/21 1662/6
1664/23 1665/4 1669/5
telling [3] 1590/15
1627/6 1642/5
ten [6] 1600/22 1601/9
1603/16 1603/20
1626/24 1637/7
ten-day [1] 1637/7
ten-feet [1] 1600/22
ten-foot [1] 1603/16
tent [5] 1636/3 1642/14
1651/21 1666/13
1681/18
tents [4] 1636/3
1641/20 1641/21
1647/4

tenure [1] 1618/15
term [3] 1612/10
1612/13 1688/7
terminal [1] 1600/10
Terminals [1] 1600/10
terms [1] 1629/16
terrorism [2] 1577/2
1617/15
tertiary [2] 1614/5
1614/9
testified [9] 1623/2
1639/11 1643/24
1666/23 1669/25
1679/25 1680/23
1689/3 1691/1
testify [1] 1591/5
testifying [1] 1644/6
testimony [2] 1604/19
1616/20
Texas [1] 1622/18
than [6] 1599/13
1612/19 1616/6 1638/2
1643/22 1667/1
Thank [25] 1581/4
1581/19 1581/23
1582/3 1582/4 1585/2
1593/1 1602/16
1604/11 1605/6 1605/8
1606/24 1607/25
1609/23 1614/22
1614/23 1616/2 1616/3
1644/9 1644/11
1644/24 1667/13
1685/1 1691/12
1691/19
that [522]
that's [52] 1582/21
1584/4 1584/11
1584/18 1585/2 1585/4
1590/23 1591/25
1592/13 1592/22
1593/16 1594/2 1595/1
1595/2 1595/15
1595/17 1596/6
1596/12 1597/2 1599/9
1599/11 1600/24
1615/19 1619/5 1619/5
1621/14 1621/19
1624/14 1624/20
1626/12 1627/15
1630/9 1635/15
1640/13 1642/4
1644/10 1648/20
1651/1 1651/2 1653/13
1659/23 1667/2 1667/3
1669/4 1670/6 1671/8
1672/7 1681/18 1683/4
1690/1 1690/10
1690/13

1673/25 1687/12
them [22] 1596/11
1596/12 1611/2
1613/23 1626/25
1627/12 1631/5 1631/6
1631/21 1635/10
1635/16 1635/18
1636/4 1641/22
1641/25 1642/2
1643/21 1668/15
1678/7 1678/8 1687/11
1689/1
then [37] 1584/1
1584/19 1586/18
1591/4 1591/8 1591/12
1598/24 1606/7
1612/18 1613/6
1618/11 1618/12
1619/17 1620/22
1621/8 1627/18
1629/25 1630/15
1635/2 1636/5 1636/6
1636/24 1639/8
1642/24 1650/13
1653/17 1653/18
1653/25 1656/14
1664/24 1670/19
1670/19 1672/5
1675/14 1675/20
1687/20 1691/11
there [102] 1584/13
1588/15 1588/18
1590/3 1590/22
1590/23 1592/4 1592/7
1592/8 1593/19 1594/2
1594/2 1594/4 1594/10
1597/21 1602/9
1603/23 1605/4
1606/22 1618/24
1619/1 1622/15
1624/10 1624/11
1624/12 1624/18
1624/19 1624/22
1624/25 1625/13
1626/18 1627/8
1627/10 1628/1 1628/3
1628/14 1628/18
1629/9 1629/24 1630/1
1630/2 1630/8 1630/21
1632/9 1632/19 1633/3
1633/24 1633/25
1634/1 1635/5 1635/6
1635/18 1635/21
1636/21 1636/23
1637/17 1637/18
1639/2 1639/8 1646/2
1646/22 1646/25
1648/20 1648/25
1649/3 1650/11 1651/2
1651/4 1651/20
1651/21 1652/22
1656/3 1658/6 1660/3
1664/24 1665/21
1666/11 1667/5

1669/23 1669/24
1670/25 1671/2
1671/18 1672/2
1672/15 1674/19
1674/21 1675/7 1675/7
1675/13 1676/2 1677/4
1677/16 1679/12
1680/3 1682/1 1682/4
1682/17 1683/11
1684/21 1687/22
1689/23
there's [25] 1593/25
1594/1 1594/25 1595/3
1595/23 1596/7 1596/7
1612/4 1613/16 1619/4
1623/15 1628/2 1629/7
1630/9 1635/2 1635/25
1637/16 1644/3
1655/24 1661/16
1664/23 1669/22
1672/15 1673/19
1687/20
therefore [1] 1583/18
thermal [7] 1585/24
1595/19 1595/24
1596/2 1596/5 1596/7
1596/10
these [16] 1586/23
1587/9 1588/7 1592/19
1599/23 1603/6
1603/25 1612/8
1628/20 1629/1
1630/23 1631/8 1632/1
1673/8 1676/7 1687/3
they [43] 1582/19
1587/1 1587/6 1588/10
1598/23 1598/24
1602/1 1604/1 1611/2
1611/3 1611/8 1612/6
1612/6 1613/16
1613/21 1613/22
1613/22 1618/8 1619/6
1624/6 1626/2 1628/4
1629/12 1630/2 1634/3
1634/14 1635/2
1635/16 1635/18
1637/3 1637/13
1637/14 1642/7
1643/16 1643/19
1662/8 1671/18
1673/10 1676/4 1677/9
1683/23 1689/14
1689/24
they'd [1] 1611/8
they're [9] 1587/2
1600/10 1612/2 1627/6
1648/11 1671/19
1674/18 1674/18
1689/14
thing [4] 1588/23
1598/13 1626/14
1635/2
things [26] 1582/16
1594/23 1594/24

## T

**things... [23]**  1594/25 1596/9 1596/10 1599/3 1600/9 1606/11 1612/7 1612/16 1614/8 1614/10 1625/17 1626/19 1627/3 1627/5 1633/22 1637/17 1638/15 1666/10 1668/9 1668/12 1674/1 1687/22 1689/24
**think [10]**  1582/24 1583/3 1590/17 1616/5 1637/15 1637/16 1641/13 1681/13 1691/14 1691/15
**third [1]**  1588/4
**this [278]**
**those [57]**  1582/19 1593/10 1600/11 1600/12 1601/19 1607/2 1608/5 1608/9 1609/22 1618/25 1621/14 1622/20 1625/24 1628/7 1628/17 1629/3 1629/19 1630/3 1630/3 1630/19 1633/22 1634/25 1635/24 1636/1 1636/3 1637/16 1638/15 1639/12 1642/2 1642/5 1642/9 1645/17 1648/23 1650/23 1652/6 1655/25 1666/12 1666/16 1667/22 1669/5 1670/14 1670/18 1676/4 1677/6 1677/8 1679/7 1679/9 1679/10 1680/21 1684/14 1685/2 1685/12 1685/15 1688/3 1689/3 1689/13 1690/7
**though [1]**  1595/3
**thought [3]**  1588/13 1626/10 1635/7
**three [5]**  1583/6 1583/21 1617/18 1629/1 1635/3
**threshold [1]**  1628/25
**through [42]**  1576/19 1591/17 1601/25 1609/25 1621/13 1634/4 1635/4 1636/18 1637/1 1637/5 1637/22 1638/1 1638/13 1647/25 1648/25 1658/23 1659/5 1666/21 1667/7 1670/4 1670/7 1670/15 1670/20 1671/3 1671/10 1672/5

**1673/13**  1673/14 1673/16 1674/2 1674/4 1674/10 1674/18 1674/22 1676/9 1676/16 1678/9 1678/20 1684/18 1684/19 1684/24 1690/11
**throughout [1]** 1626/21
**throw [3]**  1612/20 1613/13 1629/23
**time [36]**  1584/2 1585/18 1586/15 1589/9 1590/2 1590/19 1601/5 1601/24 1606/7 1607/23 1607/24 1609/15 1614/13 1615/20 1617/17 1617/20 1618/5 1618/6 1619/8 1619/11 1623/13 1624/23 1625/2 1631/15 1632/9 1632/11 1632/11 1632/13 1632/15 1632/18 1632/21 1633/25 1638/12 1638/13 1654/2 1676/15
**timely [1]**  1581/5
**times [8]**  1608/2 1608/5 1619/23 1632/22 1636/15 1637/15 1673/12 1690/7
**tiniest [1]**  1637/23
**tiny [2]**  1627/1 1666/17
**tired [1]**  1632/17
**Title [1]**  1693/4
**today [1]**  1591/21
**together [1]**  1618/1
**toilet [2]**  1655/10 1655/14
**told [6]**  1592/2 1592/6 1620/13 1626/17 1629/8 1662/8
**too [1]**  1599/12
**took [6]**  1599/23 1620/1 1630/17 1631/5 1631/25 1650/20
**tool [1]**  1627/13
**top [9]**  1600/9 1608/20 1618/12 1628/2 1664/25 1668/12 1670/13 1687/23 1690/9
**topic [3]**  1609/11 1609/13 1623/4
**topics [1]**  1588/24
**torn [1]**  1631/2
**torso [3]**  1628/19 1628/22 1679/23
**Total [7]**  1627/8 1627/11 1627/12

**1628/1**  1642/7 1642/7 1648/19
**toward [4]**  1641/5 1659/12 1671/19 1671/20
**TRACY [1]**  1577/1
**Trader [3]**  1685/22 1686/11 1687/10
**trained [4]**  1618/10 1618/11 1619/3 1634/4
**training [4]**  1618/13 1618/17 1621/10 1623/2
**trainings [2]**  1619/25 1623/4
**trajectory [1]**  1621/22
**transcript [3]**  1576/14 1693/5 1693/7
**transected [1]**  1615/7
**trash [2]**  1620/13 1636/12
**traveling [1]**  1641/1
**tray [4]**  1586/10 1586/11 1586/12 1603/12
**treat [1]**  1635/3
**treated [2]**  1609/7 1684/16
**treating [1]**  1609/4
**treatment [2]**  1608/25 1609/17
**tree [19]**  1612/7 1677/15 1677/16 1677/23 1678/1 1678/19 1678/20 1680/3 1680/6 1681/25 1682/5 1682/14 1682/16 1682/17 1683/1 1683/2 1685/16 1686/24 1687/9
**trees [16]**  1628/23 1633/21 1648/2 1648/10 1648/21 1648/23 1650/12 1655/25 1677/4 1677/6 1677/8 1678/2 1678/3 1678/6 1678/10 1678/24
**tremendous [1]** 1618/25
**trial [3]**  1576/19 1581/9 1683/14
**triangles [4]**  1642/19 1642/20 1645/14 1645/17
**TRIGILIO [1]**  1577/8 1580/23 1581/21 1604/7
**trucks [1]**  1624/11
**true [1]**  1693/5
**trust [1]**  1584/1
**truth [6]**  1604/21 1604/21 1604/22 1616/22 1616/22

**1616/23**
**try [13]**  1590/17 1629/10 1629/20 1630/12 1630/24 1639/3 1643/17 1661/19 1661/20 1666/21 1676/2 1678/13 1692/1
**trying [5]**  1637/22 1656/14 1676/6 1678/11 1687/18
**turn [3]**  1640/5 1650/5 1687/13
**turned [3]**  1597/18 1641/5 1661/2
**two [15]**  1592/9 1600/9 1603/1 1605/20 1610/18 1619/17 1621/13 1621/15 1621/15 1628/19 1635/3 1669/7 1677/23 1679/12 1687/4
**two-week [1]**  1621/13 1621/15 1621/15
**type [7]**  1590/22 1620/7 1629/8 1629/9 1629/14 1632/1 1637/25
**types [5]**  1613/14 1613/16 1630/6 1632/2 1687/15
**typical [1]**  1618/23
**typically [8]**  1611/24 1612/1 1613/13 1620/11 1621/15 1630/12 1630/24 1632/21

## U

**Uh [13]**  1598/16 1619/10 1629/4 1639/17 1642/12 1649/18 1650/17 1653/22 1663/14 1663/24 1665/18 1670/2 1681/12
**Uh-huh [12]**  1598/16 1619/10 1629/4 1642/12 1649/18 1650/17 1653/22 1663/14 1663/24 1665/18 1670/2 1681/12
**ultimately [1]**  1685/18
**Umm [4]**  1601/23 1622/15 1628/18 1678/11
**under [3]**  1582/2 1598/17 1630/6
**underlying [1]**  1584/16
**underneath [2]**  1635/5 1683/11
**understand [2]** 1606/18 1634/5

**understanding [1]** 1604/1
**unfortunately [3]** 1635/16 1666/7 1667/3
**unique [1]**  1619/1
**UNITED [11]**  1576/1 1576/6 1577/1 1577/3 1580/10 1580/11 1580/14 1580/19 1644/19 1693/4 1693/9
**University [6]**  1605/21 1606/8 1606/9 1606/21 1607/3 1607/6
**unknown [2]**  1690/2 1690/5
**unless [2]**  1613/6 1644/2
**until [3]**  1619/17 1626/12 1627/5
**up [46]**  1591/19 1593/12 1594/1 1595/24 1595/24 1596/15 1597/11 1598/23 1599/1 1599/9 1599/13 1599/20 1603/6 1614/14 1618/7 1620/16 1620/23 1621/7 1626/22 1626/25 1633/16 1636/8 1638/2 1638/4 1641/3 1641/4 1641/9 1641/14 1642/19 1643/8 1644/7 1645/13 1656/14 1659/5 1665/20 1665/20 1666/24 1669/20 1672/24 1675/19 1676/13 1677/2 1681/15 1689/24 1690/8 1691/17
**updated [2]**  1619/25 1620/5
**upon [2]**  1612/22 1613/17
**upper [4]**  1647/1 1647/1 1647/3 1677/2
**upside [1]**  1597/21
**us [17]**  1580/19 1593/15 1594/20 1595/15 1596/19 1597/2 1607/13 1607/17 1607/22 1608/23 1624/22 1634/14 1635/2 1635/8 1662/8 1688/4 1690/11
**use [4]**  1612/6 1612/13 1671/24 1672/7
**used [7]**  1586/10 1612/4 1612/5 1618/22 1619/2 1642/7 1672/1 1628/9
**Usually [1]**  1613/3
**utilized [3]**  1627/14

**U**

utilized... [2] 1634/13
1673/1
utilizing [2] 1627/16
1674/18

**V**

VA [2] 1605/20 1607/8
variety [1] 1629/7
Vegas [1] 1622/9
vehicles [2] 1624/10
1624/12
version [1] 1677/3
very [25] 1584/2
1584/3 1593/3 1594/16
1594/16 1595/16
1595/17 1598/18
1605/14 1606/15
1614/13 1615/15
1621/15 1622/4
1622/15 1626/25
1627/15 1634/11
1639/5 1652/8 1660/20
1666/7 1666/7 1667/2
1687/8
VICENCIA [2] 1577/18
1580/20
victim [4] 1593/17
1602/19 1610/5
1613/18
victim's [6] 1610/16
1611/3 1615/1 1615/6
1615/11 1615/16
victims [1] 1610/19
video [2] 1610/21
1610/23
Viejo [2] 1623/7
1623/24
view [1] 1645/4
Vista [5] 1589/23
1589/25 1590/9
1590/20 1592/9
VOIR [2] 1578/6
1578/13
VOL [4] 1578/7
1578/14 1579/3
1579/11
vouched [1] 1583/18

**W**

waiting [1] 1673/15
walk [8] 1609/25
1625/6 1625/9 1626/16
1637/16 1638/25
1671/6 1671/19
walk-around [4]
1625/6 1625/9 1626/16
1638/25
walked [3] 1625/10
1625/15 1669/20
walking [4] 1626/25
1647/24 1652/7
1671/19
walkway [4] 1650/12

wall [8] 1612/21
1655/15 1656/2
1658/10 1658/12
1658/18 1659/13
1661/3
walls [1] 1658/6
want [27] 1583/2
1585/4 1586/7 1586/12
1588/24 1593/12
1594/17 1596/13
1596/14 1599/20
1600/2 1603/5 1618/8
1618/13 1627/14
1631/20 1632/4 1640/5
1643/9 1643/10
1646/14 1649/6 1650/5
1666/12 1676/19
1687/13 1687/25
wanted [9] 1618/16
1652/24 1653/8 1655/4
1655/16 1667/6 1667/7
1676/2 1679/6
wanting [1] 1629/10
wants [1] 1599/16
warfare [1] 1607/19
was [313]
Washington [1] 1606/8
wasn't [6] 1584/13
1584/17 1589/3 1600/5
1631/17 1667/6
water [3] 1605/4
1605/5 1664/25
wave [7] 1599/7
1612/18 1612/19
1613/7 1613/10 1614/1
1614/3
way [16] 1590/24
1596/6 1618/11 1621/7
1630/1 1634/2 1643/24
1644/1 1650/20
1666/14 1667/8
1668/12 1675/10
1676/13 1689/16
1690/10
we [176]
we'll [8] 1590/16
1601/5 1602/9 1643/3
1669/6 1691/11 1692/1
1692/7
we're [33] 1583/24
1611/1 1618/11
1618/12 1620/15
1621/19 1623/15
1624/21 1627/1 1628/6
1631/12 1631/13
1636/20 1638/14
1642/25 1646/19
1652/11 1656/20
1667/7 1670/10
1670/17 1670/21
1672/5 1672/15
1675/16 1678/2 1678/4
1681/15 1682/15

1686/22 1688/5
1689/15 1690/9
we've [3] 1630/13
1668/6 1668/8
Wednesday [2]
1576/17 1580/1
week [3] 1621/13
1621/15 1621/15
well [38] 1585/2
1587/22 1589/10
1590/11 1591/12
1596/6 1599/14
1599/18 1606/17
1611/8 1611/23
1612/17 1618/15
1618/16 1619/20
1620/4 1620/22
1621/22 1624/12
1624/13 1624/22
1625/14 1625/16
1627/1 1633/14
1633/23 1634/6
1640/14 1647/4
1651/20 1655/5 1656/3
1665/1 1671/9 1677/16
1677/23 1682/16
1684/11
went [13] 1589/10
1589/20 1590/2 1590/9
1590/21 1591/21
1598/11 1606/7
1625/15 1644/25
1671/3 1688/1 1688/2
were [138]
weren't [2] 1592/2
1592/6
West [3] 1576/22
1577/4 1577/11
WESTERN [1] 1576/3
what [173]
what's [9] 1584/14
1584/15 1600/10
1626/20 1633/13
1635/14 1639/19
1647/3 1666/20
whatever [13] 1598/10
1611/25 1614/4 1614/7
1620/14 1635/10
1670/15 1670/21
1670/22 1673/10
1675/9 1681/19
1691/18
wheelbarrow [3]
1671/21 1672/1 1672/6
wheelbarrows [1]
1671/24
when [44] 1591/19
1592/14 1595/14
1596/6 1598/8 1598/17
1598/25 1599/3
1600/16 1602/3
1602/17 1607/18
1607/22 1613/11
1613/23 1614/12

1614/12 1614/17
1615/12 1618/5 1619/4
1619/15 1619/17
1620/10 1620/11
1623/14 1624/4 1624/7
1624/9 1624/14
1624/17 1625/1 1625/2
1631/11 1631/11
1635/1 1635/22
1638/24 1643/24
1666/16 1684/15
1687/23 1689/17
1690/12
whenever [5] 1624/15
1625/10 1629/21
1630/23 1634/7
where [104] 1582/10
1582/12 1584/20
1584/23 1586/9 1590/6
1590/7 1593/9 1593/17
1594/15 1594/24
1595/10 1595/10
1596/19 1597/5 1597/6
1597/14 1599/5 1601/2
1601/24 1605/19
1610/16 1612/2 1619/1
1624/14 1625/12
1626/16 1628/4
1628/10 1628/20
1629/11 1630/24
1631/1 1634/9 1636/1
1636/2 1636/5 1636/14
1636/21 1638/15
1639/2 1639/4 1639/16
1639/20 1639/25
1640/2 1640/11
1640/12 1640/25
1642/9 1642/16 1646/8
1646/12 1646/21
1647/17 1648/1 1648/9
1648/10 1648/22
1648/25 1649/3
1649/19 1649/22
1650/1 1650/10
1650/13 1652/25
1653/3 1653/3 1654/17
1656/1 1656/1 1656/12
1658/23 1661/18
1664/2 1664/20 1667/3
1668/8 1669/13
1669/21 1670/10
1670/23 1671/8 1671/9
1672/23 1672/24
1673/7 1675/5 1675/13
1675/17 1676/3 1676/4
1676/7 1677/1 1679/18
1679/23 1680/3 1681/8
1681/24 1688/3
1690/11 1690/17
1690/24
whether [5] 1581/10
1588/7 1591/21
1601/15 1601/19
which [29] 1580/9

1585/6 1585/12
1586/13 1586/14
1603/16 1603/18
1605/25 1607/12
1612/20 1613/24
1614/2 1626/18 1639/7
1641/13 1641/17
1642/13 1643/10
1645/22 1652/9 1656/6
1656/13 1657/22
1658/2 1671/4 1684/3
1686/23 1687/8
1688/22
while [7] 1600/8
1609/8 1622/20
1626/14 1637/6 1672/5
1679/12
white [4] 1586/8
1586/13 1586/23
1669/7
who [7] 1580/24
1622/19 1628/4 1633/9
1633/9 1633/11
1633/15
who's [1] 1633/12
whole [6] 1595/12
1595/18 1595/18
1604/21 1616/22
1634/10
whose [2] 1590/21
1592/2
why [10] 1582/19
1592/6 1594/21 1629/5
1631/10 1638/7 1644/3
1650/18 1666/24
1678/10
WILKISON [1] 1577/1
will [13] 1581/10
1582/9 1596/10
1596/11 1606/16
1609/21 1612/24
1628/3 1634/6 1682/14
1684/14 1685/2
1691/21
WILLIAM [2] 1576/9
1580/15
WILSON [3] 1577/3
1580/18 1603/18
Wilson Park [1]
1580/18
wind [4] 1612/18
1612/20 1613/8 1614/2
window [3] 1593/19
1655/3 1655/25
window-frame [1]
1593/19
wires [9] 1586/13
1586/23 1587/9 1588/8
1598/23 1603/13
1612/7 1634/19
1688/14
within [4] 1588/20
1601/10 1602/10
1602/15

**W**

**witness [26]**  1578/7
1578/14 1581/25
1589/16 1602/7 1604/5
1604/7 1604/12
1604/14 1605/5
1609/21 1615/19
1615/24 1616/10
1616/14 1643/24
1644/2 1644/6 1646/13
1649/15 1663/20
1663/24 1664/1
1681/12 1686/10
1690/22
**witness's [2]**  1643/15
1643/21
**WITNESSES [2]**
1578/5 1578/12
**won't [1]**  1596/11
**word [3]**  1639/18
1683/11 1689/12
**words [2]**  1583/19
1586/1
**work [16]**  1588/25
1589/3 1589/6 1590/17
1592/5 1605/19
1605/20 1605/20
1607/8 1611/7 1611/11
1618/25 1621/18
1632/13 1650/21
1668/12
**worked [1]**  1633/1
**working [5]**  1620/24
1632/11 1632/22
1676/4 1690/9
**workshop [1]**  1612/8
**world [1]**  1612/2
**would [87]**  1584/4
1586/13 1586/14
1587/12 1590/1
1590/14 1590/20
1590/24 1593/17
1594/7 1595/15
1597/18 1597/19
1599/13 1600/22
1603/22 1609/24
1611/8 1611/14
1611/24 1612/3 1613/6
1613/25 1614/1 1614/9
1620/6 1620/7 1620/16
1620/16 1621/9 1622/2
1622/8 1629/12
1630/25 1631/2 1631/2
1631/3 1632/18
1632/20 1634/13
1635/9 1635/9 1635/15
1635/16 1635/18
1635/19 1636/21
1636/22 1636/24
1636/25 1637/1 1637/3
1637/3 1637/4 1637/7
1639/2 1639/20 1642/7
1643/25 1647/13

1652/8 1653/16 1666/9
1666/12 1666/12
1670/20 1672/1 1672/7
1673/8 1673/9 1673/12
1675/4 1675/5 1675/6
1675/12 1675/19
1679/3 1679/9 1679/9
1687/5 1687/6 1687/11
1687/20 1688/12
1688/13 1688/13
1688/15
**wrapper [12]**  1681/22
1681/24 1681/25
1682/2 1682/25 1683/4
1683/8 1685/16
1685/18 1685/21
1686/23 1687/7
**wrapping [2]**  1682/14
1682/15
**writing [1]**  1633/15
**written [1]**  1609/11
**www.patcuneo.com
  [1]**  1576/25

**Y**

**yeah [7]**  1583/23
1588/18 1593/25
1641/5 1669/6 1669/11
1690/13
**years [7]**  1605/18
1607/7 1607/15
1617/10 1617/16
1617/18 1619/17
**yellow [4]**  1636/3
1641/21 1651/21
1681/18
**yes [214]**
**yesterday [8]**  1581/5
1582/9 1582/11
1582/24 1584/25
1585/6 1598/1 1602/17
**you [523]**
**you'd [2]**  1630/24
1680/22
**you'll [1]**  1588/1
**you're [43]**  1584/10
1585/21 1591/19
1596/21 1602/15
1604/19 1606/15
1621/18 1629/21
1634/6 1635/1 1637/21
1637/22 1638/12
1638/13 1639/17
1643/1 1644/2 1645/4
1645/4 1648/22
1653/19 1658/21
1659/13 1661/1 1661/2
1661/4 1661/15
1661/18 1664/9
1666/16 1667/1 1667/5
1667/20 1668/7 1668/8
1681/20 1687/17
1687/17 1687/24
1691/16 1691/16

1691/21
**you've [7]**  1601/6
1608/14 1611/11
1611/14 1613/5
1621/10 1623/2
**your [101]**  1580/16
1580/17 1580/22
1581/12 1581/21
1581/23 1582/12
1584/7 1586/17
1587/16 1587/21
1588/7 1588/24 1589/3
1589/12 1589/15
1590/2 1590/12
1590/19 1590/20
1591/3 1591/3 1591/5
1591/7 1593/3 1593/9
1594/21 1598/6
1598/11 1598/17
1601/13 1601/14
1602/12 1602/16
1602/24 1604/4 1604/6
1604/9 1604/17
1604/18 1604/25
1604/25 1605/8
1605/12 1606/5
1606/20 1607/23
1608/12 1608/24
1609/15 1609/19
1609/23 1611/6
1611/10 1611/11
1612/9 1613/20
1614/23 1615/3
1615/10 1615/14
1615/16 1615/23
1615/25 1616/11
1616/19 1617/1 1617/1
1617/7 1617/13
1619/21 1621/5
1621/14 1622/11
1624/4 1630/1 1636/10
1640/5 1642/13 1644/5
1644/5 1644/22
1644/24 1648/2
1648/10 1648/11
1650/5 1662/10
1664/11 1676/19
1684/8 1684/17
1684/21 1684/23
1685/1 1685/14
1687/13 1691/12
1691/19 1691/24
1691/25

**Z**

**zoom [16]**  1600/2
1603/9 1611/16
1649/10 1655/3 1657/1
1665/6 1669/5 1669/6
1670/25 1679/14
1686/1 1686/24 1689/6
1690/14 1690/18
**zoomed [10]**  1646/23
1646/25 1647/4

1649/10 1665/13
1679/14 1686/1
1688/24 1688/25
1690/18
**zoomed-in [8]**  1646/23
1647/4 1649/10
1679/14 1686/1
1688/24 1688/25
1690/18