# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SA CR 19-00047-JLS | Date | October 7, 2022 |

Present: The Honorable **JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

Interpreter: Not Applicable

| V.R. Vallery | Suzanne McKennon | Mark Takla; Annamartine Salick; Maria Jhai |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Stephen William Beal | √ | √ | | Cuauhtemoc Ortega, FPD | √ | √ | |
| | | | | Amy Karlin, DFPD | √ | √ | |
| | | | | Craig Harbaugh, DFPD | √ | √ | |
| | | | | Michael Schachter, DFPD | √ | √ | |
| | | | | Joseph Trigilio, DFPD | √ | √ | |

**Proceedings:** FINAL PRETRIAL CONFERENCE; GOVERNMENT'S OMNIBUS MOTION IN LIMINE, PART I [816]

    Hearing is held. At the request of defense counsel, the Court orders the proceedings under seal. Court and counsel confer as stated on the record.

    The Court orders the Federal Public Defender relieved as counsel of record. The Court appoints Meghan Blanco, CJA Panel attorney as counsel of record for Defendant, Stephen William Beal. A status conference is set for October 13, 2022 at 9:00 a.m.

cc:  mblanco@meghanblanco.com
    Meghan Blanco
    Law Offices of Meghan Blanco
    28202 Cabot Road, Suite 300
    Laguna Niguel, CA  92677
    (949) 296-9869