UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>       v.<br><br>STEPHEN WILLIAM BEAL,<br><br>             Defendant. | No. SA CR 19-047-JLS<br><br>ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT<br><br>TRIAL DATE: 1/10/2023 |
|---|---|

   The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

   1.   The Court further finds that:  (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding

impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; (iv) the case is so unusual and so complex, due to the nature of the prosecution and the existence of novel questions of fact or law, that it is unreasonable to expect preparation for pre-trial proceedings or for the trial itself within the time limits established by the Speedy Trial Act; and (v) several pretrial motions have yet to be resolved and the parties anticipate filing the additional motions identified in the pretrial management order.

THEREFORE, FOR GOOD CAUSE SHOWN:

2. A hearing for the Government's Omnibus Motion in Limine (Dkt. 816) is set for December 15, 2022. Any supplemental filing by defendant shall be filed on December 2, 2022. The government's response, if any, shall be filed by December 9, 2022.

3. The trial in this matter is continued from October 18, 2022 to January 10, 2023 at 9:00 a.m. A status conference is set for December 30, 2022 at 11:30 a.m.

4. The time period of September 16, 2022 to January 10, 2023, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii), (h)(7)(B)(iv), and (h)(1)(D).

5. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of

additional time periods from the period within which trial must commence.

    IT IS SO ORDERED.

December 3, 2022  
DATE

HONORABLE JOSEPHINE L. STATON  
UNITED STATES DISTRICT JUDGE

3