UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | SA CR 19-00047-JLS |
| Date | December 15, 2022 |

| | |
|---|---|
| Present: The Honorable | Josephine L. Staton, United States District Judge |
| Interpreter | N/A |

| V.R. Vallery | Kathy Stride | Mark Takla; Annamartine Salick; Maria Jhai |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Stephen William Beal | X | X | | Meghan Blanco, CJA | X | X | |
| | | | | Anthony Solis, CJA | X | X | |

**Proceedings:**   **GOVERNMENT'S OMNIBUS MOTIONS IN LIMINE, PART I & PART II [816] [841]**

The matter is called and counsel state their appearances. Motion hearing held. The Court rules on the Government's motions as stated on the record and takes under submission only that portion of the motion that addresses admission of evidence as to alleged disability fraud. Based on Defendant's request for a continuance, the Court instructs the parties to meet and confer regarding a proposed trial date, and file a joint stipulation to continue, which shall include Defendant's signature, within two weeks of the date of this Order.

: 49

Initials of Deputy Clerk  vrv