UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CRIMINAL MINUTES – GENERAL**

Case No.  SACR 19-00047 JLS                                             Date:  June 7, 2023

Present:  **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

Interpreter    NONE

| V.R. Vallery | NONE | NOT PRESENT |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendant: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Stephen William Beal | NOT | | | Meghan Blanco | NOT | X | |
| | | | | Anthony Solis | NOT | X | |

**PROCEEDINGS:    (IN CHAMBERS)  ORDER RE JURY QUESTIONNAIRE**

     Pursuant to the Scheduling Order proposed by the parties and entered by the Court (Doc. 909), the deadline for filing any position statement regarding changes to the previous jury questionnaire has passed without filing from either side.  The Court, however, may choose to revise the questionnaire.  Accordingly, no later than June 9, 2023, to facilitate the Court's edits in advance of the June 16, 2023 status conference, the parties are directed forthwith to email to chambers a Microsoft Word version of the previously administered Jury Questionnaire.

     **IT IS SO ORDERED.**

                                                                                            Initials of Deputy Clerk:   vrv