EXHIBIT 2

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
HONORABLE JOSEPHINE L. STATON, U.S. DISTRICT JUDGE

_____

| UNITED STATES OF AMERICA, | |
| | |
| Plaintiff, | |
| | |
| VS. | No. SA CR 19-00047-JLS |
| | |
| STEPHEN WILLIAM BEAL | |
| | |
| Defendant. | |

_____


REPORTER'S TRANSCRIPT OF DEFENSE OPENING STATEMENT

LOS ANGELES, CALIFORNIA

WEDNESDAY

JUNE 28, 2023


9:00 A.M.

_____


**APRIL LASSITER-BENSON, RPR**
FEDERAL OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
350 WEST 1ST STREET, ROOM 4455
LOS ANGELES, CALIFORNIA 90012
(213)894-3539


UNREDACTED TRANSCRIPT

```
 1                  - A-P-P-E-A-R-A-N-C-E-S -

 2

 3    For the Plaintiff:

 4                           MR. MARK TAKLA
                             MS. SARAH GERDES
 5                           MS. ANNAMARTINE SALICK
                             MR. SOLOMON KIM
 6                           ASSISTANT UNITED STATES ATTORNEYS
                             1500 UNITED STATES COURTHOUSE
 7                           312 NORTH SPRING STREET
                             LOS ANGELES, CA 90012
 8

 9

10    For the Defendant:

11                           MS. MEGHAN BLANCO
                             MR. ANTHONY SOLIS
12                           ATTORNEYS AT LAW
                             28202 CABOT ROAD
13                           SUITE 300
                             LAGUNA NIGUEL, CA 92677
14

15

16

17

18

19

20

21

22

23

24

25

                        UNREDACTED TRANSCRIPT
```

1          (WHEREUPON, the following matter was excerpted

2          from the trial transcript and heard in the

3          presence of the jury as follows:)

4                    -oOo-

5

6          **OPENING STATEMENT**

7

8          **MS. BLANCO:**  Thank you, Your Honor.

9          Good morning again, everyone.  We thank

10   you again for your time.  I know this is going to be

11   a very long process, starting right now.

12          It is difficult to imagine a tragedy

13   greater than what you're about to see unfold in

14   front of you for the next six weeks.  There was a

15   bombing in Orange County, a bombing that killed

16   Ildiko, a beloved member of the community, a

17   business owner, a beautiful woman who was loved

18   immensely by her family and her friends.  And

19   besides Ildiko, there were two other innocent people

20   at the spa the day the bomb went off, who were

21   severely injured.

22          When law enforcement and firefighters

23   and paramedics arrived to the scene, what they saw

24   was nothing short of a complete disaster and

25   tragedy.  These men and women spent weeks scouring

1    the scenes for body parts belonging to Ildiko, who

2    died.

3              They also had to face the community, who

4    was so afraid that there was a bomber, someone who

5    was blowing up buildings out in the society.  They

6    needed to solve the crime and they needed to solve

7    it immediately.

8              You will hear during the course of the

9    trial that as soon as the bombing went off the news

10   was all over it.  Not just local news, but national

11   news.  The FBI had people responding to the bombing

12   scene from Washington, DC within hours.  They needed

13   to solve the crime.  And so, what did they do?  They

14   turned immediately to Stephen Beal, who made himself

15   a suspect in the case.

16             Now, Mr. Beal didn't make himself a

17   suspect because he had done anything wrong or

18   because he had done anything guilty or illegal, as

19   you will see, it is, in fact, the opposite.

20   Mr. Beal made himself a suspect within hours of the

21   bombing, because he reached out to law enforcement.

22   He called them.  He invited them over to his house.

23   He subjected himself to over 12 hours of

24   interrogation.  And he invited them in to search his

25   residence.  He handed over his cellphone.

5

1          Now, you will hear that at the time all

2    of this transpired the public didn't know what the

3    source of the explosion was.  Various reports

4    indicated it was a car bombing, perhaps it was a gas

5    explosion.  Maybe it was something else.  Maybe

6    there was another bomb that was going to go off

7    somewhere.

8          When law enforcement arrived at

9    Mr. Beal's house within hours of the explosion and

10   after Mr. Beal invited them in and directed them to

11   search his house, this is what they found:  They

12   found that years earlier, years earlier, Mr. Beal

13   had a hobby, a hobby that many people in the

14   community participate in.  He built model rockets

15   with his sons.  This is not something he hid.  This

16   was not a secret.  This was not something he did at

17   the time.

18          In fact, when law enforcement came in to

19   his house hours after the bombing and searched his

20   entire residence into the garage, what they found

21   were the chemicals the Government described in their

22   opening that he had used years earlier for this

23   hobby, not concealed anywhere, but out in the open

24   in his garage, covered in layers and layers of dust.

25          Now, why were they covered in layers of

UNREDACTED TRANSCRIPT

1   dust?  You'll hear from others who participated in

2   Mr. Beal's hobby that he just didn't do it anymore.

3   By this point, when the bombing went off, Mr. Beal's

4   kids were grown, they had moved out of the house and

5   he had moved onto different hobbies.  You will hear

6   that Mr. Beal had moved on to where he was at a

7   different place in his life.  He had taken up

8   sailing, he had taken up acting.  He was doing

9   different things.

10          At no point did he conceal the fact that

11   years earlier he was a hobbyist.  At no point did he

12   try to get rid of any of the mixtures that he used

13   years earlier when he made the rockets with his

14   kids.  But you'll learn that when the Government

15   searched Mr. Beal's house hours later, they thought,

16   we've got our suspect and we've got him right now.

17   This is perfect.  We have a guy who has in his

18   garage, chemicals that could theoretically be used

19   to make an explosion.  So what did they do, they

20   charge him.  They issue press releases.  They

21   announce to the media and to all of the world, "We

22   have our man.  We've got him."  They charge Mr. Beal

23   federally with possessing two destructive devices.

24          What happened next?  They had to dismiss

25   those charges, because, ladies and gentlemen, what

1     they found were toy model rockets that he had built

2     years earlier with his son.  They were not

3     destructive devices.  They were not illegal.  They

4     were toys.  The FBI, you will hear during the course

5     of this trial, was so eager to find who did this,

6     that they could not distinguish toys from a bomb.

7     They release Mr. Beal and had to tell the media that

8     they had messed up.  That didn't stop them from

9     going after Mr. Beal.

10          And you will see that in the months that

11    followed, the FBI looked at Mr. Beal to the

12    exclusion of everyone else.  And their initial

13    belief, their wrong belief about who Mr. Beal was,

14    what he was capable of, what he had the opportunity

15    to do or the skills to do, shaped how they

16    investigated this case.  And they looked at Mr. Beal

17    exclusively to the exclusion of everyone else.

18          And you'll see that that impacted their

19    investigation in serious ways.  They disregarded all

20    of the evidence that pointed to Mr. Beal's

21    innocence.  We'll get into that.

22          This biased the forensic investigation

23    to the point that when investigators back in

24    Quantico were looking at the things the Government

25    talked about on direct, like that box, like the

1    wires, like the battery, like the chemicals that

2    were used in the actual bomb that went off.  They

3    ignored the evidence that showed that those items

4    that were utilized in the bomb did not belong to

5    Mr. Beal.  They were not connected to Mr. Beal.

6              They also ignored numerous other

7    suspects who had motives.  And you will not hear the

8    defense at any point during this trial say that we

9    have solved this case, because we have not.  And

10   that is not our job.  That is their job.  But you

11   will see there are a number of individuals who had

12   the capability, the motive, and the opportunity to

13   plant the bomb.  But rather than investigate any of

14   these people, the Government ignored them.  And

15   we'll get into some of those people in a moment.

16             Now, the Government argued in their

17   opening, or presented to you in their opening that

18   Mr. Beal had motive to kill Ildiko.  The motive,

19   apparently, was that he was a lover scorned, that he

20   was jealous because weeks before the bombing went

21   off, Ildiko had been dating other people.  But,

22   ladies and gentlemen, you will have all of the

23   communications between Mr. Beal and Ildiko presented

24   to you during this trial.  And what you will see is

25   a different story than what the Government presented

UNREDACTED TRANSCRIPT

1  to you in their opening, entirely different.  What

2  you will see, in fact, is that Ildiko and Mr. Beal

3  maintained a cordial, loving relationship.  Now, was

4  it complicated?  Sure, just like many adult

5  relationships are.

6          The two of them met in 2016 over a

7  dating app.  Mr. Beal was in love with falling in

8  love back then, and he loved Ildiko, and he fell for

9  her hard.  He documented their dates early on.  He

10 was like a puppy dog, doing errands for her.

11         You saw the timeline that he wrote out

12 of their initial interactions.  You will see when

13 you look at that during the trial that that ends in

14 2016, because just like all relationships that start

15 hot, that heat does not always persist.

16         And just like all relationships, there

17 is an evolution.  And Mr. Beal's relationship with

18 Ildiko had evolved by the time of the bombing.  In

19 fact, Mr. Beal was in a committed relationship with

20 an individual named, Valerie Stone, at the time of

21 the bombing.

22         Now, was he still involved with Ildiko?

23 Yeah.

24         Did they still text each other

25 regularly?  Absolutely.

UNREDACTED TRANSCRIPT

1          He would send her loving notes.  She

2    would reciprocate.  About a week before the bombing

3    she questioned when they were going to see each

4    other to cuddle again.  They still planned vacations

5    together.

6          Ildiko had financial problems.

7    Mr. Beal, up until the bombing, was helping her

8    solve those problems.  He was agreeing to cosign

9    additional loans for her, helping walk her through

10   what she needed to do so that her house she owned

11   with her husband that he knew about, wasn't

12   foreclosed.  This is Mr. Beal.

13          Was he looking at her Facebook page?

14   Sure.

15          Were other people?  Sure.

16          Was Ildiko looking at other people's

17   Facebook pages?  Sure.

18          That's a common thing.  That doesn't

19   mean you're a bomber.  It doesn't mean you're a

20   murderer.  It means you're a person who's on social

21   media early in the morning when you're in bed.

22          You'll also see that early in the

23   morning, the day of the bombing, Mr. Beal and Ildiko

24   were texting each other, making plans together.  He

25   was continuing to help her.  That was the nature of

1   their relationship.

2            Was Ildiko seeing other people?  Yes.

3            Did Mr. Beal know about it?  Yes.

4            Was Mr. Beal seeing other people?  Yes.

5   He was active on social media.  He was active on

6   dating sites.  And shortly before the bombing he was

7   involved with someone else very seriously.

8            You will also hear that the spa that

9   blew up was not just Ildiko's spa.  In fact, the

10  two, Mr. Beal and Ildiko, were in a business

11  partnership together and he was half owner of this

12  spa.  You will hear that Mr. Beal had no insurance

13  on the spa.  He had no reason to blow up his own

14  assets.  It wasn't as if Mr. Beal was just showing

15  up repeatedly to something that belonged to Ildiko.

16  He was a part owner.  They were business partners at

17  the spa.  And that was in, fact, why he was there

18  while Ildiko was gone.  It wasn't like he was going

19  to her spa.  He was going to his spa.  And by their

20  text messages, which are documented, and you will

21  have, and you will see why he went to the spa.

22           Now, in the Government's opening they

23  identified two dates that they know Mr. Beal went to

24  the spa while Ildiko was in Hungary visiting family.

25  No one tried to conceal that.  Mr. Beal did not try

UNREDACTED TRANSCRIPT

1    to conceal the fact that he was going to his own

2    spa.  He drove a Prias with GPS.  He had his phone

3    on him, which had GPS.  He used the Fast Track on

4    the 73 Freeway, which monitored the exit he got off

5    of.  He was not concealing anything.  He was doing

6    what he normally did as a business owner, including

7    going on May 7th to pick up a check, the rent

8    payment that Ildiko forgot to give to the landlord

9    Lord.  That's why he was there.

10             On the 11th you will see text messages

11   between Ildiko and Mr. Beal, showing that Ildiko had

12   questions concerning a 220-volt outlet that she

13   needed for a new device that she was bringing back

14   from Hungary.  And she wanted Mr. Beal help her

15   identify where that outlet was, because, otherwise,

16   this new very expensive $10,000 device that she was

17   bringing back, would be worthless.  So what does

18   Mr. Beal do, as a co-owner who also has an interest

19   in that, who wants this business to succeed?  He

20   goes and explores it.

21             And you'll also see that that was not a

22   visit to the spa, an isolation. in fact, when

23   Mr. Beal went to the spa that he owned on the 11th,

24   he also drove down to San Diego with his new

25   girlfriend, Valerie Stone, because she had invited

UNREDACTED TRANSCRIPT

1   him down to San Diego that day where the two of them

2   spent the night at a Hampton Hotel because she had

3   an interview down there the following morning.  That

4   is why he was there on the 11th.  He was invited by

5   Ms. Stone, his girlfriend, to go on a trip to San

6   Diego, en route to San Diego, stopped by the spa to

7   help Ildiko identify where an outlet was.  That is

8   why he was there.

9          You will also see, in addition to going

10  to the spa, he went to a Target nearby.  He bought,

11  Ms. Stone, his girlfriend, some Orajel and some

12  other items from a Target, using his Target card.

13  He wasn't concealing what he was doing.  He was

14  acting like anyone else would have acted when

15  they're doing normal things that a normal person

16  does.

17          But, of course, if what you want to do

18  is convict and prove that someone did something they

19  don't do, you take those normal activities out of

20  context and you say, listen, ladies and gentlemen,

21  he went to the spa, he must have planted the bomb.

22  Ignore the fact that we've got text messages showing

23  why he was there.  Ignore the fact that he was

24  invited to San Diego by his girlfriend.  Ignore the

25  fact that he was out in the open providing GPS

UNREDACTED TRANSCRIPT

1    information, using credit cards, using a Fast

2    Tracker.  Ignore all of that, because you have to

3    ignore all of that, you will see, during the course

4    of this trial, to find that Mr. Beal did anything

5    wrong.

6              Now, under snap judgment the Government

7    and the FBI specifically ignored a number of items

8    within the forensic team that showed Mr. Beal was

9    not the person who planted the bomb.  The Government

10   went over some very specific items.  I'm only going

11   to cover those now.

12             They talked about a box.  And I think,

13   or at least, I don't remember it being held up, but

14   there was a 6 x 6 x 12 box that the Government had

15   on the lectern while they gave their opening

16   statement.  And they indicated that one of the women

17   who was injured at the spa identified that box, the

18   shape of the box, as being the one that she saw

19   Ildiko attempting to open at the time the bombing

20   went off.

21             But during the course of the trial what

22   you'll actually hear is that when she was initially

23   interviewed at the scene, that is not what she

24   described.  When she was initially interviewed at

25   the scene she described a 10 x 10 box, a square box

UNREDACTED TRANSCRIPT

1    like two shoe boxes stacked on top of each other.

2    That is what she described.

3              But when the FBI went to interview her

4    days later after they decided they solved the case

5    and Mr. Beal was the only person that could have

6    possibly done this, and after they realized that

7    Mr. Beal had purchased a 6 x 6 x 12 box, they go to

8    her at her bed in the hospital where she's being

9    treated with medication, and show her one box, not a

10   10 x 10 box.  They show her a 6 x 6 x 12 box and

11   say, hey, listen, is this the box you saw go off.

12   And when presented with nothing else, a box that was

13   wholly different than the box she described to

14   investigators, initially, she said, "Yes."

15             And you will see that the FBI and the

16   Government will parade in front of you a number of

17   witnesses whose recollection of the events were

18   tainted by the fact that the FBI had arrested

19   Mr. Beal within days of the explosion, and publicly

20   announced that he was the person who did the

21   bombing.  And you will see during the trial, the

22   evolution of their testimony and how their testimony

23   changed slowly to fit the Government's narrative.

24             You will also learn that Mr. Beal, at

25   the time, was remodeling his house and that he was

1    going to places like Lowe's and Home Depot and CVS

2    regularly.  You will see videos and receipts and

3    pictures of what Mr. Beal was doing at the time.

4    You will see photographs that were taken of the

5    inside of his house that was littered with boxes.

6              You will also see evidence that Mr. Beal

7    purchased other boxes around that same time,

8    similarly sized boxes.  You will hear testimony I

9    expect, of the FBI monitoring Mr. Beal for an

10   extensive period of time where he was doing things

11   like taking boxes of documents to be shredded,

12   filling boxes with items that he was discarding in a

13   public dumpster in front of his house for his

14   remodel.  You will hear about how Mr. Beal was doing

15   all of this at the time, and why he was at places

16   like Lowe's and Home Depot, buying boxes.

17             Now, the battery.  The Government

18   presented to you the actual battery that they

19   believe was utilized in the bomb.  It was a CVS

20   9-volt battery.  No one will be able to testify that

21   that was, in fact, the battery used in the bomb.

22   What you will see instead, is that a number of

23   batteries were retrieved from the bombing site, a

24   number of them.  You will see a number of 9-volt

25   batteries that were disfigured because they had been

UNREDACTED TRANSCRIPT

1    impacted by the explosion.

2            None of those batteries, the Government

3    can point to as being the source of the bomb in this

4    case, because there's only one battery that they

5    were able to link to Mr. Beal, and that is the

6    9-volt battery that they held up.

7            But I'm going to tell you one thing

8    about the battery.  Aside from the fact that no one

9    can say that was in the bomb.  All they can say is

10   that it was close to the explosion site.  Some of

11   the things I'm touching on now, we will get into in

12   a different way.  I don't want to give up our whole

13   defense now.  Keep that in mind, because there is

14   evidence that you will see play out during trial

15   about that 9-volt battery and where it actually came

16   from.  And remember this, that evidence was shown to

17   you in the Government's opening slides.

18           When the FBI searched both the bombing

19   site, as well as Mr. Beal's house, you will find

20   that there were a number of other 9-volt batteries

21   in both locations, including at Mr. Beal's house,

22   and including in the garage, that contained the

23   chemicals that he had used years earlier to make

24   rockets.

25           So, the Government would lead you to

                    UNREDACTED TRANSCRIPT

1    believe that Mr. Beal was in his garage making a

2    bomb or using the chemicals in the garage where

3    these other 9-volt batteries were located.  And that

4    he, for whatever reason, decided to use everything

5    in his garage, except for the 9-volt batteries that

6    were actually there.  That's what you would have to

7    believe if you concluded that Mr. Beal constructed

8    the bomb with the items that were located in his

9    house, and then left his house to go buy a separate

10   9-volt battery.  Of course that didn't happen,

11   because he didn't make the bomb.

12           The Government also talked about some of

13   the chemical components that the FBI located at the

14   bombing site that they say were consistent with

15   items that they found in Mr. Beal's residence.

16   Though, remember, the FBI pulled video and evidence

17   that Mr. Beal went to the spa on two occasions, the

18   9th and the 11th, right.

19           And so, they will argue to you, I

20   suspect, that the bomb was planted on one of those

21   two days.  That has to be what they're going to

22   argue, because otherwise they can't get Mr. Beal to

23   the bombing site -- to the site of the spa.

24           He drove one car then.  He drove a

25   Prias.  It was a brand new Prias he just purchased.

UNREDACTED TRANSCRIPT

1   And so, if he had dropped the bomb off on either of

2   those two dates, the bomb would have had to have

3   been in the Prias.  And you're going to hear

4   testimony that the FBI located inside of the Prias,

5   chemicals that were consistent with some of the

6   chemicals found in the bomb.

7            You'll also hear testimony, though, that

8   those same exact chemicals are chemicals that are

9   naturally found in the environment, naturally found

10  in the environment, with the exception of one, and

11  that is a perchlorate.  That is one chemical that

12  would not normally be found in the environment, that

13  was used in the bomb.  That was one chemical that

14  was not identified in Mr. Beal's car.  If Mr. Beal

15  had utilized the car to transport the bomb to the

16  bombing site, the chemical would have been there.

17  Without that chemical, it couldn't have been

18  transferred in the Prias.  And that was the only car

19  he drove to the spa.  And you will see videos of

20  Mr. Beal, in fact, driving the car to the spa.

21           Now, here's probably the most important

22  part of the case and the biggest fault in the

23  Government's case that you will see.  And that is

24  that they ignored so many other people who had

25  motive and ability.  One of them is the maintenance

UNREDACTED TRANSCRIPT

1    guy at the spa.  His name is Max Zoltan.  He's an

2    individual who worked at the time for the owner of

3    the building doing handyman work.  He was a trained

4    electrician.  And you will hear testimony that

5    Mr. Zoltan and Ildiko had communicated with each

6    other shortly before she left for Hungary.

7              And the reason they started

8    communicating with each other is because when Ildiko

9    and Mr. Beal first moved into the building, the

10   actual suite that was going to actually occupy the

11   spa was not ready.  So they're doing construction on

12   one suite, operating out of another.  Max Zoltan was

13   the maintenance guy, the electrician, the handyman,

14   the construction worker who was helping to get the

15   new suite ready.  And the new suite wasn't ready

16   until just a few days before the bombing went off.

17             So Ildiko and Max started having a very

18   casual/informal relationship with each other, where

19   they would text each other about things like

20   construction, about things like electrical issues at

21   the spa.  But then it changed one day.

22             In the middle of the night, Mr. Zoltan

23   sends Ildiko a really bizarre text message.  He's

24   commenting on her body.  He asks her to massage his

25   groin uncovered.  Ildiko tells him to stop, she

UNREDACTED TRANSCRIPT

1    doesn't like it.  You'll hear testimony that around

2    this time Mr. Zoltan cancels his lease at his

3    apartment and starts sleeping in his car outside of

4    where the spa is.  Ildiko becomes afraid, to the

5    point where she asks her husband at times to walk

6    with her from the spa to her car.  She feels very

7    uncomfortable around Mr. Zoltan.

8            Ildiko then goes to Hungary.  While

9    she's in Hungary Mr. Zoltan continues to text Ildiko

10   scary, bizarre text messages, including one, hours

11   before the bombing, hours before the bombing, of a

12   song in the German language with a video where he

13   says to her, the words of the video:  "Anyone who

14   knows the pain of a fire that burns the skin is to

15   blame.  I shine a light into my face, my fear cries,

16   fire, bang, bang, bang, bang.  A blast of sparks

17   into her wound."

18           Those are the words of a video he sends

19   to her in the middle of the night after Ildiko tells

20   him to stop communicating with me.  These are

21   surrounded by other text messages:  "I'm not a

22   person, I'm more like an animal, crazy as hell."

23   That's what the last text message is between Ildiko

24   and Max Zoltan, before Ildiko dies.

25           So you would think, obviously, the FBI

UNREDACTED TRANSCRIPT

1   investigated Max, right.  I mean, that is what you

2   would do.  Your job is to solve a crime, not to

3   point fingers to the exclusion of everyone else.

4   Surely the FBI looked into Max.  I mean, Max is a

5   maintenance worker, had keys to all of the suites,

6   including Ildiko and Mr. Beal's suite.

7            Max Zoltan, you will hear, knew that

8   security cameras that were set up around the suite

9   focusing in on the entrances were not actually

10  functioning.  He and the owner were the only two

11  people who had knowledge of that.

12           But you'll find out that the FBI never

13  searched Max Zoltan's phone.  In fact, when

14  questioned about that Max told them that he ran over

15  his phone with his car.  They never obtained

16  cellphone data for Max's phone.  They have no idea

17  where Max was around the time of the bombing.  They

18  didn't search his utility van.  He was an

19  electrician with wiring and the ability to make

20  contraptions.  They didn't search his car.  They

21  didn't investigate him at all, aside from the

22  fact -- aside from a couple interviews.

23           Now, when they interviewed Max Zoltan

24  right after the bombing, he was at the owner of the

25  building, his house, weirdly.  We'll get back to the

```
 1    owner.
 2              The two were together and when they
 3    interviewed Mr. Zoltan he gave the FBI a number of
 4    lies.  He lied about those weird text messages
 5    between himself and Ildiko.  He claimed he had no
 6    idea who Ildiko was when he sent those text
 7    messages.  He was confused.
 8              Ildiko, in fact, according to him,
 9    initially was --
10              (The reporter requests clarification.)
11              MS. BLANCO:  Sorry, I talk fast.  Sorry.
12              Ildiko was pursuing him.  He flatly lied
13    to the FBI, which is a crime.  They didn't push him
14    on the issue because they had already solved the
15    case.  They had already decided in their minds that
16    it was not Max Zoltan, it was Mr. Beal.
17              Now, the owner, his name is Jack Barnes.
18    He unfortunately has passed away.  But you'll hear
19    testimony that right after the bombing Max Zoltan
20    appears at the owner's house.  Very odd.  You'll
21    also see that the owner took out an insurance policy
22    on the building shortly before the bombing went off.
23    And, in fact, just months before, he added a clause
24    to the insurance policy that covered the building in
25    the event of a terroristic act, in the event that it
```

UNREDACTED TRANSCRIPT

1   was bombed.  You'll also hear that following the

2   bombing Max Zoltan moved in with the owner.

3                That's not all.  There are other people

4   who the Government did not investigate.  There's a

5   husband and wife named, Gabor and Elizabeth Papp,

6   who I believe you will hear from.

7                Now, Mr. Papp is another individual with

8   whom Ildiko had a relationship.  The two met, I

9   think, over Facebook, years earlier.  At the time

10  they met, Gabor and Elizabeth were still married.

11  They had a teenage daughter together.  Elizabeth

12  found out about the affair and became furious.

13  Furious.  At one point, she had her daughter, her

14  daughter's boyfriend and her, go to Ildiko's old spa

15  to confront her about the relationship.  When they

16  got there what she saw was Ildiko and her husband

17  engaged in a sex act.  What ensued after that was

18  physical violence where Ildiko filed a police

19  report.  The three:  Elizabeth; her daughter; and

20  the daughter's boyfriend, attacked Ildiko.  But that

21  wasn't the end of it.

22                You'll hear that following that, Gabor

23  decided to leave Elizabeth, he was going to be with

24  Ildiko forever.  The two were in love.  They had a

25  hot relationship, just like Mr. Beal's and Ildiko's

1  relationship was at the very beginning.  It was

2  passionate.  They wanted to be together forever.

3  They were going to get married.  They were both

4  going to leave their spouses.

5       Gabor suggested that Ildiko and he move

6  into one of Ildiko's rental properties that she

7  owned at the time with her husband.  She declined.

8  At some point she became bored with Gabor.  And

9  after he had already left his wife and announced his

10  decision to be away from her forever, he came

11  crawling back.

12       Now, Elizabeth agreed to take Gabor back

13  on one condition, and that condition was that Ildiko

14  and Gabor never see each other again.  This occurred

15  back around 2015.  And remember Ildiko and Mr. Beal

16  met around in 2016.  There was a period of time when

17  Ildiko and Gabor were separate.  But then around

18  2017, that separation ended and Ildiko started

19  reaching out to Mr. Gabor again.  She started

20  stalking the Gabor's, going by their homes.

21       Elizabeth put a tracking device on her

22  husband's phone.  She started going by the spa to

23  see where Ildiko was to see if her husband was

24  there.  She started sending messages to Ildiko:

25  "Stay away from my husband," but much more explicit.

UNREDACTED TRANSCRIPT

1   She created a file on her computer, documenting what

2   she was doing with respect to Ildiko, showing how

3   passionately she hated her.

4           This continued up until about a month

5   before the bombing.  You'll see those text messages.

6   You'll see photographs that Elizabeth sent to Ildiko

7   for engaging in sex acts with her husband, to get

8   Ildiko upset.

9           Now, you will learn during the course of

10  the trial that Mr. Gabor was an engineer in the

11  Soviet Hungarian Army, and that his wife was a

12  security specialist.  You will also learn that the

13  FBI did conduct interviews of them.  They never got

14  Mr. Gabor's telephone, but they got Elizabeth's

15  telephone.  And when they got her telephone or,

16  excuse me, they did not -- they got toll records for

17  their phones.  And when they got the toll records

18  for Elizabeth Gabor and her husband's telephone, you

19  will see that leading up to the time of the bombing

20  and about a 24-hour period of the bombing, it

21  appears that their phones were completely turned

22  off.  And you're going to have text messages showing

23  communications between Elizabeth Gabor and other

24  people at that time.  There's a text message between

25  Elizabeth and another individual at about 6:00 p.m.

UNREDACTED TRANSCRIPT

1    the night before the bombing, and then radio

2    silence.  Nothing.  Not a text message.  Not a ping

3    on any cellphone site.  Nothing.  Her phone was off

4    from 6:00 p.m. the night before the bombing, until

5    about 4:00 p.m. the following day.  So near a

6    24-hour period surrounding the bombing, Elizabeth

7    Gabor had turned her phone off.

8            You will also hear that the FBI

9    conducted really a cursory search of the house where

10   they took photographs of the Gabor's residence,

11   really just to check the box.  And why do I say

12   that.  I mean, you'll come to your own conclusions.

13   But you'll see in the photographs you can't even

14   tell what they are of.  They are black.  The FBI

15   went in to take photographs and the photographs are

16   almost entirely black.  You can't tell what you're

17   looking at.  They didn't care, because they weren't

18   trying to solve the bombing.  They were not trying

19   to do that, because in their minds they already had

20   the suspect.  They already knew in their minds,

21   because they decided hours -- within hours of the

22   bombing who had done it.

23           You'll also see that they took evidence

24   from the Gabor's, including a tool box that had,

25   you'll see in a picture, buried inside of it some

1  yellow wiring, other items that could be utilized in

2  a bomb.  They sent those items, or at least some of

3  them to Quantico.  And you must think, yes, the FBI

4  is doing something, they are going to analyze these

5  items.  But they didn't.  They sent them right back.

6  Nothing was analyzed.  They were given right back to

7  the Gabors.  We've got pictures of those items.

8  We've got pictures of the yellow wire.  But nothing

9  was done with it.

10         You'll also learn that when the FBI went

11  to interview Elizabeth initially, she fled.  She

12  left.  She did not want to interview with them.

13  You'll find that the FBI eventually caught up with

14  her.  And when they did, what Elizabeth did and what

15  she told them initially, and I'm not going to repeat

16  them now, because Ildiko was the clear victim here.

17  But what she did is she bashed Ildiko.  She said

18  horrific things, lies about Ildiko, trying to show

19  that all these other people besides her had motive

20  to kill her.  Pure lies.

21         The FBI then learned that on her

22  computer was an actual file where she had documented

23  years, years of communications and entries and other

24  items relating to her deep hatred of Ildiko.  They

25  asked for a thumb drive with this information on it.

UNREDACTED TRANSCRIPT

1  She initially declined.  She didn't want to give it

2  to them.  They got it anyway.  Guess what, when they

3  got the thumb drive initially there's a bunch of

4  information from her computer.  What was missing?

5  You know what was missing, that folder containing

6  years of documentation about the victim in this

7  case.

8          Thankfully, the FBI eventually got it

9  and you will see how deep Elizabeth Gabor hated

10  Ildiko, and towards the end, how desperate her

11  husband was to remain married to her.

12          Now, as we've said numerous times, we're

13  not here as the defense to solve the case.  It's not

14  our job.  That was their job.  The FBI,

15  unfortunately, in this case, came to a rushed

16  judgment, a wrong judgment, as evidenced by the fact

17  that they charged Mr. Beal within days of possessing

18  a toy, two toys.  But you-all were selected to sit

19  here on our jury, because we know you will not come

20  to a rush judgment.  We know that you-all will

21  listen to the actual evidence and not come to a

22  conclusion until the end of the trial.  And I am

23  positive that when you do, and when you've seen what

24  the actual evidence shows, you will come to the only

25  conclusion that you can come to in this case, and

UNREDACTED TRANSCRIPT

1    that is, Mr. Beal did not kill Ildiko.  He had no

2    motive to kill her.  He didn't bring the bomb there.

3                  Mr. Beal is not guilty of any of the

4    charges the Government has lodged against him this

5    time.

6                  Thank you.

7                  (WHEREUPON, the trial proceeded from this

8                  point with no further transcription

9                  requested.)

10                       (Adjournment.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

UNREDACTED TRANSCRIPT

1

2                        C E R T I F I C A T E

3          I, April Lassiter-Benson, do hereby certify that the

4     foregoing 30 pages are, to the best of my knowledge, skill

5     and ability, a true and accurate transcript from my

6     stenotype notes in the matter of:

7

8     UNITED STATES OF AMERICA

9     vs.

10    STEPHEN WILLIAM BEAL

11

12         Dated this 5th day of July, 2023.

13

14    S/APRIL LASSITER-BENSON
      Official Court Reporter
15    United States District Court
      Central District of California
16

17

18

19

20

21

22

23

24

25