**REDACTED**

FILED
CLERK, U.S. DISTRICT COURT

July 19, 2023

CENTRAL DISTRICT OF CALIFORNIA
BY: ____CMJ____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

STEPHEN WILLIAM BEAL,

        Defendant.

No. SA 19-CR-047-JLS

VERDICT FORM FOR DEFENDANT
STEPHEN WILLIAM BEAL

## Count One

### Use of a Weapon of Mass Destruction Resulting in Death

1.   We, the Jury in the above-captioned case, unanimously find the defendant STEPHEN WILLIAM BEAL:

_____        **NOT GUILTY**

X        **GUILTY**

of the offense charged in Count One of the Indictment, Use of a Weapon of Mass Destruction against a Person or Property within the United States Resulting in Death.

*(If your response is NOT GUILTY, **answer** Question 2.  If your response to Question 1 is GUILTY, **do not answer** Question 2 and proceed to Question 3 below).*

## Count One

### Use of a Weapon of Mass Destruction Not Resulting in Death

2.   We, the jury in the above-captioned case, unanimously find defendant STEPHEN WILLIAM BEAL:

_____          **NOT GUILTY**

_____          **GUILTY**

of Use of a Weapon of Mass Destruction against a Person or Property within the United States Not Resulting in Death, a lesser included offense of Count One of the indictment.

*(Continue to next page)*

**Count Two**

Malicious Destruction of a Building Resulting in Death

3.    We, the Jury in the above-captioned case, unanimously find the defendant STEPHEN WILLIAM BEAL:

_____          **NOT GUILTY**

✗          **GUILTY**

of the offense charged in Count Two of the Indictment, Malicious Destruction of a Building Resulting in Death.

*(If your response is NOT GUILTY,* **answer** *Question 4.  If your response to Question 3 is GUILTY,* **do not answer** *Question 4 and proceed to Question 5 below).*

4

1

**Count Two**

2

<u>Malicious Destruction of a Building Not Resulting in Death</u>

3
    4.    We, the jury in the above-captioned case, unanimously find

4
defendant STEPHEN WILLIAM BEAL:

5

6
                    ____          **NOT GUILTY**

7

8
                    ____          **GUILTY**

9
of Malicious Destruction of a Building <u>Not</u> Resulting in Death, a

10
lesser included offense of Count Two of the indictment.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
(Continue to the next page)

**Count Three**

Use of a Destructive Device During and in Relation to

A Crime of Violence

5.    We, the Jury in the above-captioned case, unanimously find the defendant STEPHEN WILLIAM BEAL:

_____        **NOT GUILTY**

✗        **GUILTY**

of the offense charged in Count Three of the Indictment, Use of a Destructive Device During and in Relation to a Crime of Violence.

*(Continue to next page)*

6

## Count Four

### Possessing an Unregistered Destructive Device

6.   We, the Jury in the above-captioned case, unanimously find the defendant STEPHEN WILLIAM BEAL:


_____          **NOT GUILTY**


  X            **GUILTY**


of the offense charged in Count Four of the Indictment, Possessing an Unregistered Destructive Device.


**The foreperson should now sign and date this verdict form.**


DATED: JULY 19          , 2023, at Los Angeles, California.


                                   _____
                                   FOREPERSON OF THE JURY

7