1 | Anthony M. Solis, SBN 198580
A Professional Law Corporation
2 | 23679 Calabasas Road, Suite 412
Calabasas, CA 91302-1502
3 | 213-489-5880 - Phone
213-489-5923 - Fax
4 | Anthonysolislaw@gmail.com

5 | Meghan Blanco, Esq.
Law Office of Meghan Blanco
6 | 28202 Cabot Road, Suite 300
Laguna Niguel, CA 92672
7 | 949-296-9869
mblanco@meghanblanco.com
8
Attorneys for Defendant
9 | Stephen Beal

United States District Court

Central District of California

| United States of America, | Case No.: 8:19-cr-00047-JLS |
|---|---|
| Plaintiff, | Stipulation to Continue Sentencing |
| v. | |
| Stephen Beal, | Current Sentencing Date: November 17, 2023 |
| Defendant. | Proposed Sentencing Date: January 19, 2024 |

COMES NOW, the defendant, Stephen Beal, by and though counsel of record Anthony M. Solis and Meghan Blanco and the United States, by and, through its counsel of record, AUSAs Mark Takla, Annamartine Salick, Sarah Gerdes and Solomon Kim, and stipulate for an order continuing the sentencing in this mamtbased upon the attached declaration of Anthony M. Solis.

Dated: October 6, 2023        Anthony M. Solis,
                              A Professional Law Corporation


                              *Anthony M. Solis /s/*
                              By: Anthony M. Solis
                              Attorney for Defendant
                              Stephen Beal

---

**Stipulation to Continue Sentencing**

1

## Declaration of Anthony M. Solis

Anthony M. Solis declares as follows:

1. Along with Meghan Blanco, I am the attorney for defendant Stephen Beal. I make this declaration in support of a stipulation to continue the sentencing in this matter.

2. The defendant was found guilty following a jury trial of 18 U.S.C. § 2332a(a)(2) Use of a Weapon of Mass Destruction Resulting in Death and three related charges that expose him to a significant mandatory minimum term and a lifetime statutory maximum sentence. The trial concluded on July 19, 2023.

3. The defense has been diligently preparing for sentencing, but requires additional time to (a) complete a probation interview for a presentence investigation report; and (b) complete an investigation into Mr. Beal's background and history, including significant document collection, among other preparations for sentencing.

4. Following the trial in this matter both defense counsel required significant time to tend to other matters that pending during the preparations for and conduct of the trial in this matter.

5. For the foregoing reasons, the defense requires additional time for sentencing.

6. The government has no objection to the requested continuance.

7. Mr. Beal faces a substantial sentence in this matter, even with his sentencing credits, any likely sentence the Court will impose will far exceed the time he has has served. For that reason, Mr. Beal is not prejudiced by the requested continuance.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 6th day of October, 2023 at Calabasas, California.

*Anthony M. Solis /s/*
Anthony M. Solis