# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>Stephen Beal,<br><br>　　　　Defendant. | Case No. 8:19-cr-00047-JLS<br><br>**ORDER CONTINUING**<br>**SENTENCING HEARING** |

Good Cause Shown by the Application Therefor, it is ordered that:

The sentencing in this matter is continued to January 19, 2024 at 8:30 a.m.

IT IS SO ORDERED.

Dated: October 11, 2023

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. Josephine L. Staton
　　　　　　　　　　　　　　　　　　　　United States District Judge

cc: USPPO