| | |
|---|---|
| **MEGHAN BLANCO (238171)** | **ANTHONY SOLIS (198580)** |
| **LAW OFFICES OF MEGHAN BLANCO** | **LAW OFFICE OF ANTHONY SOLIS** |
| 28202 Cabot Road, Suite 300 | 23679 Calabasas Rd Pmb 412, |
| Laguna Niguel, California 92677 | Calabasas, California 91302-1502 |
| Telephone:   (949) 296-9869 | Telephone: 213-489-5880 |
| Facsimile:   (949) 606-8988 | Facsimile: 213-489-5923 |
| Email: mblanco@meghanblanco.com | Email: AnthonySolisLaw@gmail.com |

Attorneys for Stephen Beal

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 19-CR-47-JLS |
| Plaintiff, | MR. BEAL'S POSITION REGARDING MEDIA REQUEST |
| v. | |
| STEPHEN BEAL, | |
| Defendants. | |

Mr. Beal has agreed to meet with the media and does not object to their current request to interview him at MDC.

Respectfully Submitted,

　　　　　　　　　　　　　　　*//s// Meghan Blanco*
　　　　　　　　　　　　　　　MEGHAN BLANCO
　　　　　　　　　　　　　　　ANTHONY SOLIS
　　　　　　　　　　　　　　　Attorneys for defendant
　　　　　　　　　　　　　　　STEPHEN BEAL

1