E. MARTIN ESTRADA
United States Attorney
CAMERON L. SCHROEDER
Assistant United States Attorney
Chief, National Security Division
MARK TAKLA (Cal. Bar No. 218111)
ANNAMARTINE SALICK (Cal. Bar No. 309254)
SARAH E. GERDES (Cal. Bar. No. 306015)
SOLOMON KIM (Cal. Bar. No. 311466)
Assistant United States Attorneys
Terrorism and Export Crimes Section
1500 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-3899
Email: annamartine.salick2@usdoj.gov
mark.takla@usdoj.gov
sarah.gerdes@usdoj.gov
solomon.kim@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>STEPHEN WILLIAM BEAL,<br>Defendant. | No. SA CR 19-046-JLS<br><br>GOVERNMENT'S POSITION REGARDING MEDIA INTERVIEW REQUEST OF DEFENDANT |

On January 2, 2024, the Court ordered [Dkt. 1016] the parties to provide its positions regarding a media interview request of defendant STEPHEN WILLIAM BEAL who is presently in custody awaiting sentencing at the Metropolitan Detention Center ("MDC") in Los Angeles, California. The government takes no position on the issue.

The government notes that the Federal Bureau of Prisons has a News Media Contacts Policy, BOP Policy § 1480.50. The policy, procedure for media access to inmates, and additional information for

media representatives can be found at https://www.bop.gov/resources/media_resources.jsp.

The government respectfully requests that the Court abstain from issuing any order to the government, MDC, the U.S. Marshals Service, or Federal Bureau of Prisons on the matter.

Dated: January 8, 2024

Respectfully submitted,

E. MARTIN ESTRADA
Acting United States Attorney

CAMERON L. SCHROEDER
Assistant United States Attorney
Chief, National Security Division

Mark Takla

MARK TAKLA
ANNAMARTINE SALICK
SARAH GERDES
SOLOMON KIM
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA