E. MARTIN ESTRADA
United States Attorney
CAMERON L. SCHROEDER
Assistant United States Attorney
Chief, National Security Division
MARK TAKLA (Cal. Bar No. 218111)
Assistant United States Attorney
Deputy Chief, Terrorism and Export Crimes Section
    United States Attorney's Office
    411 West Fourth Street, Suite 8000
    Santa Ana, California 92701
    Telephone: (714) 338-3591
    Facsimile: (714) 338-3561
    Email:    mark.takla@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. SA CR 19-047-JLS |
|---|---|
| Plaintiff, | GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER SEALING DOCUMENT; DECLARATION OF MARK TAKLA |
| v. | |
| STEPHEN WILLIAM BEAL, | **(UNDER SEAL)** |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United State Attorney Mark Takla, hereby applies ex parte for an order that its under seal exhibits in support of the government's response to defendant's sentencing position be filed under seal.

//

//

//

2

//

    This ex parte application is based upon the attached declaration of Mark Takla.

Dated: January 5, 2024

Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

CAMERON L. SCHROEDER
Assistant United States Attorney
Chief, National Security Division

  /s/
MARK TAKLA
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

3

**DECLARATION OF MARK TAKLA**

I, Mark Takla, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I am the attorney representing the government in this case.

2. The government requests leave to file Under Seal Exhibits AA-GG under seal. Exhibit AA-GG contains medical information and victim impact statements that containing medical information for victims in the above-referenced case. This filing is under seal to ensure that medical information (including possible psychotherapy information) relating to victims is not placed on the public docket.

3. I have communicated with defendant's attorney, Anthony Solis, who does not oppose filing the exhibit under seal.

4. Should the Court deny this application, the government requests that the filing not be filed, but be returned to the government.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed in Orange County, California, on January 8, 2024.



MARK TAKLA