UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>STEPHEN WILLIAM BEAL,<br><br>        Defendant. | No. SA CR 19-047-JLS<br><br><u>ORDER SEALING EXHIBITS AA THROUGH GG IN SUPPORT OF GOVERNMENT'S SENTENCING POSITION</u> |

For good cause shown, IT IS HEREBY ORDERED THAT:

The government's <u>ex parte</u> application for sealed filing is GRANTED. Exhibits AA through GG in support of the government's sentencing position shall be filed under seal. The application, accompanying declaration, and sealing order shall be filed on the public docket. The government may produce the sealed documents as permitted or required by applicable law.

<u>January 11, 2024</u>
DATE

HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE