Mark Takla (Cal. Bar No. 218111)    (714) 338-3591
Assistant United States Attorney
Deputy Chief, Terrorism and Export Crimes Section
411 West Fourth Street, Suite 8000
Santa Ana, California  92701

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | SA CR 19-047-JLS |
| v. | |
| STEPHEN WILLIAM BEAL, | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  ☑ Filed   ☐ Lodged:  (**List Documents**)

Under Seal Document and Exhibits.

**Reason:**
☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

January 16, 2024                              /s/ Mark Takla
Date                                          Attorney Name
                                              United States of America, Plaintiff
                                              Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                **NOTICE OF MANUAL FILING OR LODGING**