E. MARTIN ESTRADA
United States Attorney
CAMERON L. SCHROEDER
Assistant United States Attorney
Chief, National Security Division
MARK TAKLA (Cal. Bar No. 218111)
Assistant United States Attorney
Deputy Chief, Terrorism and Export Crimes Section
     United States Attorney's Office
     411 West Fourth Street, Suite 8000
     Santa Ana, California 92701
     Telephone: (714) 338-3591
     Facsimile: (714) 338-3561
     Email:     mark.takla@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. SA CR 19-047-JLS |
|---|---|
| Plaintiff, | GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER SEALING DOCUMENT; DECLARATION OF MARK TAKLA |
| v. | |
| STEPHEN WILLIAM BEAL, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United State Attorney Mark Takla, hereby applies ex parte for an order that its under seal exhibits in support of the government's sentencing position be filed under seal.

//

//

//

//

This ex parte application is based upon the attached declaration of Mark Takla.

Dated: January 12, 2024				Respectfully submitted,

						E. MARTIN ESTRADA
						United States Attorney

						CAMERON L. SCHROEDER
						Assistant United States Attorney
						Chief, National Security Division

						 /s/
						MARK TAKLA
						Assistant United States Attorneys

						Attorneys for Plaintiff
						UNITED STATES OF AMERICA

**DECLARATION OF MARK TAKLA**

I, Mark Takla, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I am the attorney representing the government in this case.

2. The government requests leave to file Under Seal Exhibits HH-KK under seal. Exhibit HH-KK contains medical information and victim impact statements that containing medical information for victims in the above-referenced case. This filing is under seal to ensure that medical information (including possible psychotherapy information) relating to victims is not placed on the public docket.

3. On January 5, 2024, I have communicated with defendant's attorney, Anthony Solis, who does not oppose filing the victim impact statements under seal.

4. Should the Court deny this application, the government requests that the filing not be filed, but be returned to the government.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed in Orange County, California, on January 16, 2024.

*/s/ Mark Takla*
MARK TAKLA