UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. SA CR 19-047-JLS |
|---|---|
| Plaintiff, | ORDER SEALING EXHIBITS HH-KK |
| v. | |
| STEPHEN WILLIAM BEAL, | |
| Defendant. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

The government's ex parte application for sealed filing is GRANTED. Exhibits HH-KK shall be filed under seal. The application, accompanying declaration, and sealing order shall be filed on the public docket. The government may produce the underlying document as permitted or required by applicable law.

January 16, 2024
DATE

HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE